**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1: | Daniel Giordano<br>First Name Middle Name Last Name | Social Security number or ITIN: | xxx−xx−0000 |
| | | EIN: | _ _−_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Marides Giordano<br>First Name Middle Name Last Name | Social Security number or ITIN: | xxx−xx−0000 |
| | | EIN: | _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Southern District of Florida | Date case filed for chapter: | 7 7/9/26 |
| Case number: | 26−18992−EPK | | |

# Notice of Chapter 7 Bankruptcy Case −− No Proof of Claim Deadline

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**THE STAFF OF THE BANKRUPTCY CLERK'S OFFICE CANNOT GIVE LEGAL ADVICE.**

To help creditors correctly identify debtors, debtors must submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | About Debtor 1: | About Debtor 2: |
|---|---|---|
| **1. Debtor's Full Name** | Daniel Giordano | Marides Giordano |
| **2. All Other Names Used in the Last 8 Years** | | fka Marides Acuna |
| **3. Address** | 2128 Bellcrest Ct<br>Royal Palm Beach, FL 33411 | 2128 Bellcrest Ct<br>Royal Palm Beach, FL 33411 |
| **4. Debtor's Attorney**<br>(or Pro Se Debtor)<br>Name and Address | Tyler Andrew Trumbach<br>3400 Lakeside Drive<br>Suite 100<br>Miramar, FL 33027 | Contact Phone 561−312−1416 |
| **5. Bankruptcy Trustee**<br>Name and Address | Deborah Menotte<br>POB 211087<br>West Palm Beach, FL 33421 | Contact Phone (561) 795−9640 |
| **6. Bankruptcy Clerk's Divisional Office Where Assigned Judge is Chambered** | Flagler Waterview Bldg<br>1515 N Flagler Dr #801<br>West Palm Beach FL 33401 | Hours open 8:30 a.m. − 4:00 p.m.<br>Contact Phone (561) 514−4100 |
| All visitors (except minors accompanied by an adult) to any federal building or courthouse must present a current, valid government−issued photo identification. Documents in this case may be filed at this address. | | Clerk of Court: **Joseph Falzone**<br>Dated: **7/10/26** |

| | | |
|---|---|---|
| **7. ** MEETING OF CREDITORS **** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 12, 2026** at **10:30 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | ***MEETING WILL BE HELD BY VIDEO CONFERENCE*** <br><br> **Go to www.Zoom.us, click on JOIN or call (561) 726−1115, Enter Meeting ID 804 873 3471, and Passcode 4512532667** <br> For additional meeting information visit: www.justice.gov/ust/moc |
| **WARNING TO DEBTOR: YOUR CASE MAY BE DISMISSED WITHOUT FURTHER NOTICE OR HEARING IF YOU DO NOT APPEAR AT THE MEETING** | | |
| **8. Presumption of Abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9. Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), <br> or <br> if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6). <br><br> **You must file a motion** if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing Deadline:** 10/13/26 |
| | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. | **Filing Deadline:** 30 days after the *conclusion* of the meeting of creditors. |
| **10. Abandonment of Property by Trustee, Deadline to Object to Trustee's Report** | At the meeting of creditors the trustee may abandon property of the estate under 11 U.S.C. § 554 and must file a report of the property abandoned within two business days. Objections to the report must be filed within 14 days after the report is filed. See Local Rule 6007−1(a). | |
| **11. Proof of Claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **12. Creditors with a Foreign Address** | Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **13. Exempt Property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **14. Option to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail** | A creditor may register to receive clerk−served notices and orders electronically at: https://bankruptcynotices.uscourts.gov. A debtor may register to receive clerk−served notices and orders electronically by filing local form Debtor's Request to Receive Notices Electronically Under DeBN Program. | |
| **15. Interpreting Services at the Meeting of Creditors** | Upon request to the trustee, a telephone interpreter will be provided at no cost to any debtor who does not speak English. Anyone with a communication disability who requires assistance at the meeting of creditors should contact the U.S. Trustee's Office. | |