**CGFI2** (6/1/2026)

# United States Bankruptcy Court

**Southern District of Florida**
**www.flsb.uscourts.gov**

**Case Number: 26−18992−EPK**

**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Daniel Giordano
2128 Bellcrest Ct
Royal Palm Beach, FL 33411
SSN: xxx−xx−0000

Marides Giordano
fka Marides Acuna
2128 Bellcrest Ct
Royal Palm Beach, FL 33411
SSN: xxx−xx−0000

## NOTICE OF DEADLINE TO CORRECT FILING DEFICIENCIES

**NOTICE IS TO THE DEBTOR:** This case, which was filed on **July 9, 2026**, is missing one or more required documents or contains filing errors that must be corrected. **If the deficiencies are not corrected by the deadline listed below, this case may be dismissed without further notice or hearing.** Links to all required Official Bankruptcy Forms and AO Director's national forms and the court's local rules, forms, instructions and guidelines are available on the court website www.flsb.uscourts.gov.

**The following document(s) were NOT filed:**

Official Form B121, Your Statement About Your Social Security Number(s)

Official Bankruptcy Form 106Sum, Summary of Your Assets and Liabilities and Certain Statistical Information

Official Bankruptcy Form 106A/B, Schedule A/B: Property

Official Bankruptcy Form 106C, Schedule C: The Property You Claim as Exempt

Official Bankruptcy Form 106D, Schedule D: Creditors Who Hold Claims Secured by Property

Official Bankruptcy Form 106E/F, Schedule E/F: Creditors Who Have Unsecured Claims

Official Bankruptcy Form 106G, Schedule G: Executory Contracts and Unexpired Leases

Official Bankruptcy Form 106H, Schedule H: Your Codebtors

Official Bankruptcy Form 106I, Schedule I: Your Income

Official Bankruptcy Form 106J, Schedule J: Your Expenses **and** (if applicable) Official Bankruptcy Form 106J2, Schedule J−2: Expenses for Separate Household of Debtor 2

Official Bankruptcy Form 106Dec, Declaration About an Individual Debtor's Schedules

Official Bankruptcy Form 107, Statement of Financial Affairs for Individuals Filing for Bankruptcy

Official Bankruptcy Form 122A−1, Chapter 7 Statement of Your Current Monthly Income

Copies of all Payment Advices for the Debtor or other evidence of payment received within 60 days before filing of the petition [See Local Form LF−10 Declaration Regarding Payment Advices]

Copies of all Payment Advices for the Joint Debtor or other evidence of payment received within 60 days before filing of the petition [See Local Form LF−10 Declaration Regarding Payment Advices]

**DEADLINE TO CORRECT THESE DEFICIENCIES: 7/23/26**

**Please note that a debtor must file with any previously unfiled or amended schedules the Declaration About an Individual Debtor's Schedules (Official Bankruptcy Form 106Dec) and with any previously unfiled or amended Schedules D or E/F the Local Form Debtor's Notice of Compliance with Requirements for Amending Creditor Information (LF−04).** See Fed. R. Bankr. P. 1007 and 1009 and Local Rules 1007−1(b) and 1009−1. See also the "Clerk's Instructions for Preparing, Submitting and Obtaining Service Matrices" for additional formatting, fee, and other requirements for

any amended service matrix.

**Dated:7/10/26**

**CLERK OF COURT**
By: Sara Montoya , Deputy Clerk

*Copies to: Debtor*
*Attorney for Debtor*