United States Bankruptcy Court
Southern District of Florida

In re:
Daniel Giordano
Marides Giordano
Debtors

Case No. 26-18992-EPK
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113C-9
Date Rcvd: Jul 10, 2026

User: admin
Form ID: 309A

Page 1 of 3
Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daniel Giordano, Marides Giordano, 2128 Bellcrest Ct, Royal Palm Beach, FL 33411-6115 |
| 98742115 | | JP MORGAN CHASE BANK NA, PO BOX 414720, Wilmington, DE 19850 |
| 98742117 | | JPMCB CARD, PO BOX 45369, Wilmington, DE 19850 |
| 98742125 | + | PROSPER MARKETPLACE IN, 221 MAIN ST, STE 300, San Francisco, CA 94105-1909 |
| 98742132 | + | Unlock Home Equity, 1230 W Washington Street, Suite 310, Scottsdale, AZ 85288-1482 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: ttrumbach@trumbachlaw.com | Jul 10 2026 22:56:00 | Tyler Andrew Trumbach, 3400 Lakeside Drive, Suite 100, Miramar, FL 33027 |
| tr | + | Email/Text: deborah.menotte@txitrustee.com | Jul 10 2026 22:59:00 | Deborah Menotte, POB 211087, West Palm Beach, FL 33421-1087 |
| smg | | EDI: FLDEPREV.COM | Jul 11 2026 02:35:00 | Florida Department of Revenue, POB 6668, Bankruptcy Division, Ft Lauderdale, FL 32314-6668 |
| smg | | Email/Text: BNC_Notices@floridarevenue.com | Jul 10 2026 22:57:00 | Florida Department of Revenue, POB 6668, Bankruptcy Division, Ft Lauderdale, FL 32314-6668 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Jul 10 2026 22:58:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| 98742103 | + | Email/Text: bky@americanprofit.net | Jul 10 2026 22:59:00 | AMERICAN PROFIT RECOVERY, 34505 W 12 MILE RD, STE 3, Farmington, MI 48331-3258 |
| 98742100 | + | Email/PDF: bncnotices@becket-lee.com | Jul 10 2026 22:56:20 | American Express, PO Box 650448, Dallas, TX 75265-0448 |
| 98742101 | + | Email/PDF: bncnotices@becket-lee.com | Jul 10 2026 22:56:06 | American Express Bank, N.A., PO BOX 297871, Fort Lauderdale, FL 33329-7871 |
| 98742102 | + | Email/PDF: bncnotices@becket-lee.com | Jul 10 2026 22:56:07 | American Express Bank, N.A., PO BOX 981537, El Paso, TX 79998-1537 |
| 98742106 | | Email/Text: bankruptcy@bhg-inc.com | Jul 10 2026 22:56:00 | BHG, 10234 W STATE RD, DAVIE, FL 33324 |
| 98742104 | + | EDI: BANKAMER | Jul 11 2026 02:35:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 98742105 | + | EDI: TSYS2 | Jul 11 2026 02:35:00 | Barclays Bank, PO Box 8803, Wilmington, DE 19899-8803 |
| 98742108 | + | EDI: CAPITALONE.COM | Jul 11 2026 02:35:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 98742109 | + | EDI: CAPITALONE.COM | Jul 11 2026 02:35:00 | Capital One Bank USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |

| | | | | |
|---|---|---|---|---|
| 98742110 | + | EDI: CITICORP | Jul 11 2026 02:35:00 | Citibank N.A., PO BOX 6190, Sioux Falls, SD 57117-6190 |
| 98742112 | + | EDI: DISCOVER | Jul 11 2026 02:35:00 | Discover Bank N.A., PO BOX 30939, Salt Lake City, UT 84130-0939 |
| 98742114 | + | EDI: USBANKARS.COM | Jul 11 2026 02:35:00 | ELAN/SSB, PO BOX 108, Saint Louis, MO 63166-0108 |
| 98742126 | | Email/Text: servicing@intuit.com | Jul 10 2026 22:58:00 | QUICKBOOKS CAPITAL, 2700 COAST AVE, Mountain View, CA 94043 |
| 98742116 | + | EDI: JPMORGANCHASE | Jul 11 2026 02:35:00 | JPMCB, PO BOX 15369, Wilmington, DE 19850-5369 |
| 98742118 | + | EDI: JPMORGANCHASE | Jul 11 2026 02:35:00 | JPMCB CARD, PO BOX 15369, Wilmington, DE 19850-5369 |
| 98742119 | + | EDI: LENDNGCLUB | Jul 11 2026 02:35:00 | LENDING CLUB, 595 MARKET STREET, STE 200, San Francisco, CA 94105-5839 |
| 98742121 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 10 2026 22:59:00 | MIDLAND CREDIT MANAGEMENT, 320 E BIG BEAVER RD, Troy, MI 48083-1271 |
| 98742122 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 10 2026 22:59:00 | MIDLAND CREDIT MANAGEMENT INC, 350 CAMINO DE LA REINA, San Diego, CA 92108-3007 |
| 98742120 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 10 2026 22:56:14 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 98742123 | + | Email/Text: mtgbk@shellpointmtg.com | Jul 10 2026 22:58:00 | NR/SMS/CAL, 601 OFFICE CENTER DR STE, Fort Washington, PA 19034-3275 |
| 98742124 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 10 2026 22:57:00 | PNC Bank, PO BOX 8703, Dayton, OH 45401 |
| 98742125 | + | Email/PDF: ProsperBKDetection@resurgent.com | Jul 10 2026 22:56:32 | PROSPER MARKETPLACE IN, 221 MAIN ST, STE 300, San Francisco, CA 94105-1909 |
| 98742127 | + | EDI: SYNC | Jul 11 2026 02:35:00 | SYNCB/LOW, PO BOX 71727, PHILADELPHIA, PA 19176-1727 |
| 98742128 | + | EDI: SYNC | Jul 11 2026 02:35:00 | SYNCB/PARKW, PO BOX 71757, PHILADELPHIA, PA 19176-1757 |
| 98742129 | + | EDI: SYNC | Jul 11 2026 02:35:00 | SYNCB/PAYPAL, 170 West Election Road, Draper, UT 84020-6400 |
| 98742130 | + | EDI: SYNC | Jul 11 2026 02:35:00 | SYNCHRONY BANK, PO BOX 965003, Orlando, FL 32896-5003 |
| 98742113 | | EDI: USBANKARS.COM | Jul 11 2026 02:35:00 | ELAN Financial, PO BOX 108, Saint Louis, MO 63166 |
| 98742133 | + | EDI: WFFC2 | Jul 11 2026 02:35:00 | WELLS FARGO, 101 N PHILLIPS AVE, Sioux Falls, SD 57104-6714 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 98742107 | | Bridgecrest, 7300 E HAMPTON AVE |
| 98742131 | | Tropical Financial |
| 98742111 | *+ | Citibank, N.A., PO BOX 6190, Sioux Falls, SD 57117-6190 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Deborah Menotte | menottetrustee@gmail.com ecf.alert+Menotte@titlexi.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Tyler Andrew Trumbach | on behalf of Joint Debtor Marides Giordano ttrumbach@trumbachlaw.com |
| Tyler Andrew Trumbach | on behalf of Debtor Daniel Giordano ttrumbach@trumbachlaw.com |

TOTAL: 4

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1: | Daniel Giordano<br>First Name Middle Name Last Name | Social Security number or ITIN: | xxx–xx–0000<br>EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Marides Giordano<br>First Name Middle Name Last Name | Social Security number or ITIN: | xxx–xx–0000<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Southern District of Florida | Date case filed for chapter: | 7 7/9/26 |
| Case number: | 26–18992–EPK | | |

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**THE STAFF OF THE BANKRUPTCY CLERK'S OFFICE CANNOT GIVE LEGAL ADVICE.**

To help creditors correctly identify debtors, debtors must submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | About Debtor 1: | About Debtor 2: |
|---|---|---|
| **1. Debtor's Full Name** | Daniel Giordano | Marides Giordano |
| **2. All Other Names Used in the Last 8 Years** | | fka Marides Acuna |
| **3. Address** | 2128 Bellcrest Ct<br>Royal Palm Beach, FL 33411 | 2128 Bellcrest Ct<br>Royal Palm Beach, FL 33411 |
| **4. Debtor's Attorney**<br>(or Pro Se Debtor)<br>Name and Address | Tyler Andrew Trumbach<br>3400 Lakeside Drive<br>Suite 100<br>Miramar, FL 33027 | Contact Phone 561–312–1416 |
| **5. Bankruptcy Trustee**<br>Name and Address | Deborah Menotte<br>POB 211087<br>West Palm Beach, FL 33421 | Contact Phone (561) 795–9640 |
| **6. Bankruptcy Clerk's Divisional Office Where Assigned Judge is Chambered** | Flagler Waterview Bldg<br>1515 N Flagler Dr #801<br>West Palm Beach FL 33401 | Hours open 8:30 a.m. – 4:00 p.m.<br>Contact Phone (561) 514–4100 |
| All visitors (except minors accompanied by an adult) to any federal building or courthouse must present a current, valid government–issued photo identification. Documents in this case may be filed at this address. | | Clerk of Court: **Joseph Falzone**<br>Dated: **7/10/26** |

**7. ** MEETING OF CREDITORS ****

Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.

**August 12, 2026** at **10:30 AM**

The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.

***MEETING WILL BE HELD BY VIDEO CONFERENCE***

**Go to www.Zoom.us, click on JOIN or call (561) 726–1115, Enter Meeting ID 804 873 3471, and Passcode 4512532667**

For additional meeting information visit: www.justice.gov/ust/moc

**WARNING TO DEBTOR: YOUR CASE MAY BE DISMISSED WITHOUT FURTHER NOTICE OR HEARING IF YOU DO NOT APPEAR AT THE MEETING**

**8. Presumption of Abuse**

If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances.

Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified.

**9. Deadlines**

The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines.

**File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**

**Filing Deadline:** 10/13/26

**You must file a complaint:**
if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7),
or
if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).

**You must file a motion** if you assert that the discharge should be denied under § 727(a)(8) or (9).

**Deadline to object to exemptions:**

The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection.

**Filing Deadline:** 30 days after the *conclusion* of the meeting of creditors.

**10. Abandonment of Property by Trustee, Deadline to Object to Trustee's Report**

At the meeting of creditors the trustee may abandon property of the estate under 11 U.S.C. § 554 and must file a report of the property abandoned within two business days. Objections to the report must be filed within 14 days after the report is filed. See Local Rule 6007–1(a).

**11. Proof of Claim**

No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.

**12. Creditors with a Foreign Address**

Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case.

**13. Exempt Property**

The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9.

**14. Option to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail**

A creditor may register to receive clerk–served notices and orders electronically at: https://bankruptcynotices.uscourts.gov. A debtor may register to receive clerk–served notices and orders electronically by filing local form Debtor's Request to Receive Notices Electronically Under DeBN Program.

**15. Interpreting Services at the Meeting of Creditors**

Upon request to the trustee, a telephone interpreter will be provided at no cost to any debtor who does not speak English. Anyone with a communication disability who requires assistance at the meeting of creditors should contact the U.S. Trustee's Office.