**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: DANIEL GIORDANO and
MARIDES GIORDANO

Case No. 26-18992

Chapter 7

Debtors /

## CERTIFICATE OF SERVICE

I certify that a true copy of the Declaration Regarding Payment Advices was served as follows:

*By Electronic Filing using the CM/ECF online portal all parties listed have been served as listed in the Notice of Electronic Filing dated May 20, 2022.*

s/Tyler Andrew Trumbach
Signature of Attorney for Serving Party

Tyler Andrew Trumbach
Print Name

3400 Lakeside Dr, Ste 100, Miramar, FL 33027
Address

561-312-1416
Telephone

1004233
Fla. Bar No.

Dated: 07/30/2026