ZBS Law, LLP
Nichole L. Glowin, Esq. CASBN 262932
30 Corporate Park, Suite 450
Irvine, CA 92606
Phone: 714-848-7920
Facsimile: 714-908-7807
Email: bankruptcy@zbslaw.com

Counsel for Secured Creditor, Unlock Partnership Solutions Inc

**UNITED STATES BANKRUPTCY COURT**

**Southern District of Florida (West Palm Beach)**

| | |
|---|---|
| In re:<br><br>**Daniel Giordano and Marides Giordano *fka* Marides Acuna**<br><br>Debtors. | Case No.: ***26-18992-EPK***<br><br>Chapter: **7**<br><br>**REQUEST FOR SPECIAL NOTICE** |

**TO THE CLERK OF THE COURT, THE U.S. TRUSTEE, DEBTORS AND THE ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C. §§ 102(1) and 1109 (b), **Unlock Partnership Solutions Inc**, a Creditor in the above-referenced case, hereby requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to Nichole L. Glowin, Esq., at the

following office and address and that the following counsel for **Unlock Partnership Solutions Inc,** be included on the master mailing list:

**Nichole L. Glowin, Esq. #262932**
**ZBS Law, LLP**
**30 Corporate Park, Suite 450**
**Irvine, CA 92606**
**Phone: (714) 848-7920**
**Facsimile: (714) 908-7807**
**Email: bankruptcy@zbslaw.com**

The foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, requests, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affect or seek to affect in any way right or interests of the Debtors.

Dated: July 23, 2026

ZBS Law, LLP

/s/ Nichole L. Glowin
Nichole L. Glowin
Authorized Agent for Secured Creditor,
Unlock Partnership Solutions Inc

## CERTIFICATE OF SERVICE

I, Katherine Kellams, certify that I am a resident of Orange County, I am over the age of eighteen (18) and not a party to the within action, and that my business address is: 30 Corporate Park, Suite 450, Irvine, CA 92606.

On **July 23, 2026,** I served the within **Request for Special Notice** on all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United States Mail at Irvine, California, addressed as follows:

**Daniel Giordano**
**Marides Giordano**
***fka* Marides Acuna**
2128 Bellcrest Ct
Royal Palm Beach, FL 33411
*Debtors*

In addition to any paper copies served by U.S. Mail, registered ECF participants, including parties who have requested Special Notice in this case, will receive an electronic copy of the foregoing document when it has been filed with the Court.

| | |
|---|---|
| Tyler Andrew Trumbach, Attorney | ttrumbach@trumbachlaw.com |
| Deborah Menotte, Trustee | menottetrustee@gmail.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |

I certify under penalty of perjury the foregoing is true and correct.

Executed on **July 23, 2026**, at Irvine, California.

_/s/ Katherine Kellams_________________
**Katherine Kellams**