**CGFD47** (6/01/2026)

# United States Bankruptcy Court
## Southern District of Florida
## www.flsb.uscourts.gov

**Case Number: 26−18992−EPK**
**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Daniel Giordano
2128 Bellcrest Ct
Royal Palm Beach, FL 33411

SSN: xxx−xx−6573

Marides Giordano
fka Marides Acuna
2128 Bellcrest Ct
Royal Palm Beach, FL 33411

SSN: xxx−xx−5124

## NOTICE OF REQUIREMENT TO COMPLETE A POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT AND SUBMIT PROOF OF COMPLETION OF THE COURSE TO THE COURT

Notice is given that, subject to limited exceptions, a debtor (both debtors in a joint case) must complete an instructional course in personal financial management in order to receive a discharge under chapter 7 [11 U.S.C. §727(a)(11)], under chapter 13 [11 U.S.C. §1328(g)(1)] or, in certain individual chapter 11 cases where 11 U.S.C. §1141(d)(3) applies. Proof of completion of the course must be filed with the court by either the debtor or the course provider on behalf of the debtor.

**DEBTOR AND DEBTOR'S ATTORNEY ARE HEREBY NOTIFIED THAT:**

If the course provider has not filed a certificate with the court directly indicating that the debtor has completed the course, **the debtor must file the** certificate of course completion concerning personal financial management that was issued by the course provider.

**In a chapter 7 case:** within 60 days after the first date set for the meeting of creditors under §341. [See Bankruptcy Rules 1007(b)(7).]

**In a chapter 13 case:** no later than the date of the last payment made as required by the plan or the filing of a motion for entry of a discharge under §1328(b). [See Bankruptcy Rules 1007(b).]

**In a chapter 11 individual case where 11 U.S.C. §1141(d)(3) applies:** prior to completion of all payments under the confirmed plan. [See Bankruptcy Rules 1007(b)(7).]

This requirement must be met before a discharge can be entered in this case. [See Bankruptcy Rule 4004(c)(1)(H) and Local Rule 4004−3.]

Failure to provide proof of completion of the course concerning personal financial management, unless the course provider files a certificate on your behalf, may result in the case being closed without an entry of discharge.

If the debtor subsequently files a motion to reopen the case to permit the filing of the certificate of completion of the course in peronal financial management, the debtor must pay the filing fee due for reopening the case. [See Bankruptcy Court Miscellaneous Fee Schedule and Local Rule 9013−2(c).]

A list of approved providers of Personal Financial Management Courses is available at: http://www.justice.gov/ust/eo/bapcpa/ccde/de_approved.htm [see 11 U.S.C. §111]

**Dated: 9/8/26**

**CLERK OF COURT**
By: admin
Deputy Clerk

The clerk shall serve a copy of this notice on the Debtor and Attorney for the Debtor