Certificate Number: 14912-FLS-DE-041451495

Bankruptcy Case Number: 26-18992

14912-FLS-DE-041451495

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 16, 2026, at 1:28 o'clock PM EDT, Daniel Giordano completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Florida.

Date: September 16, 2026

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor