UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In the Matter of: Case No. 26-18992-EPK

**DANIEL GIORDANO and MARIDES GIORDANO,** Chapter 7

Debtors.
_______________________________________/

**AGREED MOTION FOR EXTENSION OF TIME FOR TRUSTEE AND UNITED STATES TRUSTEE TO OBJECT TO DEBTORS' DISCHARGE PURSUANT TO §727**

**Relief Requested Without a Hearing**

DEBORAH C. MENOTTE, TRUSTEE, files this Agreed Motion for Extension of Time to Object to Debtors' Discharge and in support thereof states as follows:

1. The Debtors filed a voluntary Chapter 7 Petition on July 9, 2026. The Debtors' §341 under Chapter 7 was originally scheduled for August 12, 2026, but was continued to and concluded on August 26, 2026. The current deadline for objecting to Debtors' discharge is October 13, 2026. This motion is timely filed.

2. The Trustee requested at the Debtors' §341 Meeting that she be provided with several documents, most of which were tax returns which were on extension. The documents have not yet been produced to the Trustee.

3. The Trustee and U. S. Trustee request an additional sixty (60) day extension of time to object to Debtors' discharge.

4. Nothing in this Motion shall prejudice the Trustee's or U. S. Trustee's rights to seek other and further extensions of the deadline to Object to Discharge of the Debtors as may be appropriate under the circumstances then prevailing.

WHEREFORE, your Trustee, DEBORAH C. MENOTTE, respectfully requests that this Court enter an Order granting the extension of time to Object to Debtors' Discharge for both the Trustee and U. S. Trustee through and including **December 14, 2026** *on the grounds set forth above and for such other and further relief as this Court deems just and proper.

I HEREBY CERTIFY that a true copy of the foregoing was served on those parties listed below on the date and manner indicated.

**Electronic Mail Notice List (September 28, 2026):**

- **Paul W Cervenka paul.cervenka@bonialpc.com, Notices.Bonial@ecf.courtdrive.com**
- **Nichole L Glowin bankruptcy@zbslaw.com**
- **Adam Bradley Hall amps@manleydeas.com**
- **Deborah Menotte menottetrustee@gmail.com, ecf.alert+Menotte@titlexi.com**
- **Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov**
- **April Stone april@aprilhstonepa.com, bankruptcy@mgs-legal.com**
- **Tyler Andrew Trumbach ttrumbach@trumbachlaw.com**

**Regular U. S. Mail Service (September 28, 2026):**

**Bridgecrest Credit Company, LLC as Agent and Servicer for Carvana, LLC,**
**c/o AIS Portfolio Services, LLC**
**4515 N Santa Fe Ave. Dept. APS**
**Oklahoma City, OK 73118**

DEBORAH C. MENOTTE, TRUSTEE

BY: ___/s/__________

Deborah C. Menotte
P. O. Box 211087
W. Palm Beach, FL 33421
(561) 795-9640
dmenotte@gmail.com

****December 12 and 23, 2026 are weekend dates.**