**ORDERED in the Southern District of Florida on September 29, 2026.**

**Erik P. Kimball**
**United States Bankruptcy Judge**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In Re: Case No. 26-18992-EPK

**DANIEL GIORDANO and**
**MARIDES GIORDANO,** Chapter 7

Debtors.
_______________________________________/

**AGREED ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME FOR TRUSTEE AND UNITED STATES TRUSTEE TO OBJECT TO DEBTORS' DISCHARGE PURUSANT TO §727**

THIS CAUSE came before the Court upon the Trustee's Agreed Motion for Extension of Time for Trustee and United States Trustee to Object to Debtors' Discharge [ECF#27]. The Court having reviewed the motion and being advised of the agreement between the parties, hereby

ORDERS AND ADJUDGES as follows:

1. That the Trustee's Agreed Motion for Extension of Time to Object to Discharge be and the same is hereby GRANTED.

2. That the Trustee and the U. S. Trustee shall each have through and including **December 14, 2026** within which to object to the Debtors' discharge.

# # #

Submitted by:

Deborah C. Menotte, Trustee
P. O. Box 211087
WPB, FL 33421
561-795-9640
dmenotte@gmail.com

*Deborah Menotte, Trustee shall serve a copy of this order on all interested parties and filed a Certificate of Service with the Court.*