**CGFD66** (2/10/09)

# United States Bankruptcy Court
**Southern District of Florida**
**www.flsb.uscourts.gov**

**Case Number: 26−18992−EPK**
**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Daniel Giordano
2128 Bellcrest Ct
Royal Palm Beach, FL 33411

SSN: xxx−xx−6573

Marides Giordano
fka Marides Acuna
2128 Bellcrest Ct
Royal Palm Beach, FL 33411

SSN: xxx−xx−5124

## CLERK'S NOTICE RE: REPORT OF DEBTOR AUDIT

In accordance with 28 U.S.C. § 586(f)(1), the United States Trustee contracted for an audit to be performed of the petition, schedules and other information filed and/or provided by the debtor(s) in this case.

NOTICE IS HEREBY GIVEN that the audit firm has reported one or more material misstatements concerning the income, expenditures and/or assets of the debtor(s). The Report of Debtor Audit has been filed with the Court and is available for review by parties in interest. **The Report is not a legal determination, and the legal effect of the auditor's finding of material misstatement is a question for the Court.**

**Date: 10/6/26**

**Clerk of Court**

The clerk shall serve a copy of this notice on all parties of record.