United States Bankruptcy Court
Southern District of Florida

In re: Daniel Giordano
Marides Giordano
Debtors

Case No. 26-18992-EPK
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113C-9 | User: admin | Page 1 of 3
Date Rcvd: Oct 06, 2026 | Form ID: CGFD66 | Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daniel Giordano, Marides Giordano, 2128 Bellcrest Ct, Royal Palm Beach, FL 33411-6115 |
| 98742115 | | JP MORGAN CHASE BANK NA, PO BOX 414720, Wilmington, DE 19850 |
| 98742117 | | JPMCB CARD, PO BOX 45369, Wilmington, DE 19850 |
| 98742132 | + | Unlock Home Equity, 1230 W Washington Street, Suite 310, Scottsdale, AZ 85288-1482 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: BNC_Notices@floridarevenue.com | Oct 07 2026 00:23:00 | Florida Department of Revenue, POB 6668, Bankruptcy Division, Ft Lauderdale, FL 32314-6668 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 07 2026 00:32:12 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: mtgbk@shellpointmtg.com | Oct 07 2026 00:23:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| cr | + | Email/Text: bankruptcy@zbslaw.com | Oct 07 2026 00:23:00 | Unlock Partnership Solutions Inc., ZBS Law, LLP, 30 Corporate Park, Suite 450, Irvine, CA 92606, UNITED STATES 92606-3401 |
| 98742103 | + | Email/Text: bky@americanprofit.net | Oct 07 2026 00:24:00 | AMERICAN PROFIT RECOVERY, 34505 W 12 MILE RD, STE 3, Farmington, MI 48331-3258 |
| 98742100 | + | Email/PDF: bncnotices@becket-lee.com | Oct 07 2026 00:31:27 | American Express, PO Box 650448, Dallas, TX 75265-0448 |
| 98742101 | + | Email/PDF: bncnotices@becket-lee.com | Oct 07 2026 00:32:15 | American Express Bank, N.A., PO BOX 297871, Fort Lauderdale, FL 33329-7871 |
| 98742102 | + | Email/PDF: bncnotices@becket-lee.com | Oct 07 2026 00:32:11 | American Express Bank, N.A., PO BOX 981537, El Paso, TX 79998-1537 |
| 98742106 | | Email/Text: bankruptcy@bhg-inc.com | Oct 07 2026 00:22:00 | BHG, 10234 W STATE RD, DAVIE, FL 33324 |
| 98742104 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Oct 07 2026 00:22:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 98742105 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 07 2026 00:23:00 | Barclays Bank, PO Box 8803, Wilmington, DE 19899-8803 |
| 98742108 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 07 2026 00:32:11 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 98742109 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 07 2026 00:32:01 | Capital One Bank USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 98742110 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 07 2026 00:32:15 | Citibank N.A., PO BOX 6190, Sioux Falls, SD |

| | | | | |
|---|---|---|---|---|
| | | | | 57117-6190 |
| 98742112 | + | Email/Text: mrdiscen@discover.com | Oct 07 2026 00:23:00 | Discover Bank N.A., PO BOX 30939, Salt Lake City, UT 84130-0939 |
| 98742114 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 07 2026 00:23:00 | ELAN/SSB, PO BOX 108, Saint Louis, MO 63166-0108 |
| 98742126 | | Email/Text: servicing@intuit.com | Oct 07 2026 00:23:00 | QUICKBOOKS CAPITAL, 2700 COAST AVE, Mountain View, CA 94043 |
| 98742116 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 07 2026 00:32:00 | JPMCB, PO BOX 15369, Wilmington, DE 19850-5369 |
| 98742118 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 07 2026 00:32:00 | JPMCB CARD, PO BOX 15369, Wilmington, DE 19850-5369 |
| 98742119 | + | Email/Text: Documentfiling@lciinc.com | Oct 07 2026 00:23:00 | LENDING CLUB, 595 MARKET STREET, STE 200, San Francisco, CA 94105-5839 |
| 98742121 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 07 2026 00:23:00 | MIDLAND CREDIT MANAGEMENT, 320 E BIG BEAVER RD, Troy, MI 48083-1271 |
| 98742122 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 07 2026 00:23:00 | MIDLAND CREDIT MANAGEMENT INC, 350 CAMINO DE LA REINA, San Diego, CA 92108-3007 |
| 98742120 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 07 2026 00:31:23 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 98742123 | + | Email/Text: mtgbk@shellpointmtg.com | Oct 07 2026 00:23:00 | NR/SMS/CAL, 601 OFFICE CENTER DR STE, Fort Washington, PA 19034-3275 |
| 98742124 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 07 2026 00:23:00 | PNC Bank, PO BOX 8703, Dayton, OH 45401 |
| 98742125 | + | Email/PDF: ProsperBKDetection@resurgent.com | Oct 07 2026 00:32:12 | PROSPER MARKETPLACE IN, 221 MAIN ST, STE 300, San Francisco, CA 94105-1909 |
| 98742127 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 07 2026 00:32:11 | SYNCB/LOW, PO BOX 71727, PHILADELPHIA, PA 19176-1727 |
| 98742128 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 07 2026 00:32:00 | SYNCB/PARKW, PO BOX 71757, PHILADELPHIA, PA 19176-1757 |
| 98742129 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 07 2026 00:32:00 | SYNCB/PAYPAL, 170 West Election Road, Draper, UT 84020-6400 |
| 98742130 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 07 2026 00:32:10 | SYNCHRONY BANK, PO BOX 965003, Orlando, FL 32896-5003 |
| 98742113 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 07 2026 00:23:00 | ELAN Financial, PO BOX 108, Saint Louis, MO 63166 |
| 98742133 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Oct 07 2026 00:32:03 | WELLS FARGO, 101 N PHILLIPS AVE, Sioux Falls, SD 57104-6714 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 98742107 | | Bridgecrest, 7300 E HAMPTON AVE |
| 98742131 | | Tropical Financial |
| 98742111 | *+ | Citibank, N.A., PO BOX 6190, Sioux Falls, SD 57117-6190 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com |
| April Stone | on behalf of Creditor Melissa Nijmeh april@aprilhstonepa.com bankruptcy@mgs-legal.com |
| April Stone | on behalf of Creditor Ronnie Nijmeh april@aprilhstonepa.com bankruptcy@mgs-legal.com |
| Deborah Menotte | menottetrustee@gmail.com ecf.alert+Menotte@titlexi.com |
| Nichole L Glowin | on behalf of Creditor Unlock Partnership Solutions Inc. bankruptcy@zbslaw.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Paul W Cervenka | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing paul.cervenka@bonialpc.com Notices.Bonial@ecf.courtdrive.com |
| Tyler Andrew Trumbach | on behalf of Joint Debtor Marides Giordano ttrumbach@trumbachlaw.com |
| Tyler Andrew Trumbach | on behalf of Debtor Daniel Giordano ttrumbach@trumbachlaw.com |

TOTAL: 9

**CGFD66** (2/10/09)

# United States Bankruptcy Court
## Southern District of Florida
**www.flsb.uscourts.gov**

**Case Number: 26–18992–EPK**
**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Daniel Giordano
2128 Bellcrest Ct
Royal Palm Beach, FL 33411

SSN: xxx–xx–6573

Marides Giordano
fka Marides Acuna
2128 Bellcrest Ct
Royal Palm Beach, FL 33411

SSN: xxx–xx–5124

## CLERK'S NOTICE RE: REPORT OF DEBTOR AUDIT

In accordance with 28 U.S.C. § 586(f)(1), the United States Trustee contracted for an audit to be performed of the petition, schedules and other information filed and/or provided by the debtor(s) in this case.

NOTICE IS HEREBY GIVEN that the audit firm has reported one or more material misstatements concerning the income, expenditures and/or assets of the debtor(s). The Report of Debtor Audit has been filed with the Court and is available for review by parties in interest. **The Report is not a legal determination, and the legal effect of the auditor's finding of material misstatement is a question for the Court.**

**Date: 10/6/26**

**Clerk of Court**

The clerk shall serve a copy of this notice on all parties of record.