**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re:<br><br>DANIEL GIORDANO and MARIDES GIORDANO<br><br>Debtor. | Case No. 26-18992-EPK<br><br>Chapter 7 |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

PLEASE TAKE NOTICE that Joshua C. Kligler, Esq., of the law firm of Kligler Law, PLLC, hereby enters his appearance as counsel of record on behalf of TROPICAL FINANCIAL CREDIT UNION, a creditor and party in interest in this case, and pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure requests that all pleadings, announcements, notices, court documentation, and any and all notices given or required to be served in this case, be given to and served upon him via CM/ECF at the e-mail address set forth below.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and that I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

**Kligler Law, PLLC**
*Counsel for Creditor*
525 71st Street, #414241
Miami Beach, FL 33141
Phone: (786) 883-2434
Fax: (786) 345-7343
jkligler@kliglerlaw.com

By: /s/ *Joshua C. Kligler*
Joshua C. Kligler, Esq.
Fla. Bar No. 69397