shellpoint.

26-18992-EPK

75 Beattie Place, Suite LL202
Greenville, SC 29601

Toll Free Phone: 1-800-365-7107
Toll Free Fax: 1-866-467-1187

*Hours of Operation*
Monday-Friday: 8:00AM-9:00PM EDT
Saturday: 10:00AM-2:00PM EDT

November 9, 2026

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

NOV 19 2026

FILED ____ RECEIVED ____

Southern District of Florida, West Palm Beach Division
701 Clematis St #453
West Palm Beach, FL 33401

RE: Owner/ Borrower: Daniel Giordano
Subject Property: 2128 Bellcrest Court, Royal Palm Beach, FL 33411
Reference Number: 0691968135

Dear Southern District of Florida, West Palm Beach Division,

This letter is in response to the correspondence received by Shellpoint Mortgage Servicing ("Shellpoint") on September 28, 2026, and October 13, 2026, regarding the above referenced property. Please know that we take our customer service and consumer protection obligations seriously and have dedicated staff to identify and resolve your concerns.

Shellpoint records indicate the loan is involved in an active Chapter 7 bankruptcy. Therefore, Shellpoint is not attempting to collect the debt. However, Shellpoint will continue to service the loan according to the original agreement and protect the creditor's rights in the associated property.

Our records indicate you are representing the homeowner in their Chapter 7 bankruptcy. As such, we are responding to you. Please forward our response to your client.

We understand your concerns regarding your client's prior loan modification submissions, your client's assertion that all requested documents were provided despite receiving notices indicating missing documentation, your client's request for information and records related to the loss mitigation review process, and your client's desire to have the loan reevaluated for available home-retention options following the bankruptcy filing.

Please know that we take customer service and consumer protection obligations seriously and have dedicated staff to identify and resolve your concerns.

Upon review of the correspondence, Shellpoint has determined that some of the borrower inquiries are overly broad or do not fall within the scope of a Qualified Written Request because they are related to the origination of the loan or the trust. Shellpoint will gladly respond to inquiries relating to the servicing of the loan. As the servicer, Shellpoint is not required to respond to inquiries related to bank, underwriting, subsequent sale or securitization, or determination to sell, assign, or transfer the servicing of the mortgage loan. Shellpoint is also not required to provide the original wet ink documents, nor the name and location of the document custodian. The information in the Assignment of Mortgage are matters of public record and you may be able to find it at www.sec.gov or through your county recorder's office. We are not required to provide documents relied upon that constitute confidential, proprietary, or privileged information. In order to provide exemplary customer service, we have provided the enclosed documents and information.

The current owner of this loan is Marathon Asset Management, and its mailing address is: c/o US Bank Trust National Association, 1101 Centre Road, Suite 203, Wilmington, DE 19805. The loan originated with Figure Lending LLC on May 26, 2022.

Shellpoint began servicing the loan on December 10, 2024. At that time, the loan was past due for the October 1, 2024, installment. On January 30, 2025, we sent the enclosed Demand or Breach Letter advising the borrower that $7,666.72 was required to cure the default by March 6, 2025.

On February 17, 2025, we received a completed Mortgage Assistance Application, signed Hardship Letter, bank statements covering December 5, 2024, through February 5, 2025, a Dodd-Frank Certification, Form 4506-C, and other supporting documentation. As

reflected in the letter dated February 19, 2025, we assigned a Single Point of Contact (SPOC) to communicate with the borrower and assist with the review and processing of the loss mitigation application.

On February 26, 2025, we sent an acknowledgment letter confirming receipt of the loss mitigation application and supporting documents. At that time, no additional documentation was required; however, we advised that we would contact the borrower if further information became necessary.

On March 18, 2025, we sent the enclosed Solicitation Letter advising that the total amount due was $11,689.58. Pursuant to the letter dated April 4, 2025, we offered a three-month Trial Payment Plan effective May 1, 2025, through July 1, 2025. The borrower was required to make monthly trial payments of $1,591.73. The letter further advised that failure to submit the first trial payment by May 1, 2025, would result in revocation of the Trial Payment Plan.

On April 7, 2025, we sent the enclosed letter notifying the borrower of the estimated market value of the property. On June 9, 2025, we sent an approved loan modification offer letter advising that, upon successful completion of the Trial Payment Plan, the loan modification would become permanent.

On June 23, 2025, we sent the enclosed Modification Follow-Up Letter notifying the borrower that the modification offer had been issued on June 9, 2025, but that we had not yet received the signed modification documents. On June 25, 2025, we received the signed modification agreement from the borrower.

On August 7, 2025, we sent the enclosed letter confirming that the loan had been successfully modified in accordance with the executed agreement and that the modification brought the loan current. On August 15, 2025, the Loan Modification Agreement was recorded in the Palm Beach County Clerk's records.

On October 20, 2025, we sent the enclosed 17-Day Delinquency Letter notifying the borrower that the October 1, 2025, installment had not been received within the 15-day grace period. On November 10, 2025, we sent the enclosed Solicitation Letter advising that the total amount due was $3,077.26.

On November 17, 2025, we sent the enclosed Demand or Breach Letter advising that $3,077.26 was required to cure the default by December 22, 2025. On December 3, 2025, we sent the enclosed Reinstatement Quote advising that $4,615.89 was required to reinstate the mortgage on or before January 1, 2026.

On January 8, 2026, we sent the enclosed Solicitation Letter advising that the total amount due was $6,154.52. On the same date, a SPOC was assigned to assist the borrower with available mortgage assistance options. However, no payments were received thereafter to cure the loan delinquency.

On January 13, 2026, we received a request for mortgage payment assistance along with supporting documentation. However, on January 16, 2026, the request was denied for multiple loss mitigation options. The primary reason for the denial was that the loan was ineligible because it had been modified within the previous 12 months. Pursuant to applicable program guidelines, only one loan modification is permitted within a 12-month period.

On February 13, 2026, foreclosure proceedings were initiated on the loan. On March 16, 2026, we sent the enclosed Solicitation Letter advising that the total amount due was $9,231.78.

On March 17, 2026, we sent the enclosed Incomplete Notice confirming receipt of the loss mitigation request; however, because all required documentation had not been received, the application package was considered incomplete. The notice further advised that if the required documents were not received by April 16, 2026, the request for loss mitigation assistance could be considered withdrawn and collection efforts could resume.

On March 30, 2026, we received a Hardship Letter, Profit and Loss Statement, Letter of Explanation, signed Borrower Certification Agreement, Dodd-Frank Certification, Form 4506-C, and other supporting documentation.

On May 18, 2026, we sent the enclosed Loss Mitigation Denial Letter advising that we were unable to complete the evaluation because all required documentation had not been received. The letter specifically identified the missing documents and encouraged the borrower to contact us to discuss the missing items and reapply for assistance.

On June 3, 2026, we sent the enclosed Solicitation Letter advising that the total amount due on the loan was $13,847.67. On June 5, 2026, we sent the enclosed Incomplete Notice advising that all requested documentation had not been received and that the loss mitigation package remained incomplete. The notice requested submission of the missing documents by July 5, 2026.

On June 29, 2026, and June 30, 2026, we received a Dodd-Frank Certification, Homeowner Financial Worksheet, Letter of Explanation, Hardship Letter, Profit and Loss Statement, Form 4506-C, and other supporting documentation. However, as reflected in the enclosed letter dated July 8, 2026, the request for loss mitigation assistance was denied due to the failure to provide all required

documentation. Although the letter did not specifically identify the missing documents, it advised the borrower to contact us at 800-365-7107 for additional information regarding the decision or to discuss available options for reinstating the mortgage.

Additionally, on October 13, 2026, we received a Financial Worksheet, Borrower Assistance Form, and Form 4506-C. However, only the Financial Worksheet was completed, while the remaining documents were incomplete.

On October 15, 2026, we sent the enclosed First Incomplete Notice advising that additional documentation was required to continue the review of the loss mitigation application. The notice requested that the required documents be submitted on or before November 14, 2026, and stated:

*If you believe you have already provided the requested documentation, please contact us at 800-365-7107, as the documentation received may have been incomplete, may require further clarification, or may not have been received for all borrowers or contributors.*

The following documents were requested:

- Completed and signed Mortgage Assistance Application (all pages must be returned);
- Signed and dated IRS Form 4506-C, including Social Security numbers for all borrowers/contributors, with all sections completed;
- Most recent bank statement for all borrowers/contributors, including all pages and dated within 90 days of receipt; and
- Documentation reflecting current homeowners association dues.

If you were pursuing a short sale, the following additional documents were also requested:

- Settlement Statement/HUD-1;
- Listing Agreement;
- MLS Listing;
- Buyer's Proof of Funds; and
- Purchase Contract.

On November 16, 2026, we received a completed Mortgage Assistance Form and Financial Worksheet. However, we also received incomplete copies of the Tax Consent, Profit and Loss (P&L) Statement, Letter of Explanation, Hardship Letter, Dodd-Frank Certification (Inactive), and Form 4506-C. We request that you advise the borrower, or your client, to resubmit the completed documents, along with the most recent bank statements and HOA dues documentation, so that we may proceed with the mortgage payment assistance review.

Regarding the status of the loss mitigation assistance request, either you or your client will be notified once the review has been completed.

If you or the borrower would like to discuss available loss mitigation options, you or your client may contact the assigned Single Point of Contact (SPOC), Gloria Figueroa-Martinez, at gloria.figueroamartinez@newrez.com, or the SPOC Department at 800-365-7107. You may also contact our Bankruptcy Department at 866-825-2174, extension 2947, to discuss payment-related matters.

Additionally, your client indicated that you are authorized to communicate with us regarding loan modification or loss mitigation assistance. If so, please provide documentation evidencing your authorization to act on the borrower's behalf so that we may communicate with you directly regarding the account.

As of the date of this communication, the loan is past due for the October 1, 2025, through November 1, 2026, installments. On October 21, 2026, we sent the enclosed Bankruptcy Solicitation Letter, along with several related forms, advising that the forms should be completed and returned if mortgage payment assistance is being requested.

Although Shellpoint apologizes for any inconvenience regarding this matter, we have been unable to determine that any error has occurred. You have the right to request documentation supporting our determination.

We appreciate your business and the opportunity to review this matter for you. For any additional inquiries or assistance, please visit our website at www.shellpointmtg.com. Alternatively, feel free to contact us directly at 1-800-365-7107 for further assistance. You can also find helpful information on our Frequently Asked Questions page. Simply log in to your account on our website, click on Help, and choose FAQs from the drop-down menu for quick access to answers to common questions.

Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan español al número 1-800-365-7107.

Sincerely,

Homeowner Advocacy Team
Shellpoint Mortgage Servicing

Enclosures: 17-Day Delinquency Letter, Loss Mitigation Options Denial Letters, Solicitation Letters, Demand or Breach Letters, SPOC Assignment Letters, AVM Notice, Incomplete Notices, BRP Acknowledgement Plan, Trial Plan Offer Letter, Loan Modification Approval and Agreements and Loan History Statement

**Please read the following important notices as they may affect your rights.**

Newrez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Newrez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against the collateral property, which has not been discharged in your bankruptcy.

**Attention Servicemembers and Dependents: The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.**

**Notice of Error or Information Request Address**

You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us. Additionally, if you believe we have furnished inaccurate information to credit reporting agencies, please write to us with specific details regarding those errors and any supporting documentation that you have and we will assist you. Error Resolution, including concerns of inaccurate information sent to credit reporting agencies, or requests for information should be sent to the following address: Shellpoint P.O. Box 10826 Greenville, SC 29603-0826.

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

**Our system of record has your preferred language as English.**

**If you prefer to receive communication in a language other than English, please contact us at 800-365-7107 to speak with a translator in your preferred language about the servicing of your loan or a document you received.**

**Si prefiere recibir las comunicaciones en otro idioma que no sea el inglés, por favor, contáctenos en el 800-365-7107 para hablar con un traductor en el idioma de su preferencia sobre la gestión de su préstamo o cualquier documento que haya recibido.**

**如果您要使用英语以外的其他语言进行交流，请致电 800-365-7107，我们将根据您首选的语言安排相应的译员，与您就贷款服务事项或您所接收的文件进行商讨。**

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED

**shellpoint**®

S-SFRECS20 L-1017 R-101
PML99800C06931 - 843017092 I27722
DANIEL GIORDANO
2128 BELLCREST CT
ROYAL PALM BEACH FL 33411-6115

| CONTACT INFORMATION | |
|---|---|
| **Correspondence:** | P.O. Box 10826<br>Greenville, SC 29603-0826 |
| **Business Hours:** | Monday - Friday: 8:00AM-9:00PM<br>Saturday: 10:00AM-2:00PM |
| **Phone Number:** | 800-365-7107 |
| **Fax:** | 866-467-1137 |
| **Website:** | www.shellpointmtg.com |

Loan Number: 0691968135
Property Address: 2128 BELLCREST CT
ROYAL PALM BEACH, FL 33411

10/20/2025

Dear Daniel Giordano:

Your mortgage payment that was due on 10/01/2025 has not been received and is currently **past due**. As of the date of this letter, your total late fee balance is $0.00 and your total amount past due is $1,538.63. Your principal balance is $133,615.60. However, interest, late fees, and other charges can vary from day to day, so the amount you owe may change if you don't pay right away.

We want to work with you on resolving this delinquency and bringing your account current. If you've already paid in full since we mailed this letter, **thank you**. *Please disregard this letter.*

**We haven't yet reported to any credit agencies.** As of 10/20/2025, we have not yet reported your payment as late to any of the credit-reporting agencies. But we may report your nonpayment if we don't receive your full payment before 11/01/2025.

**You have payment options.** We offer you several convenient ways to pay:

- **Autodraft.** It's easy to have us automatically deduct your payments directly from your bank account. Call us and we'll help you set it up.
- **Website.** Log onto your account on our website at www.shellpointmtg.com and make your payment in a few moments.
- **Mail.** Make your check or money order in the amount of $1,538.63 payable to Shellpoint Mortgage Servicing. Be sure to write your loan number on your check or money order and mail your payment to:

***Regular Mail:***
**Shellpoint Mortgage Servicing**
P.O. Box 650840
Dallas, TX 75265-0840

***Overnight shipping:***
**Shellpoint Mortgage Servicing**
Attn: Payment Processing
75 Beattie Place
Suite LL202
Greenville, SC 29601

***Note:*** Regular mail delivery times are uncertain. We assess late fees based on when we receive your payment, *not* when you mail it. To avoid late fees, you may want to use overnight shipping.

- **Online bill-pay.** Online bill-pay is a quick, certain, and easy way to pay. Make sure the payee name is listed as **Shellpoint Mortgage Servicing**.
- **Phone.** Dial **800-365-7107** and follow the voice prompts to pay using our intelligent, automated phone system.

**Need help?** Are circumstances beyond your control preventing you from making your payment? *We're here to help.* Call one of our representatives immediately at 800-365-7107. We'll do everything we can to develop a payment plan that works for you.

**Additional resources are available.**

- Contact HUD-approved counselors who are available to provide you with mortgage payment assistance information you may need, free of charge. You can use the search tool at http://www.hud.gov/offices/hsg/sfh/hcc/fc/ and https://www.consumerfinance.gov/find-a-housing-counselor/ or call 1-800-569-4287 to find a counseling agency in your area. Additionally, the Homeowner's HOPE™ Hotline offers free HUD-certified counseling services and is available 24/7 in English and Spanish. Other languages are available by appointment. Certified counselors can be reached by calling 888-995-HOPE ™ (4673) or 800-877-8339 with TTY device.
- Contact the Consumer Financial Protection Bureau (CFPB) at (855) 411-2372 or visit www.consumerfinance.gov/mortgagehelp

**¿Hablas español?** Esta carta contiene información importante sobre su préstamo hipotecario. Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan español al número **800-365-7107**.

Sincerely,

***Customer Care Team***

Shellpoint Mortgage Servicing

**Enroll in paperless billing statements by visiting our website at www.shellpointmtg.com.**
**Statements can be viewed, saved, and printed on demand!**
**✓Convenient ✓Secure ✓Fast ✓Eco-Friendly**

**Please read the following important notices as they may affect your rights.**

Newrez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Newrez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code.

**Attention Servicemembers and Dependents: The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.**

**Notice of Error or Information Request Address:** You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us. Additionally, if you believe we have furnished inaccurate information to credit reporting agencies, please write to us with specific details regarding those errors and any supporting documentation that you have and we will assist you. Error Resolution, including concerns of inaccurate information sent to credit reporting agencies, or requests for information should be sent to the following address: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

**Our system of record has your preferred language as English.**

**If you prefer to receive communication in a language other than English, please contact us at 800-365-7107 to speak with a translator in your preferred language about the servicing of your loan or a document you received.**

**Si prefiere recibir las comunicaciones en otro idioma que no sea el inglés, por favor, contáctenos en el 800-365-7107 para hablar con un traductor en el idioma de su preferencia sobre la gestión de su préstamo o cualquier documento que haya recibido.**

**如果您要使用英语以外的其他语言进行交流，请致电 800-365-7107，我们将根据您首选的语言安排相应的译员，与您就贷款服务事项或您所接收的文件进行商讨。**

Please note that we operate as Newrez Mortgage LLC dba Shellpoint Mortgage Servicing in Arkansas and Texas.

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED

**shellpoint**®

S-SFRECS20 L-2150 R-101
PO4S0C00200439 - 860930741 I09806
DANIEL GIORDANO
3400 LAKESIDE DR STE 100
MIRAMAR FL 33027-3261

| CONTACT INFORMATION | |
|---|---|
| **Correspondence:** | P.O. Box 10826<br>Greenville, SC 29603-0826 |
| **Business Hours:** | Monday - Friday: 8:00AM-9:00PM |
| **Phone Number:** | 800-365-7107 |
| **Fax:** | 866-467-1187 |
| **Website:** | www.shellpointmtg.com |

10/21/2026

Loan Number: 0691968135
Property Address: 2128 BELLCREST CT
ROYAL PALM BEACH, FL 33411

Dear Borrower(s) and/or Representative(s):

Shellpoint Mortgage Servicing ("Shellpoint") is committed to offering assistance and exploring options that may assist our borrowers who filed for bankruptcy with a temporary or long-term solution. If you fill out the attached forms and return them to us, we will be able to explore all the options that are available. If you are an attorney representing the borrower, please fill out and provide the attached consent form to initiate the process.

As a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. This is not an intent to collect the debt. Please find included with this letter information to share with your client, should they wish to explore opportunities.

**Important note:** Shellpoint Mortgage Servicing offers a Single Point of Contact (SPOC) program where a dedicated team of specialists are assigned to assist you. The SPOC Department will assist you any time you have questions or if you need assistance with one of the loss mitigation options available to you. We will perform an evaluation of your financial condition and determine your eligibility for all alternatives that may be applicable for this account.

If your loan was transferred from another servicer and you have entered into an approved loss mitigation plan with your prior loan servicer or if you had a loss mitigation application in process with your prior servicer, please contact us to confirm that the loss mitigation plan information, or application and documentation, were properly transferred to Shellpoint Mortgage Servicing. We will follow up with your prior servicer to receive the documents you provided them or they provided you in response.

We may order an appraisal to determine the property's value and charge you for this appraisal. We will promptly give you a copy of any appraisal, even if you are not approved for a foreclosure alternative. You can pay for an additional appraisal for your own use at your own cost.

**We Are Here to Help - Call Us at 800-365-7107**

Let us work with you to understand the issues affecting your account. We'll explore what assistance may be available to you and discuss the forms and documentation needed to determine if you qualify for a loss mitigation option.
**Consulte la página siguiente para obtener más información importante sobre cómo comunicarse con nosotros, las opciones disponibles y la información del consejero de vivienda en español.**

## Options May Be Available

The right option for you depends on your individual circumstances. When you provide the required information and documentation about your situation, we can determine if you qualify for temporary or long-term relief.

If you need help, the following options may be possible (most are subject to lender approval):

- Refinance your loan with us or another lender;
- Modify your loan terms with us;
- Payment forbearance temporarily gives you more time to pay your monthly payment; or
- If you are not able to continue paying your mortgage, your best option may be to find more affordable housing. As an alternative to foreclosure, you may be able to sell your home and use the proceeds to pay off your current loan.

**Call us today at 800-365-7107 to learn more about your options and instructions for how to apply. The longer you wait, or the further you fall behind on your payments, the harder it will be to find a solution. The sooner you respond, the quicker we can determine whether you qualify. Please note that packages received within 37 days of a foreclosure sale may not be evaluated.**

Newrez LLC dba Shellpoint Mortgage Servicing NMLS ID 3013

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED

shellpoint®

S-SFRECS20 L-2150 R-101
PO4S0C00200439 - 860930741 I09808
DANIEL GIORDANO
3400 LAKESIDE DR STE 100
MIRAMAR FL 33027-3261

**CONTACT INFORMATION**

| | |
|---|---|
| **Correspondence:** | P.O. Box 10826<br>Greenville, SC 29603-0826 |
| **Business Hours:** | Monday - Friday: 8:00AM-9:00PM |
| **Phone Number:** | 800-365-7107 |
| **Fax:** | 866-467-1187 |
| **Website:** | www.shellpointmtg.com |

Loan Number: 0691968135
Property Address: 2128 BELLCREST CT
ROYAL PALM BEACH, FL 33411

10/21/2026

Dear Homeowner(s):

In accordance with the Taxpayer First Act, as your loan servicer, we are required to obtain your consent to be able to share your tax information with another party. Such sharing would extend to actual or potential owners of the loan or any other loan participant.

Please sign and date this **Taxpayer Consent Form** and return it to the following address:

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826

## TAXPAYER CONSENT FORM

I understand, acknowledge, and agree that Shellpoint Mortgage Servicing and Other Loan Participants can obtain, use and share tax return information for purposes of (i) providing an offer; (ii) originating, maintaining, managing, monitoring, servicing, selling, insuring, and securitizing a loan; (iii) marketing; or (iv) as otherwise permitted by applicable laws, including state and federal privacy and data security laws. Shellpoint Mortgage Servicing includes Shellpoint Mortgage Servicing's affiliates, agents, service providers and any of aforementioned parties' successors and assigns. The Other Loan Participants includes any actual or potential owners of a loan resulting from your loan application, or acquirers of any beneficial or other interest in the loan, any mortgage insurer, guarantor, any servicers or service providers for these parties and any of aforementioned parties' successors and assigns.

---

Daniel Giordano

Date

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826

## Getting Started

**After the attorney has consented to conversations with our office, call us at 800-365-7107 to get started. You can also complete and return the attached Mortgage Assistance Application along with other required documents. If you are in an active bankruptcy, we will need your attorney's consent included with your documentation or prior to you calling us.**

### Additional Resources

**For additional information about preventing foreclosure, avoiding fraud scams, and accessing approved counseling at no cost to you**

- Visit Shellpoint Mortgage Servicing's website at www.shellpointmtg.com.
- For help exploring your options, the Federal government provides contact information for housing counselors. Contact HUD-approved counselors who are available to provide you with the information and assistance you may need. You can use the search tool at https://www.hud.gov/stat/sfh/housing-counseling and https://www.consumerfinance.gov/find-a-housing-counselor/ or call 1-800-569-4287 (TTY: 202-708-1455) to find a counseling agency in your area. Additionally, the Homeowner's HOPE™ Hotline offers free HUD-certified counseling services and is available 24/7 in English and Spanish. Other languages are available by appointment. Certified counselors can be reached by calling 888-995-HOPE ™ (4673) or 800-877-8339 with TTY device.
- Contact the Consumer Financial Protection Bureau (CFPB) at (855) 411-2372 or www.consumerfinance.gov/mortgagehelp
- Your state may have Homeowner Assistance funds to assist you in curing your delinquency. More information about your state's housing finance agency and available options can be found at https://www.ncsha.org/housing-help/

Sincerely,

Loss Mitigation Department
Shellpoint Mortgage Servicing

Llámenos hoy para obtener más información sobre sus opciones e instrucciones sobre cómo presentar una solicitud. Cuanto más espere o más se atrase en sus pagos, más difícil será encontrar una solución.

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826
Número de teléfono: 800-365-7107

Para más información, visite www.shellpointmtg.com.

Si necesita ayuda, las siguientes opciones pueden ser posibles (la mayoría están sujetas a la aprobación del prestamista):

- Refinanciar su préstamo con nosotros o otro prestamista;
- Modificar los términos de su préstamo con nosotros;
- El aplazamiento de pagos le da más tiempo para pagar su pago mensual; o
- Si no puede seguir pagando su hipoteca, es posible que su mejor opción sea buscar una vivienda más asequible. Como alternativa a la ejecución hipotecaria, es posible que pueda vender su casa y utilizar las ganancias para pagar su préstamo actual.

Para ayudarle a explorar sus opciones, el gobierno federal proporciona la información de contacto de asesores de vivienda. Puede acceder a esta información comunicándose con la Oficina para la Protección Financiera del Consumidor al www.consumerfinance.gov/find-a-housing-counselor/ o El Departamento de Vivienda y Desarrollo Urbano en https://www.hud.gov/stat/sfh/housing-counseling o llamando al 1-(800)-569-4287 (TTY: 202-708-1455).

Si prefiere recibir las comunicaciones en otro idioma que no sea el inglés, por favor, contáctenos en el 866-316-1840 para hablar con un traductor en el idioma de su preferencia sobre la gestión de su préstamo o cualquier documento que haya recibido.

**Please read the following important notices as they may affect your rights.**

The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is: Federal Trade Commission, Consumer Response Center, 600 Pennsylvania Avenue, NW, Washington, DC 20580.

Newrez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is not an attempt to collect a debt due to your bankruptcy filing. Newrez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code.

**Attention Servicemembers and Dependents: The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.**

**Notice of Error or Information Request Address:** You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us. Additionally, if you believe we have furnished inaccurate information to credit reporting agencies, please write to us with specific details regarding those errors and any supporting documentation that you have and we will assist you. Error Resolution, including concerns of inaccurate information sent to credit reporting agencies, or requests for information should be sent to the following address: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

**Our system of record has your preferred language as English.**

**If you prefer to receive communication in a language other than English, please contact us at 800-365-7107 to speak with a translator in your preferred language about the servicing of your loan or a document you received.**

**Si prefiere recibir las comunicaciones en otro idioma que no sea el inglés, por favor, contáctenos en el 800-365-7107 para hablar con un traductor en el idioma de su preferencia sobre la gestión de su préstamo o cualquier documento que haya recibido.**

**如果您要使用英语以外的其他语言进行交流，请致电 800-365-7107，我们将根据您首选的语言安排相应的译员，与您就贷款服务事项或您所接收的文件进行商讨。**

Please note that we operate as Newrez Mortgage LLC dba Shellpoint Mortgage Servicing in Arkansas and Texas.

**How to Complete IRS Form 4506-C**

Please refer to this checklist as you complete the IRS Form 4506C (Request for Transcript of Tax Return)

- Enter the borrower's name on line 1a.
- Enter the borrower's Social Security number on line 1b.
- Enter the Spouse's name on line 2a if a joint tax return was filed.
- Enter the spouse's Social Security number on line 2b if a joint tax return was filed.
- Enter the borrower's current name and address on line 3.
- Enter the borrower's previous address as listed on the last tax return filed on line 4 if different from the address entered on line 3.
- Enter the following information on line 5:

  Shellpoint Mortgage Servicing
  C/O CoreLogic, 4 First American Way, Santa Ana, CA 92707
  866.418.4596 Participant # 300429 Mailbox ID: CoreLogic

- Enter 1040 on line 6 and check off the box for 6a.
- Enter the ending date of the year for the two most recent tax years filed, using the mm/dd/yyyy format, on line 8.
- Please read the signature disclosure and check the signatory attest box that is located above the signature line.
- Sign, date and enter a telephone number on the first signature line for the borrower.
- Skip the title line unless a/an corporation, partnership, estate, or trust.
- Spouse should sign and date on the second signature line if a joint tax return was filed.

Please note that this document will not be accepted by the IRS if there are alterations such as strikethrough, white outs initials, etc.

The IRS Form 4506-C may also be found online at http://www.irs.gov by entering "4506C" into the search box.

HELP FOR AMERICA'S HOMEOWNERS.

MAKING HOME AFFORDABLE

# Dodd-Frank Certification

The following information is requested by the federal government in accordance with the Dodd-Frank Wall Street Reform and Consumer Protection Act (Pub. L. 111-203). **You are required to furnish this information.** The law provides that no person shall be eligible to begin receiving assistance from the Making Home Affordable Program, authorized under the Emergency Economic Stabilization Act of 2008 (12 U.S.C. 5201 et seq.), or any other mortgage assistance program authorized or funded by that Act, if such person, in connection with a mortgage or real estate transaction, has been convicted, within the last 10 years, of any one of the following: (A) felony larceny, theft, fraud, or forgery, (B) money laundering or (C) tax evasion.

I/we certify under penalty of perjury that I/we have not been convicted within the last 10 years of any one of the following in connection with a mortgage or real estate transaction:

(a) felony larceny, theft, fraud, or forgery,
(b) money laundering or
(c) tax evasion.

I/we understand that the servicer, the U.S. Department of the Treasury, or their agents may investigate the accuracy of my statements by performing routine background checks, including automated searches of federal, state and county databases, to confirm that I/we have not been convicted of such crimes. I/we also understand that knowingly submitting false information may violate Federal law.

This Certificate is effective on the earlier of the date listed below or the date received by your servicer.

| | | | |
|---|---|---|---|
| Borrower Signature | Social Security Number | Date of Birth | Date |
| Co-Borrower Signature | Social Security Number | Date of Birth | Date |

Loan ID: 0691968135

Loan number : 0691968135

## Hardship Information

The hardship causing mortgage payment challenges began on approximately (date) ________________ and is believed to be:

☐ Short-term (up to 6 months)

☐ Long-term or permanent (greater than 6 months)

☐ Resolved as of (date) ______________________

| TYPE OF HARDSHIP (CHECK ALL THAT APPLY) | REQUIRED HARDSHIP DOCUMENTATION |
|---|---|
| ☐ Unemployment | ▪ Not required |
| ☐ Reduction in income: a hardship that has caused a decrease in your income due to circumstances outside your control (e.g., elimination of overtime, reduction in regular working hours, a reduction in base pay) | ▪ Not required |
| ☐ Increase in housing-related expenses: a hardship that has caused an increase in your housing expenses due to circumstances outside your control (e.g., uninsured losses, increased property taxes, HOA special assessment) | ▪ Not required |
| ☐ Disaster (natural or man-made) impacting the property or borrower's place of employment | ▪ Not required |
| ☐ Long-term or permanent disability, or serious illness of a borrower/co-borrower or dependent family member | ▪ Written statement from the borrower, or other documentation verifying disability or illness<br>**Note:** Detailed medical information is not required, and information from a medical provider is not required |
| ☐ Divorce or legal separation | ▪ Final divorce decree or final separation agreement **OR**<br>▪ Recorded quitclaim deed |
| ☐ Separation of borrowers unrelated by marriage, civil union, or similar domestic partnership under applicable law | ▪ Recorded quitclaim deed **OR**<br>▪ Legally binding agreement evidencing that the non-occupying borrower or co-borrower has relinquished all rights to the property |
| ☐ Death of borrower or death of either the primary or secondary wage earner | ▪ Death certificate **OR**<br>▪ Obituary or newspaper article reporting the death |
| ☐ Distant employment transfer/relocation | ▪ **For active duty service members:** Permanent Change of Station (PCS) orders or letter showing transfer.<br>▪ **For employment transfers/new employment:** Copy of signed offer letter or notice from employer showing transfer to a new location or written explanation if employer documentation not applicable, **AND**<br>▪ Documentation that reflects the amount of any relocation assistance provided (not required for those with PCS orders) |
| ☐ Other – hardship that is not covered above:<br>____________________<br>____________________<br>____________________<br>____________________<br>____________________ | ▪ Written explanation describing the details of the hardship and any relevant documentation |

Loan number : 0691968135

## Borrower Income

Please enter all borrower income amounts in middle column.

| MONTHLY TOTAL BORROWER INCOME TYPE & AMOUNT | | REQUIRED INCOME DOCUMENTATION |
|---|---|---|
| Gross (pre-tax) wages, salaries and overtime pay, commissions, tips, and bonuses | $ | ▪ Most recent pay stub and documentation of year-to-date earnings if not on pay stub **OR**<br>▪ Two most recent bank statements showing income deposit amounts |
| Self-employment income | $ | ▪ Two most recent bank statements showing self-employed income deposit amounts **OR**<br>▪ Most recent signed and dated quarterly or year-to-date profit/loss statement **OR**<br>▪ Most recent complete and signed business tax return **OR**<br>▪ Most recent complete and signed individual federal income tax return |
| Unemployment benefit income | $ | ▪ No documentation required |
| Taxable Social Security, pension, disability, death benefits, adoption assistance, housing allowance, and other public assistance | $ | ▪ Two most recent bank statements showing deposit amounts **OR**<br>▪ Award letters or other documentation showing the amount and frequency of the benefits |
| Non-taxable Social Security or disability income | $ | ▪ Two most recent bank statements showing deposit amounts **OR**<br>▪ Award letters or other documentation showing the amount and frequency of the benefits |
| Rental income (rents received, less expenses other than mortgage expense) | $ | ▪ Two most recent bank statements demonstrating receipt of rent **OR**<br>▪ Two most recent deposited rent checks |
| Investment or insurance income | $ | ▪ Two most recent investment statements **OR**<br>▪ Two most recent bank statements supporting receipt of the income |
| Other types of income not listed above (Note: Only include alimony, child support, or separate maintenance income if you choose to have it considered for repaying this loan) | $ | ▪ Two most recent bank statements showing receipt of income **OR**<br>▪ Other documentation showing the amount and frequency of the income |

## Current Borrower Assets

Exclude retirement funds such as a 401(k) or Individual Retirement Account (IRA), and college savings accounts such as a 529 plan.

| | |
|---|---|
| Checking account(s) and cash on hand | $ |
| Savings, money market funds, and Certificates of Deposit (CDs) | $ |
| Stocks and bonds (non-retirement accounts) | $ |
| Other: | $ |

Loan number : 0691968135

# Mortgage Assistance Application

If you are having mortgage payment challenges, please complete and submit this application, along with the required documentation, to Shellpoint Mortgage Servicing via mail: P.O. Box 10826 Greenville, SC 29603-0826, fax: 866-467-1187, or online: lossmitigation@shellpointmtg.com. We will contact you within five business days to acknowledge receipt and let you know if you need to send additional information or documents.

We will use the information you provide to help us identify the assistance you may be eligible to receive. If you need help completing this application, please contact Shellpoint Mortgage Servicing at 800-365-7107.

If you are experiencing a financial hardship you may be eligible for mortgage assistance from your state's housing finance agency or other state or local government agency.

For a list of HUD-approved housing counseling agencies that can provide foreclosure prevention information, contact one of the following federal government agencies:

- The U.S. Department of Housing and Urban Development (HUD) at (800) 569-4287 or www.hud.gov/counseling
- The Consumer Financial Protection Bureau (CFPB) at (855) 411-2372 or www.consumerfinance.gov/mortgagehelp

If you need assistance with translation or other language assistance, HUD-approved housing counseling agencies may be able to assist you. These services are provided without charge.

## Borrower Information

**Borrower's name:** ______________________________

Social Security Number (last 4 digits): ______________

E-mail address: ______________________________

Primary phone number: ______________________ ☐ Cell ☐ Home ☐ Work ☐ Other

Alternate phone number: ______________________ ☐ Cell ☐ Home ☐ Work ☐ Other

**Co-borrower's name:** ______________________________

Social Security Number (last 4 digits): ______________

E-mail address: ______________________________

Primary phone number: ______________________ ☐ Cell ☐ Home ☐ Work ☐ Other

Alternate phone number: ______________________ ☐ Cell ☐ Home ☐ Work ☐ Other

Preferred contact method (choose all that apply): ☐ Cell phone ☐ Home phone ☐ Work phone ☐ Email ☐ Text—checking this box indicates your consent for text messaging

Is either borrower on active duty with the military (including the National Guard and Reserves), the dependent of a borrower on active duty, or the surviving spouse of a member of the military who was on active duty at the time of death? ☐ Yes ☐ No

## Property Information

Property Address: ______________________________

Mailing address (if different from property address): ______________________________

• The property is currently: ☐ A primary residence ☐ A second home ☐ An investment property

• The property is (select all that apply): ☐ Owner occupied ☐ Renter occupied ☐ Vacant

• I want to: ☐ Keep the property ☐ Sell the property ☐ Transfer ownership of the property to my servicer ☐ Undecided

Is the property listed for sale? ☐ Yes ☐ No – If yes, provide the listing agent's name and phone number—or indicate "for sale by owner" if applicable: ______________________________

Is the property subject to condominium or homeowners' association (HOA) fees ☐ Yes ☐ No – If yes, indicate monthly dues: $__________

## Homeowner Checklist
## For Your Information Only - Do Not Return with Your Borrower Response Package

**GET STARTED** – use this checklist to ensure you have completed all required forms and have the right information.

| | |
|---|---|
| **Step 1** | ❑ **Review the information provided** to help you understand your options, responsibilities, and next steps:<br>❑ Loan modification options ❑ Frequent Asked Questions |
| **Step 2** | ❑ **Complete and sign the enclosed Mortgage Assistance Application.** Must be signed by all borrowers on the mortgage (notarization is not required) and must include: |
| | ❑ All income, expenses, and assets for each borrower<br>❑ An explanation of financial hardship that makes it difficult to pay the mortgage<br>❑ Your acknowledgment and agreement that all information that you provide is true and accurate |
| **Step 3** | ❑ **Complete and sign a dated copy of the enclosed IRS Form 4506-C**<br>❑ For each borrower, please submit a signed, dated copy of IRS Form 4506-C (Request for Transcript of Tax Return)<br>❑ Borrowers who filed their tax returns jointly may send in one IRS Form 4506-C signed and dated by both joint filers. The form must be fully completed, cannot have any alterations, and the signatory box above signature needs to be checked |
| **Step 4** | ❑ **Provide required hardship documentation. This documentation will be used to verify your hardship.**<br>❑ Follow the instructions set forth on the Mortgage Assistance Application (attached) |
| **Step 5** | ❑ **Provide required income documentation. This documentation will be used to verify your hardship and all of your income (Notice: Alimony, child support or separate maintenance income need not be revealed if you do not choose to have it considered for repaying this loan).**<br>❑ Follow the instructions set forth on the Mortgage Assistance Application (attached)<br>❑ You may also disclose any income from a household member who is not on the promissory note (non-borrower), such as a relative, spouse, domestic partner, or fiancé who occupies the property as a primary residence. If you elect to disclose and rely upon this income to qualify, the required income documentation is the same as the income documentation required for a borrower. See Page 3 of the Mortgage Assistance Application for specific details on income documentation<br>❑ For all borrowers, please include two most recent bank statements for all open accounts |
| **Step 6** | ❑ **Gather and send completed documents—your Borrower Response Package.** You must send in all required documentation listed in steps 2-4 above and summarized below:<br>• **Mortgage Assistance Application (attached)**<br>• **Form 4506-C (attached)**<br>• **Current HOA statements within 60 days (if property is in a Homeowners Association)**<br>• **Income documentation as outlined on Page 3 of the Mortgage Assistance Application (attached)**<br>• **Hardship documentation as outlined on Page 2 of the Mortgage Assistance Application (attached)**<br>• **Attorney consent letter authorizing us to contact to discuss with you your loss mitigation options (if you are in an active bankruptcy)**<br>• **Bank statements (Provide your 2 most recent statements for all banking and investment accounts. Include all statement pages even if they are blank)**<br>• **Letter of explanation for any deposit or transfer of funds over $1,000.00**<br>• **Paystubs, if a wage earner (Provide at least two paystubs covering a minimum 30 day timeframe. Paystubs cannot be any older than 90 days)**<br>• **Profit and Loss, if self-employed (Provide at least the most recent two consecutive years and 2 most recent consecutive business tax returns)**<br><br>**Please mail all documents above to us:** Shellpoint Mortgage Servicing<br>P.O. Box 10826<br>Greenville, SC 29603-0826 |

**IMPORTANT REMINDERS:**

❑ If you cannot provide the documentation within the time frame provided, have other types of income not specified on Page 3 of the Mortgage Assistance Application, cannot locate some or all of the required documents, or have any questions, please contact us at 800-365-7107.

❑ Keep a copy of all documents and proof of mailing/emailing for your records. **Don't send original income or hardship documents. Copies are acceptable.**

**Questions? Contact us at 800-365-7107**

## Frequently Asked Questions
## For Your Information Only - Do Not Return with Your Borrower Response Package

**1. Why did I receive this package?**

We were recently notified of your bankruptcy filing. We are sending this information to you now so that we can work with you to quickly resolve any temporary or long-term financial challenge you face.

**2. What if I don't want to stay in my home anymore?**

You may have good reasons for needing to leave your property, such as a job relocation, a divorce, financial hardship due to the death of a borrower, or some other reason preventing you from keeping your property. If you intend to transition out of your home, please indicate that you want to sell or vacate the property on page 1 of the attached Mortgage Assistance Application and we may first evaluate you for a short sale or Mortgage Release (deed-in-lieu). Even if you are approved for one of those workout solutions, we may consider you for a mortgage loan modification.

**3. Will It cost money to get help?**

There should never be a fee from your servicer or qualified counselor to obtain assistance or information about loss mitigation options. However, this has become a target for scam artists. Be wary of companies or individuals offering to help you for a fee, and never send a mortgage payment to any company other than the one listed on your monthly mortgage statement or one designated to receive your payments under a state assistance program.

**4. What happens once I have sent the Borrower Response Package to you?**

We will contact you within three business days of our receipt of your Borrower Response Package to confirm that we have received your package and will review it to determine whether it is complete. Within five business days of receipt of your request, we will send you a notice of incompleteness in the event there is any missing information or documentation that you must still submit. We cannot guarantee that you will receive any (or a particular type of) assistance.

Within 30 days of receipt of a complete Borrower Response Package, we will let you know which loss mitigation option, if any, are available to you and will inform you of your next steps to accept our offer. **Please submit your Borrower Response Package as soon as possible.**

**5. Is housing counseling available?**

Yes, HUD-approved counselors are available to provide you with the information and assistance you may need. You can use the search tool at http://www.hud.gov/offices/hsg/sfh/hcc/fc/ to find a counselor near you or by calling 1(888)995-HOPE (4673).

**6. I have seen ads and flyers from companies offering to help me for a fee. Can these companies really help?**

Borrowers in hardships have become a target for scam artists. We suggest using the HUD website referenced in question 5 to locate a counselor near you.

**7. Will my credit report be pulled during a loss mitigation evaluation?**

Yes. Shellpoint Mortgage Servicing will pull a credit report to verify information in the course of your evaluation for a foreclosure alternative. Shellpoint Mortgage Servicing will do this in the form of a "soft pull" or "soft inquiry". This has no impact on your scores. Upon request, Shellpoint will provide you with the name and address of the consumer reporting agency that furnished the report. Everyone should check their reports at least annually. It's part of good credit management and completely free from AnnualCreditReport.com.

**8. What if I acquired an ownership interest in the property, such as through death, divorce, or legal separation?**

You should contact us as soon as possible. We are here to help you adjust to these events and provide you with information on where to send the mortgage payments. Please contact us to obtain a list of documentation that is needed to confirm your identity and ownership interest in the property, and to discuss next steps.

# Learning More About Options

The variety of options summarized below may help you keep your home. For example, you may be eligible to modify your mortgage, lowering your monthly payment to make it more affordable. Contact us to determine if you qualify.

Depending on your circumstances, you may choose not to stay in your home. In this case, a short sale or deed-in-lieu may be a better choice—see the table below for more information.

| OPTIONS TO STAY IN YOUR HOME | OVERVIEW | BENEFIT |
|---|---|---|
| **Repayment Plan** | Pay back your past-due payments together with your regular payments over an extended period of time. | Allows you time to catch up on late payments without having to come up with a lump sum. |
| **Forbearance Plan** | Make reduced mortgage payments or no mortgage payments for a specific period of time. | Gives you time to improve your financial situation and possibly qualify for a better option than would be available right now. |
| **Payment Deferral** | Delay repayment of two to six months of past-due principal and interest payments, and certain other amounts into a non-interest bearing balance, due and payable at the maturity of the Mortgage or earlier upon the sale or transfer of the property, refinance of the Mortgage, or payoff of an interest-bearing unpaid principal balance. | Allow you to bring your mortgage current by delaying repayment of past-due principal and interest and certain other amounts without changing other terms of your mortgage. Interest is not charged on those amounts. |
| **Modification** | Receive modified mortgage terms to make it more affordable or manageable after successfully making payments during a "trial period" (e.g., completing a three-month trial period plan) that requires payment of the approximate amount of the modified payment. | Permanently modifies your mortgage so that your payments or terms are more manageable as a permanent solution to a long-term or permanent hardship. |
| **OPTIONS TO LEAVE YOUR HOME** | **OVERVIEW** | **BENEFIT** |
| **Traditional Sale (selling with equity)** | Proceeds from the sale are used to pay off the mortgage debt and any other debts secured by the property. | Keep the excess proceeds from the sale once all debts and closing costs are paid. Allows you to transition out of your home to avoid foreclosure. |
| **Short Sale** | Sell your home and pay off a portion of your mortgage balance when you owe more on the home than it is worth. | Allows you to transition out of your home. In some cases, relocation assistance may be available. |
| **Deed-in-Lieu** | Transfer the ownership of your property to us. | Allows you to transition out of your home. In some cases, relocation assistance may be available. |

**We Want to Help**
Take action to gain peace of mind and control of your housing situation. Call us at 800-365-7107 and we'll talk about available options.

shellpoint®

## Homeowner Financial Worksheet

**Daniel Giordano** **Loan Number: 0691968135**

| | MONTHLY PAYMENT | BALANCE | NAME OF CREDITOR |
|---|---|---|---|
| Home Mortgage | | | |
| 2nd Home Mortgage | | | |
| Auto Loan | | | |
| Auto Loan | | | |
| Creditor | | | |
| Creditor | | | |
| Creditor | | | |
| Creditor | | | |
| Creditor | | | |
| Creditor | | | |
| Creditor | | | |
| Student Loan | | | |
| Alimony / Support | | | |
| Child Care | | | |
| IRS | | | |
| Chapter 13 | | | |
| Electricity | | | |
| Heating Fuel | | | Oil or Natural Gas |
| Water & Sewer | | | |
| Telephone | | | |
| Cable TV | | | |
| Auto Insurance | | | |
| Health Insurance | | | Paid directly (not by employer) |
| Life Insurance | | | Paid directly (not by employer) |
| Medical/Dental Expenses | | | |
| Homeowner's Insurance | | | Only list here if not in Mortgage |
| Real Estate Tax | | | Only list here if not in Mortgage |
| Personal Property Tax | | | |
| Groceries | | | |
| School Lunches | | | |
| Transportation, Parking, Tolls | | | |
| Clothing | | | |
| Dry Cleaning/Laundry | | | |
| Cell Phone | | | |
| Internet Service | | | |
| Homeowner's Association Dues | | | |
| Recreation / Spending Money | | | |
| Charitable Donations | | | |
| Other Expenses | | | |
| TOTAL MONTHLY EXPENSES | | | |

Loan number : 0691968135

## Borrower Certification and Agreement

1. I certify and acknowledge that all of the information in this Mortgage Assistance Application is truthful, and the hardship I identified contributed to my need for mortgage relief. Knowingly submitting false information may violate Federal and other applicable law.
2. I agree to provide my servicer with all required documents, including any additional supporting documentation as requested, and will respond in a timely manner to all servicer or authorized third party* communications.
3. I acknowledge and agree that my servicer is not obligated to offer me assistance based solely on the representations in this document or other documentation submitted in connection with my request.
4. I consent to the servicer or authorized third party* obtaining a current credit report for the borrower and co-borrower.
5. I consent to the disclosure by my servicer, authorized third party,* or any investor/guarantor of my mortgage loan(s), of any personal information collected during the mortgage assistance process and of any information about any relief I receive, to any third party that deals with my first lien or subordinate lien (if applicable) mortgage loan(s), including Fannie Mae, Freddie Mac, or any investor, insurer, guarantor, or servicer of my mortgage loan(s) or any companies that provide support services to them, for purposes permitted by applicable law, including but not limited to providing mortgage assistance, verifying any data or information contained in this application, and performing audit and quality control reviews. Personal information may include, but is not limited to: (a) my name, address, telephone number, (b) my Social Security number, (c) my credit score, (d) my income, (e) my payment history and information about my account balances and activity, and (f) my tax return and the information contained therein.
6. I agree that the terms of this borrower certification and agreement will apply to any modification trial period plan, repayment plan, or forbearance plan that I may be offered based on this application. If I receive an offer for a modification trial period plan or repayment plan, I agree that my first timely payment under the plan will serve as acceptance of the plan.
7. I consent to being contacted concerning this application for mortgage assistance at any telephone number, including mobile telephone number, or email address I have provided to the lender, servicer, or authorized third party.*

   * An authorized third party may include, but is not limited to, a housing counseling agency, Housing Finance Agency (HFA) or other similar entity that is assisting me in obtaining a foreclosure prevention alternative.

Borrower signature: ______________________________ Date: ______________

Co-Borrower signature: ______________________________ Date: ______________

**Please submit your completed application, together with the required documentation, to Shellpoint Mortgage Servicing via mail: P.O. Box 10826 Greenville, SC 29603-0826, fax: 866-467-1187, or online: lossmitigation@shellpointmtg.com. We will contact you within five business days to acknowledge receipt and let you know if you need to send additional information or documents.**

**We will use the information you provided to help us identify the assistance you may be eligible to receive.**

**shellpoint.**

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603
Phone Number: 800-365-7107
www.shellpointmtg.com

11/09/2026 10:55:37AM

## Loan History Statement

| Trans Date | Eff Date | Due Date | Trans Desc | Rev Code | Flag | Trans Amount | Principal Amount | Principal Balance | Interest Amount | Escrow Amount | Escrow Balance | Late Charge Amount | Late Charge Balance | Unappl. Balance | Money Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/17/25 | 01/08/25 | 10/02/24 | Unapplied Payment | 0 | 7 | $156.90 | | $131,035.23 | | | $0.00 | $0.00 | $0.00 | $156.90 | Repost |
| 01/17/25 | 01/17/25 | 10/02/24 | Unapplied Payment | 7 | 0 | -$156.90 | | $131,035.23 | | | $0.00 | $0.00 | $0.00 | $0.00 | Repost |
| 01/17/25 | 01/08/25 | 10/02/24 | Unapplied Payment | 0 | 7 | $156.90 | | $131,035.23 | | | $0.00 | $0.00 | $0.00 | $156.90 | Repost |
| 01/17/25 | 01/17/25 | 10/02/24 | Unapplied Payment | 7 | 0 | -$156.90 | | $131,035.23 | | | $0.00 | $0.00 | $0.00 | $0.00 | Repost |
| 01/17/25 | 01/14/25 | 10/02/24 | Unapplied Payment | 0 | 7 | $156.90 | | $131,035.23 | | | $0.00 | $0.00 | $0.00 | $156.90 | Repost |
| 01/17/25 | 01/17/25 | 10/02/24 | Unapplied Payment | 7 | 0 | -$156.90 | | $131,035.23 | | | $0.00 | $0.00 | $0.00 | $0.00 | Repost |
| 01/16/25 | 01/14/25 | 10/02/24 | Unapplied Payment | 0 | 7 | $156.90 | | $131,035.23 | | | $0.00 | $0.00 | $0.00 | $156.90 | Repost |
| 01/16/25 | 01/16/25 | 10/02/24 | Unapplied Payment | 7 | 0 | -$156.90 | | $131,035.23 | | | $0.00 | $0.00 | $0.00 | $0.00 | Repost |
| 01/16/25 | 01/14/25 | 10/02/24 | Unapplied Payment | 0 | 7 | $156.90 | | $131,035.23 | | | $0.00 | $0.00 | $0.00 | $156.90 | Repost |
| 01/16/25 | 01/16/25 | 10/02/24 | Unapplied Payment | 7 | 0 | -$156.90 | | $131,035.23 | | | $0.00 | $0.00 | $0.00 | $0.00 | Repost |
| 01/15/25 | 01/14/25 | 10/02/24 | Unapplied Payment | 0 | 7 | $156.90 | | $131,035.23 | | | $0.00 | $0.00 | $0.00 | $156.90 | Repost |
| 01/15/25 | 01/15/25 | 10/02/24 | Unapplied Payment | 7 | 0 | -$156.90 | | $131,035.23 | | | $0.00 | $0.00 | $0.00 | $0.00 | BillPay RPP |
| 01/14/25 | 01/14/25 | 10/02/24 | Unapplied Payment | 0 | 7 | $156.90 | | $131,035.23 | | | $0.00 | $0.00 | $0.00 | $156.90 | BillPay RPP |
| 12/13/24 | 12/13/24 | 10/02/24 | New Loan | 0 | 0 | $0.00 | | $131,035.23 | | | $0.00 | $0.00 | $0.00 | $0.00 | None |
| | | | | | | $8,009.35 | -$2,580.37 | | $10,589.72 | $0.00 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Ending Principal Balance | $133,615.60 | Gross Interest Paid | $10,589.72 | Escrow Int/Div Paid | $0.00 |
| Ending Escrow Balance | $0.00 | Assistance Paid | $0.00 | Escrow Int/Div Withheld | $0.00 |
| Ending Unapplied Balance | $0.00 | Net Interest Paid | $10,589.72 | Taxes Paid | $0.00 |
| Ending Late Charge Balance | $0.00 | Late Charges Paid | $0.00 | Insurance Paid | $0.00 |
| Ending Reserve Acct Balance | $0.00 | | | | |

shellpoint®

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603
Phone Number: 800-365-7107
www.shellpointmtg.com

11/09/2026 10:55:37AM

# Loan History Statement

Daniel Giordano

2128 BELLCREST CT
ROYAL PALM BEACH FL 33411

Loan ID: 0691968135

| Trans Date | Eff Date | Due Date | Trans Desc | Rev Code | Flag | Trans Amount | Principal Amount | Principal Balance | Interest Amount | Escrow Amount | Escrow Balance | Late Charge Amount | Late Charge Balance | Unappl. Balance | Money Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/15/25 | 09/15/25 | 09/01/25 | Regular Payment | 0 | 0 | $1,538.63 | $532.52 | $133,615.60 | $1,006.11 | | $0.00 | $0.00 | $0.00 | $0.00 | Web Payme |
| 08/18/25 | 08/16/25 | 08/01/25 | Regular Payment | 0 | 0 | $1,538.63 | $528.55 | $134,148.12 | $1,010.08 | | $0.00 | $0.00 | $0.00 | $0.00 | Repost |
| 08/16/25 | 08/16/25 | 08/01/25 | Unapplied Payment | 0 | 0 | -$1,538.63 | | $134,676.67 | | | $0.00 | $0.00 | $0.00 | $0.00 | Unapplied |
| 08/16/25 | 08/16/25 | 08/01/25 | Unapplied Payment | 0 | 0 | $1,538.63 | | $134,676.67 | | | $0.00 | $0.00 | $0.00 | $1,538.63 | Web Payme |
| 08/06/25 | 08/06/25 | 11/02/24 | Interest Only Payment | 0 | 0 | $6,534.51 | | $134,676.67 | $6,534.51 | | $0.00 | $0.00 | $0.00 | $0.00 | Loan Modifi |
| 08/06/25 | 08/06/25 | 10/02/24 | Principal Adjustment | 0 | 0 | -$4,942.78 | -$4,942.78 | $134,676.67 | | | $0.00 | $0.00 | $0.00 | $0.00 | Loan Modifi |
| 06/01/25 | 06/01/25 | 11/02/24 | Partial Payment | 0 | 0 | $1,348.30 | $313.76 | $129,733.89 | $1,034.54 | | $0.00 | $0.00 | $0.00 | $0.00 | Web Payme |
| 06/01/25 | 06/01/25 | 10/02/24 | Regular Payment with A | 0 | 0 | $1,835.16 | $987.58 | $130,047.65 | $847.58 | | $0.00 | $0.00 | $0.00 | $0.00 | Web Payme |
| 06/01/25 | 06/01/25 | 10/02/24 | Unapplied Payment | 0 | 0 | -$1,591.73 | | $131,035.23 | | | $0.00 | $0.00 | $0.00 | $0.00 | Web Payme |
| 04/26/25 | 04/26/25 | 10/02/24 | Unapplied Payment | 0 | 0 | $1,591.73 | | $131,035.23 | | | $0.00 | $0.00 | $0.00 | $1,591.73 | Web Payme |
| 03/20/25 | 03/20/25 | 10/02/24 | Inv Loan Purchase | 0 | 0 | $0.00 | | $131,035.23 | | | $0.00 | $0.00 | $0.00 | $0.00 | None |
| 03/20/25 | 03/20/25 | 10/02/24 | Investor Loan Sale | 0 | 0 | $0.00 | | $131,035.23 | | | $0.00 | $0.00 | $0.00 | $0.00 | None |
| 01/22/25 | 01/14/25 | 10/02/24 | Partial Payment | 0 | 0 | $156.90 | | $131,035.23 | $156.90 | | $0.00 | $0.00 | $0.00 | $0.00 | Repost |
| 01/22/25 | 01/22/25 | 10/02/24 | Unapplied Payment | 7 | 0 | -$156.90 | | $131,035.23 | | | $0.00 | $0.00 | $0.00 | $0.00 | Repost |
| 01/22/25 | 01/14/25 | 10/02/24 | Unapplied Payment | 0 | 7 | $156.90 | | $131,035.23 | | | $0.00 | $0.00 | $0.00 | $156.90 | Repost |
| 01/22/25 | 01/22/25 | 10/02/24 | Unapplied Payment | 7 | 0 | -$156.90 | | $131,035.23 | | | $0.00 | $0.00 | $0.00 | $0.00 | Repost |
| 01/21/25 | 01/14/25 | 10/02/24 | Unapplied Payment | 0 | 7 | $156.90 | | $131,035.23 | | | $0.00 | $0.00 | $0.00 | $156.90 | Repost |
| 01/21/25 | 01/21/25 | 10/02/24 | Unapplied Payment | 7 | 0 | -$156.90 | | $131,035.23 | | | $0.00 | $0.00 | $0.00 | $0.00 | Repost |
| 01/18/25 | 01/14/25 | 10/02/24 | Unapplied Payment | 0 | 7 | $156.90 | | $131,035.23 | | | $0.00 | $0.00 | $0.00 | $156.90 | Repost |
| 01/18/25 | 01/18/25 | 10/02/24 | Unapplied Payment | 7 | 0 | -$156.90 | | $131,035.23 | | | $0.00 | $0.00 | $0.00 | $0.00 | Repost |
| 01/17/25 | 01/08/25 | 10/02/24 | Unapplied Payment | 0 | 7 | $156.90 | | $131,035.23 | | | $0.00 | $0.00 | $0.00 | $156.90 | Repost |
| 01/17/25 | 01/17/25 | 10/02/24 | Unapplied Payment | 7 | 0 | -$156.90 | | $131,035.23 | | | $0.00 | $0.00 | $0.00 | $0.00 | Repost |

**Please read the following important notices as they may affect your rights.**

Newrez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Newrez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code.

**Attention Servicemembers and Dependents: The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.**

**Notice of Error or Information Request Address:** You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us. Additionally, if you believe we have furnished inaccurate information to credit reporting agencies, please write to us with specific details regarding those errors and any supporting documentation that you have and we will assist you. Error Resolution, including concerns of inaccurate information sent to credit reporting agencies, or requests for information should be sent to the following address: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

**Our system of record has your preferred language as English.**

**If you prefer to receive communication in a language other than English, please contact us at 866-825-2174 to speak with a translator in your preferred language about the servicing of your loan or a document you received.**

**Si prefiere recibir las comunicaciones en otro idioma que no sea el inglés, por favor, contáctenos en el 866-825-2174 para hablar con un traductor en el idioma de su preferencia sobre la gestión de su préstamo o cualquier documento que haya recibido.**

**如果您要使用英语以外的其他语言进行交流，请致电 866-825-2174，我们将根据您首选的语言安排相应的译员，与您就贷款服务事项或您所接收的文件进行商讨。**

Please note that we operate as Newrez Mortgage LLC dba Shellpoint Mortgage Servicing in Arkansas and Texas.

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED

**shellpoint®**

S-SFRECS20 L-090 R-106
PLF9SY00202136 - 815559428 I06968
DANIEL GIORDANO
2128 BELLCREST CT
ROYAL PALM BEACH FL 33411-6115

| **CONTACT INFORMATION** | |
|---|---|
| **Correspondence:** | P.O. Box 10826<br>Greenville, SC 29603-0826 |
| **Business Hours:** | **Monday - Friday:** 8:00AM-9:00PM<br>**Saturday:** 8:00AM-1:00PM |
| **Phone Number:** | 866-825-2174 |
| **Fax:** | 866-467-1187 |
| **Website:** | www.shellpointmtg.com |

02/19/2025

Loan Number: 0691968135
Property Address: 2128 BELLCREST CT
ROYAL PALM BEACH, FL 33411

Dear Homeowner,

We have assigned a Single Point of Contact (SPOC) to assist you throughout the loss mitigation process concerning your mortgage loan. A SPOC is a dedicated specialist assigned to assist you with any questions you may have or if you need assistance with one of the loss mitigation options available to you. We will perform an evaluation of your financial condition and determine your eligibility for all alternatives that may be applicable for this account.

The Loss Mitigation Department can be reached:

| By Phone | By Mail | On the Web |
|---|---|---|
| 866-825-2174 | Attn: Loss Mitigation<br>Shellpoint Mortgage Servicing<br>P.O. Box 10826<br>Greenville, SC 29603-0826 | www.shellpointmtg.com |

**Additional Resources**

**For additional information about preventing foreclosure, avoiding fraud scams, and accessing approved counseling at no cost to you**

- Visit Shellpoint Mortgage Servicing's website at www.shellpointmtg.com.
- Contact HUD-approved counselors are available to provide you with the information and assistance you may need. You can use the search tool at http://www.hud.gov/offices/hsg/sfh/hcc/fc/ or call 1-800-569-4287 to find a counseling agency in your area that can offer free foreclosure prevention services. Additionally, the Homeowner's HOPE™ Hotline offers free HUD-certified counseling services and is available 24/7 in English and Spanish. Other languages are available by appointment. Certified counselors can be reached by calling 888-995-HOPE ™ (4673) or 800-877-8339 with TTY device.

For future communications regarding the status of your loan or your application for loss mitigation, you can visit our Borrower Web Portal at www.shellpointmtg.com to apply for assistance, upload application documents, or contact us through our Secure Message Center. You can also reach our SPOC department at 866-825-2174. Documents can also be faxed to us at 866-467-1187. Please reference your loan number when contacting us regarding this request.

**We're here to help.** It's our privilege to be your mortgage servicer, and we're committed to providing you with the best possible service. If you have any questions or need assistance, please contact us at 866-825-2174.

**¿Hablas español?** Esta carta contiene información importante sobre su préstamo hipotecario. Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan español al número 866-825-2174.

Sincerely,

Loss Mitigation Department
Shellpoint Mortgage Servicing

Newrez LLC dba Shellpoint Mortgage Servicing NMLS ID 3013

**Please read the following important notices as they may affect your rights.**

Newrez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Newrez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code.

**Attention Servicemembers and Dependents: The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.**

**Notice of Error or Information Request Address:** You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us. Additionally, if you believe we have furnished inaccurate information to credit reporting agencies, please write to us with specific details regarding those errors and any supporting documentation that you have and we will assist you. Error Resolution, including concerns of inaccurate information sent to credit reporting agencies, or requests for information should be sent to the following address: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

**Our system of record has your preferred language as English.**

**If you prefer to receive communication in a language other than English, please contact us at 800-365-7107 to speak with a translator in your preferred language about the servicing of your loan or a document you received.**

**Si prefiere recibir las comunicaciones en otro idioma que no sea el inglés, por favor, contáctenos en el 800-365-7107 para hablar con un traductor en el idioma de su preferencia sobre la gestión de su préstamo o cualquier documento que haya recibido.**

**如果您要使用英语以外的其他语言进行交流，请致电 800-365-7107，我们将根据您首选的语言安排相应的译员，与您就贷款服务事项或您所接收的文件进行商讨。**

Please note that we operate as Newrez Mortgage LLC dba Shellpoint Mortgage Servicing in Arkansas and Texas.

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED

shellpoint®

S-SFRECS20 L-091 R-101
PMYCAV00201225 - 848486289 I03176
DANIEL GIORDANO
2128 BELLCREST CT
ROYAL PALM BEACH FL 33411-6115

| CONTACT INFORMATION | |
|---|---|
| **Correspondence:** | P.O. Box 10826<br>Greenville, SC 29603-0826 |
| **Business Hours:** | **Monday - Friday:** 8:00AM-9:00PM |
| **Phone:** | 800-365-7107 |
| **Fax:** | 866-467-1187 |
| **Website:** | www.shellpointmtg.com |

01/08/2026

Loan Number: 0691968135
Property Address: 2128 BELLCREST CT
ROYAL PALM BEACH, FL 33411

Dear Homeowner,

A new Single Point of Contact (SPOC) has been assigned to assist you through the remainder of the loss mitigation process concerning your mortgage loan. Your SPOC will perform an evaluation of your financial condition and determine your eligibility for all alternatives that may be applicable for this account.

**Additional Resources**
**For additional information about preventing foreclosure, avoiding fraud scams, and accessing approved counseling at no cost to you:**

- Visit Shellpoint Mortgage Servicing's website at www.shellpointmtg.com.
- Contact HUD-approved counselors who are available to provide you with the information and assistance you may need. You can use the search tool at https://www.hud.gov/stat/sfh/housing-counseling or call 1-800-569-4287 (TTY: 202-708-1455) to find a counseling agency in your area. Additionally, the Homeowner's HOPE™ Hotline offers free HUD-certified counseling services and is available 24/7 in English and Spanish. Other languages are available by appointment. Certified counselors can be reached by calling 888-995-HOPE ™ (4673) or 800-877-8339 with TTY device.

For future communications regarding the status of your loan or your application for loss mitigation, you can visit our Borrower Web Portal at www.shellpointmtg.com to apply for assistance, upload application documents, or contact us through our Secure Message Center. You can also reach our SPOC department at 800-365-7107. Documents can also be faxed to us at 866-467-1187. Please reference your loan number when contacting us regarding this request.

**We're here to help.** It's our privilege to be your mortgage servicer, and we're committed to providing you with the best possible service. If you have any questions or need assistance, please contact us at 800-365-7107.

**¿Hablas español?** Esta carta contiene información importante sobre su préstamo hipotecario. Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan español al número 800-365-7107.

Sincerely,

Loss Mitigation Department
Shellpoint Mortgage Servicing

# Monthly Profit & Loss Statement

***(Must cover the most recent full 3-month period)***

**For the Period:** ________________ through ________________ (Format: MM/DD/YYYY)

**Name of Business:** ________________________________________

**Percentage of Ownership:** ______________________________

**Income:**

1. **Your Business Income** $______________
2. **Cost of Goods Sold (if applicable):** $______________
3. **Total Income:** $______________

**Business Expenses:**

4. Salary/Payroll: $______________
5. Advertising/Marketing: $______________
6. Credit/Card/Debit Card Fees: $______________
7. Equipment Rental/Lease: $______________
8. Insurance Expense: $______________
9. Licenses/Permits: $______________
10. Office Supplies Expense: $______________
11. Postage & Delivery: $______________
12. Rent Office/Storage Space, etc.: $______________
13. Supplies/Materials Expense: $______________
14. Travel/Entertainment: $______________
15. Utilities Expense: $______________
16. Vehicle Expense: $______________

**Other Business Expenses (not listed above):**

17. $______________
18. $______________
19. $______________

**Total Operating Expenses:**
*(Add Lines 4-19 = 20)*

20. $______________

**Profit or (Loss) from business:**
*(Line 3 (Total income) minus line 20 = 21)*

21. $______________

Owner Signature: ________________________

Date: ________________________

Loan Number: 0691968135

# Letter of Explanation

Use this page to provide additional details or explanation regarding special circumstances, such as deposits on bank statements*, tax return information, or employment, if applicable.

*If there are deposits in any of your bank accounts of $1000 or more, use this form to explain the source of the deposit and expected future frequency (this is not applicable to deposits from W-2 wage earnings, Social Security or Pension/Retirement).

Daniel Giordano

Date

Loan Number: 0691968135

# Hardship Letter

Please use this page to explain the hardship listed on your application for loss mitigation assistance.

Daniel Giordano

Date

Loan Number: 0691968135

shellpoint®

| **Property Taxes and Homeowners Insurance**<br>Please indicate if you have any past due property taxes and/or homeowners insurance | | |
|---|---|---|
| ☐ Tax | Amount Past Due: | |
| | Tax agency name: | |
| ☐ Insurance | Amount Past Due: | |
| | Company name: | |

# Instructions for Form 4506-C, IVES Request for Transcript of Tax Return

Section references are to the Internal Revenue Code unless otherwise noted.

## Future Developments

For the latest information about Form 4506-C and its instructions, go to *www.irs.gov* and search IVES. Information about any recent developments affecting Form 4506-C (such as legislation enacted after we released it) will be posted on that page.

**What's New.** Form 4506-C includes the Client company requesting transcripts and increased the number of Wage and Income transcripts requests.

## General Instructions

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Designated Recipient Notification.** Section 6103(c) limits disclosure and use of return information received pursuant to the taxpayer's consent and holds the recipient subject to penalties for any unauthorized access, other use, or redisclosure without the taxpayer's express permission or request.

**Taxpayer Notification.** Section 6103(c) limits disclosure and use of return information provided pursuant to your consent and holds the recipient subject to penalties, brought by private right of action, for any unauthorized access, other use, or redisclosure without your express permission or request.

**Purpose of form.** Use Form 4506-C to request tax return information through an authorized IVES participant. You will designate an IVES participant to receive the information on line 5a.

**Note:** If you are unsure of which type of transcript you need, check with the party requesting your tax information.

**Where to file.** The IVES par icipant will fax Form 4506-C with the approved IVES cover sheet to their assigned Service Center.

## Chart for ordering transcripts

| If your assigned Service Center is: | Fax the requests with the approved coversheet to: |
|---|---|
| Austin Submission Processing Center | Austin IVES Team<br>844-249-6238 |
| Kansas City Submission Processing Center | Kansas City IVES Team<br>844-249-8128 |
| Ogden Submission Processing Center | Ogden IVES Team<br>844-249-8129 |

## Specific Instructions

**Line 1a/2a** *(if spouse is also requested).* For IMF Requests: Enter the First, Middle Intial, and Last Name in the indicated fields. If all characters will not fit, please enter up to 12 for First name and 22 for Last name. For BMF Requests: Enter the company name in the Last Name field. If all characters will not fit, please enter up to 22.

**Line 1b/2b** *(if spouse is also requested).* Enter the social security number (SSN) or individual taxpayer identification number (ITIN) for the individual listed on line 1a including the dashes in the correct format, or enter the employer identification number (EIN) for he business listed on line 1a including the dashes in the correct format.

**Line 1c/2c** *(if spouse is also requested).* Enter your previous name as shown on your last filed tax return if different than line 1a.

**Line 3.** Enter your current address in the indicated fields. If you use a P.O. Box, include it and the number in the Current Address field.

**Line 4.** Enter the address shown on the last return filed if different from the address entered on line 3.

**Note:** If the addresses on lines 3 and 4 are different and you have not changed your address with the IRS, file Form 8822, Change of Address, or Form 8822-B, Change of Address or Responsible Party — Business, with Form 4506-C.

**Line 5b.** Enter up to 10 numeric characters to create a unique customer file number that will appear on the transcript. The customer file number cannot contain an SSN, ITIN or EIN. Completion of this line is not required.

**Line 5c.** Enter up to 10 alpha-numeric characters to create a unique identifier that will show in he mailbox file information. The unique identifier cannot contain an SSN, ITIN or EIN. Completion of this line is not required.

**Note.** If you use an SSN, we will not input the information and the customer file number or unique identifier will reflect a generic entry of "9999999999".

**Line 5d.** Enter the Client company name, address, and phone number in the indicated fields. A Client company receives the requested tax transcripts from the IVES participant. If the IVES participant is also the Client company, the IVES participant information should be entered on Line 5a and 5d. These fields cannot be blank or Not Applicable (NA).

**Line 6.** Enter only one tax form number (1040, 1065, 1120, etc.) per request for all line 6 transcripts request types.

**Line 6a.** Return Transcript includes most of he line items of a tax return as filed with the IRS. A tax return transcript does not reflect changes made to the account after he return is processed. Transcripts are only available for the following returns: Form 1040 series, Form 1065, Form 1120, Form 1120-H, Form 1120-L, and Form 1120-S. Return transcripts are available for the current year and returns processed during the prior 3 processing years.

**Line 6b.** Account Transcript contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns.

**Line 6c.** Record of Account provides the most detailed information as it is a combination of the Return Transcript and the Account Transcript. Available for current year and 3 prior tax years.

**Line 7.** The IRS can provide a transcript that includes data from hese information returns: Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript. Enter up to three information return types. If no specific type is requested, all forms will be provided. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, Form W-2 information for 2016, filed in 2017, will likely not be available from he IRS until 2018. If you need Form W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213.

**Line 8.** Enter the end date of the tax year or period requested in mm dd yyyy format. This may be a calendar year, fiscal year or quarter. Enter each quarter requested for quarterly returns. Example: Enter 12 31 2018 for a calendar year 2018 Form 1040 transcript.

CAUTION *You must check the box in the signature area to acknowledge you have the authority to sign and request the information. The form will not be processed if unchecked.*

**Signature and date.** Form 4506-C must be signed and dated by the taxpayer listed on line 1a and, if listed, 2a. The IRS must receive Form 4506-C within 120 days of the date signed by the taxpayer or it will be rejected. Ensure that all applicable lines, including lines 5a through 8, are completed before signing.

**Authorized Representative:** A representative can sign Form 4506-C for a taxpayer if the taxpayer has specifically delegated this authority to the representative on Form 2848, line 5a, and Form 2848 is attached to the Form 4506-C request. If you are Heir at Law, Next of Kin, or Beneficiary, you must be able to establish a material interest in the estate or trust. If Form 4506-C is signed by a representative, the Authorized Representative check box must be marked.

**Electronic Signature:** Only IVES participants that opt in to the Electronic Signature usage can accept electronic signatures. Contact the IVES participant for approval and guidance for electronic signatures. If the Form 4506-C is signed electronically, the Electronic Signature check box must be marked.

**Individuals.** Transcripts listed on line 6 may be furnished to either spouse if jointly filed. Signatures are required for all taxpayers listed on Line 1a and 2a.

**Corporations.** Generally, Form 4506-C can be signed by:

(1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer. A bona fide shareholder of record owning 1 percent or more of the outstanding stock of the corporation may submit a Form 4506-C but must provide documentation to support the requester's right to receive the information.

**Partnerships.** Generally, Form 4506-C can be signed by any person who was a member of the partnership during any part of the tax period requested on line 8.

**All others.** See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Documentation.** For entities other than individuals, you must attach he authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the letters testamentary authorizing an individual to act for an estate.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested tax information under the Internal Revenue Code. We need this information to properly identify the tax information and respond to your request. You are not required to request any transcript; if you do request a transcript, sections 6103 and 6109 and their regulations require you to provide this information, including your SSN or EIN. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506-C will vary depending on individual circumstances. The estimated average time is:

**Learning about the law or the form** . . . . . . 10 min.
**Preparing the form** . . . . . . . . . . . . . . . 12 min.
**Copying, assembling, and sending the form to the IRS** . . . . . . . . . . . . . . . 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506-C simpler, we would be happy to hear from you. You can write to:

Internal Revenue Service
Tax Forms and Publications Division
1111 Constitution Ave. NW, IR-6526
Washington, DC 20224

Do not send the form to this address. Instead, see Where to file on this page.

Form **4506-C** (October 2022)

Department of the Treasury - Internal Revenue Service

# IVES Request for Transcript of Tax Return

OMB Number 1545-1872

**Do not sign this form unless all applicable lines have been completed.**
**Request may be rejected if the form is incomplete or illegible.**
**For more information about Form 4506-C, visit *www.irs.gov* and search IVES.**

**1a.** Current name
i. First name | ii. Middle initial | iii. Last name/BMF company name

**2a.** Spouse's current name *(if joint return and transcripts are requested for both taxpayers)*
i. Spouse's first name | ii. Middle initial | iii. Spouse's last name

**1b.** First taxpayer identification number *(see instructions)*

**2b.** Spouse's taxpayer identification number *(if joint return and transcripts are requested for both taxpayers)*

**1c.** Previous name shown on the last return filed if different from line 1a
i. First name | ii. Middle initial | iii. Last name

**2c.** Spouse's previous name shown on he last return filed if different from line 2a
i. First name | ii. Middle initial | iii. Last name

**3.** Current address *(including apt., room, or suite no ),* city, state, and ZIP code *(see instructions)*
a. Street address *(including apt., room, or suite no )* | b. City | c. State | d. ZIP code

**4.** Previous address shown on the last return filed if different from line 3 *(see instructions)*
a. Street address *(including apt., room, or suite no )* | b. City | c. State | d. ZIP code

**5a.** IVES participant name, ID number, SOR mailbox ID, and address
i. IVES participant name | ii. IVES participant ID number | iii. SOR mailbox ID
iv. Street address *(including apt., room, or suite no )* | v. City | vi. State | vii. ZIP code

**5b.** Customer file number *(if applicable) (see instructions)*

**5c.** Unique identifier *(if applicable) (see instructions)*

**5d.** Client name, telephone number, and address *(this field cannot be blank or not applicable (NA))*
i. Client name | ii. Telephone number
iii. Street address *(including apt., room, or suite no )* | iv. City | v. State | vi. ZIP code

**Caution:** This tax transcript is being sent to the third party entered on Line 5a and/or 5d. Ensure that lines 5 through 8 are completed before signing. *(see instructions)*

**6. Transcript requested.** Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request for line 6 transcripts

a. Return Transcript ☐ b. Account Transcript ☐ c. Record of Account ☐

**7. Wage and Income transcript** *(W-2, 1098-E, 1099-G, etc )* ☐

a. Enter a max of three form numbers here; if no entry is made, all forms will be sent.

b. Mark the checkbox for taxpayer(s) reques ing the wage and income transcripts. If no box is checked, transcripts will be provided for all listed taxpayers
Line 1a ☐ Line 2a ☐

**8.** Year or period requested. Enter the ending date of the tax year or period using the mm dd yyyy format *(see Instructions)*

/ /    / /    / /    / /

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or, if applicable, line 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, at least one spouse must sign; however, if both spouses' names and TINs are listed in lines 1a-1b and 2a-2b, both spouses must sign the request. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-C on behalf of the taxpayer. **Note:** This form must be received by IRS within 120 days of the signature date.

☐ **Signatory attests that he/she has read the above attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506-C. See instructions.**

**Sign Here**

**Signature for Line 1a** *(see instructions)* | Date | Phone number of taxpayer on line 1a or 2a

☐ Form 4506-C was signed by an Authorized Representative | ☐ Signatory confirms document was electronically signed

**Print/Type name**

**Title** *(if line 1a above is a corporation, partnership, estate, or trust)*

**Spouse's signature** *(required if listed on Line 2a)* | Date

☐ Form 4506-C was signed by an Authorized Representative | ☐ Signatory confirms document was electronically signed

**Print/Type name**

**How to Complete IRS Form 4506-C**

Please refer to this checklist as you complete the IRS Form 4506C (Request for Transcript of Tax Return)

- Enter the borrower's name on line 1a.
- Enter the borrower's Social Security number on line 1b.
- Enter the Spouse's name on line 2a if a joint tax return was filed.
- Enter the spouse's Social Security number on line 2b if a joint tax return was filed.
- Enter the borrower's current name and address on line 3.
- Enter the borrower's previous address as listed on the last tax return filed on line 4 if different from the address entered on line 3.
- Enter the following information on line 5:

  Shellpoint Mortgage Servicing
  C/O CoreLogic, 4 First American Way, Santa Ana, CA 92707
  866.418.4596 Participant # 300429 Mailbox ID: CoreLogic

- Enter 1040 on line 6 and check off the box for 6a.
- Enter the ending date of the year for the two most recent tax years filed, using the mm/dd/yyyy format, on line 8.
- Please read the signature disclosure and check the signatory attest box that is located above the signature line.
- Sign, date and enter a telephone number on the first signature line for the borrower.
- Skip the title line unless a/an corporation, partnership, estate, or trust.
- Spouse should sign and date on the second signature line if a joint tax return was filed.

Please note that this document will not be accepted by the IRS if there are alterations such as strikethrough, white outs initials, etc.

The IRS Form 4506-C may also be found online at http://www.irs.gov by entering "4506C" into the search box.

HELP FOR AMERICA'S HOMEOWNERS.

MAKING HOME AFFORDABLE

# Dodd-Frank Certification

The following information is requested by the federal government in accordance with the Dodd-Frank Wall Street Reform and Consumer Protection Act (Pub. L. 111-203). **You are required to furnish this information.** The law provides that no person shall be eligible to begin receiving assistance from the Making Home Affordable Program, authorized under the Emergency Economic Stabilization Act of 2008 (12 U.S.C. 5201 et seq.), or any other mortgage assistance program authorized or funded by that Act, if such person, in connection with a mortgage or real estate transaction, has been convicted, within the last 10 years, of any one of the following: (A) felony larceny, theft, fraud, or forgery, (B) money laundering or (C) tax evasion.

I/we certify under penalty of perjury that I/we have not been convicted within the last 10 years of any one of the following in connection with a mortgage or real estate transaction:

(a) felony larceny, theft, fraud, or forgery,
(b) money laundering or
(c) tax evasion.

I/we understand that the servicer, the U.S. Department of the Treasury, or their agents may investigate the accuracy of my statements by performing routine background checks, including automated searches of federal, state and county databases, to confirm that I/we have not been convicted of such crimes. I/we also understand that knowingly submitting false information may violate Federal law.

This Certificate is effective on the earlier of the date listed below or the date received by your servicer.

| Borrower Signature | Social Security Number | Date of Birth | Date |
|---|---|---|---|
| Co-Borrower Signature | Social Security Number | Date of Birth | Date |

Loan ID: 0691968135

shellpoint®

# Homeowner Financial Worksheet

**Daniel Giordano**

**Loan Number: 0691968135**

| | MONTHLY PAYMENT | BALANCE | NAME OF CREDITOR |
|---|---|---|---|
| Home Mortgage | | | |
| 2nd Home Mortgage | | | |
| Auto Loan | | | |
| Auto Loan | | | |
| Creditor | | | |
| Creditor | | | |
| Creditor | | | |
| Creditor | | | |
| Creditor | | | |
| Creditor | | | |
| Creditor | | | |
| Student Loan | | | |
| Alimony / Support | | | |
| Child Care | | | |
| IRS | | | |
| Chapter 13 | | | |
| Electricity | | | |
| Heating Fuel | | | Oil or Natural Gas |
| Water & Sewer | | | |
| Telephone | | | |
| Cable TV | | | |
| Auto Insurance | | | |
| Health Insurance | | | Paid directly (not by employer) |
| Life Insurance | | | Paid directly (not by employer) |
| Medical/Dental Expenses | | | |
| Homeowner's Insurance | | | Only list here if not in Mortgage |
| Real Estate Tax | | | Only list here if not in Mortgage |
| Personal Property Tax | | | |
| Groceries | | | |
| School Lunches | | | |
| Transportation, Parking, Tolls | | | |
| Clothing | | | |
| Dry Cleaning/Laundry | | | |
| Cell Phone | | | |
| Internet Service | | | |
| Homeowner's Association Dues | | | |
| Recreation / Spending Money | | | |
| Charitable Donations | | | |
| Other Expenses | | | |
| TOTAL MONTHLY EXPENSES | | | |



PNKDBN00400319 I007067 S-SFRECS20 L-1031-R A-0691968135

Loan number : 0691968135

## Borrower Certification and Agreement

1. I certify and acknowledge that all of the information in this Mortgage Assistance Application is truthful, and the hardship I identified contributed to my need for mortgage relief. Knowingly submitting false information may violate Federal and other applicable law.
2. I agree to provide my servicer with all required documents, including any additional supporting documentation as requested, and will respond in a timely manner to all servicer or authorized third party* communications.
3. I acknowledge and agree that my servicer is not obligated to offer me assistance based solely on the representations in this document or other documentation submitted in connection with my request.
4. I consent to the servicer or authorized third party* obtaining a current credit report for the borrower and co-borrower.
5. I consent to the disclosure by my servicer, authorized third party,* or any investor/guarantor of my mortgage loan(s), of any personal information collected during the mortgage assistance process and of any information about any relief I receive, to any third party that deals with my first lien or subordinate lien (if applicable) mortgage loan(s), including Fannie Mae, Freddie Mac, or any investor, insurer, guarantor, or servicer of my mortgage loan(s) or any companies that provide support services to them, for purposes permitted by applicable law, including but not limited to providing mortgage assistance, verifying any data or information contained in this application, and performing audit and quality control reviews. Personal information may include, but is not limited to: (a) my name, address, telephone number, (b) my Social Security number, (c) my credit score, (d) my income, (e) my payment history and information about my account balances and activity, and (f) my tax return and the information contained therein.
6. I agree that the terms of this borrower certification and agreement will apply to any modification trial period plan, repayment plan, or forbearance plan that I may be offered based on this application. If I receive an offer for a modification trial period plan or repayment plan, I agree that my first timely payment under the plan will serve as acceptance of the plan.
7. I consent to being contacted concerning this application for mortgage assistance at any telephone number, including mobile telephone number, or email address I have provided to the lender, servicer, or authorized third party.*

   * An authorized third party may include, but is not limited to, a housing counseling agency, Housing Finance Agency (HFA) or other similar entity that is assisting me in obtaining a foreclosure prevention alternative.

Borrower signature: ______________________________ Date: ______________

Co-Borrower signature: ______________________________ Date: ______________

**Please submit your completed application, together with the required documentation, to Shellpoint Mortgage Servicing via mail: P.O. Box 10826 Greenville, SC 29603-0826, fax: 866-467-1187, or online: lossmitigation@shellpointmtg.com. We will contact you within five business days to acknowledge receipt and let you know if you need to send additional information or documents.**

**We will use the information you provided to help us identify the assistance you may be eligible to receive.**

Loan number : 0691968135

## Borrower Income

Please enter all borrower income amounts in middle column.

| MONTHLY TOTAL BORROWER INCOME TYPE & AMOUNT | | REQUIRED INCOME DOCUMENTATION |
|---|---|---|
| Gross (pre-tax) wages, salaries and overtime pay, commissions, tips, and bonuses | $ | ▪ Most recent pay stub and documentation of year-to-date earnings if not on pay stub **OR**<br>▪ Two most recent bank statements showing income deposit amounts |
| Self-employment income | $ | ▪ Two most recent bank statements showing self-employed income deposit amounts **OR**<br>▪ Most recent signed and dated quarterly or year-to-date profit/loss statement **OR**<br>▪ Most recent complete and signed business tax return **OR**<br>▪ Most recent complete and signed individual federal income tax return |
| Unemployment benefit income | $ | ▪ No documentation required |
| Taxable Social Security, pension, disability, death benefits, adoption assistance, housing allowance, and other public assistance | $ | ▪ Two most recent bank statements showing deposit amounts **OR**<br>▪ Award letters or other documentation showing the amount and frequency of the benefits |
| Non-taxable Social Security or disability income | $ | ▪ Two most recent bank statements showing deposit amounts **OR**<br>▪ Award letters or other documentation showing the amount and frequency of the benefits |
| Rental income (rents received, less expenses other than mortgage expense) | $ | ▪ Two most recent bank statements demonstrating receipt of rent **OR**<br>▪ Two most recent deposited rent checks |
| Investment or insurance income | $ | ▪ Two most recent investment statements **OR**<br>▪ Two most recent bank statements supporting receipt of the income |
| Other types of income not listed above (Note: Only include alimony, child support, or separate maintenance income if you choose to have it considered for repaying this loan) | $ | ▪ Two most recent bank statements showing receipt of income **OR**<br>▪ Other documentation showing the amount and frequency of the income |

## Current Borrower Assets

Exclude retirement funds such as a 401(k) or Individual Retirement Account (IRA), and college savings accounts such as a 529 plan.

| | |
|---|---|
| Checking account(s) and cash on hand | $ |
| Savings, money market funds, and Certificates of Deposit (CDs) | $ |
| Stocks and bonds (non-retirement accounts) | $ |
| Other: | $ |

Loan number : 0691968135

## Hardship Information

The hardship causing mortgage payment challenges began on approximately (date) ________________ and is believed to be:

☐ Short-term (up to 6 months)

☐ Long-term or permanent (greater than 6 months)

☐ Resolved as of (date) ____________________

| TYPE OF HARDSHIP (CHECK ALL THAT APPLY) | REQUIRED HARDSHIP DOCUMENTATION |
|---|---|
| ☐ Unemployment | ▪ Not required |
| ☐ Reduction in income: a hardship that has caused a decrease in your income due to circumstances outside your control (e.g., elimination of overtime, reduction in regular working hours, a reduction in base pay) | ▪ Not required |
| ☐ Increase in housing-related expenses: a hardship that has caused an increase in your housing expenses due to circumstances outside your control (e.g., uninsured losses, increased property taxes, HOA special assessment) | ▪ Not required |
| ☐ Disaster (natural or man-made) impacting the property or borrower's place of employment | ▪ Not required |
| ☐ Long-term or permanent disability, or serious illness of a borrower/co-borrower or dependent family member | ▪ Written statement from the borrower, or other documentation verifying disability or illness<br>**Note:** Detailed medical information is not required, and information from a medical provider is not required |
| ☐ Divorce or legal separation | ▪ Final divorce decree or final separation agreement **OR**<br>▪ Recorded quitclaim deed |
| ☐ Separation of borrowers unrelated by marriage, civil union, or similar domestic partnership under applicable law | ▪ Recorded quitclaim deed **OR**<br>▪ Legally binding agreement evidencing that the non-occupying borrower or co-borrower has relinquished all rights to the property |
| ☐ Death of borrower or death of either the primary or secondary wage earner | ▪ Death certificate **OR**<br>▪ Obituary or newspaper article reporting the death |
| ☐ Distant employment transfer/relocation | ▪ **For active duty service members:** Permanent Change of Station (PCS) orders or letter showing transfer.<br>▪ **For employment transfers/new employment:** Copy of signed offer letter or notice from employer showing transfer to a new location or written explanation if employer documentation not applicable, **AND**<br>▪ Documentation that reflects the amount of any relocation assistance provided (not required for those with PCS orders) |
| ☐ Other – hardship that is not covered above:<br>____________________<br>____________________<br>____________________<br>____________________<br>____________________ | ▪ Written explanation describing the details of the hardship and any relevant documentation |

Loan number : 0691968135

# Mortgage Assistance Application

If you are having mortgage payment challenges, please complete and submit this application, along with the required documentation, to Shellpoint Mortgage Servicing via mail: P.O. Box 10826 Greenville, SC 29603-0826, fax: 866-467-1187, or online: lossmitigation@shellpointmtg.com. We will contact you within five business days to acknowledge receipt and let you know if you need to send additional information or documents.

We will use the information you provide to help us identify the assistance you may be eligible to receive. If you need help completing this application, please contact Shellpoint Mortgage Servicing at 800-365-7107.

If you are experiencing a financial hardship you may be eligible for mortgage assistance from your state's housing finance agency or other state or local government agency.

For a list of HUD-approved housing counseling agencies that can provide foreclosure prevention information, contact one of the following federal government agencies:

- The U.S. Department of Housing and Urban Development (HUD) at (800) 569-4287 or www.hud.gov/counseling
- The Consumer Financial Protection Bureau (CFPB) at (855) 411-2372 or www.consumerfinance.gov/mortgagehelp

If you need assistance with translation or other language assistance, HUD-approved housing counseling agencies may be able to assist you. These services are provided without charge.

## Borrower Information

**Borrower's name:** ____________________

Social Security Number (last 4 digits): ____________

E-mail address: ____________________

Primary phone number: ____________________ ☐ Cell ☐ Home ☐ Work ☐ Other

Alternate phone number: ____________________ ☐ Cell ☐ Home ☐ Work ☐ Other

**Co-borrower's name:** ____________________

Social Security Number (last 4 digits): ____________

E-mail address: ____________________

Primary phone number: ____________________ ☐ Cell ☐ Home ☐ Work ☐ Other

Alternate phone number: ____________________ ☐ Cell ☐ Home ☐ Work ☐ Other

Preferred contact method (choose all that apply): ☐ Cell phone ☐ Home phone ☐ Work phone ☐ Email ☐ Text—checking this box indicates your consent for text messaging

Is either borrower on active duty with the military (including the National Guard and Reserves), the dependent of a borrower on active duty, or the surviving spouse of a member of the military who was on active duty at the time of death? ☐ Yes ☐ No

## Property Information

Property Address: ____________________

Mailing address (if different from property address): ____________________

- The property is currently: ☐ A primary residence ☐ A second home ☐ An investment property
- The property is (select all that apply): ☐ Owner occupied ☐ Renter occupied ☐ Vacant
- I want to: ☐ Keep the property ☐ Sell the property ☐ Transfer ownership of the property to my servicer ☐ Undecided

Is the property listed for sale? ☐ Yes ☐ No – If yes, provide the listing agent's name and phone number—or indicate "for sale by owner" if applicable: ____________________

Is the property subject to condominium or homeowners' association (HOA) fees ☐ Yes ☐ No – If yes, indicate monthly dues: $__________

## BEWARE OF FORECLOSURE RESCUE SCAMS - TIPS & WARNING SIGNS
### For Your Information Only - Do Not Return with Your Borrower Response Package

Scam artists have stolen millions of dollars from distressed homeowners by promising immediate relief from foreclosure, or demanding cash for counseling services when HUD-approved counseling agencies provide the same services for FREE. If you receive an offer, information or advice that sounds too good to be true, it probably is. Don't let them take advantage of you, your situation, your house or your money. **Remember, help is FREE.**

**How to Spot a Scam** - beware of a company or person who:

- ☐ Asks for a fee in advance to work with your lender to modify, refinance or reinstate your mortgage.
- ☐ Guarantees they can stop a foreclosure or get your loan modified.
- ☐ Advises you to stop paying your mortgage company and pay them instead.
- ☐ Pressures you to sign over the deed to your home or sign any paperwork that you haven't had a chance to read, and you don't fully understand.
- ☐ Claims to offer "government-approved" or "official government" loan modifications.
- ☐ Asks you to release personal financial information online or over the phone and you have not been working with this person and/or do not know them.

**How to Report a Scam** - do one of the following:

- ☐ Go to www.preventloanscams.org and fill out the Loan Modification Scam Prevention Network's (LMSPN) complaint form online and get more information on how to fight back. Note: you can also fill out this form and send to the fax number/e-mail/address (your choice!) on the back of the form.
- ☐ Call 1(888)995-HOPE (4673) and tell the counselor about your situation and that you believe you got scammed or know of a scam.

**Appendix A - Beware of Scams**

*The Loan Modification Scam Prevention Network is a national coalition of governmental and private organizations led by Fannie Mae, Freddie Mac, NeighborWorksAmerica™ and the Lawyers' Committee for Civil Rights Under Law*

**FREQUENTLY ASKED QUESTIONS continued**

**9. What if my property is scheduled for a foreclosure sale in the future?**
If you submit a complete Borrower Response Package and the supporting documents it requires in fewer than 37 calendar days before a scheduled foreclosure sale, there is no guarantee we can evaluate you for a foreclosure alternative in time to stop the foreclosure sale. Even if we are able to approve you for a foreclosure alternative prior to a sale, a court with jurisdiction over the foreclosure proceeding (if any) or public official charged with carrying out the sale may not halt the scheduled sale.

**10. Will my property be sold at a foreclosure sale if I accept a foreclosure alternative?**
No. The property will not be sold at a foreclosure sale once you accept a foreclosure alternative, and comply with all requirements.

**11. Will my credit score be affected by my late payments or being in default?**
The delinquency status of your loan will be reported to credit reporting agencies as well as your entry into a repayment plan, forbearance plan, or trial period plan in accordance with the requirements of the Fair Credit Reporting Act and the Consumer Data Industry Association requirements.

**12. Will my credit score be affected if I accept a foreclosure prevention option?**
While the effect on your credit will depend on your individual credit history, credit scoring companies generally would consider entering into a plan with reduced payments as increasing your credit risk. As a result, entering into a plan with reduced payments may adversely affect your credit score, particularly if you are current on your mortgage or otherwise have a good credit score.

**13. Will my credit report be pulled during a loss mitigation evaluation?**
Yes. Shellpoint Mortgage Servicing will pull a credit report to verify information in the course of your evaluation for a foreclosure alternative. Shellpoint Mortgage Servicing will do this in the form of a “soft pull” or “soft inquiry”. This has no impact on your scores. Upon request, Shellpoint Mortgage Servicing will provide you with the name and address of the consumer reporting agency that furnished the report. Everyone should check their reports at least annually. It's part of good credit management and completely free from AnnualCreditReport.com.

**14. Is foreclosure prevention counseling available?**
Yes, HUD-approved counselors are available to provide you with the information and assistance you may need to avoid foreclosure. You can use the search tool at http://www.hud.gov/offices/hsg/sfh/hcc/fc/ to find a counselor near you or by calling 1(888)995-HOPE (4673).

**15. I have seen ads and flyers from companies offering to help me avoid foreclosure for a fee. Can these companies really help?**
Foreclosure prevention has become a target for scam artists. We suggest using the HUD website referenced in question 14 to locate a counselor near you. Also, please refer to the attached document called “Beware of Foreclosure Rescue Scams” for more information.

**16. What if I acquired an ownership interest in the property, such as through death, divorce, or legal separation?**
You should contact us as soon as possible. We are here to help you adjust to these events and provide you with information on where to send the mortgage payments. Please contact us to obtain a list of documentation that is needed to confirm your identity and ownership interest in the property, and to discuss next steps.

## Frequently Asked Questions
## For Your Information Only - Do Not Return with Your Borrower Response Package

**1. Why did I receive this package?**
You received this package because you requested information regarding your loss mitigation options. We are sending this information to you now so that we can work with you to quickly resolve any temporary or long-term financial challenge you face with making all of your late mortgage payments.

**2. What if I don't want to stay in my home anymore?**
You may have good reasons for needing to leave your property, such as a job relocation, a divorce, financial hardship due to the death of a borrower, or some other reason preventing you from keeping your property. If you intend to transition out of your home, please indicate that you want to sell or vacate the property on page 1 of the attached Mortgage Assistance Application, and we may first evaluate you for a short sale or Mortgage Release (deed-in-lieu of foreclosure). Even if you are approved for one of those workout solutions, we may consider you for a mortgage loan modification.

**3. Will It cost money to get help?**
There should never be a fee from your servicer or qualified counselor to obtain assistance or information about foreclosure prevention options. However, foreclosure prevention has become a target for scam artists. Be wary of companies or individuals offering to help you for a fee, and never send a mortgage payment to any company other than the one listed on your monthly mortgage statement or one designated to receive your payments under a state assistance program.

**4. What is foreclosure?**
Foreclosure is the forfeiture of your home through a legal process where your mortgage company repossesses the property and you will have to move. This process may involve an eviction, you may remain liable for your first lien mortgage debt, and it may be as long as seven years before you are eligible for another loan.

**5. What happens once I have sent the Borrower Response Package to you?**
We will contact you within five business days of our receipt of your Borrower Response Package to confirm that we have received your package and will review it to determine whether it is complete. We will send you a notice of incompleteness in the event there is any missing information or documentation that you must still submit. We cannot guarantee that you will receive any (or a particular type of) assistance.

Within 30 days of receipt of a complete Borrower Response Package, we will let you know which foreclosure alternatives, if any, are available to you and will inform you of your next steps to accept our offer. However, if you submit your complete Borrower Response Package fewer than 37 days prior to a scheduled foreclosure sale date, we will strive to process your request as quickly as possible, but you may not receive a notice of incompleteness or a decision on your request prior to sale. **Please submit your Borrower Response Package as soon as possible.**

**6. What happens to my mortgage while you are evaluating my Borrower Response Package?**
You remain obligated to make all mortgage payments as they come due, even while we are evaluating the types of assistance that may be available.

**7. Will the foreclosure process begin if I do not respond to this letter?**
If you are delinquent on your mortgage payments and you do not respond to our notices, we may refer your loan to foreclosure in accordance with your mortgage loan documents and applicable law.

**8. Should I still contact you if I have waited too long and my property has been referred to an attorney for foreclosure?**
Yes, the sooner the better!

# Information on Avoiding Foreclosure

**Learn More About Options to Avoid Foreclosure**
The variety of options summarized below may help you keep your home. For example, you may be eligible to modify your mortgage, lowering your monthly payment to make it more affordable. Contact us to determine if you qualify.

Depending on your circumstances, staying in your home may not be possible. In this case, a short sale or deed-in-lieu of foreclosure may be a better choice than foreclosure – see the table below for more information.

**If You Are Behind on Your Mortgage Payments**
We want to advise you of the seriousness of the delinquency and the importance of taking prompt action to resolve the default. Don't delay, as failure to take action may result in foreclosure proceedings being initiated on your mortgage.

| OPTIONS TO STAY IN YOUR HOME | OVERVIEW | BENEFIT |
|---|---|---|
| **Reinstatement** | Pay the total delinquent amount you owe, both in a lump sum payment and by a specific date, or pay less than the total amount owed followed by a forbearance plan as described below. | Allows you to avoid foreclosure by bringing your mortgage current if you can show you have funds that will become available at a specific date in the future. |
| **Repayment Plan** | Pay back your past-due payments together with your regular payments over an extended period of time. | Allows you time to catch up on late payments without having to come up with a lump sum. |
| **Forbearance Plan** | Make reduced mortgage payments or no mortgage payments for a specific period of time. | Gives you time to improve your financial situation and possibly qualify for a better option than would be available right now. |
| **Payment Deferral** | Delay repayment of two to six months of past-due principal and interest payments, and certain other amounts into a non-interest bearing balance, due and payable at the maturity of the Mortgage or earlier upon the sale or transfer of the property, refinance of the Mortgage, or payoff of the interest-bearing unpaid principal balance. | Allow you to bring your mortgage current by delaying repayment of past-due principal and interest and certain other amount without changing other terms of your mortgage. Interest is not charged on those amounts. |
| **Modification** | Receive modified mortgage terms to make it more affordable or manageable after successfully making payments during a "trial period" (e.g., completing a three-month trial period plan) that requires payment of the approximate amount of the modified payment. | Permanently modifies your mortgage so that your payments or terms are more manageable as a permanent solution to a long-term or permanent hardship. |
| **OPTIONS TO LEAVE YOUR HOME** | **OVERVIEW** | **BENEFIT** |
| **Traditional Sale (selling with equity)** | Proceeds from the sale are used to pay off the mortgage debt and any other debts secured by the property. | Keeps the excess proceeds from the sale once all debts and closing costs are paid. Allows you to transition out of your home to avoid foreclosure. |
| **Short Sale** | Sell your home and pay off a portion of your mortgage balance when you owe more on the home than it is worth. | Allows you to transition out of your home without going through foreclosure. In some cases, relocation assistance may be available. |
| **Deed-in-Lieu of Foreclosure** | Transfer the ownership of your property to us. | Allows you to transition out of your home without going through foreclosure. In some cases, relocation assistance may be available. |

**We Want to Help**
Take action to gain peace of mind and control of your housing situation. Call us at 800-365-7107 and we'll talk about available options and help you understand the forms and documents we need from you to determine if you qualify for an option to avoid foreclosure.

# Homeowner Checklist
## For Your Information Only - Do Not Return with Your Borrower Response Package

**GET STARTED** – use this checklist to ensure you have completed all required forms and have the right information.

**Step 1**
- ❑ **Review the information provided** to help you understand your options, responsibilities, and next steps:
  - ❑ Avoiding Foreclosure
  - ❑ Frequent Asked Questions
  - ❑ Beware of Foreclosure Rescue Scams

**Step 2**
- ❑ **Complete and sign the enclosed Mortgage Assistance Application.** Must be signed by all borrowers on the mortgage (notarization is not required) and must include:
  - ❑ All income, expenses, and assets for each borrower
  - ❑ An explanation of financial hardship that makes it difficult to pay the mortgage
  - ❑ Your acknowledgment and agreement that all information that you provide is true and accurate

**Step 3**
- ❑ **Provide required income documentation. This documentation will be used to verify your hardship and all of your income (Notice: alimony, child support or separate maintenance income need not be revealed if you do not choose to have it considered for repaying this loan).**
  - ❑ Follow the instructions set forth on the Mortgage Assistance Application (attached)
  - ❑ You may also disclose any income from a household member who is not on the promissory note (non-borrower), such as a relative, spouse, domestic partner, or fiancé who occupies the property as a primary residence. If you elect to disclose and rely upon this income to qualify, the required income documentation is the same as the income documentation required for a borrower. See Page 3 of the Mortgage Assistance Application for specific details on income documentation
  - ❑ For all borrowers, please include two most recent bank statements for all open accounts

**Step 4**
- ❑ **Provide required hardship documentation. This documentation will be used to verify your hardship.**
  - ❑ Follow the instructions set forth on the Mortgage Assistance Application (attached)

**Step 5**
- ❑ **Complete and sign a dated copy of the enclosed IRS Form 4506-C**
  - ❑ For each borrower, please submit a signed, dated copy of IRS Form 4506-C
  - ❑ Borrowers who filed their tax returns jointly may send in one IRS Form 4506-C signed and dated by both joint filers. The form must be fully completed, cannot have any alterations, and the signatory box above signature needs to be checked

**Step 6**
- ❑ **Gather and send completed documents—your Borrower Response Package.** You must send in all required documentation listed in steps 2-4 above and summarized below:
  - Mortgage Assistance Application (attached)
  - Form 4506-C (attached)
  - Income documentation as outlined on Page 3 of the Mortgage Assistance Application (attached)
  - Hardship documentation as outlined on Page 2 of the Mortgage Assistance Application (attached)
  - Current HOA statements within 60 days (if property is in a Homeowners Association)
  - Bank statements (Provide your 2 most recent statements for all banking and investment accounts. Include all statement pages even if they are blank)
  - Letter of explanation for any deposit or transfer of funds over $1,000.00
  - Paystubs, if a wage earner (Provide at least two paystubs covering a minimum 30-day timeframe. Paystubs cannot be older than 90 days)
  - Profit and Loss, if self-employed (Provide at least the most recent two consecutive years and 2 most recent consecutive business tax returns)

**Please mail all documents above to us:**
Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826

**IMPORTANT REMINDERS:**
- ❑ If you cannot provide the documentation within the time frame provided, have other types of income not specified on Page 3 of the Mortgage Assistance Application, cannot locate some or all of the required documents, or have any questions, please contact us at 800-365-7107.
- ❑ Keep a copy of all documents and proof of mailing/emailing for your records. **Don't send original income or hardship documents. Copies are acceptable.**

**Questions? Contact us at 800-365-7107**

**Please read the following important notices as they may affect your rights.**

The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is: Federal Trade Commission, Consumer Response Center, 600 Pennsylvania Avenue, NW, Washington, DC 20580.

Newrez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Newrez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code.

**Attention Servicemembers and Dependents: The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.**

**Notice of Error or Information Request Address:** You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us. Additionally, if you believe we have furnished inaccurate information to credit reporting agencies, please write to us with specific details regarding those errors and any supporting documentation that you have and we will assist you. Error Resolution, including concerns of inaccurate information sent to credit reporting agencies, or requests for information should be sent to the following address: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

**Our system of record has your preferred language as English.**

**If you prefer to receive communication in a language other than English, pleasc contact us at 800-365-7107 to speak with a translator in your preferred language about the servicing of your loan or a document you received.**

**Si prefiere recibir las comunicaciones en otro idioma que no sea el inglés, por favor, contáctenos en el 800-365-7107 para hablar con un traductor en el idioma de su preferencia sobre la gestión de su préstamo o cualquier documento que haya recibido.**

**如果您要使用英语以外的其他语言进行交流，请致电 800-365-7107，我们将根据您首选的语言安排相应的译员，与您就贷款服务事项或您所接收的文件进行商讨。**

Please note that we operate as Newrez Mortgage LLC dba Shellpoint Mortgage Servicing in Arkansas and Texas.

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED

**shellpoint**®

S-SFRECS20 L-1031-R R-101
PNKD8N00400319 - 855421278 I07054
DANIEL GIORDANO
2128 BELLCREST CT
ROYAL PALM BEACH FL 33411-6115

| **CONTACT INFORMATION** | |
|---|---|
| **Correspondence:** | P.O. Box 10826<br>Greenville, SC 29603-0826 |
| **Business Hours:** | Monday - Friday: 8:00AM-9:00PM |
| **Phone Number:** | 800-365-7107 |
| **Fax:** | 866-467-1187 |
| **Website:** | www.shellpointmtg.com |

Loan Number: 0691968135
Property Address: 2128 BELLCREST CT
ROYAL PALM BEACH, FL 33411

06/03/2026

In accordance with the Taxpayer First Act, as your loan servicer, we are required to obtain your consent to be able to share your tax information with another party. Such sharing would extend to actual or potential owners of the loan or any other loan participant. Please sign and date this Taxpayer Consent Form and return it to us.

**TAXPAYER CONSENT FORM**

I understand, acknowledge, and agree that Shellpoint Mortgage Servicing and Other Loan Participants can obtain, use and share tax return information for purposes of (i) providing an offer; (ii) originating, maintaining, managing, monitoring, servicing, selling, insuring, and securitizing a loan; (iii) marketing; or (iv) as otherwise permitted by applicable laws, including state and federal privacy and data security laws. Shellpoint Mortgage Servicing includes Shellpoint Mortgage Servicing's affiliates, agents, service providers and any of aforementioned parties' successors and assigns. The Other Loan Participants includes any actual or potential owners of a loan resulting from your loan application, or acquirers of any beneficial or other interest in the loan, any mortgage insurer, guarantor, any servicers or service providers for these parties and any of aforementioned parties' successors and assigns.

______________________________ ____________________

Daniel Giordano Date

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826



PNKD8N00400319 I007054 S-SFRECS20 L-1031-R A-0691968135

## Getting Started

**Remember, you need to take action by calling us at 800-365-7107 right away or get started by completing and returning the attached Mortgage Assistance Application along with other required documents by 7/3/2026. Please note that packages received within 37 days of a foreclosure sale may not be evaluated.**

### Additional Resources

**For additional information about preventing foreclosure, avoiding fraud scams, and accessing approved counseling at no cost to you**

- Visit Shellpoint Mortgage Servicing's website at www.shellpointmtg.com.
- For help exploring your options, the Federal government provides contact information for housing counselors. Contact HUD-approved counselors who are available to provide you with the information and assistance you may need. You can use the search tool at https://www.hud.gov/stat/sfh/housing-counseling and https://www.consumerfinance.gov/find-a-housing-counselor/ or call 1-800-569-4287 (TTY: 202-708-1455) to find a counseling agency in your area. Additionally, the Homeowner's HOPE™ Hotline offers free HUD-certified counseling services and is available 24/7 in English and Spanish. Other languages are available by appointment. Certified counselors can be reached by calling 888-995-HOPE ™ (4673) or 800-877-8339 with TTY device.
- Contact the Consumer Financial Protection Bureau (CFPB) at (855) 411-2372 or www.consumerfinance.gov/mortgagehelp
- Your state may have Homeowner Assistance funds to assist you in curing your delinquency. More information about your state's housing finance agency and available options can be found at https://www.ncsha.org/housing-help/

Sincerely,
Loss Mitigation Department
Shellpoint Mortgage Servicing

Llámenos hoy para obtener más información sobre sus opciones e instrucciones sobre cómo presentar una solicitud. Cuanto más espere o más se atrase en sus pagos, más difícil será encontrar una solución.

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826
Número de teléfono: 800-365-7107

Para más información, visite www.shellpointmtg.com.

Si necesita ayuda, las siguientes opciones pueden ser posibles (la mayoría están sujetas a la aprobación del prestamista):

- Refinanciar su préstamo con nosotros o otro prestamista;
- Modificar los términos de su préstamo con nosotros;
- El aplazamiento de pagos le da más tiempo para pagar su pago mensual; o
- Si no puede seguir pagando su hipoteca, es posible que su mejor opción sea buscar una vivienda más asequible. Como alternativa a la ejecución hipotecaria, es posible que pueda vender su casa y utilizar las ganancias para pagar su préstamo actual.

Este es un aviso legalmente requerido. Le enviamos este aviso porque usted está atrasado en el pago de su hipoteca. Queremos informarle sobras las posibles maneras de evitar perder su vivienda. Tenemos el derecho a invocar una ejecución hipotecaria según los términos de su contrato hipotecario. Lea esta carta con atención.

Para ayudarle a explorar sus opciones, el gobierno federal proporciona la información de contacto de asesores de vivienda. Puede acceder a esta información comunicándose con la Oficina para la Protección Financiera del Consumidor al www.consumerfinance.gov/find-a-housing-counselor/ o El Departamento de Vivienda y Desarrollo Urbano en https://www.hud.gov/stat/sfh/housing-counseling o llamando al 1-800-569-4287 (TTY: 202-708-1455).

Si prefiere recibir las comunicaciones en otro idioma que no sea el inglés, por favor, contáctenos en el 800-365-7107 para hablar con un traductor en el idioma de su preferencia sobre la gestión de su préstamo o cualquier documento que haya recibido.

shellpoint®

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED

S-SFRECS20 L-1031-R R-101
PNKD8N00400319 - 855421278 I07052
DANIEL GIORDANO
2128 BELLCREST CT
ROYAL PALM BEACH FL 33411-6115

**CONTACT INFORMATION**

| | |
|---|---|
| **Correspondence:** | P.O. Box 10826<br>Greenville, SC 29603-0826 |
| **Business Hours:** | Monday - Friday: 8:00AM-9:00PM |
| **Phone Number:** | 800-365-7107 |
| **Fax:** | 866-467-1187 |
| **Website:** | www.shellpointmtg.com |

06/03/2026

Loan Number: 0691968135
Property Address: 2128 BELLCREST CT
ROYAL PALM BEACH, FL 33411

Dear Homeowner,

You recently requested information regarding mortgage assistance options that may be available to you. We pride ourselves in working with homeowners just like you. By filling out the attached forms, we will be able to explore all the options that are available to you regarding this mortgage.

This is a regulatory notice. We are sending this notice to you because you are behind on your mortgage payment(s). As of the date of this letter, the total amount due is $13,847.67. Because interest, late charges, and other fees vary from day to day, the amount you owe may change. We want to notify you of possible ways to avoid losing your home. We have a right to invoke foreclosure based on the terms of your mortgage contract. Please read this letter carefully.

**Important note:** We have assigned a Single Point of Contact (SPOC) to assist you through the loss mitigation process concerning your mortgage loan. We will perform an evaluation of your financial condition and determine your qualifications for all alternatives that may be applicable for this account. Should you have any questions, you can visit our Borrower Web Portal at www.shellpointmtg.com to apply for assistance, upload application documents, or contact us through our Secure Message Center. You can also contact our SPOC department at 800-365-7107. Documents can also be faxed to us at 866-467-1187. Please reference your loan number when contacting us regarding this request.

If your loan was transferred from another servicer and you have entered into an approved loss mitigation plan with your prior loan servicer or if you had a loss mitigation application in process with your prior servicer, please contact us to confirm that the loss mitigation plan information, or application and documentation, were properly transferred to Shellpoint Mortgage Servicing. We will follow up with your prior servicer to receive the documents you provided them or they provided you in response.

We may have informed credit bureaus about a late payment, missed payment or other default on your account. This information may be reflected in your credit report.

We may order an appraisal to determine the property's value and charge you for this appraisal. We will promptly give you a copy of any appraisal, even if you are not approved for a foreclosure alternative. You can pay for an additional appraisal for your own use at your own cost.

**We Are Here to Help—Call Us at 800-365-7107**

Let us work with you to understand the issues affecting your mortgage payments. We'll explore what assistance may be available to you and discuss the forms and documentation needed to determine if you qualify for an option to avoid foreclosure.
**Consulte la página siguiente para obtener más información importante sobre cómo comunicarse con nosotros, las opciones disponibles y la información del consejero de vivienda en español.**

**Options May Be Available**

The right option for you depends on your individual circumstances. When you provide the required information and documentation about your situation, we can determine if you qualify for temporary or long-term relief, including mortgage options that may allow you to stay in your home or leave your home while avoiding foreclosure.

If you need help, the following options may be possible (most are subject to lender approval):

- Refinance your loan with us or another lender;
- Modify your loan terms with us;
- Payment forbearance temporarily gives you more time to pay your monthly payment; or
- If you are not able to continue paying your mortgage, your best option may be to find more affordable housing. As an alternative to foreclosure, you may be able to sell your home and use the proceeds to pay off your current loan.

Review the **Information on Avoiding Foreclosure** page for an overview of these options.

**Call us today at 800-365-7107 to learn more about your options and instructions for how to apply. The longer you wait, or the further you fall behind on your payments, the harder it will be to find a solution. The sooner you respond, the quicker we can determine whether you qualify for an option to avoid foreclosure.**

# Monthly Profit & Loss Statement

***(Must cover the most recent full 3-month period)***

**For the Period:** ____________________ through ___________________ (Format: MM/DD/YYYY)

**Name of Business:** ____________________________________________________________________

**Percentage of Ownership:** ______________________________________________

**Income:**

1. **Your Business Income** $____________________
2. **Cost of Goods Sold (if applicable):** $____________________
3. **Total Income:** $____________________

**Business Expenses:**

4. Salary/Payroll: $____________________
5. Advertising/Marketing: $____________________
6. Credit/Card/Debit Card Fees: $____________________
7. Equipment Rental/Lease: $____________________
8. Insurance Expense: $____________________
9. Licenses/Permits: $____________________
10. Office Supplies Expense: $____________________
11. Postage & Delivery: $____________________
12. Rent Office/Storage Space, etc.: $____________________
13. Supplies/Materials Expense: $____________________
14. Travel/Entertainment: $____________________
15. Utilities Expense: $____________________
16. Vehicle Expense: $____________________

**Other Business Expenses (not listed above):**

17. $____________________
18. $____________________
19. $____________________

**Total Operating Expenses:**
(*Add Lines 4-19 = 20)*

20. $____________________

**Profit or (Loss) from business:**
(*Line 3 (Total income) minus line 20 = 21*)

21. $____________________

Owner Signature: ___________________________________

Date: ___________________________________

Loan Number: 0691968135

# Letter of Explanation

Use this page to provide additional details or explanation regarding special circumstances, such as deposits on bank statements*, tax return information, or employment, if applicable.

*If there are deposits in any of your bank accounts of $1000 or more, use this form to explain the source of the deposit and expected future frequency (this is not applicable to deposits from W-2 wage earnings, Social Security or Pension/Retirement).

Daniel Giordano

Date

Loan Number: 0691968135

# Hardship Letter

Please use this page to explain the hardship listed on your application for loss mitigation assistance.

Daniel Giordano

Date

Loan Number: 0691968135

shellpoint®

| **Property Taxes and Homeowners Insurance**<br>Please indicate if you have any past due property taxes and/or homeowners insurance | | |
|---|---|---|
| ☐ | Tax | Amount Past Due:<br><br>Tax agency name: |
| ☐ | Insurance | Amount Past Due:<br><br>Company name: |

# Instructions for Form 4506-C, IVES Request for Transcript of Tax Return

Section references are to the Internal Revenue Code unless otherwise noted.

## Future Developments

For the latest information about Form 4506-C and its instructions, go to *www.irs.gov* and search IVES. Information about any recent developments affecting Form 4506-C (such as legislation enacted after we released it) will be posted on that page.

**What's New.** Form 4506-C includes the Client company requesting transcripts and increased the number of Wage and Income transcripts requests.

## General Instructions

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Designated Recipient Notification.** Section 6103(c) limits disclosure and use of return information received pursuant to the taxpayer's consent and holds the recipient subject to penalties for any unauthorized access, other use, or redisclosure without the taxpayer's express permission or request.

**Taxpayer Notification.** Section 6103(c) limits disclosure and use of return information provided pursuant to your consent and holds the recipient subject to penalties, brought by private right of action, for any unauthorized access, other use, or redisclosure without your express permission or request.

**Purpose of form.** Use Form 4506-C to request tax return information through an authorized IVES participant. You will designate an IVES participant to receive the information on line 5a.

**Note:** If you are unsure of which type of transcript you need, check with the party requesting your tax information.

**Where to file.** The IVES par icipant will fax Form 4506-C with the approved IVES cover sheet to their assigned Service Center.

## Chart for ordering transcripts

| If your assigned Service Center is: | Fax the requests with the approved coversheet to: |
|---|---|
| Austin Submission Processing Center | Austin IVES Team 844-249-6238 |
| Kansas City Submission Processing Center | Kansas City IVES Team 844-249-8128 |
| Ogden Submission Processing Center | Ogden IVES Team 844-249-8129 |

## Specific Instructions

**Line 1a/2a** *(if spouse is also requested).* For IMF Requests: Enter the First, Middle Intial, and Last Name in the indicated fields. If all characters will not fit, please enter up to 12 for First name and 22 for Last name. For BMF Requests: Enter the company name in the Last Name field. If all characters will not fit, please enter up to 22.

**Line 1b/2b** *(if spouse is also requested).* Enter the social security number (SSN) or individual taxpayer identification number (ITIN) for the individual listed on line 1a including the dashes in the correct format, or enter the employer identification number (EIN) for he business listed on line 1a including the dashes in the correct format.

**Line 1c/2c** *(if spouse is also requested).* Enter your previous name as shown on your last filed tax return if different than line 1a.

**Line 3.** Enter your current address in the indicated fields. If you use a P.O. Box, include it and the number in the Current Address field.

**Line 4.** Enter the address shown on the last return filed if different from the address entered on line 3.

**Note:** If the addresses on lines 3 and 4 are different and you have not changed your address with the IRS, file Form 8822, Change of Address, or Form 8822-B, Change of Address or Responsible Party — Business, with Form 4506-C.

**Line 5b.** Enter up to 10 numeric characters to create a unique customer file number that will appear on the transcript. The customer file number cannot contain an SSN, ITIN or EIN. Completion of this line is not required.

**Line 5c.** Enter up to 10 alpha-numeric characters to create a unique identifier that will show in he mailbox file information. The unique identifier cannot contain an SSN, ITIN or EIN. Completion of this line is not required.

**Note.** If you use an SSN, we will not input the information and the customer file number or unique identifier will reflect a generic entry of "9999999999".

**Line 5d.** Enter the Client company name, address, and phone number in the indicated fields. A Client company receives the requested tax transcripts from the IVES participant. If the IVES participant is also the Client company, the IVES participant information should be entered on Line 5a and 5d. These fields cannot be blank or Not Applicable (NA).

**Line 6.** Enter only one tax form number (1040, 1065, 1120, etc.) per request for all line 6 transcripts request types.

**Line 6a.** Return Transcript includes most of he line items of a tax return as filed with the IRS. A tax return transcript does not reflect changes made to the account after he return is processed. Transcripts are only available for the following returns: Form 1040 series, Form 1065, Form 1120, Form 1120-H, Form 1120-L, and Form 1120-S. Return transcripts are available for the current year and returns processed during the prior 3 processing years.

**Line 6b.** Account Transcript contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns.

**Line 6c.** Record of Account provides the most detailed information as it is a combination of the Return Transcript and the Account Transcript. Available for current year and 3 prior tax years.

**Line 7.** The IRS can provide a transcript that includes data from hese information returns: Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript. Enter up to three information return types. If no specific type is requested, all forms will be provided. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, Form W-2 information for 2016, filed in 2017, will likely not be available from he IRS until 2018. If you need Form W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213.

**Line 8.** Enter the end date of the tax year or period requested in mm dd yyyy format. This may be a calendar year, fiscal year or quarter. Enter each quarter requested for quarterly returns. Example: Enter 12 31 2018 for a calendar year 2018 Form 1040 transcript.

CAUTION *You must check the box in the signature area to acknowledge you have the authority to sign and request the information. The form will not be processed if unchecked.*

**Signature and date.** Form 4506-C must be signed and dated by the taxpayer listed on line 1a and, if listed, 2a. The IRS must receive Form 4506-C within 120 days of the date signed by the taxpayer or it will be rejected. Ensure that all applicable lines, including lines 5a through 8, are completed before signing.

**Authorized Representative:** A representative can sign Form 4506-C for a taxpayer if the taxpayer has specifically delegated this authority to the representative on Form 2848, line 5a, and Form 2848 is attached to the Form 4506-C request. If you are Heir at Law, Next of Kin, or Beneficiary, you must be able to establish a material interest in the estate or trust. If Form 4506-C is signed by a representative, the Authorized Representative check box must be marked.

**Electronic Signature:** Only IVES participants that opt in to the Electronic Signature usage can accept electronic signatures. Contact the IVES participant for approval and guidance for electronic signatures. If the Form 4506-C is signed electronically, the Electronic Signature check box must be marked.

**Individuals.** Transcripts listed on line 6 may be furnished to either spouse if jointly filed. Signatures are required for all taxpayers listed on Line 1a and 2a.

**Corporations.** Generally, Form 4506-C can be signed by:

(1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer. A bona fide shareholder of record owning 1 percent or more of the outstanding stock of the corporation may submit a Form 4506-C but must provide documentation to support the requester's right to receive the information.

**Partnerships.** Generally, Form 4506-C can be signed by any person who was a member of the partnership during any part of the tax period requested on line 8.

**All others.** See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Documentation.** For entities other than individuals, you must attach he authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the letters testamentary authorizing an individual to act for an estate.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested tax information under the Internal Revenue Code. We need this information to properly identify the tax information and respond to your request. You are not required to request any transcript; if you do request a transcript, sections 6103 and 6109 and their regulations require you to provide this information, including your SSN or EIN. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506-C will vary depending on individual circumstances. The estimated average time is:

**Learning about the law or the form** . . . . . . 10 min.
**Preparing the form** . . . . . . . . . . . . . . . 12 min.
**Copying, assembling, and sending the form to the IRS** . . . . . . . . . . . . . . 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506-C simpler, we would be happy to hear from you. You can write to:

Internal Revenue Service
Tax Forms and Publications Division
1111 Constitution Ave. NW, IR-6526
Washington, DC 20224

Do not send the form to this address. Instead, see Where to file on this page.

Form **4506-C** (October 2022)

Department of the Treasury - Internal Revenue Service

# IVES Request for Transcript of Tax Return

OMB Number 1545-1872

**Do not sign this form unless all applicable lines have been completed.**
**Request may be rejected if the form is incomplete or illegible.**
**For more information about Form 4506-C, visit *www.irs.gov* and search IVES.**

**1a.** Current name
i. First name | ii. Middle initial | iii. Last name/BMF company name

**2a.** Spouse's current name *(if joint return and transcripts are requested for both taxpayers)*
i. Spouse's first name | ii. Middle initial | iii. Spouse's last name

**1b.** First taxpayer identification number *(see instructions)*

**2b.** Spouse's taxpayer identification number *(if joint return and transcripts are requested for both taxpayers)*

**1c.** Previous name shown on the last return filed if different from line 1a
i. First name | ii. Middle initial | iii. Last name

**2c.** Spouse's previous name shown on he last return filed if different from line 2a
i. First name | ii. Middle initial | iii. Last name

**3.** Current address *(including apt., room, or suite no )*, city, state, and ZIP code *(see instructions)*
a. Street address *(including apt., room, or suite no )* | b. City | c. State | d. ZIP code

**4.** Previous address shown on the last return filed if different from line 3 *(see instructions)*
a. Street address *(including apt., room, or suite no )* | b. City | c. State | d. ZIP code

**5a.** IVES participant name, ID number, SOR mailbox ID, and address
i. IVES participant name | ii. IVES participant ID number | iii. SOR mailbox ID
iv. Street address *(including apt., room, or suite no )* | v. City | vi. State | vii. ZIP code

**5b.** Customer file number *(if applicable) (see instructions)*

**5c.** Unique identifier *(if applicable) (see instructions)*

**5d.** Client name, telephone number, and address *(this field cannot be blank or not applicable (NA))*
i. Client name | ii. Telephone number
iii. Street address *(including apt., room, or suite no )* | iv. City | v. State | vi. ZIP code

**Caution**: This tax transcript is being sent to the third party entered on Line 5a and/or 5d. Ensure that lines 5 through 8 are completed before signing. *(see instructions)*

**6. Transcript requested.** Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request for line 6 transcripts

**a.** Return Transcript ☐ **b.** Account Transcript ☐ **c.** Record of Account ☐

**7. Wage and Income transcript** *(W-2, 1098-E, 1099-G, etc )* ☐

**a.** Enter a max of three form numbers here; if no entry is made, all forms will be sent.

**b.** Mark the checkbox for taxpayer(s) reques ing the wage and income transcripts. If no box is checked, transcripts will be provided for all listed taxpayers
Line 1a ☐ Line 2a ☐

**8.** Year or period requested. Enter the ending date of the tax year or period using the mm dd yyyy format *(see instructions)*

/ / / / / / / /

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or, if applicable, line 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, at least one spouse must sign; however, if both spouses' names and TINs are listed in lines 1a-1b and 2a-2b, both spouses must sign the request. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-C on behalf of the taxpayer. **Note**: This form must be received by IRS within 120 days of the signature date.

☐ **Signatory attests that he/she has read the above attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506-C. See instructions.**

**Sign Here**

**Signature for Line 1a** *(see instructions)* | Date | Phone number of taxpayer on line 1a or 2a

☐ Form 4506-C was signed by an Authorized Representative ☐ Signatory confirms document was electronically signed

**Print/Type name**

**Title** *(if line 1a above is a corporation, partnership, estate, or trust)*

**Spouse's signature** *(required if listed on Line 2a)* | Date

☐ Form 4506-C was signed by an Authorized Representative ☐ Signatory confirms document was electronically signed

**Print/Type name**

**How to Complete IRS Form 4506-C**

Please refer to this checklist as you complete the IRS Form 4506C (Request for Transcript of Tax Return)

- Enter the borrower's name on line 1a.
- Enter the borrower's Social Security number on line 1b.
- Enter the Spouse's name on line 2a if a joint tax return was filed.
- Enter the spouse's Social Security number on line 2b if a joint tax return was filed.
- Enter the borrower's current name and address on line 3.
- Enter the borrower's previous address as listed on the last tax return filed on line 4 if different from the address entered on line 3.
- Enter the following information on line 5:

  Shellpoint Mortgage Servicing
  C/O CoreLogic, 4 First American Way, Santa Ana, CA 92707
  866.418.4596 Participant # 300429 Mailbox ID: CoreLogic

- Enter 1040 on line 6 and check off the box for 6a.
- Enter the ending date of the year for the two most recent tax years filed, using the mm/dd/yyyy format, on line 8.
- Please read the signature disclosure and check the signatory attest box that is located above the signature line.
- Sign, date and enter a telephone number on the first signature line for the borrower.
- Skip the title line unless a/an corporation, partnership, estate, or trust.
- Spouse should sign and date on the second signature line if a joint tax return was filed.

Please note that this document will not be accepted by the IRS if there are alterations such as strikethrough, white outs initials, etc.

The IRS Form 4506-C may also be found online at http://www.irs.gov by entering "4506C" into the search box.

HELP FOR AMERICA'S HOMEOWNERS. MAKING HOME AFFORDABLE

# Dodd-Frank Certification

The following information is requested by the federal government in accordance with the Dodd-Frank Wall Street Reform and Consumer Protection Act (Pub. L. 111-203). **You are required to furnish this information.** The law provides that no person shall be eligible to begin receiving assistance from the Making Home Affordable Program, authorized under the Emergency Economic Stabilization Act of 2008 (12 U.S.C. 5201 et seq.), or any other mortgage assistance program authorized or funded by that Act, if such person, in connection with a mortgage or real estate transaction, has been convicted, within the last 10 years, of any one of the following: (A) felony larceny, theft, fraud, or forgery, (B) money laundering or (C) tax evasion.

I/we certify under penalty of perjury that I/we have not been convicted within the last 10 years of any one of the following in connection with a mortgage or real estate transaction:

(a) felony larceny, theft, fraud, or forgery,
(b) money laundering or
(c) tax evasion.

I/we understand that the servicer, the U.S. Department of the Treasury, or their agents may investigate the accuracy of my statements by performing routine background checks, including automated searches of federal, state and county databases, to confirm that I/we have not been convicted of such crimes. I/we also understand that knowingly submitting false information may violate Federal law.

This Certificate is effective on the earlier of the date listed below or the date received by your servicer.

| Borrower Signature | Social Security Number | Date of Birth | Date |
|---|---|---|---|
| Co-Borrower Signature | Social Security Number | Date of Birth | Date |

Loan ID: 0691968135

shellpoint®

## Homeowner Financial Worksheet

**Daniel Giordano**

**Loan Number: 0691968135**

| | MONTHLY PAYMENT | BALANCE | NAME OF CREDITOR |
|---|---|---|---|
| Home Mortgage | | | |
| 2nd Home Mortgage | | | |
| Auto Loan | | | |
| Auto Loan | | | |
| Creditor | | | |
| Creditor | | | |
| Creditor | | | |
| Creditor | | | |
| Creditor | | | |
| Creditor | | | |
| Creditor | | | |
| Student Loan | | | |
| Alimony / Support | | | |
| Child Care | | | |
| IRS | | | |
| Chapter 13 | | | |
| Electricity | | | |
| Heating Fuel | | | Oil or Natural Gas |
| Water & Sewer | | | |
| Telephone | | | |
| Cable TV | | | |
| Auto Insurance | | | |
| Health Insurance | | | Paid directly (not by employer) |
| Life Insurance | | | Paid directly (not by employer) |
| Medical/Dental Expenses | | | |
| Homeowner's Insurance | | | Only list here if not in Mortgage |
| Real Estate Tax | | | Only list here if not in Mortgage |
| Personal Property Tax | | | |
| Groceries | | | |
| School Lunches | | | |
| Transportation, Parking, Tolls | | | |
| Clothing | | | |
| Dry Cleaning/Laundry | | | |
| Cell Phone | | | |
| Internet Service | | | |
| Homeowner's Association Dues | | | |
| Recreation / Spending Money | | | |
| Charitable Donations | | | |
| Other Expenses | | | |
| TOTAL MONTHLY EXPENSES | | | |



PLK06Z00200330 I007335 S-SFRECS20 L-1031-R A-0691968135

Loan number : 0691968135

## Borrower Certification and Agreement

1. I certify and acknowledge that all of the information in this Mortgage Assistance Application is truthful, and the hardship I identified contributed to my need for mortgage relief. Knowingly submitting false information may violate Federal and other applicable law.
2. I agree to provide my servicer with all required documents, including any additional supporting documentation as requested, and will respond in a timely manner to all servicer or authorized third party* communications.
3. I acknowledge and agree that my servicer is not obligated to offer me assistance based solely on the representations in this document or other documentation submitted in connection with my request.
4. I consent to the servicer or authorized third party* obtaining a current credit report for the borrower and co-borrower.
5. I consent to the disclosure by my servicer, authorized third party,* or any investor/guarantor of my mortgage loan(s), of any personal information collected during the mortgage assistance process and of any information about any relief I receive, to any third party that deals with my first lien or subordinate lien (if applicable) mortgage loan(s), including Fannie Mae, Freddie Mac, or any investor, insurer, guarantor, or servicer of my mortgage loan(s) or any companies that provide support services to them, for purposes permitted by applicable law, including but not limited to providing mortgage assistance, verifying any data or information contained in this application, and performing audit and quality control reviews. Personal information may include, but is not limited to: (a) my name, address, telephone number, (b) my Social Security number, (c) my credit score, (d) my income, (e) my payment history and information about my account balances and activity, and (f) my tax return and the information contained therein.
6. I agree that the terms of this borrower certification and agreement will apply to any modification trial period plan, repayment plan, or forbearance plan that I may be offered based on this application. If I receive an offer for a modification trial period plan or repayment plan, I agree that my first timely payment under the plan will serve as acceptance of the plan.
7. I consent to being contacted concerning this application for mortgage assistance at any telephone number, including mobile telephone number, or email address I have provided to the lender, servicer, or authorized third party.*

* An authorized third party may include, but is not limited to, a housing counseling agency, Housing Finance Agency (HFA) or other similar entity that is assisting me in obtaining a foreclosure prevention alternative.

Borrower signature: ______________________________ Date: ________________

Co-Borrower signature: ______________________________ Date: ________________

**Please submit your completed application, together with the required documentation, to Shellpoint Mortgage Servicing via mail: P.O. Box 10826 Greenville, SC 29603-0826, fax: 866-467-1187, or online: lossmitigation@shellpointmtg.com. We will contact you within five business days to acknowledge receipt and let you know if you need to send additional information or documents.**

**We will use the information you provided to help us identify the assistance you may be eligible to receive.**

Loan number : 0691968135

## Borrower Income

Please enter all borrower income amounts in middle column.

| MONTHLY TOTAL BORROWER INCOME TYPE & AMOUNT | | REQUIRED INCOME DOCUMENTATION |
|---|---|---|
| Gross (pre-tax) wages, salaries and overtime pay, commissions, tips, and bonuses | $ | ▪ Most recent pay stub and documentation of year-to-date earnings if not on pay stub **OR**<br>▪ Two most recent bank statements showing income deposit amounts |
| Self-employment income | $ | ▪ Two most recent bank statements showing self-employed income deposit amounts **OR**<br>▪ Most recent signed and dated quarterly or year-to-date profit/loss statement **OR**<br>▪ Most recent complete and signed business tax return **OR**<br>▪ Most recent complete and signed individual federal income tax return |
| Unemployment benefit income | $ | ▪ No documentation required |
| Taxable Social Security, pension, disability, death benefits, adoption assistance, housing allowance, and other public assistance | $ | ▪ Two most recent bank statements showing deposit amounts **OR**<br>▪ Award letters or other documentation showing the amount and frequency of the benefits |
| Non-taxable Social Security or disability income | $ | ▪ Two most recent bank statements showing deposit amounts **OR**<br>▪ Award letters or other documentation showing the amount and frequency of the benefits |
| Rental income (rents received, less expenses other than mortgage expense) | $ | ▪ Two most recent bank statements demonstrating receipt of rent **OR**<br>▪ Two most recent deposited rent checks |
| Investment or insurance income | $ | ▪ Two most recent investment statements **OR**<br>▪ Two most recent bank statements supporting receipt of the income |
| Other types of income not listed above (Note: Only include alimony, child support, or separate maintenance income if you choose to have it considered for repaying this loan) | $ | ▪ Two most recent bank statements showing receipt of income **OR**<br>▪ Other documentation showing the amount and frequency of the income |

## Current Borrower Assets

Exclude retirement funds such as a 401(k) or Individual Retirement Account (IRA), and college savings accounts such as a 529 plan.

| | |
|---|---|
| Checking account(s) and cash on hand | $ |
| Savings, money market funds, and Certificates of Deposit (CDs) | $ |
| Stocks and bonds (non-retirement accounts) | $ |
| Other: | $ |

Loan number : 0691968135

## Hardship Information

The hardship causing mortgage payment challenges began on approximately (date) ________________ and is believed to be:

☐ Short-term (up to 6 months)

☐ Long-term or permanent (greater than 6 months)

☐ Resolved as of (date) ____________________

| TYPE OF HARDSHIP (CHECK ALL THAT APPLY) | REQUIRED HARDSHIP DOCUMENTATION |
|---|---|
| ☐ Unemployment | ▪ Not required |
| ☐ Reduction in income: a hardship that has caused a decrease in your income due to circumstances outside your control (e.g., elimination of overtime, reduction in regular working hours, a reduction in base pay) | ▪ Not required |
| ☐ Increase in housing-related expenses: a hardship that has caused an increase in your housing expenses due to circumstances outside your control (e.g., uninsured losses, increased property taxes, HOA special assessment) | ▪ Not required |
| ☐ Disaster (natural or man-made) impacting the property or borrower's place of employment | ▪ Not required |
| ☐ Long-term or permanent disability, or serious illness of a borrower/co-borrower or dependent family member | ▪ Written statement from the borrower, or other documentation verifying disability or illness<br>**Note:** Detailed medical information is not required, and information from a medical provider is not required |
| ☐ Divorce or legal separation | ▪ Final divorce decree or final separation agreement **OR**<br>▪ Recorded quitclaim deed |
| ☐ Separation of borrowers unrelated by marriage, civil union, or similar domestic partnership under applicable law | ▪ Recorded quitclaim deed **OR**<br>▪ Legally binding agreement evidencing that the non-occupying borrower or co-borrower has relinquished all rights to the property |
| ☐ Death of borrower or death of either the primary or secondary wage earner | ▪ Death certificate **OR**<br>▪ Obituary or newspaper article reporting the death |
| ☐ Distant employment transfer/relocation | ▪ **For active duty service members:** Permanent Change of Station (PCS) orders or letter showing transfer.<br>▪ **For employment transfers/new employment:** Copy of signed offer letter or notice from employer showing transfer to a new location or written explanation if employer documentation not applicable, **AND**<br>▪ Documentation that reflects the amount of any relocation assistance provided (not required for those with PCS orders) |
| ☐ Other – hardship that is not covered above:<br>____________________<br>____________________<br>____________________<br>____________________<br>____________________ | ▪ Written explanation describing the details of the hardship and any relevant documentation |

Loan number : 0691968135

# Mortgage Assistance Application

If you are having mortgage payment challenges, please complete and submit this application, along with the required documentation, to Shellpoint Mortgage Servicing via mail: P.O. Box 10826 Greenville, SC 29603-0826, fax: 866-467-1187, or online: lossmitigation@shellpointmtg.com. We will contact you within five business days to acknowledge receipt and let you know if you need to send additional information or documents.

We will use the information you provide to help us identify the assistance you may be eligible to receive. If you need help completing this application, please contact Shellpoint Mortgage Servicing at 866-825-2174.

If you are experiencing a financial hardship you may be eligible for mortgage assistance from your state's housing finance agency or other state or local government agency.

For a list of HUD-approved housing counseling agencies that can provide foreclosure prevention information, contact one of the following federal government agencies:

- The U.S. Department of Housing and Urban Development (HUD) at (800) 569-4287 or www.hud.gov/counseling
- The Consumer Financial Protection Bureau (CFPB) at (855) 411-2372 or www.consumerfinance.gov/mortgagehelp

If you need assistance with translation or other language assistance, HUD-approved housing counseling agencies may be able to assist you. These services are provided without charge.

## Borrower Information

**Borrower's name:** ____________________

Social Security Number (last 4 digits): ____________

E-mail address: ____________________

Primary phone number: ____________________ ☐ Cell ☐ Home ☐ Work ☐ Other

Alternate phone number: ____________________ ☐ Cell ☐ Home ☐ Work ☐ Other

**Co-borrower's name:** ____________________

Social Security Number (last 4 digits): ____________

E-mail address: ____________________

Primary phone number: ____________________ ☐ Cell ☐ Home ☐ Work ☐ Other

Alternate phone number: ____________________ ☐ Cell ☐ Home ☐ Work ☐ Other

Preferred contact method (choose all that apply): ☐ Cell phone ☐ Home phone ☐ Work phone ☐ Email ☐ Text—checking this box indicates your consent for text messaging

Is either borrower on active duty with the military (including the National Guard and Reserves), the dependent of a borrower on active duty, or the surviving spouse of a member of the military who was on active duty at the time of death? ☐ Yes ☐ No

## Property Information

Property Address: ____________________

Mailing address (if different from property address): ____________________

• The property is currently: ☐ A primary residence ☐ A second home ☐ An investment property

• The property is (select all that apply): ☐ Owner occupied ☐ Renter occupied ☐ Vacant

• I want to: ☐ Keep the property ☐ Sell the property ☐ Transfer ownership of the property to my servicer ☐ Undecided

Is the property listed for sale? ☐ Yes ☐ No – If yes, provide the listing agent's name and phone number—or indicate "for sale by owner" if applicable: ____________________

Is the property subject to condominium or homeowners' association (HOA) fees ☐ Yes ☐ No – If yes, indicate monthly dues: $__________

## BEWARE OF FORECLOSURE RESCUE SCAMS - TIPS & WARNING SIGNS
### For Your Information Only - Do Not Return with Your Borrower Response Package

Scam artists have stolen millions of dollars from distressed homeowners by promising immediate relief from foreclosure, or demanding cash for counseling services when HUD-approved counseling agencies provide the same services for FREE. If you receive an offer, information or advice that sounds too good to be true, it probably is. Don't let them take advantage of you, your situation, your house or your money. **Remember, help is FREE.**

**How to Spot a Scam** - beware of a company or person who:

- ☐ Asks for a fee in advance to work with your lender to modify, refinance or reinstate your mortgage.
- ☐ Guarantees they can stop a foreclosure or get your loan modified.
- ☐ Advises you to stop paying your mortgage company and pay them instead.
- ☐ Pressures you to sign over the deed to your home or sign any paperwork that you haven't had a chance to read, and you don't fully understand.
- ☐ Claims to offer "government-approved" or "official government" loan modifications.
- ☐ Asks you to release personal financial information online or over the phone and you have not been working with this person and/or do not know them.

**How to Report a Scam** - do one of the following:

- ☐ Go to www.preventloanscams.org and fill out the Loan Modification Scam Prevention Network's (LMSPN) complaint form online and get more information on how to fight back. Note: you can also fill out this form and send to the fax number/e-mail/address (your choice!) on the back of the form.
- ☐ Call 1(888)995-HOPE (4673) and tell the counselor about your situation and that you believe you got scammed or know of a scam.

**Appendix A - Beware of Scams**

*The Loan Modification Scam Prevention Network is a national coalition of governmental and private organizations led by Fannie Mae, Freddie Mac, NeighborWorksAmerica™ and the Lawyers' Committee for Civil Rights Under Law.*

**FREQUENTLY ASKED QUESTIONS continued**

**9. What if my property is scheduled for a foreclosure sale in the future?**
If you submit a complete Borrower Response Package and the supporting documents it requires in fewer than 37 calendar days before a scheduled foreclosure sale, there is no guarantee we can evaluate you for a foreclosure alternative in time to stop the foreclosure sale. Even if we are able to approve you for a foreclosure alternative prior to a sale, a court with jurisdiction over the foreclosure proceeding (if any) or public official charged with carrying out the sale may not halt the scheduled sale.

**10. Will my property be sold at a foreclosure sale if I accept a foreclosure alternative?**
No. The property will not be sold at a foreclosure sale once you accept a foreclosure alternative, and comply with all requirements.

**11. Will my credit score be affected by my late payments or being in default?**
The delinquency status of your loan will be reported to credit reporting agencies as well as your entry into a repayment plan, forbearance plan, or trial period plan in accordance with the requirements of the Fair Credit Reporting Act and the Consumer Data Industry Association requirements.

**12. Will my credit score be affected if I accept a foreclosure prevention option?**
While the effect on your credit will depend on your individual credit history, credit scoring companies generally would consider entering into a plan with reduced payments as increasing your credit risk. As a result, entering into a plan with reduced payments may adversely affect your credit score, particularly if you are current on your mortgage or otherwise have a good credit score.

**13. Will my credit report be pulled during a loss mitigation evaluation?**
Yes. Shellpoint Mortgage Servicing will pull a credit report to verify information in the course of your evaluation for a foreclosure alternative. Shellpoint Mortgage Servicing will do this in the form of a "soft pull" or "soft inquiry". This has no impact on your scores. Upon request, Shellpoint Mortgage Servicing will provide you with the name and address of the consumer reporting agency that furnished the report. Everyone should check their reports at least annually. It's part of good credit management and completely free from AnnualCreditReport.com.

**14. Is foreclosure prevention counseling available?**
Yes, HUD-approved counselors are available to provide you with the information and assistance you may need to avoid foreclosure. You can use the search tool at http://www.hud.gov/offices/hsg/sfh/hcc/fc/ to find a counselor near you or by calling 1(888)995-HOPE (4673).

**15. I have seen ads and flyers from companies offering to help me avoid foreclosure for a fee. Can these companies really help?**
Foreclosure prevention has become a target for scam artists. We suggest using the HUD web site referenced in question 14 to locate a counselor near you. Also, please refer to the attached document called "Beware of Foreclosure Rescue Scams" for more information.

**16. What if I acquired an ownership interest in the property, such as through death, divorce, or legal separation?** You should contact us as soon as possible. We are here to help you adjust to these events and provide you with information on where to send the mortgage payments. Please contact us to obtain a list of documentation that is needed to confirm your identity and ownership interest in the property, and to discuss next steps.

## Frequently Asked Questions
## For Your Information Only - Do Not Return with Your Borrower Response Package

**1. Why did I receive this package?**
You received this package because you requested information regarding your loss mitigation options. We are sending this information to you now so that we can work with you to quickly resolve any temporary or long-term financial challenge you face with making all of your late mortgage payments.

**2. What if I don't want to stay in my home anymore?**
You may have good reasons for needing to leave your property, such as a job relocation, a divorce, financial hardship due to the death of a borrower, or some other reason preventing you from keeping your property. If you intend to transition out of your home, please indicate that you want to sell or vacate the property on page 1 of the attached Mortgage Assistance Application, and we may first evaluate you for a short sale or Mortgage Release (deed-in-lieu of foreclosure). Even if you are approved for one of those workout solutions, we may consider you for a mortgage loan modification.

**3. Will It cost money to get help?**
There should never be a fee from your servicer or qualified counselor to obtain assistance or information about foreclosure prevention options. However, foreclosure prevention has become a target for scam artists. Be wary of companies or individuals offering to help you for a fee, and never send a mortgage payment to any company other than the one listed on your monthly mortgage statement or one designated to receive your payments under a state assistance program.

**4. What is foreclosure?**
Foreclosure is the forfeiture of your home through a legal process where your mortgage company repossesses the property and you will have to move. This process may involve an eviction, you may remain liable for your first lien mortgage debt, and it may be as long as seven years before you are eligible for another loan.

**5. What happens once I have sent the Borrower Response Package to you?**
We will contact you within five business days of our receipt of your Borrower Response Package to confirm that we have received your package and will review it to determine whether it is complete. We will send you a notice of incompleteness in the event there is any missing information or documentation that you must still submit. We cannot guarantee that you will receive any (or a particular type of) assistance.

Within 30 days of receipt of a complete Borrower Response Package, we will let you know which foreclosure alternatives, if any, are available to you and will inform you of your next steps to accept our offer. However, if you submit your complete Borrower Response Package fewer than 37 days prior to a scheduled foreclosure sale date, we will strive to process your request as quickly as possible, but you may not receive a notice of incompleteness or a decision on your request prior to sale. **Please submit your Borrower Response Package as soon as possible.**

**6. What happens to my mortgage while you are evaluating my Borrower Response Package?**
You remain obligated to make all mortgage payments as they come due, even while we are evaluating the types of assistance that may be available.

**7. Will the foreclosure process begin if I do not respond to this letter?**
If you are delinquent on your mortgage payments and you do not respond to our notices, we may refer your loan to foreclosure in accordance with your mortgage loan documents and applicable law.

**8. Should I still contact you if I have waited too long and my property has been referred to an attorney for foreclosure?**
Yes, the sooner the better!

# Information on Avoiding Foreclosure

**Learn More About Options to Avoid Foreclosure**
The variety of options summarized below may help you keep your home. For example, you may be eligible to modify your mortgage, lowering your monthly payment to make it more affordable. Contact us to determine if you qualify.

Depending on your circumstances, staying in your home may not be possible. In this case, a short sale or deed-in-lieu of foreclosure may be a better choice than foreclosure – see the table below for more information.

**If You Are Behind on Your Mortgage Payments**
We want to advise you of the seriousness of the delinquency and the importance of taking prompt action to resolve the default. Don't delay, as failure to take action may result in foreclosure proceedings being initiated on your mortgage.

| OPTIONS TO STAY IN YOUR HOME | OVERVIEW | BENEFIT |
|---|---|---|
| **Reinstatement** | Pay the total delinquent amount you owe, both in a lump sum payment and by a specific date, or pay less than the total amount owed followed by a forbearance plan as described below. | Allows you to avoid foreclosure by bringing your mortgage current if you can show you have funds that will become available at a specific date in the future. |
| **Repayment Plan** | Pay back your past-due payments together with your regular payments over an extended period of time. | Allows you time to catch up on late payments without having to come up with a lump sum. |
| **Forbearance Plan** | Make reduced mortgage payments or no mortgage payments for a specific period of time. | Gives you time to improve your financial situation and possibly qualify for a better option than would be available right now. |
| **Payment Deferral** | Delay repayment of two to six months of past-due principal and interest payments, and certain other amounts into a non-interest bearing balance, due and payable at the maturity of the Mortgage or earlier upon the sale or transfer of the property, refinance of the Mortgage, or payoff of the interest-bearing unpaid principal balance. | Allow you to bring your mortgage current by delaying repayment of past-due principal and interest and certain other amouns without changing other terms of your mortgage. Interest is not charged on those amounts. |
| **Modification** | Receive modified mortgage terms to make it more affordable or manageable after successfully making payments during a "trial period" (e.g., completing a three-month trial period plan) that requires payment of the approximate amount of the modified payment. | Permanently modifies your mortgage so that your payments or terms are more manageable as a permanent solution to a long-term or permanent hardship. |
| **OPTIONS TO LEAVE YOUR HOME** | **OVERVIEW** | **BENEFIT** |
| **Traditional Sale (selling with equity)** | Proceeds from the sale are used to pay off the mortgage debt and any other debts secured by the property. | Keep the excess proceeds from the sale once all debts and closing costs are paid. Allows you to transition out of your home to avoid foreclosure. |
| **Short Sale** | Sell your home and pay off a portion of your mortgage balance when you owe more on the home than it is worth. | Allows you to transition out of your home without going through foreclosure. In some cases, relocation assistance may be available. |
| **Deed-in-Lieu of Foreclosure** | Transfer the ownership of your property to us. | Allows you to transition out of your home without going through foreclosure. In some cases, relocation assistance may be available. |

**We Want to Help**
Take action to gain peace of mind and control of your housing situation. Call us at 866-825-2174 and we'll talk about available options and help you understand the forms and documents we need from you to determine if you qualify for an option to avoid foreclosure.

## Homeowner Checklist
## For Your Information Only – Do Not Return with Your Borrower Response Package

**GET STARTED** – use this checklist to ensure you have completed all required forms and have the right information.

| | |
|---|---|
| **Step 1** | ❑ **Review the information provided** to help you understand your options, responsibilities, and next steps:<br>❑ Avoiding Foreclosure ❑ Frequent Asked Questions ❑ Beware of Foreclosure Rescue Scams |
| **Step 2** | ❑ **Complete and sign the enclosed Mortgage Assistance Application.** Must be signed by all borrowers on the mortgage (notarization is not required) and must include:<br>❑ All income, expenses, and assets for each borrower<br>❑ An explanation of financial hardship that makes it difficult to pay the mortgage<br>❑ Your acknowledgment and agreement that all information that you provide is true and accurate |
| **Step 3** | ❑ **Provide required hardship documentation. This documentation will be used to verify your hardship.**<br>❑ Follow the instructions set forth on the Mortgage Assistance Application (attached) |
| **Step 4** | ❑ **Provide required income documentation. This documentation will be used to verify your hardship and all of your income (Notice: alimony, child support or separate maintenance income need not be revealed if you do not choose to have it considered for repaying this loan).**<br>❑ Follow the instructions set forth on the Mortgage Assistance Application (attached)<br>❑ You may also disclose any income from a household member who is not on the promissory note (non-borrower), such as a relative, spouse, domestic partner, or fiancé who occupies the property as a primary residence. If you elect to disclose and rely upon this income to qualify, the required income documentation is the same as the income documentation required for a borrower. See Page 3 of the Mortgage Assistance Application for specific details on income documentation<br>❑ For all borrowers, please include two most recent bank statements for all open accounts |
| **Step 5** | ❑ **Complete and sign a dated copy of the enclosed IRS Form 4506-C**<br>❑ For each borrower, please submit a signed, dated copy of IRS Form 4506-C<br>❑ Borrowers who filed their tax returns jointly may send in one IRS Form 4506-C signed and dated by both joint filers. The form must be fully completed, cannot have any alterations, and the signatory box above signature needs to be checked |
| **Step 6** | ❑ **Gather and send completed documents—your Borrower Response Package.** You must send in all required documentation listed in steps 2-4 above and summarized below:<br>• Mortgage Assistance Application (attached)<br>• Form 4506-C (attached)<br>• Income documentation as outlined on Page 3 of the Mortgage Assistance Application (attached)<br>• Hardship documentation as outlined on Page 2 of the Mortgage Assistance Application (attached)<br>• Current HOA statements within 60 days (if property is in a Homeowners Association)<br>• Bank statements (Provide your 2 most recent statements for all banking and investment accounts. Include all statement pages even if they are blank)<br>• Letter of explanation for any deposit or transfer of funds over $1,000.00<br>• Paystubs, if a wage earner (Provide at least two paystubs covering a minimum 30-day timeframe. Paystubs cannot be older than 90 days)<br>• Profit and Loss, if self-employed (Provide at least the most recent two consecutive years and 2 most recent consecutive business tax returns)<br>**Please mail all documents above to us:** Shellpoint Mortgage Servicing<br>P.O. Box 10826<br>Greenville, SC 29603-0826 |

**IMPORTANT REMINDERS:**

❑ If you cannot provide the documentation within the time frame provided, have other types of income not specified on Page 3 of the Mortgage Assistance Application, cannot locate some or all of the required documents, or have any questions, please contact us at 866-825-2174.

❑ Keep a copy of all documents and proof of mailing/emailing for your records. **Don't send original income or hardship documents. Copies are acceptable.**

**Questions? Contact us at 866-825-2174**

The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is: Federal Trade Commission, Consumer Response Center, 600 Pennsylvania Avenue, NW, Washington, DC 20580.

**Please read the following important notices as they may affect your rights.**

Newrez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Newrez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code.

**Attention Servicemembers and Dependents: The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.**

**Notice of Error or Information Request Address:** You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us. Additionally, if you believe we have furnished inaccurate information to credit reporting agencies, please write to us with specific details regarding those errors and any supporting documentation that you have and we will assist you. Error Resolution, including concerns of inaccurate information sent to credit reporting agencies, or requests for information should be sent to the following address: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

**Our system of record has your preferred language as English.**

**If you prefer to receive communication in a language other than English, please contact us at 866-825-2174 to speak with a translator in your preferred language about the servicing of your loan or a document you received.**

**Si prefiere recibir las comunicaciones en otro idioma que no sea el inglés, por favor, contáctenos en el 866-825-2174 para hablar con un traductor en el idioma de su preferencia sobre la gestión de su préstamo o cualquier documento que haya recibido.**

**如果您要使用英语以外的其他语言进行交流，请致电 866-825-2174，我们将根据您首选的语言安排相应的译员，与您就贷款服务事项或您所接收的文件进行商讨。**

Please note that we operate as Newrez Mortgage LLC dba Shellpoint Mortgage Servicing in Arkansas and Texas.

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED

shellpoint®

| CONTACT INFORMATION | |
|---|---|
| **Correspondence:** | P.O. Box 10826<br>Greenville, SC 29603-0826 |
| **Business Hours:** | **Monday - Friday:** 8:00AM-9:00PM<br>**Saturday:** 8:00AM-1:00PM |
| **Phone Number:** | 866-825-2174 |
| **Fax:** | 866-467-1187 |
| **Email:** | lossmitigation@shellpointmtg.com |
| **Website:** | www.shellpointmtg.com |

S-SFRECS20 L-1031-R R-106
PLK06Z00200330 - 818973884 I07322
DANIEL GIORDANO
2128 BELLCREST CT
ROYAL PALM BEACH FL 33411-6115

Loan Number: 0691968135
Property Address: 2128 BELLCREST CT
ROYAL PALM BEACH, FL 33411

03/18/2025

In accordance with the Taxpayer First Act, as your loan servicer, we are required to obtain your consent to be able to share your tax information with another party. Such sharing would extend to actual or potential owners of the loan or any other loan participant. Please sign and date this Taxpayer Consent Form and return it to us.

**TAXPAYER CONSENT FORM**

I understand, acknowledge, and agree that Shellpoint Mortgage Servicing and Other Loan Participants can obtain, use and share tax return information for purposes of (i) providing an offer; (ii) originating, maintaining, managing, monitoring, servicing, selling, insuring, and securitizing a loan; (iii) marketing; or (iv) as otherwise permitted by applicable laws, including state and federal privacy and data security laws. Shellpoint Mortgage Servicing includes Shellpoint Mortgage Servicing's affiliates, agents, service providers and any of aforementioned parties' successors and assigns. The Other Loan Participants includes any actual or potential owners of a loan resulting from your loan application, or acquirers of any beneficial or other interest in the loan, any mortgage insurer, guarantor, any servicers or service providers for these parties and any of aforementioned parties' successors and assigns.

Daniel Giordano ______________________ Date ______________________

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826

**Call us today at 866-825-2174 to learn more about your options and instructions for how to apply. The longer you wait, or the further you fall behind on your payments, the harder it will be to find a solution. The sooner you respond, the quicker we can determine whether you qualify for an option to avoid foreclosure.**

## Getting Started

**Remember, you need to take action by calling us at 866-825-2174 right away or get started by completing and returning the attached Mortgage Assistance Application along with other required documents by 4/17/2025. Please note that packages received within 37 days of a foreclosure sale may not be evaluated.**

### Additional Resources

**For additional information about preventing foreclosure, avoiding fraud scams, and accessing approved counseling at no cost to you**

- Visit Shellpoint Mortgage Servicing's website at www.shellpointmtg.com.
- For help exploring your options, the Federal government provides contact information for housing counselors. Contact HUD-approved counselors who are available to provide you with the information and assistance you may need. You can use the search tool at http://www.hud.gov/offices/hsg/sfh/hcc/fc/ and https://www.consumerfinance.gov/find-a-housing-counselor/ or call 1-800-569-4287 to find a counseling agency in your area. Additionally, the Homeowner's HOPE™ Hotline offers free HUD-certified counseling services and is available 24/7 in English and Spanish. Other languages are available by appointment. Certified counselors can be reached by calling 888-995-HOPE ™ (4673) or 800-877-8339 with TTY device.
- Contact the Consumer Financial Protection Bureau (CFPB) at (855) 411-2372 or www.consumerfinance.gov/mortgagehelp
- Your state may have Homeowner Assistance funds to assist you in curing your delinquency. More information about your states housing finance agency and available options can be found at https://www.ncsha.org/housing-help/

Sincerely,
Loss Mitigation Department
Shellpoint Mortgage Servicing

Llámenos hoy para obtener más información sobre sus opciones e instrucciones sobre cómo presentar una solicitud. Cuanto más espere o más se atrase en sus pagos, más difícil será encontrar una solución.

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826
Número de teléfono: 866-825-2174

Para más información, visite www.shellpointmtg.com.

Si necesita ayuda, las siguientes opciones pueden ser posibles (la mayoría están sujetas a la aprobación del prestamista):

- Refinanciar su préstamo con nosotros o otro prestamista;
- Modificar los términos de su préstamo con nosotros;
- El aplazamiento de pagos le da más tiempo para pagar su pago mensual; o
- Si no puede seguir pagando su hipoteca, es posible que su mejor opción sea buscar una vivienda más asequible. Como alternativa a la ejecución hipotecaria, es posible que pueda vender su casa y utilizar las ganancias para pagar su préstamo actual.

Este es un aviso legalmente requerido. Le enviamos este aviso porque usted está atrasado en el pago de su hipoteca. Queremos informarle sobras las posibles maneras de evitar perder su vivienda. Tenemos el derecho a invocar una ejecución hipotecaria según los términos de su contrato hipotecario. Lea esta carta con atención.

Para ayudarle a explorar sus opciones, el gobierno federal proporciona la información de contacto de asesores de vivienda. Puede acceder a esta información comunicándose con la Oficina para la Protección Financiera del Consumidor al www.consumerfinance.gov/find-a-housing-counselor/ o El Departamento de Vivienda y Desarrollo Urbano en www.hud.gov/findacounselor o llamando al 1-(800)-569-4287.

Si prefiere recibir las comunicaciones en otro idioma que no sea el inglés, por favor, contáctenos en el 866-316-1840 para hablar con un traductor en el idioma de su preferencia sobre la gestión de su préstamo o cualquier documento que haya recibido.

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED

**shellpoint**®

S-SFRECS20 L-1031-R R-106
PLK06Z00200330 - 818973884 I07320
DANIEL GIORDANO
2128 BELLCREST CT
ROYAL PALM BEACH FL 33411-6115

| CONTACT INFORMATION | |
|---|---|
| **Correspondence:** | P.O. Box 10826<br>Greenville, SC 29603-0826 |
| **Business Hours:** | Monday - Friday: 8:00AM-9:00PM<br>Saturday: 8:00AM-1:00PM |
| **Phone Number:** | 866-825-2174 |
| **Fax:** | 866-467-1187 |
| **Email:** | lossmitigation@shellpointmtg.com |
| **Website:** | www.shellpointmtg.com |

Loan Number: 0691968135
Property Address: 2128 BELLCREST CT
ROYAL PALM BEACH, FL 33411

03/18/2025

Dear Homeowner,

You recently requested information regarding mortgage assistance options that may be available to you. We pride ourselves in working with homeowners just like you. By filling out the attached forms, we will be able to explore all the options that are available to you regarding this mortgage.

This is a regulatory notice. We are sending this notice to you because you are behind on your mortgage payment(s). As of the date of this letter, the total amount due is $11,689.58. Because interest, late charges, and other fees vary from day to day, the amount you owe may change. We want to notify you of possible ways to avoid losing your home. We have a right to invoke foreclosure based on the terms of your mortgage contract. Please read this letter carefully.

**Important note:** We have assigned a Single Point of Contact (SPOC) to assist you through the loss mitigation process concerning your mortgage loan. We will perform an evaluation of your financial condition and determine your qualifications for all alternatives that may be applicable for this account. Should you have any questions, you can visit our Borrower Web Portal at www.shellpointmtg.com to apply for assistance, upload application documents, or contact us through our Secure Message Center. You can also contact our SPOC department at 866-825-2174. Documents can also be faxed to us at 866-467-1187. Please reference your loan number when contacting us regarding this request.

We have informed credit bureaus about a late payment, missed payment or other default on your account. This information may be reflected in your credit report.

We may order an appraisal to determine the property's value and charge you for this appraisal. We will promptly give you a copy of any appraisal, even if you are not approved for a foreclosure alternative. You can pay for an additional appraisal for your own use at your own cost.

**We Are Here to Help—Call Us at 866-825-2174**

Let us work with you to understand the issues affecting your mortgage payments. We'll explore what assistance may be available to you and discuss the forms and documentation needed to determine if you qualify for an option to avoid foreclosure.
**Consulte la página siguiente para obtener más información importante sobre cómo comunicarse con nosotros, las opciones disponibles y la información del consejero de vivienda en español.**

**Options May Be Available**

The right option for you depends on your individual circumstances. When you provide the required information and documentation about your situation, we can determine if you qualify for temporary or long-term relief, including mortgage options that may allow you to stay in your home or leave your home while avoiding foreclosure.

If you need help, the following options may be possible (most are subject to lender approval):

- Refinance your loan with us or another lender;
- Modify your loan terms with us;
- Payment forbearance temporarily gives you more time to pay your monthly payment; or
- If you are not able to continue paying your mortgage, your best option may be to find more affordable housing. As an alternative to foreclosure, you may be able to sell your home and use the proceeds to pay off your current loan.

Review the **Information on Avoiding Foreclosure** page for an overview of these options.

# Monthly Profit & Loss Statement

***(Must cover the most recent full 3-month period)***

**For the Period:** ________________ through ________________ (Format: MM/DD/YYYY)

**Name of Business:** ________________________________________

**Percentage of Ownership:** ____________________________

**Income:**

1. **Your Business Income** $________________
2. **Cost of Goods Sold (if applicable):** $________________
3. **Total Income:** $________________

**Business Expenses:**

4. Salary/Payroll: $________________
5. Advertising/Marketing: $________________
6. Credit/Card/Debit Card Fees: $________________
7. Equipment Rental/Lease: $________________
8. Insurance Expense: $________________
9. Licenses/Permits: $________________
10. Office Supplies Expense: $________________
11. Postage & Delivery: $________________
12. Rent Office/Storage Space, etc.: $________________
13. Supplies/Materials Expense: $________________
14. Travel/Entertainment: $________________
15. Utilities Expense: $________________
16. Vehicle Expense: $________________

**Other Business Expenses (not listed above):**

17. $________________
18. $________________
19. $________________

**Total Operating Expenses:**
(*Add Lines 4-19 = 20)*

20. $________________

**Profit or (Loss) from business:**
(*Line 3 (Total income) minus line 20 = 21*)

21. $________________

Owner Signature: ________________________

Date: ________________________

Loan Number: 0691968135

# Letter of Explanation

Use this page to provide additional details or explanation regarding special circumstances, such as deposits on bank statements*, tax return information, or employment, if applicable.

*If there are deposits in any of your bank accounts of $1000 or more, use this form to explain the source of the deposit and expected future frequency (this is not applicable to deposits from W-2 wage earnings, Social Security or Pension/Retirement).

Daniel Giordano

Date

Loan Number: 0691968135

# Hardship Letter

Please use this page to explain the hardship listed on your application for loss mitigation assistance.

Daniel Giordano

Date

Loan Number: 0691968135

shellpoint®

| **Property Taxes and Homeowners Insurance**<br>Please indicate if you have any past due property taxes and/or homeowners insurance | | |
|---|---|---|
| ☐ | Tax | Amount Past Due:<br><br>Tax agency name: |
| ☐ | Insurance | Amount Past Due:<br><br>Company name: |

# Instructions for Form 4506-C, IVES Request for Transcript of Tax Return

Section references are to the Internal Revenue Code unless otherwise noted.

## Future Developments

For the latest information about Form 4506-C and its instructions, go to *www.irs.gov* and search IVES. Information about any recent developments affecting Form 4506-C (such as legislation enacted after we released it) will be posted on that page.

**What's New.** Form 4506-C includes the Client company requesting transcripts and increased the number of Wage and Income transcripts requests.

## General Instructions

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Designated Recipient Notification.** Section 6103(c) limits disclosure and use of return information received pursuant to the taxpayer's consent and holds the recipient subject to penalties for any unauthorized access, other use, or redisclosure without the taxpayer's express permission or request.

**Taxpayer Notification.** Section 6103(c) limits disclosure and use of return information provided pursuant to your consent and holds the recipient subject to penalties, brought by private right of action, for any unauthorized access, other use, or redisclosure without your express permission or request.

**Purpose of form.** Use Form 4506-C to request tax return information through an authorized IVES participant. You will designate an IVES participant to receive the information on line 5a.

**Note:** If you are unsure of which type of transcript you need, check with the party requesting your tax information.

**Where to file.** The IVES par icipant will fax Form 4506-C with the approved IVES cover sheet to their assigned Service Center.

## Chart for ordering transcripts

| If your assigned Service Center is: | Fax the requests with the approved coversheet to: |
|---|---|
| Austin Submission Processing Center | Austin IVES Team 844-249-6238 |
| Kansas City Submission Processing Center | Kansas City IVES Team 844-249-8128 |
| Ogden Submission Processing Center | Ogden IVES Team 844-249-8129 |

## Specific Instructions

**Line 1a/2a** *(if spouse is also requested)*. For IMF Requests: Enter the First, Middle Intial, and Last Name in the indicated fields. If all characters will not fit, please enter up to 12 for First name and 22 for Last name. For BMF Requests: Enter the company name in the Last Name field. If all characters will not fit, please enter up to 22.

**Line 1b/2b** *(if spouse is also requested)*. Enter the social security number (SSN) or individual taxpayer identification number (ITIN) for the individual listed on line 1a including the dashes in the correct format, or enter the employer identification number (EIN) for he business listed on line 1a including the dashes in the correct format.

**Line 1c/2c** *(if spouse is also requested)*. Enter your previous name as shown on your last filed tax return if different than line 1a.

**Line 3.** Enter your current address in the indicated fields. If you use a P.O. Box, include it and the number in the Current Address field.

**Line 4.** Enter the address shown on the last return filed if different from the address entered on line 3.

**Note:** If the addresses on lines 3 and 4 are different and you have not changed your address with the IRS, file Form 8822, Change of Address, or Form 8822-B, Change of Address or Responsible Party — Business, with Form 4506-C.

**Line 5b.** Enter up to 10 numeric characters to create a unique customer file number that will appear on the transcript. The customer file number cannot contain an SSN, ITIN or EIN. Completion of this line is not required.

**Line 5c.** Enter up to 10 alpha-numeric characters to create a unique identifier that will show in he mailbox file information. The unique identifier cannot contain an SSN, ITIN or EIN. Completion of this line is not required.

**Note.** If you use an SSN, we will not input the information and the customer file number or unique identifier will reflect a generic entry of "9999999999".

**Line 5d.** Enter the Client company name, address, and phone number in the indicated fields. A Client company receives the requested tax transcripts from the IVES participant. If the IVES participant is also the Client company, the IVES participant information should be entered on Line 5a and 5d. These fields cannot be blank or Not Applicable (NA).

**Line 6.** Enter only one tax form number (1040, 1065, 1120, etc.) per request for all line 6 transcripts request types.

**Line 6a.** Return Transcript includes most of he line items of a tax return as filed with the IRS. A tax return transcript does not reflect changes made to the account after he return is processed. Transcripts are only available for the following returns: Form 1040 series, Form 1065, Form 1120, Form 1120-H, Form 1120-L, and Form 1120-S. Return transcripts are available for the current year and returns processed during the prior 3 processing years.

**Line 6b.** Account Transcript contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns.

**Line 6c.** Record of Account provides the most detailed information as it is a combination of the Return Transcript and the Account Transcript. Available for current year and 3 prior tax years.

**Line 7.** The IRS can provide a transcript that includes data from hese information returns: Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript. Enter up to three information return types. If no specific type is requested, all forms will be provided. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, Form W-2 information for 2016, filed in 2017, will likely not be available from he IRS until 2018. If you need Form W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213.

**Line 8.** Enter the end date of the tax year or period requested in mm dd yyyy format. This may be a calendar year, fiscal year or quarter. Enter each quarter requested for quarterly returns. Example: Enter 12 31 2018 for a calendar year 2018 Form 1040 transcript.

CAUTION *You must check the box in the signature area to acknowledge you have the authority to sign and request the information. The form will not be processed if unchecked.*

**Signature and date.** Form 4506-C must be signed and dated by the taxpayer listed on line 1a and, if listed, 2a. The IRS must receive Form 4506-C within 120 days of the date signed by the taxpayer or it will be rejected. Ensure that all applicable lines, including lines 5a through 8, are completed before signing.

**Authorized Representative:** A representative can sign Form 4506-C for a taxpayer if the taxpayer has specifically delegated this authority to the representative on Form 2848, line 5a, and Form 2848 is attached to the Form 4506-C request. If you are Heir at Law, Next of Kin, or Beneficiary, you must be able to establish a material interest in the estate or trust. If Form 4506-C is signed by a representative, the Authorized Representative check box must be marked.

**Electronic Signature:** Only IVES participants that opt in to the Electronic Signature usage can accept electronic signatures. Contact the IVES participant for approval and guidance for electronic signatures. If the Form 4506-C is signed electronically, the Electronic Signature check box must be marked.

**Individuals.** Transcripts listed on line 6 may be furnished to either spouse if jointly filed. Signatures are required for all taxpayers listed on Line 1a and 2a.

**Corporations.** Generally, Form 4506-C can be signed by:

(1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer. A bona fide shareholder of record owning 1 percent or more of the outstanding stock of the corporation may submit a Form 4506-C but must provide documentation to support the requester's right to receive the information.

**Partnerships.** Generally, Form 4506-C can be signed by any person who was a member of the partnership during any part of the tax period requested on line 8.

**All others.** See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Documentation.** For entities other than individuals, you must attach he authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the letters testamentary authorizing an individual to act for an estate.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested tax information under the Internal Revenue Code. We need this information to properly identify the tax information and respond to your request. You are not required to request any transcript; if you do request a transcript, sections 6103 and 6109 and their regulations require you to provide this information, including your SSN or EIN. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506-C will vary depending on individual circumstances. The estimated average time is:

**Learning about the law or the form** . . . . . . 10 min.
**Preparing the form** . . . . . . . . . . . . . . . . 12 min.
**Copying, assembling, and sending the form to the IRS** . . . . . . . . . . . . . . . 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506-C simpler, we would be happy to hear from you. You can write to:

Internal Revenue Service
Tax Forms and Publications Division
1111 Constitution Ave. NW, IR-6526
Washington, DC 20224

Do not send the form to this address. Instead, see Where to file on this page.

Form **4506-C** (October 2022)

Department of the Treasury - Internal Revenue Service

# IVES Request for Transcript of Tax Return

OMB Number 1545-1872

**Do not sign this form unless all applicable lines have been completed.**
**Request may be rejected if the form is incomplete or illegible.**
**For more information about Form 4506-C, visit *www.irs.gov* and search IVES.**

| | | | | | |
|---|---|---|---|---|---|
| **1a.** Current name | | | **2a.** Spouse's current name *(if joint return and transcripts are requested for both taxpayers)* | | |
| i. First name | ii. Middle initial | iii. Last name/BMF company name | i. Spouse's first name | ii. Middle initial | iii. Spouse's last name |
| **1b.** First taxpayer identification number *(see instructions)* | | | **2b.** Spouse's taxpayer identification number *(if joint return and transcripts are requested for both taxpayers)* | | |
| **1c.** Previous name shown on the last return filed if different from line 1a | | | **2c.** Spouse's previous name shown on he last return filed if different from line 2a | | |
| i. First name | ii. Middle initial | iii. Last name | i. First name | ii. Middle initial | iii. Last name |
| **3.** Current address *(including apt., room, or suite no )*, city, state, and ZIP code *(see instructions)* | | | | | |
| **a.** Street address *(including apt., room, or suite no )* | | | **b.** City | **c.** State | **d.** ZIP code |
| **4.** Previous address shown on the last return filed if different from line 3 *(see instructions)* | | | | | |
| **a.** Street address *(including apt., room, or suite no )* | | | **b.** City | **c.** State | **d.** ZIP code |
| **5a.** IVES participant name, ID number, SOR mailbox ID, and address | | | | | |
| i. IVES participant name | | | ii. IVES participant ID number | iii. SOR mailbox ID | |
| iv. Street address *(including apt., room, or suite no )* | | | v. City | vi. State | vii. ZIP code |
| **5b.** Customer file number *(if applicable) (see instructions)* | | | **5c.** Unique identifier *(if applicable) (see instructions)* | | |
| **5d.** Client name, telephone number, and address *(this field cannot be blank or not applicable (NA))* | | | | | |
| i. Client name | | | | | ii. Telephone number |
| iii. Street address *(including apt., room, or suite no )* | | | iv. City | v. State | vi. ZIP code |

**Caution:** This tax transcript is being sent to the third party entered on Line 5a and/or 5d. Ensure that lines 5 through 8 are completed before signing. *(see instructions)*

**6. Transcript requested.** Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request for line 6 transcripts

**a.** Return Transcript ☐ **b.** Account Transcript ☐ **c.** Record of Account ☐

**7. Wage and Income transcript** *(W-2, 1098-E, 1099-G, etc )* ☐

**a.** Enter a max of three form numbers here; if no entry is made, all forms will be sent.

**b.** Mark the checkbox for taxpayer(s) reques ing the wage and income transcripts. If no box is checked, transcripts will be provided for all listed taxpayers

Line 1a ☐ Line 2a ☐

**8.** Year or period requested. Enter the ending date of the tax year or period using the mm dd yyyy format *(see instructions)*

/ / / / / / / /

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or, if applicable, line 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, at least one spouse must sign; however, if both spouses' names and TINs are listed in lines 1a-1b and 2a-2b, both spouses must sign the request. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-C on behalf of the taxpayer. **Note:** This form must be received by IRS within 120 days of the signature date.

☐ **Signatory attests that he/she has read the above attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506-C. See instructions.**

**Sign Here**

| | | |
|---|---|---|
| **Signature for Line 1a** *(see instructions)* | Date | Phone number of taxpayer on line 1a or 2a |
| ☐ Form 4506-C was signed by an Authorized Representative | ☐ Signatory confirms document was electronically signed | |
| **Print/Type name** | | |
| Title *(if line 1a above is a corporation, partnership, estate, or trust)* | | |
| **Spouse's signature** *(required if listed on Line 2a)* | Date | |
| ☐ Form 4506-C was signed by an Authorized Representative | ☐ Signatory confirms document was electronically signed | |
| **Print/Type name** | | |



**For Privacy Act and Paperwork Reduction Act Notice, see page 2.**

PN8U2Y00200413 I009580 S-SFRECS20 L-1031-R A-0691968135

**How to Complete IRS Form 4506-C**

Please refer to this checklist as you complete the IRS Form 4506C (Request for Transcript of Tax Return)

- Enter the borrower's name on line 1a.
- Enter the borrower's Social Security number on line 1b.
- Enter the Spouse's name on line 2a if a joint tax return was filed.
- Enter the spouse's Social Security number on line 2b if a joint tax return was filed.
- Enter the borrower's current name and address on line 3.
- Enter the borrower's previous address as listed on the last tax return filed on line 4 if different from the address entered on line 3.
- Enter the following information on line 5:

  Shellpoint Mortgage Servicing
  C/O CoreLogic, 4 First American Way, Santa Ana, CA 92707
  866.418.4596 Participant # 300429 Mailbox ID: CoreLogic

- Enter 1040 on line 6 and check off the box for 6a.
- Enter the ending date of the year for the two most recent tax years filed, using the mm/dd/yyyy format, on line 8.
- Please read the signature disclosure and check the signatory attest box that is located above the signature line.
- Sign, date and enter a telephone number on the first signature line for the borrower.
- Skip the title line unless a/an corporation, partnership, estate, or trust.
- Spouse should sign and date on the second signature line if a joint tax return was filed.

Please note that this document will not be accepted by the IRS if there are alterations such as strikethrough, white outs initials, etc.

The IRS Form 4506-C may also be found online at http://www.irs.gov by entering "4506C" into the search box.

HELP FOR AMERICA'S HOMEOWNERS.

MAKING HOME AFFORDABLE

# Dodd-Frank Certification

The following information is requested by the federal government in accordance with the Dodd-Frank Wall Street Reform and Consumer Protection Act (Pub. L. 111-203). **You are required to furnish this information.** The law provides that no person shall be eligible to begin receiving assistance from the Making Home Affordable Program, authorized under the Emergency Economic Stabilization Act of 2008 (12 U.S.C. 5201 et seq.), or any other mortgage assistance program authorized or funded by that Act, if such person, in connection with a mortgage or real estate transaction, has been convicted, within the last 10 years, of any one of the following: (A) felony larceny, theft, fraud, or forgery, (B) money laundering or (C) tax evasion.

I/we certify under penalty of perjury that I/we have not been convicted within the last 10 years of any one of the following in connection with a mortgage or real estate transaction:

(a) felony larceny, theft, fraud, or forgery,
(b) money laundering or
(c) tax evasion.

I/we understand that the servicer, the U.S. Department of the Treasury, or their agents may investigate the accuracy of my statements by performing routine background checks, including automated searches of federal, state and county databases, to confirm that I/we have not been convicted of such crimes. I/we also understand that knowingly submitting false information may violate Federal law.

This Certificate is effective on the earlier of the date listed below or the date received by your servicer.

| Borrower Signature | Social Security Number | Date of Birth | Date |
|---|---|---|---|
| Co-Borrower Signature | Social Security Number | Date of Birth | Date |

Loan ID: 0691968135

shellpoint®

# Homeowner Financial Worksheet

**Daniel Giordano**

**Loan Number: 0691968135**

| | MONTHLY PAYMENT | BALANCE | NAME OF CREDITOR |
|---|---|---|---|
| Home Mortgage | | | |
| 2nd Home Mortgage | | | |
| Auto Loan | | | |
| Auto Loan | | | |
| Creditor | | | |
| Creditor | | | |
| Creditor | | | |
| Creditor | | | |
| Creditor | | | |
| Creditor | | | |
| Creditor | | | |
| Student Loan | | | |
| Alimony / Support | | | |
| Child Care | | | |
| IRS | | | |
| Chapter 13 | | | |
| Electricity | | | |
| Heating Fuel | | | Oil or Natural Gas |
| Water & Sewer | | | |
| Telephone | | | |
| Cable TV | | | |
| Auto Insurance | | | |
| Health Insurance | | | Paid directly (not by employer) |
| Life Insurance | | | Paid directly (not by employer) |
| Medical/Dental Expenses | | | |
| Homeowner's Insurance | | | Only list here if not in Mortgage |
| Real Estate Tax | | | Only list here if not in Mortgage |
| Personal Property Tax | | | |
| Groceries | | | |
| School Lunches | | | |
| Transportation, Parking, Tolls | | | |
| Clothing | | | |
| Dry Cleaning/Laundry | | | |
| Cell Phone | | | |
| Internet Service | | | |
| Homeowner's Association Dues | | | |
| Recreation / Spending Money | | | |
| Charitable Donations | | | |
| Other Expenses | | | |
| TOTAL MONTHLY EXPENSES | | | |



PN8U2Y00200413 I009577 S-SFRECS20 L-1031-R A-0691968135

Loan number : 0691968135

## Borrower Certification and Agreement

1. I certify and acknowledge that all of the information in this Mortgage Assistance Application is truthful, and the hardship I identified contributed to my need for mortgage relief. Knowingly submitting false information may violate Federal and other applicable law.
2. I agree to provide my servicer with all required documents, including any additional supporting documentation as requested, and will respond in a timely manner to all servicer or authorized third party* communications.
3. I acknowledge and agree that my servicer is not obligated to offer me assistance based solely on the representations in this document or other documentation submitted in connection with my request.
4. I consent to the servicer or authorized third party* obtaining a current credit report for the borrower and co-borrower.
5. I consent to the disclosure by my servicer, authorized third party,* or any investor/guarantor of my mortgage loan(s), of any personal information collected during the mortgage assistance process and of any information about any relief I receive, to any third party that deals with my first lien or subordinate lien (if applicable) mortgage loan(s), including Fannie Mae, Freddie Mac, or any investor, insurer, guarantor, or servicer of my mortgage loan(s) or any companies that provide support services to them, for purposes permitted by applicable law, including but not limited to providing mortgage assistance, verifying any data or information contained in this application, and performing audit and quality control reviews. Personal information may include, but is not limited to: (a) my name, address, telephone number, (b) my Social Security number, (c) my credit score, (d) my income, (e) my payment history and information about my account balances and activity, and (f) my tax return and the information contained therein.
6. I agree that the terms of this borrower certification and agreement will apply to any modification trial period plan, repayment plan, or forbearance plan that I may be offered based on this application. If I receive an offer for a modification trial period plan or repayment plan, I agree that my first timely payment under the plan will serve as acceptance of the plan.
7. I consent to being contacted concerning this application for mortgage assistance at any telephone number, including mobile telephone number, or email address I have provided to the lender, servicer, or authorized third party.*

* An authorized third party may include, but is not limited to, a housing counseling agency, Housing Finance Agency (HFA) or other similar entity that is assisting me in obtaining a foreclosure prevention alternative.

Borrower signature: ______________________________ Date: ________________

Co-Borrower signature: ______________________________ Date: ________________

**Please submit your completed application, together with the required documentation, to Shellpoint Mortgage Servicing via mail: P.O. Box 10826 Greenville, SC 29603-0826, fax: 866-467-1187, or online: lossmitigation@shellpointmtg.com. We will contact you within five business days to acknowledge receipt and let you know if you need to send additional information or documents.**

**We will use the information you provided to help us identify the assistance you may be eligible to receive.**

Loan number : 0691968135

## Borrower Income

Please enter all borrower income amounts in middle column.

| MONTHLY TOTAL BORROWER INCOME TYPE & AMOUNT | | REQUIRED INCOME DOCUMENTATION |
|---|---|---|
| Gross (pre-tax) wages, salaries and overtime pay, commissions, tips, and bonuses | $ | ▪ Most recent pay stub and documentation of year-to-date earnings if not on pay stub **OR**<br>▪ Two most recent bank statements showing income deposit amounts |
| Self-employment income | $ | ▪ Two most recent bank statements showing self-employed income deposit amounts **OR**<br>▪ Most recent signed and dated quarterly or year-to-date profit/loss statement **OR**<br>▪ Most recent complete and signed business tax return **OR**<br>▪ Most recent complete and signed individual federal income tax return |
| Unemployment benefit income | $ | ▪ No documentation required |
| Taxable Social Security, pension, disability, death benefits, adoption assistance, housing allowance, and other public assistance | $ | ▪ Two most recent bank statements showing deposit amounts **OR**<br>▪ Award letters or other documentation showing the amount and frequency of the benefits |
| Non-taxable Social Security or disability income | $ | ▪ Two most recent bank statements showing deposit amounts **OR**<br>▪ Award letters or other documentation showing the amount and frequency of the benefits |
| Rental income (rents received, less expenses other than mortgage expense) | $ | ▪ Two most recent bank statements demonstrating receipt of rent **OR**<br>▪ Two most recent deposited rent checks |
| Investment or insurance income | $ | ▪ Two most recent investment statements **OR**<br>▪ Two most recent bank statements supporting receipt of the income |
| Other types of income not listed above (Note: Only include alimony, child support, or separate maintenance income if you choose to have it considered for repaying this loan) | $ | ▪ Two most recent bank statements showing receipt of income **OR**<br>▪ Other documentation showing the amount and frequency of the income |

## Current Borrower Assets

Exclude retirement funds such as a 401(k) or Individual Retirement Account (IRA), and college savings accounts such as a 529 plan.

| | |
|---|---|
| Checking account(s) and cash on hand | $ |
| Savings, money market funds, and Certificates of Deposit (CDs) | $ |
| Stocks and bonds (non-retirement accounts) | $ |
| Other: | $ |

Loan number : 0691968135

## Hardship Information

The hardship causing mortgage payment challenges began on approximately (date) _______________ and is believed to be:

☐ Short-term (up to 6 months)

☐ Long-term or permanent (greater than 6 months)

☐ Resolved as of (date) ____________________

| TYPE OF HARDSHIP (CHECK ALL THAT APPLY) | REQUIRED HARDSHIP DOCUMENTATION |
|---|---|
| ☐ Unemployment | ▪ Not required |
| ☐ Reduction in income: a hardship that has caused a decrease in your income due to circumstances outside your control (e.g., elimination of overtime, reduction in regular working hours, a reduction in base pay) | ▪ Not required |
| ☐ Increase in housing-related expenses: a hardship that has caused an increase in your housing expenses due to circumstances outside your control (e.g., uninsured losses, increased property taxes, HOA special assessment) | ▪ Not required |
| ☐ Disaster (natural or man-made) impacting the property or borrower's place of employment | ▪ Not required |
| ☐ Long-term or permanent disability, or serious illness of a borrower/co-borrower or dependent family member | ▪ Written statement from the borrower, or other documentation verifying disability or illness<br>**Note:** Detailed medical information is not required, and information from a medical provider is not required |
| ☐ Divorce or legal separation | ▪ Final divorce decree or final separation agreement **OR**<br>▪ Recorded quitclaim deed |
| ☐ Separation of borrowers unrelated by marriage, civil union, or similar domestic partnership under applicable law | ▪ Recorded quitclaim deed **OR**<br>▪ Legally binding agreement evidencing that the non-occupying borrower or co-borrower has relinquished all rights to the property |
| ☐ Death of borrower or death of either the primary or secondary wage earner | ▪ Death certificate **OR**<br>▪ Obituary or newspaper article reporting the death |
| ☐ Distant employment transfer/relocation | ▪ **For active duty service members:** Permanent Change of Station (PCS) orders or letter showing transfer.<br>▪ **For employment transfers/new employment:** Copy of signed offer letter or notice from employer showing transfer to a new location or written explanation if employer documentation not applicable, **AND**<br>▪ Documentation that reflects the amount of any relocation assistance provided (not required for those with PCS orders) |
| ☐ Other – hardship that is not covered above:<br>______________________________<br>______________________________<br>______________________________<br>______________________________<br>______________________________ | ▪ Written explanation describing the details of the hardship and any relevant documentation |

Loan number : 0691968135

# Mortgage Assistance Application

If you are having mortgage payment challenges, please complete and submit this application, along with the required documentation, to Shellpoint Mortgage Servicing via mail: P.O. Box 10826 Greenville, SC 29603-0826, fax: 866-467-1187, or online: lossmitigation@shellpointmtg.com. We will contact you within five business days to acknowledge receipt and let you know if you need to send additional information or documents.

We will use the information you provide to help us identify the assistance you may be eligible to receive. If you need help completing this application, please contact Shellpoint Mortgage Servicing at 800-365-7107.

If you are experiencing a financial hardship you may be eligible for mortgage assistance from your state's housing finance agency or other state or local government agency.

For a list of HUD-approved housing counseling agencies that can provide foreclosure prevention information, contact one of the following federal government agencies:

- The U.S. Department of Housing and Urban Development (HUD) at (800) 569-4287 or www.hud.gov/counseling
- The Consumer Financial Protection Bureau (CFPB) at (855) 411-2372 or www.consumerfinance.gov/mortgagehelp

If you need assistance with translation or other language assistance, HUD-approved housing counseling agencies may be able to assist you. These services are provided without charge.

## Borrower Information

**Borrower's name:** ____________________

Social Security Number (last 4 digits): ____________

E-mail address: ____________________

Primary phone number: ____________________ ☐ Cell ☐ Home ☐ Work ☐ Other

Alternate phone number: ____________________ ☐ Cell ☐ Home ☐ Work ☐ Other

**Co-borrower's name:** ____________________

Social Security Number (last 4 digits): ____________

E-mail address: ____________________

Primary phone number: ____________________ ☐ Cell ☐ Home ☐ Work ☐ Other

Alternate phone number: ____________________ ☐ Cell ☐ Home ☐ Work ☐ Other

Preferred contact method (choose all that apply): ☐ Cell phone ☐ Home phone ☐ Work phone ☐ Email ☐ Text—checking this box indicates your consent for text messaging

Is either borrower on active duty with the military (including the National Guard and Reserves), the dependent of a borrower on active duty, or the surviving spouse of a member of the military who was on active duty at the time of death? ☐ Yes ☐ No

## Property Information

Property Address: ____________________

Mailing address (if different from property address): ____________________

• The property is currently: ☐ A primary residence ☐ A second home ☐ An investment property

• The property is (select all that apply): ☐ Owner occupied ☐ Renter occupied ☐ Vacant

• I want to: ☐ Keep the property ☐ Sell the property ☐ Transfer ownership of the property to my servicer ☐ Undecided

Is the property listed for sale? ☐ Yes ☐ No – If yes, provide the listing agent's name and phone number—or indicate "for sale by owner" if applicable: ____________________

Is the property subject to condominium or homeowners' association (HOA) fees ☐ Yes ☐ No – If yes, indicate monthly dues: $__________

## BEWARE OF FORECLOSURE RESCUE SCAMS - TIPS & WARNING SIGNS
## For Your Information Only - Do Not Return with Your Borrower Response Package

Scam artists have stolen millions of dollars from distressed homeowners by promising immediate relief from foreclosure, or demanding cash for counseling services when HUD-approved counseling agencies provide the same services for FREE. If you receive an offer, information or advice that sounds too good to be true, it probably is. Don't let them take advantage of you, your situation, your house or your money. **Remember, help is FREE.**

**How to Spot a Scam -** beware of a company or person who:

- ☐ Asks for a fee in advance to work with your lender to modify, refinance or reinstate your mortgage.
- ☐ Guarantees they can stop a foreclosure or get your loan modified.
- ☐ Advises you to stop paying your mortgage company and pay them instead.
- ☐ Pressures you to sign over the deed to your home or sign any paperwork that you haven't had a chance to read, and you don't fully understand.
- ☐ Claims to offer "government-approved" or "official government" loan modifications.
- ☐ Asks you to release personal financial information online or over the phone and you have not been working with this person and/or do not know them.

**How to Report a Scam** - do one of the following:

- ☐ Go to www.preventloanscams.org and fill out the Loan Modification Scam Prevention Network's (LMSPN) complaint form online and get more information on how to fight back. Note: you can also fill out this form and send to the fax number/e-mail/address (your choice!) on the back of the form.
- ☐ Call 1(888)995-HOPE (4673) and tell the counselor about your situation and that you believe you got scammed or know of a scam.

**Appendix A - Beware of Scams**

*The Loan Modification Scam Prevention Network is a national coalition of governmental and private organizations led by Fannie Mae, Freddie Mac, NeighborWorksAmerica™ and the Lawyers' Committee for Civil Rights Under Law*

**FREQUENTLY ASKED QUESTIONS continued**

**9. What if my property is scheduled for a foreclosure sale in the future?**
If you submit a complete Borrower Response Package and the supporting documents it requires in fewer than 37 calendar days before a scheduled foreclosure sale, there is no guarantee we can evaluate you for a foreclosure alternative in time to stop the foreclosure sale. Even if we are able to approve you for a foreclosure alternative prior to a sale, a court with jurisdiction over the foreclosure proceeding (if any) or public official charged with carrying out the sale may not halt the scheduled sale.

**10. Will my property be sold at a foreclosure sale if I accept a foreclosure alternative?**
No. The property will not be sold at a foreclosure sale once you accept a foreclosure alternative, and comply with all requirements.

**11. Will my credit score be affected by my late payments or being in default?**
The delinquency status of your loan will be reported to credit reporting agencies as well as your entry into a repayment plan, forbearance plan, or trial period plan in accordance with the requirements of the Fair Credit Reporting Act and the Consumer Data Industry Association requirements.

**12. Will my credit score be affected if I accept a foreclosure prevention option?**
While the effect on your credit will depend on your individual credit history, credit scoring companies generally would consider entering into a plan with reduced payments as increasing your credit risk. As a result, entering into a plan with reduced payments may adversely affect your credit score, particularly if you are current on your mortgage or otherwise have a good credit score.

**13. Will my credit report be pulled during a loss mitigation evaluation?**
Yes. Shellpoint Mortgage Servicing will pull a credit report to verify information in the course of your evaluation for a foreclosure alternative. Shellpoint Mortgage Servicing will do this in the form of a "soft pull" or "soft inquiry". This has no impact on your scores. Upon request, Shellpoint Mortgage Servicing will provide you with the name and address of the consumer reporting agency that furnished the report. Everyone should check their reports at least annually. It's part of good credit management and completely free from AnnualCreditReport.com.

**14. Is foreclosure prevention counseling available?**
Yes, HUD-approved counselors are available to provide you with the information and assistance you may need to avoid foreclosure. You can use the search tool at http://www.hud.gov/offices/hsg/sfh/hcc/fc/ to find a counselor near you or by calling 1(888)995-HOPE (4673).

**15. I have seen ads and flyers from companies offering to help me avoid foreclosure for a fee. Can these companies really help?**
Foreclosure prevention has become a target for scam artists. We suggest using the HUD website referenced in question 14 to locate a counselor near you. Also, please refer to the attached document called "Beware of Foreclosure Rescue Scams" for more information.

**16. What if I acquired an ownership interest in the property, such as through death, divorce, or legal separation?** You should contact us as soon as possible. We are here to help you adjust to these events and provide you with information on where to send the mortgage payments. Please contact us to obtain a list of documentation that is needed to confirm your identity and ownership interest in the property, and to discuss next steps.

## Frequently Asked Questions
## For Your Information Only - Do Not Return with Your Borrower Response Package

**1. Why did I receive this package?**
You received this package because you requested information regarding your loss mitigation options. We are sending this information to you now so that we can work with you to quickly resolve any temporary or long-term financial challenge you face with making all of your late mortgage payments.

**2. What if I don't want to stay in my home anymore?**
You may have good reasons for needing to leave your property, such as a job relocation, a divorce, financial hardship due to the death of a borrower, or some other reason preventing you from keeping your property. If you intend to transition out of your home, please indicate that you want to sell or vacate the property on page 1 of the attached Mortgage Assistance Application, and we may first evaluate you for a short sale or Mortgage Release (deed-in-lieu of foreclosure). Even if you are approved for one of those workout solutions, we may consider you for a mortgage loan modification.

**3. Will It cost money to get help?**
There should never be a fee from your servicer or qualified counselor to obtain assistance or information about foreclosure prevention options. However, foreclosure prevention has become a target for scam artists. Be wary of companies or individuals offering to help you for a fee, and never send a mortgage payment to any company other than the one listed on your monthly mortgage statement or one designated to receive your payments under a state assistance program.

**4. What is foreclosure?**
Foreclosure is the forfeiture of your home through a legal process where your mortgage company repossesses the property and you will have to move. This process may involve an eviction, you may remain liable for your first lien mortgage debt, and it may be as long as seven years before you are eligible for another loan.

**5. What happens once I have sent the Borrower Response Package to you?**
We will contact you within five business days of our receipt of your Borrower Response Package to confirm that we have received your package and will review it to determine whether it is complete. We will send you a notice of incompleteness in the event there is any missing information or documentation that you must still submit. We cannot guarantee that you will receive any (or a particular type of) assistance.

Within 30 days of receipt of a complete Borrower Response Package, we will let you know which foreclosure alternatives, if any, are available to you and will inform you of your next steps to accept our offer. However, if you submit your complete Borrower Response Package fewer than 37 days prior to a scheduled foreclosure sale date, we will strive to process your request as quickly as possible, but you may not receive a notice of incompleteness or a decision on your request prior to sale. **Please submit your Borrower Response Package as soon as possible.**

**6. What happens to my mortgage while you are evaluating my Borrower Response Package?**
You remain obligated to make all mortgage payments as they come due, even while we are evaluating the types of assistance that may be available.

**7. Will the foreclosure process begin if I do not respond to this letter?**
If you are delinquent on your mortgage payments and you do not respond to our notices, we may refer your loan to foreclosure in accordance with your mortgage loan documents and applicable law.

**8. Should I still contact you if I have waited too long and my property has been referred to an attorney for foreclosure?**
Yes, the sooner the better!

# Information on Avoiding Foreclosure

**Learn More About Options to Avoid Foreclosure**
The variety of options summarized below may help you keep your home. For example, you may be eligible to modify your mortgage, lowering your monthly payment to make it more affordable. Contact us to determine if you qualify.

Depending on your circumstances, staying in your home may not be possible. In this case, a short sale or deed-in-lieu of foreclosure may be a better choice than foreclosure – see the table below for more information.

**If You Are Behind on Your Mortgage Payments**
We want to advise you of the seriousness of the delinquency and the importance of taking prompt action to resolve the default. Don't delay, as failure to take action may result in foreclosure proceedings being initiated on your mortgage.

| OPTIONS TO STAY IN YOUR HOME | OVERVIEW | BENEFIT |
|---|---|---|
| **Reinstatement** | Pay the total delinquent amount you owe, both in a lump sum payment and by a specific date, or pay less than the total amount owed followed by a forbearance plan as described below. | Allows you to avoid foreclosure by bringing your mortgage current if you can show you have funds that will become available at a specific date in the future. |
| **Repayment Plan** | Pay back your past-due payments together with your regular payments over an extended period of time. | Allows you time to catch up on late payments without having to come up with a lump sum. |
| **Forbearance Plan** | Make reduced mortgage payments or no mortgage payments for a specific period of time. | Gives you time to improve your financial situation and possibly qualify for a better option than would be available right now. |
| **Payment Deferral** | Delay repayment of two to six months of past-due principal and interest payments, and certain other amounts into a non-interest bearing balance, due and payable at the maturity of the Mortgage or earlier upon the sale or transfer of the property, refinance of the Mortgage, or payoff of the interest-bearing unpaid principal balance. | Allow you to bring your mortgage current by delaying repayment of past-due principal and interest and certain other amount without changing other terms of your mortgage. Interest is not charged on those amounts. |
| **Modification** | Receive modified mortgage terms to make it more affordable or manageable after successfully making payments during a "trial period" (e.g., completing a three-month trial period plan) that requires payment of the approximate amount of the modified payment. | Permanently modifies your mortgage so that your payments or terms are more manageable as a permanent solution to a long-term or permanent hardship. |
| **OPTIONS TO LEAVE YOUR HOME** | **OVERVIEW** | **BENEFIT** |
| **Traditional Sale (selling with equity)** | Proceeds from the sale are used to pay off the mortgage debt and any other debts secured by the property. | Keeps the excess proceeds from the sale once all debts and closing costs are paid. Allows you to transition out of your home to avoid foreclosure. |
| **Short Sale** | Sell your home and pay off a portion of your mortgage balance when you owe more on the home than it is worth. | Allows you to transition out of your home without going through foreclosure. In some cases, relocation assistance may be available. |
| **Deed-in-Lieu of Foreclosure** | Transfer the ownership of your property to us. | Allows you to transition out of your home without going through foreclosure. In some cases, relocation assistance may be available. |

**We Want to Help**
Take action to gain peace of mind and control of your housing situation. Call us at 800-365-7107 and we'll talk about available options and help you understand the forms and documents we need from you to determine if you qualify for an option to avoid foreclosure.

## Homeowner Checklist
## For Your Information Only – Do Not Return with Your Borrower Response Package

**GET STARTED** – use this checklist to ensure you have completed all required forms and have the right information.

| | |
|---|---|
| **Step 1** | ❑ **Review the information provided** to help you understand your options, responsibilities, and next steps:<br>❑ Avoiding Foreclosure ❑ Frequent Asked Questions ❑ Beware of Foreclosure Rescue Scams |
| **Step 2** | ❑ **Complete and sign the enclosed Mortgage Assistance Application.** Must be signed by all borrowers on the mortgage (notarization is not required) and must include: |
| | ❑ All income, expenses, and assets for each borrower<br>❑ An explanation of financial hardship that makes it difficult to pay the mortgage<br>❑ Your acknowledgment and agreement that all information that you provide is true and accurate |
| **Step 3** | ❑ **Provide required hardship documentation. This documentation will be used to verify your hardship.**<br>❑ Follow the instructions set forth on the Mortgage Assistance Application (attached) |
| **Step 4** | ❑ **Provide required income documentation. This documentation will be used to verify your hardship and all of your income (Notice: alimony, child support or separate maintenance income need not be revealed if you do not choose to have it considered for repaying this loan).**<br>❑ Follow the instructions set forth on the Mortgage Assistance Application (attached)<br>❑ You may also disclose any income from a household member who is not on the promissory note (non-borrower), such as a relative, spouse, domestic partner, or fiancé who occupies the property as a primary residence. If you elect to disclose and rely upon this income to qualify, the required income documentation is the same as the income documentation required for a borrower. See Page 3 of the Mortgage Assistance Application for specific details on income documentation<br>❑ For all borrowers, please include two most recent bank statements for all open accounts |
| **Step 5** | ❑ **Complete and sign a dated copy of the enclosed IRS Form 4506-C**<br>❑ For each borrower, please submit a signed, dated copy of IRS Form 4506-C<br>❑ Borrowers who filed their tax returns jointly may send in one IRS Form 4506-C signed and dated by both joint filers. The form must be fully completed, cannot have any alterations, and the signatory box above signature needs to be checked |
| **Step 6** | ❑ **Gather and send completed documents—your Borrower Response Package.** You must send in all required documentation listed in steps 2-4 above and summarized below:<br>• Mortgage Assistance Application (attached)<br>• Form 4506-C (attached)<br>• Income documentation as outlined on Page 3 of the Mortgage Assistance Application (attached)<br>• Hardship documentation as outlined on Page 2 of the Mortgage Assistance Application (attached)<br>• Current HOA statements within 60 days (if property is in a Homeowners Association)<br>• Bank statements (Provide your 2 most recent statements for all banking and investment accounts. Include all statement pages even if they are blank)<br>• Letter of explanation for any deposit or transfer of funds over $1,000.00<br>• Paystubs, if a wage earner (Provide at least two paystubs covering a minimum 30-day timeframe. Paystubs cannot be older than 90 days)<br>• Profit and Loss, if self-employed (Provide at least the most recent two consecutive years and 2 most recent consecutive business tax returns)<br>**Please mail all documents above to us:** Shellpoint Mortgage Servicing<br>P.O. Box 10826<br>Greenville, SC 29603-0826 |

**IMPORTANT REMINDERS:**

❑ If you cannot provide the documentation within the time frame provided, have other types of income not specified on Page 3 of the Mortgage Assistance Application, cannot locate some or all of the required documents, or have any questions, please contact us at 800-365-7107.

❑ Keep a copy of all documents and proof of mailing/emailing for your records. **Don't send original income or hardship documents. Copies are acceptable.**

**Questions? Contact us at 800-365-7107**

**Please read the following important notices as they may affect your rights.**

Newrez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Newrez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code.

**Attention Servicemembers and Dependents: The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.**

**Notice of Error or Information Request Address:** You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us. Additionally, if you believe we have furnished inaccurate information to credit reporting agencies, please write to us with specific details regarding those errors and any supporting documentation that you have and we will assist you. Error Resolution, including concerns of inaccurate information sent to credit reporting agencies, or requests for information should be sent to the following address: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

**Our system of record has your preferred language as English.**

**If you prefer to receive communication in a language other than English, please contact us at 800-365-7107 to speak with a translator in your preferred language about the servicing of your loan or a document you received.**

**Si prefiere recibir las comunicaciones en otro idioma que no sea el inglés, por favor, contáctenos en el 800-365-7107 para hablar con un traductor en el idioma de su preferencia sobre la gestión de su préstamo o cualquier documento que haya recibido.**

**如果您要使用英语以外的其他语言进行交流，请致电 800-365-7107，我们将根据您首选的语言安排相应的译员，与您就贷款服务事项或您所接收的文件进行商讨。**

Please note that we operate as Newrez Mortgage LLC dba Shellpoint Mortgage Servicing in Arkansas and Texas.

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED

**shellpoint**®

S-SFRECS20 L-1031-R R-101
PN8U2Y00200413 - 852130475 I09564
DANIEL GIORDANO
2128 BELLCREST CT
ROYAL PALM BEACH FL 33411-6115

| CONTACT INFORMATION | |
|---|---|
| **Correspondence:** | P.O. Box 10826<br>Greenville, SC 29603-0826 |
| **Business Hours:** | Monday - Friday: 8:00AM-9:00PM |
| **Phone Number:** | 800-365-7107 |
| **Fax:** | 866-467-1187 |
| **Website:** | www.shellpointmtg.com |

| | |
|---|---|
| Loan Number: | 0691968135 |
| Property Address: | 2128 BELLCREST CT<br>ROYAL PALM BEACH, FL 33411 |

03/16/2026

In accordance with the Taxpayer First Act, as your loan servicer, we are required to obtain your consent to be able to share your tax information with another party. Such sharing would extend to actual or potential owners of the loan or any other loan participant. Please sign and date this Taxpayer Consent Form and return it to us.

**TAXPAYER CONSENT FORM**

I understand, acknowledge, and agree that Shellpoint Mortgage Servicing and Other Loan Participants can obtain, use and share tax return information for purposes of (i) providing an offer; (ii) originating, maintaining, managing, monitoring, servicing, selling, insuring, and securitizing a loan; (iii) marketing; or (iv) as otherwise permitted by applicable laws, including state and federal privacy and data security laws. Shellpoint Mortgage Servicing includes Shellpoint Mortgage Servicing's affiliates, agents, service providers and any of aforementioned parties' successors and assigns. The Other Loan Participants includes any actual or potential owners of a loan resulting from your loan application, or acquirers of any beneficial or other interest in the loan, any mortgage insurer, guarantor, any servicers or service providers for these parties and any of aforementioned parties' successors and assigns.

________________________________
Daniel Giordano

________________________
Date

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826

**Call us today at 800-365-7107 to learn more about your options and instructions for how to apply. The longer you wait, or the further you fall behind on your payments, the harder it will be to find a solution. The sooner you respond, the quicker we can determine whether you qualify for an option to avoid foreclosure.**

## Getting Started

**Remember, you need to take action by calling us at 800-365-7107 right away or get started by completing and returning the attached Mortgage Assistance Application along with other required documents by 4/15/2026. Please note that packages received within 37 days of a foreclosure sale may not be evaluated.**

### Additional Resources

**For additional information about preventing foreclosure, avoiding fraud scams, and accessing approved counseling at no cost to you**

- Visit Shellpoint Mortgage Servicing's website at www.shellpointmtg.com.
- For help exploring your options, the Federal government provides contact information for housing counselors. Contact HUD-approved counselors who are available to provide you with the information and assistance you may need. You can use the search tool at https://www.hud.gov/stat/sfh/housing-counseling and https://www.consumerfinance.gov/find-a-housing-counselor/ or call 1-800-569-4287 (TTY: 202-708-1455) to find a counseling agency in your area. Additionally, the Homeowner's HOPE™ Hotline offers free HUD-certified counseling services and is available 24/7 in English and Spanish. Other languages are available by appointment. Certified counselors can be reached by calling 888-995-HOPE ™ (4673) or 800-877-8339 with TTY device.
- Contact the Consumer Financial Protection Bureau (CFPB) at (855) 411-2372 or www.consumerfinance.gov/mortgagehelp
- Your state may have Homeowner Assistance funds to assist you in curing your delinquency. More information about your state's housing finance agency and available options can be found at https://www.ncsha.org/housing-help/

Sincerely,
Loss Mitigation Department
Shellpoint Mortgage Servicing

Llámenos hoy para obtener más información sobre sus opciones e instrucciones sobre cómo presentar una solicitud. Cuanto más espere o más se atrase en sus pagos, más difícil será encontrar una solución.

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826
Número de teléfono: 800-365-7107

Para más información, visite www.shellpointmtg.com.

Si necesita ayuda, las siguientes opciones pueden ser posibles (la mayoría están sujetas a la aprobación del prestamista):

- Refinanciar su préstamo con nosotros o otro prestamista;
- Modificar los términos de su préstamo con nosotros;
- El aplazamiento de pagos le da más tiempo para pagar su pago mensual; o
- Si no puede seguir pagando su hipoteca, es posible que su mejor opción sea buscar una vivienda más asequible. Como alternativa a la ejecución hipotecaria, es posible que pueda vender su casa y utilizar las ganancias para pagar su préstamo actual.

Este es un aviso legalmente requerido. Le enviamos este aviso porque usted está atrasado en el pago de su hipoteca. Queremos informarle sobras las posibles maneras de evitar perder su vivienda. Tenemos el derecho a invocar una ejecución hipotecaria según los términos de su contrato hipotecario. Lea esta carta con atención.

Para ayudarle a explorar sus opciones, el gobierno federal proporciona la información de contacto de asesores de vivienda. Puede acceder a esta información comunicándose con la Oficina para la Protección Financiera del Consumidor al www.consumerfinance.gov/find-a-housing-counselor/ o El Departamento de Vivienda y Desarrollo Urbano en https://www.hud.gov/stat/sfh/housing-counseling o llamando al 1-(800)-569-4287 (TTY: 202-708-1455).

Si prefiere recibir las comunicaciones en otro idioma que no sea el inglés, por favor, contáctenos en el 866-316-1840 para hablar con un traductor en el idioma de su preferencia sobre la gestión de su préstamo o cualquier documento que haya recibido.

The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is: Federal Trade Commission, Consumer Response Center, 600 Pennsylvania Avenue, NW, Washington, DC 20580.

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED

shellpoint®

S-SFRECS20 L-1031-R R-101
PN8U2Y00200413 - 852130475 I09562
DANIEL GIORDANO
2128 BELLCREST CT
ROYAL PALM BEACH FL 33411-6115

**CONTACT INFORMATION**

| | |
|---|---|
| **Correspondence:** | P.O. Box 10826<br>Greenville, SC 29603-0826 |
| **Business Hours:** | Monday - Friday: 8:00AM-9:00PM |
| **Phone Number:** | 800-365-7107 |
| **Fax:** | 866-467-1187 |
| **Website:** | www.shellpointmtg.com |

03/16/2026

Loan Number: 0691968135
Property Address: 2128 BELLCREST CT
ROYAL PALM BEACH, FL 33411

Dear Homeowner,

You recently requested information regarding mortgage assistance options that may be available to you. We pride ourselves in working with homeowners just like you. By filling out the attached forms, we will be able to explore all the options that are available to you regarding this mortgage.

This is a regulatory notice. We are sending this notice to you because you are behind on your mortgage payment(s). As of the date of this letter, the total amount due is $9,231.78. Because interest, late charges, and other fees vary from day to day, the amount you owe may change. We want to notify you of possible ways to avoid losing your home. We have a right to invoke foreclosure based on the terms of your mortgage contract. Please read this letter carefully.

**Important note:** We have assigned a Single Point of Contact (SPOC) to assist you through the loss mitigation process concerning your mortgage loan. We will perform an evaluation of your financial condition and determine your qualifications for all alternatives that may be applicable for this account. Should you have any questions, you can visit our Borrower Web Portal at www.shellpointmtg.com to apply for assistance, upload application documents, or contact us through our Secure Message Center. You can also contact our SPOC department at 800-365-7107. Documents can also be faxed to us at 866-467-1187. Please reference your loan number when contacting us regarding this request.

If your loan was transferred from another servicer and you have entered into an approved loss mitigation plan with your prior loan servicer or if you had a loss mitigation application in process with your prior servicer, please contact us to confirm that the loss mitigation plan information, or application and documentation, were properly transferred to Shellpoint Mortgage Servicing. We will follow up with your prior servicer to receive the documents you provided them or they provided you in response.
We have informed credit bureaus about a late payment, missed payment or other default on your account. This information may be reflected in your credit report.

We may order an appraisal to determine the property's value and charge you for this appraisal. We will promptly give you a copy of any appraisal, even if you are not approved for a foreclosure alternative. You can pay for an additional appraisal for your own use at your own cost.

**We Are Here to Help—Call Us at 800-365-7107**

Let us work with you to understand the issues affecting your mortgage payments. We'll explore what assistance may be available to you and discuss the forms and documentation needed to determine if you qualify for an option to avoid foreclosure.
**Consulte la página siguiente para obtener más información importante sobre cómo comunicarse con nosotros, las opciones disponibles y la información del consejero de vivienda en español.**

**Options May Be Available**

The right option for you depends on your individual circumstances. When you provide the required information and documentation about your situation, we can determine if you qualify for temporary or long-term relief, including mortgage options that may allow you to stay in your home or leave your home while avoiding foreclosure.

If you need help, the following options may be possible (most are subject to lender approval):

- Refinance your loan with us or another lender
- Modify your loan terms with us
- Payment forbearance temporarily gives you more time to pay your monthly payment; or
- If you are not able to continue paying your mortgage, your best option may be to find more affordable housing. As an alternative to foreclosure, you may be able to sell your home and use the proceeds to pay off your current loan.

Review the **Information on Avoiding Foreclosure** page for an overview of these options.

# Monthly Profit & Loss Statement

***(Must cover the most recent full 3-month period)***

**For the Period:** ________________ through ________________ (Format: MM/DD/YYYY)

**Name of Business:** ____________________________________________

**Percentage of Ownership:** ________________________________

**Income:**

1. **Your Business Income** $________________
2. **Cost of Goods Sold (if applicable):** $________________
3. **Total Income:** $________________

**Business Expenses:**

4. Salary/Payroll: $________________
5. Advertising/Marketing: $________________
6. Credit/Card/Debit Card Fees: $________________
7. Equipment Rental/Lease: $________________
8. Insurance Expense: $________________
9. Licenses/Permits: $________________
10. Office Supplies Expense: $________________
11. Postage & Delivery: $________________
12. Rent Office/Storage Space, etc.: $________________
13. Supplies/Materials Expense: $________________
14. Travel/Entertainment: $________________
15. Utilities Expense: $________________
16. Vehicle Expense: $________________

**Other Business Expenses (not listed above):**

17. $________________
18. $________________
19. $________________

**Total Operating Expenses:**
(*Add Lines 4-19 = 20)*

20. $________________

**Profit or (Loss) from business:**
(*Line 3 (Total income) minus line 20 = 21*)

21. $________________

Owner Signature: ________________________

Date: ________________________

Loan Number: 0691968135

# Letter of Explanation

Use this page to provide additional details or explanation regarding special circumstances, such as deposits on bank statements*, tax return information, or employment, if applicable.

*If there are deposits in any of your bank accounts of $1000 or more, use this form to explain the source of the deposit and expected future frequency (this is not applicable to deposits from W-2 wage earnings, Social Security or Pension/Retirement).

Daniel Giordano

Date

Loan Number: 0691968135

# Hardship Letter

Please use this page to explain the hardship listed on your application for loss mitigation assistance.

Daniel Giordano

Date

Loan Number: 0691968135

shellpoint®

| **Property Taxes and Homeowners Insurance**<br>Please indicate if you have any past due property taxes and/or homeowners insurance | | |
|---|---|---|
| ☐ | Tax | Amount Past Due:<br><br>Tax agency name: |
| ☐ | Insurance | Amount Past Due:<br><br>Company name: |

# Instructions for Form 4506-C, IVES Request for Transcript of Tax Return

Section references are to the Intemal Revenue Code unless otherwise noted.

## Future Developments

For the latest information about Form 4506-C and its instructions, go to *www.irs.gov* and search IVES. Information about any recent developments affecting Form 4506-C (such as legislation enacted after we released it) will be posted on that page.

**What's New**. Form 4506-C includes the Client company requesting transcripts and increased the number of Wage and Income transcripts requests.

## General Instructions

**Caution**: Do not sign this form unless all applicable lines have been completed.

**Designated Recipient Notification.** Section 6103(c) limits disclosure and use of return information received pursuant to the taxpayer's consent and holds the recipient subject to penalties for any unauthorized access, other use, or redisclosure without the taxpayer's express permission or request.

**Taxpayer Notification.** Section 6103(c) limits disclosure and use of return information provided pursuant to your consent and holds the recipient subject to penalties, brought by private right of action, for any unauthorized access, other use, or redisclosure without your express permission or request.

**Purpose of form.** Use Form 4506-C to request tax retum information through an authorized IVES participant. You will designate an IVES participant to receive the information on line 5a.

**Note**: If you are unsure of which type of transcript you need, check with the party requesting your tax information.

**Where to file.** The IVES par icipant will fax Form 4506-C with the approved IVES cover sheet to their assigned Service Center.

## Chart for ordering transcripts

| If your assigned Service Center is: | Fax the requests with the approved coversheet to: |
|---|---|
| Austin Submission Processing Center | Austin IVES Team 844-249-6238 |
| Kansas City Submission Processing Center | Kansas City IVES Team 844-249-8128 |
| Ogden Submission Processing Center | Ogden IVES Team 844-249-8129 |

## Specific Instructions

**Line 1a/2a** *(if spouse is also requested)*. For IMF Requests: Enter the First, Middle Intial, and Last Name in the indicated fields. If all characters will not fit, please enter up to 12 for First name and 22 for Last name. For BMF Requests: Enter the company name in the Last Name field. If all characters will not fit, please enter up to 22.

**Line 1b/2b** *(if spouse is also requested)*. Enter the social security number (SSN) or individual taxpayer identification number (ITIN) for the individual listed on line 1a including the dashes in the correct format, or enter the employer identification number (EIN) for he business listed on line 1a including the dashes in the correct format.

**Line 1c/2c** *(if spouse is also requested)*. Enter your previous name as shown on your last filed tax return if different than line 1a.

**Line 3.** Enter your current address in the indicated fields. If you use a P.O. Box, include it and the number in the Current Address field.

**Line 4.** Enter the address shown on the last retum filed if different from the address entered on line 3.

**Note:** If the addresses on lines 3 and 4 are different and you have not changed your address with the IRS, file Form 8822, Change of Address, or Form 8822-B, Change of Address or Responsible Party — Business, with Form 4506-C.

**Line 5b.** Enter up to 10 numeric characters to create a unique customer file number that will appear on the transcript. The customer file number cannot contain an SSN, ITIN or EIN. Completion of this line is not required.

**Line 5c.** Enter up to 10 alpha-numeric characters to create a unique identifier that will show in he mailbox file information. The unique identifier cannot contain an SSN, ITIN or EIN. Completion of this line is not required.

**Note.** If you use an SSN, we will not input the information and the customer file number or unique identifier will reflect a generic entry of "9999999999".

**Line 5d.** Enter the Client company name, address, and phone number in the indicated fields. A Client company receives the requested tax transcripts from the IVES participant. If the IVES participant is also the Client company, the IVES participant information should be entered on Line 5a and 5d. These fields cannot be blank or Not Applicable (NA).

**Line 6.** Enter only one tax form number (1040, 1065, 1120, etc.) per request for all line 6 transcripts request types.

**Line 6a.** Return Transcript includes most of he line items of a tax return as filed with the IRS. A tax return transcript does not reflect changes made to the account after he retum is processed. Transcripts are only available for the following returns: Form 1040 series, Form 1065, Form 1120, Form 1120-H, Form 1120-L, and Form 1120-S. Return transcripts are available for the current year and retums processed during the prior 3 processing years.

**Line 6b.** Account Transcript contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns.

**Line 6c.** Record of Account provides the most detailed information as it is a combination of the Return Transcript and the Account Transcript. Available for current year and 3 prior tax years.

**Line 7.** The IRS can provide a transcript that includes data from hese information returns: Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript. Enter up to three information return types. If no specific type is requested, all forms will be provided. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, Form W-2 information for 2016, filed in 2017, will likely not be available from he IRS until 2018. If you need Form W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213.

**Line 8.** Enter the end date of the tax year or period requested in mm dd yyyy format. This may be a calendar year, fiscal year or quarter. Enter each quarter requested for quarterly returns. Example: Enter 12 31 2018 for a calendar year 2018 Form 1040 transcript.

**CAUTION** *You must check the box in the signature area to acknowledge you have the authority to sign and request the information. The form will not be processed if unchecked.*

**Signature and date.** Form 4506-C must be signed and dated by the taxpayer listed on line 1a and, if listed, 2a. The IRS must receive Form 4506-C within 120 days of the date signed by the taxpayer or it will be rejected. Ensure that all applicable lines, including lines 5a through 8, are completed before signing.

**Authorized Representative:** A representative can sign Form 4506-C for a taxpayer if the taxpayer has specifically delegated this authority to the representative on Form 2848, line 5a, and Form 2848 is attached to the Form 4506-C request. If you are Heir at Law, Next of Kin, or Beneficiary, you must be able to establish a material interest in the estate or trust. If Form 4506-C is signed by a representative, the Authorized Representative check box must be marked.

**Electronic Signature:** Only IVES participants that opt in to the Electronic Signature usage can accept electronic signatures. Contact the IVES participant for approval and guidance for electronic signatures. If the Form 4506-C is signed electronically, the Electronic Signature check box must be marked.

**Individuals.** Transcripts listed on line 6 may be furnished to either spouse if jointly filed. Signatures are required for all taxpayers listed on Line 1a and 2a.

**Corporations.** Generally, Form 4506-C can be signed by:

(1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer. A bona fide shareholder of record owning 1 percent or more of the outstanding stock of the corporation may submit a Form 4506-C but must provide documentation to support the requester's right to receive the information.

**Partnerships.** Generally, Form 4506-C can be signed by any person who was a member of the partnership during any part of the tax period requested on line 8.

**All others.** See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Documentation.** For entities other than individuals, you must attach he authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the letters testamentary authorizing an individual to act for an estate.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested tax information under the Internal Revenue Code. We need this information to properly identify the tax information and respond to your request. You are not required to request any transcript; if you do request a transcript, sections 6103 and 6109 and their regulations require you to provide this information, including your SSN or EIN. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax retums and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506-C will vary depending on individual circumstances. The estimated average time is:

**Learning about the law or the form** . . . . . . 10 min.
**Preparing the form**. . . . . . . . . . . . . . . . 12 min.
**Copying, assembling, and sending the form to the IRS**. . . . . . . . . . . . . . . 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506-C simpler, we would be happy to hear from you. You can write to:

Internal Revenue Service
Tax Forms and Publications Division
1111 Constitution Ave. NW, IR-6526
Washington, DC 20224

Do not send the form to this address. Instead, see Where to file on this page.

Form **4506-C** (October 2022)

Department of the Treasury - Internal Revenue Service

# IVES Request for Transcript of Tax Return

OMB Number 1545-1872

**Do not sign this form unless all applicable lines have been completed.**
**Request may be rejected if the form is incomplete or illegible.**
**For more information about Form 4506-C, visit *www.irs.gov* and search IVES.**

| | |
|---|---|
| **1a.** Current name<br>**i.** First name / **ii.** Middle initial / **iii.** Last name/BMF company name | **2a.** Spouse's current name *(if joint return and transcripts are requested for both taxpayers)*<br>**i.** Spouse's first name / **ii.** Middle initial / **iii.** Spouse's last name |
| **1b.** First taxpayer identification number *(see instructions)* | **2b.** Spouse's taxpayer identification number *(if joint return and transcripts are requested for both taxpayers)* |
| **1c.** Previous name shown on the last return filed if different from line 1a<br>**i.** First name / **ii.** Middle initial / **iii.** Last name | **2c.** Spouse's previous name shown on he last return filed if different from line 2a<br>**i.** First name / **ii.** Middle initial / **iii.** Last name |

**3.** Current address *(including apt., room, or suite no.)*, city, state, and ZIP code *(see instructions)*

**a.** Street address *(including apt., room, or suite no.)* | **b.** City | **c.** State | **d.** ZIP code

**4.** Previous address shown on the last return filed if different from line 3 *(see instructions)*

**a.** Street address *(including apt., room, or suite no.)* | **b.** City | **c.** State | **d.** ZIP code

**5a.** IVES participant name, ID number, SOR mailbox ID, and address

**i.** IVES participant name | **ii.** IVES participant ID number | **iii.** SOR mailbox ID

**iv.** Street address *(including apt., room, or suite no.)* | **v.** City | **vi.** State | **vii.** ZIP code

**5b.** Customer file number *(if applicable) (see instructions)* | **5c.** Unique identifier *(if applicable) (see instructions)*

**5d.** Client name, telephone number, and address *(this field cannot be blank or not applicable (NA))*

**i.** Client name | **ii.** Telephone number

**iii.** Street address *(including apt., room, or suite no.)* | **iv.** City | **v.** State | **vi.** ZIP code

**Caution:** This tax transcript is being sent to the third party entered on Line 5a and/or 5d. Ensure that lines 5 through 8 are completed before signing. *(see instructions)*

**6. Transcript requested.** Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request for line 6 transcripts

**a.** Return Transcript ☐ **b.** Account Transcript ☐ **c.** Record of Account ☐

**7. Wage and Income transcript** *(W-2, 1098-E, 1099-G, etc.)* ☐

**a.** Enter a max of three form numbers here; if no entry is made, all forms will be sent.

**b.** Mark the checkbox for taxpayer(s) reques ing the wage and income transcripts. If no box is checked, transcripts will be provided for all listed taxpayers

Line 1a ☐ Line 2a ☐

**8.** Year or period requested. Enter the ending date of the tax year or period using the mm dd yyyy format *(see instructions)*

/ /    / /    / /    / /

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or, if applicable, line 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, at least one spouse must sign; however, if both spouses' names and TINs are listed in lines 1a-1b and 2a-2b, both spouses must sign the request. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-C on behalf of the taxpayer. **Note:** This form must be received by IRS within 120 days of the signature date.

☐ **Signatory attests that he/she has read the above attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506-C. See instructions.**

**Sign Here**

**Signature for Line 1a** *(see instructions)* | Date | Phone number of taxpayer on line 1a or 2a

☐ Form 4506-C was signed by an Authorized Representative ☐ Signatory confirms document was electronically signed

**Print/Type name**

**Title** *(if line 1a above is a corporation, partnership, estate, or trust)*

**Spouse's signature** *(required if listed on Line 2a)* | Date

☐ Form 4506-C was signed by an Authorized Representative ☐ Signatory confirms document was electronically signed

**Print/Type name**

**How to Complete IRS Form 4506-C**

Please refer to this checklist as you complete the IRS Form 4506C (Request for Transcript of Tax Return)

- Enter the borrower's name on line 1a.
- Enter the borrower's Social Security number on line 1b.
- Enter the Spouse's name on line 2a if a joint tax return was filed.
- Enter the spouse's Social Security number on line 2b if a joint tax return was filed.
- Enter the borrower's current name and address on line 3.
- Enter the borrower's previous address as listed on the last tax return filed on line 4 if different from the address entered on line 3.
- Enter the following information on line 5:

    Shellpoint Mortgage Servicing
    C/O CoreLogic, 4 First American Way, Santa Ana, CA 92707
    866.418.4596 Participant # 300429 Mailbox ID: CoreLogic

- Enter 1040 on line 6 and check off the box for 6a.
- Enter the ending date of the year for the two most recent tax years filed, using the mm/dd/yyyy format, on line 8.
- Please read the signature disclosure and check the signatory attest box that is located above the signature line.
- Sign, date and enter a telephone number on the first signature line for the borrower.
- Skip the title line unless a/an corporation, partnership, estate, or trust.
- Spouse should sign and date on the second signature line if a joint tax return was filed.

Please note that this document will not be accepted by the IRS if there are alterations such as strikethrough, white outs initials, etc.

The IRS Form 4506-C may also be found online at http://www.irs.gov by entering "4506C" into the search box.

HELP FOR AMERICA'S HOMEOWNERS.

MAKING HOME AFFORDABLE

# Dodd-Frank Certification

The following information is requested by the federal government in accordance with the Dodd-Frank Wall Street Reform and Consumer Protection Act (Pub. L. 111-203). **You are required to furnish this information.** The law provides that no person shall be eligible to begin receiving assistance from the Making Home Affordable Program, authorized under the Emergency Economic Stabilization Act of 2008 (12 U.S.C. 5201 et seq.), or any other mortgage assistance program authorized or funded by that Act, if such person, in connection with a mortgage or real estate transaction, has been convicted, within the last 10 years, of any one of the following: (A) felony larceny, theft, fraud, or forgery, (B) money laundering or (C) tax evasion.

I/we certify under penalty of perjury that I/we have not been convicted within the last 10 years of any one of the following in connection with a mortgage or real estate transaction:

(a) felony larceny, theft, fraud, or forgery,
(b) money laundering or
(c) tax evasion.

I/we understand that the servicer, the U.S. Department of the Treasury, or their agents may investigate the accuracy of my statements by performing routine background checks, including automated searches of federal, state and county databases, to confirm that I/we have not been convicted of such crimes. I/we also understand that knowingly submitting false information may violate Federal law.

This Certificate is effective on the earlier of the date listed below or the date received by your servicer.

| | | | |
|---|---|---|---|
| Borrower Signature | Social Security Number | Date of Birth | Date |
| Co-Borrower Signature | Social Security Number | Date of Birth | Date |

Loan ID: 0691968135

shellpoint®

# Homeowner Financial Worksheet

**Daniel Giordano**

**Loan Number: 0691968135**

| | MONTHLY PAYMENT | BALANCE | NAME OF CREDITOR |
|---|---|---|---|
| Home Mortgage | | | |
| 2nd Home Mortgage | | | |
| Auto Loan | | | |
| Auto Loan | | | |
| Creditor | | | |
| Creditor | | | |
| Creditor | | | |
| Creditor | | | |
| Creditor | | | |
| Creditor | | | |
| Creditor | | | |
| Student Loan | | | |
| Alimony / Support | | | |
| Child Care | | | |
| IRS | | | |
| Chapter 13 | | | |
| Electricity | | | |
| Heating Fuel | | | Oil or Natural Gas |
| Water & Sewer | | | |
| Telephone | | | |
| Cable TV | | | |
| Auto Insurance | | | |
| Health Insurance | | | Paid directly (not by employer) |
| Life Insurance | | | Paid directly (not by employer) |
| Medical/Dental Expenses | | | |
| Homeowner's Insurance | | | Only list here if not in Mortgage |
| Real Estate Tax | | | Only list here if not in Mortgage |
| Personal Property Tax | | | |
| Groceries | | | |
| School Lunches | | | |
| Transportation, Parking, Tolls | | | |
| Clothing | | | |
| Dry Cleaning/Laundry | | | |
| Cell Phone | | | |
| Internet Service | | | |
| Homeowner's Association Dues | | | |
| Recreation / Spending Money | | | |
| Charitable Donations | | | |
| Other Expenses | | | |
| TOTAL MONTHLY EXPENSES | | | |

Loan number : 0691968135

## Borrower Certification and Agreement

1. I certify and acknowledge that all of the information in this Mortgage Assistance Application is truthful, and the hardship I identified contributed to my need for mortgage relief. Knowingly submitting false information may violate Federal and other applicable law.
2. I agree to provide my servicer with all required documents, including any additional supporting documentation as requested, and will respond in a timely manner to all servicer or authorized third party* communications.
3. I acknowledge and agree that my servicer is not obligated to offer me assistance based solely on the representations in this document or other documentation submitted in connection with my request.
4. I consent to the servicer or authorized third party* obtaining a current credit report for the borrower and co-borrower.
5. I consent to the disclosure by my servicer, authorized third party,* or any investor/guarantor of my mortgage loan(s), of any personal information collected during the mortgage assistance process and of any information about any relief I receive, to any third party that deals with my first lien or subordinate lien (if applicable) mortgage loan(s), including Fannie Mae, Freddie Mac, or any investor, insurer, guarantor, or servicer of my mortgage loan(s) or any companies that provide support services to them, for purposes permitted by applicable law, including but not limited to providing mortgage assistance, verifying any data or information contained in this application, and performing audit and quality control reviews. Personal information may include, but is not limited to: (a) my name, address, telephone number, (b) my Social Security number, (c) my credit score, (d) my income, (e) my payment history and information about my account balances and activity, and (f) my tax return and the information contained therein.
6. I agree that the terms of this borrower certification and agreement will apply to any modification trial period plan, repayment plan, or forbearance plan that I may be offered based on this application. If I receive an offer for a modification trial period plan or repayment plan, I agree that my first timely payment under the plan will serve as acceptance of the plan.
7. I consent to being contacted concerning this application for mortgage assistance at any telephone number, including mobile telephone number, or email address I have provided to the lender, servicer, or authorized third party.*

   * An authorized third party may include, but is not limited to, a housing counseling agency, Housing Finance Agency (HFA) or other similar entity that is assisting me in obtaining a foreclosure prevention alternative.

Borrower signature: ______________________________ Date: ________________

Co-Borrower signature: ______________________________ Date: ________________

**Please submit your completed application, together with the required documentation, to Shellpoint Mortgage Servicing via mail: P.O. Box 10826 Greenville, SC 29603-0826, fax: 866-467-1187, or online: lossmitigation@shellpointmtg.com. We will contact you within five business days to acknowledge receipt and let you know if you need to send additional information or documents.**

**We will use the information you provided to help us identify the assistance you may be eligible to receive.**

Loan number : 0691968135

## Borrower Income

Please enter all borrower income amounts in middle column.

| MONTHLY TOTAL BORROWER INCOME TYPE & AMOUNT | | REQUIRED INCOME DOCUMENTATION |
|---|---|---|
| Gross (pre-tax) wages, salaries and overtime pay, commissions, tips, and bonuses | $ | ▪ Most recent pay stub and documentation of year-to-date earnings if not on pay stub **OR**<br>▪ Two most recent bank statements showing income deposit amounts |
| Self-employment income | $ | ▪ Two most recent bank statements showing self-employed income deposit amounts **OR**<br>▪ Most recent signed and dated quarterly or year-to-date profit/loss statement **OR**<br>▪ Most recent complete and signed business tax return **OR**<br>▪ Most recent complete and signed individual federal income tax return |
| Unemployment benefit income | $ | ▪ No documentation required |
| Taxable Social Security, pension, disability, death benefits, adoption assistance, housing allowance, and other public assistance | $ | ▪ Two most recent bank statements showing deposit amounts **OR**<br>▪ Award letters or other documentation showing the amount and frequency of the benefits |
| Non-taxable Social Security or disability income | $ | ▪ Two most recent bank statements showing deposit amounts **OR**<br>▪ Award letters or other documentation showing the amount and frequency of the benefits |
| Rental income (rents received, less expenses other than mortgage expense) | $ | ▪ Two most recent bank statements demonstrating receipt of rent **OR**<br>▪ Two most recent deposited rent checks |
| Investment or insurance income | $ | ▪ Two most recent investment statements **OR**<br>▪ Two most recent bank statements supporting receipt of the income |
| Other types of income not listed above (Note: Only include alimony, child support, or separate maintenance income if you choose to have it considered for repaying this loan) | $ | ▪ Two most recent bank statements showing receipt of income **OR**<br>▪ Other documentation showing the amount and frequency of the income |

## Current Borrower Assets

Exclude retirement funds such as a 401(k) or Individual Retirement Account (IRA), and college savings accounts such as a 529 plan.

| | |
|---|---|
| Checking account(s) and cash on hand | $ |
| Savings, money market funds, and Certificates of Deposit (CDs) | $ |
| Stocks and bonds (non-retirement accounts) | $ |
| Other: | $ |

Loan number : 0691968135

## Hardship Information

The hardship causing mortgage payment challenges began on approximately (date) ________________ and is believed to be:

☐ Short-term (up to 6 months)

☐ Long-term or permanent (greater than 6 months)

☐ Resolved as of (date) ____________________

| TYPE OF HARDSHIP (CHECK ALL THAT APPLY) | REQUIRED HARDSHIP DOCUMENTATION |
|---|---|
| ☐ Unemployment | ▪ Not required |
| ☐ Reduction in income: a hardship that has caused a decrease in your income due to circumstances outside your control (e.g., elimination of overtime, reduction in regular working hours, a reduction in base pay) | ▪ Not required |
| ☐ Increase in housing-related expenses: a hardship that has caused an increase in your housing expenses due to circumstances outside your control (e.g., uninsured losses, increased property taxes, HOA special assessment) | ▪ Not required |
| ☐ Disaster (natural or man-made) impacting the property or borrower's place of employment | ▪ Not required |
| ☐ Long-term or permanent disability, or serious illness of a borrower/co-borrower or dependent family member | ▪ Written statement from the borrower, or other documentation verifying disability or illness<br>**Note:** Detailed medical information is not required, and information from a medical provider is not required |
| ☐ Divorce or legal separation | ▪ Final divorce decree or final separation agreement **OR**<br>▪ Recorded quitclaim deed |
| ☐ Separation of borrowers unrelated by marriage, civil union, or similar domestic partnership under applicable law | ▪ Recorded quitclaim deed **OR**<br>▪ Legally binding agreement evidencing that the non-occupying borrower or co-borrower has relinquished all rights to the property |
| ☐ Death of borrower or death of either the primary or secondary wage earner | ▪ Death certificate **OR**<br>▪ Obituary or newspaper article reporting the death |
| ☐ Distant employment transfer/relocation | ▪ **For active duty service members:** Permanent Change of Station (PCS) orders or letter showing transfer.<br>▪ **For employment transfers/new employment:** Copy of signed offer letter or notice from employer showing transfer to a new location or written explanation if employer documentation not applicable, **AND**<br>▪ Documentation that reflects the amount of any relocation assistance provided (not required for those with PCS orders) |
| ☐ Other – hardship that is not covered above:<br>____________________<br>____________________<br>____________________<br>____________________<br>____________________ | ▪ Written explanation describing the details of the hardship and any relevant documentation |

Loan number : 0691968135

# Mortgage Assistance Application

If you are having mortgage payment challenges, please complete and submit this application, along with the required documentation, to Shellpoint Mortgage Servicing via mail: P.O. Box 10826 Greenville, SC 29603-0826, fax: 866-467-1187, or online: lossmitigation@shellpointmtg.com. We will contact you within five business days to acknowledge receipt and let you know if you need to send additional information or documents.

We will use the information you provide to help us identify the assistance you may be eligible to receive. If you need help completing this application, please contact Shellpoint Mortgage Servicing at 800-365-7107.

If you are experiencing a financial hardship you may be eligible for mortgage assistance from your state's housing finance agency or other state or local government agency.

For a list of HUD-approved housing counseling agencies that can provide foreclosure prevention information, contact one of the following federal government agencies:

- The U.S. Department of Housing and Urban Development (HUD) at (800) 569-4287 or www.hud.gov/counseling
- The Consumer Financial Protection Bureau (CFPB) at (855) 411-2372 or www.consumerfinance.gov/mortgagehelp

If you need assistance with translation or other language assistance, HUD-approved housing counseling agencies may be able to assist you. These services are provided without charge.

## Borrower Information

**Borrower's name:** ______________________________

Social Security Number (last 4 digits): ______________

E-mail address: ______________________________

Primary phone number: ______________________ ☐ Cell ☐ Home ☐ Work ☐ Other

Alternate phone number: ______________________ ☐ Cell ☐ Home ☐ Work ☐ Other

**Co-borrower's name:** ______________________________

Social Security Number (last 4 digits): ______________

E-mail address: ______________________________

Primary phone number: ______________________ ☐ Cell ☐ Home ☐ Work ☐ Other

Alternate phone number: ______________________ ☐ Cell ☐ Home ☐ Work ☐ Other

Preferred contact method (choose all that apply): ☐ Cell phone ☐ Home phone ☐ Work phone ☐ Email ☐ Text—checking this box indicates your consent for text messaging

Is either borrower on active duty with the military (including the National Guard and Reserves), the dependent of a borrower on active duty, or the surviving spouse of a member of the military who was on active duty at the time of death? ☐ Yes ☐ No

## Property Information

Property Address: ______________________________

Mailing address (if different from property address): ______________________________

• The property is currently: ☐ A primary residence ☐ A second home ☐ An investment property

• The property is (select all that apply): ☐ Owner occupied ☐ Renter occupied ☐ Vacant

• I want to: ☐ Keep the property ☐ Sell the property ☐ Transfer ownership of the property to my servicer ☐ Undecided

Is the property listed for sale? ☐ Yes ☐ No – If yes, provide the listing agent's name and phone number—or indicate "for sale by owner" if applicable: ______________________________

Is the property subject to condominium or homeowners' association (HOA) fees ☐ Yes ☐ No – If yes, indicate monthly dues: $__________

## BEWARE OF FORECLOSURE RESCUE SCAMS - TIPS & WARNING SIGNS
## For Your Information Only - Do Not Return with Your Borrower Response Package

Scam artists have stolen millions of dollars from distressed homeowners by promising immediate relief from foreclosure, or demanding cash for counseling services when HUD-approved counseling agencies provide the same services for FREE. If you receive an offer, information or advice that sounds too good to be true, it probably is. Don't let them take advantage of you, your situation, your house or your money. **Remember, help is FREE.**

**How to Spot a Scam** - beware of a company or person who:

- ☐ Asks for a fee in advance to work with your lender to modify, refinance or reinstate your mortgage.
- ☐ Guarantees they can stop a foreclosure or get your loan modified.
- ☐ Advises you to stop paying your mortgage company and pay them instead.
- ☐ Pressures you to sign over the deed to your home or sign any paperwork that you haven't had a chance to read, and you don't fully understand.
- ☐ Claims to offer "government-approved" or "official government" loan modifications.
- ☐ Asks you to release personal financial information online or over the phone and you have not been working with this person and/or do not know them.

**How to Report a Scam** - do one of the following:

- ☐ Go to www.preventloanscams.org and fill out the Loan Modification Scam Prevention Network's (LMSPN) complaint form online and get more information on how to fight back. Note: you can also fill out this form and send to the fax number/e-mail/address (your choice!) on the back of the form.
- ☐ Call 1(888)995-HOPE (4673) and tell the counselor about your situation and that you believe you got scammed or know of a scam.

**Appendix A - Beware of Scams**

*The Loan Modification Scam Prevention Network is a national coalition of governmental and private organizations led by Fannie Mae, Freddie Mac, NeighborWorksAmerica™ and the Lawyers' Committee for Civil Rights Under Law*

**FREQUENTLY ASKED QUESTIONS continued**

**9. What if my property is scheduled for a foreclosure sale in the future?**
If you submit a complete Borrower Response Package and the supporting documents it requires in fewer than 37 calendar days before a scheduled foreclosure sale, there is no guarantee we can evaluate you for a foreclosure alternative in time to stop the foreclosure sale. Even if we are able to approve you for a foreclosure alternative prior to a sale, a court with jurisdiction over the foreclosure proceeding (if any) or public official charged with carrying out the sale may not halt the scheduled sale.

**10. Will my property be sold at a foreclosure sale if I accept a foreclosure alternative?**
No. The property will not be sold at a foreclosure sale once you accept a foreclosure alternative, and comply with all requirements.

**11. Will my credit score be affected by my late payments or being in default?**
The delinquency status of your loan will be reported to credit reporting agencies as well as your entry into a repayment plan, forbearance plan, or trial period plan in accordance with the requirements of the Fair Credit Reporting Act and the Consumer Data Industry Association requirements.

**12. Will my credit score be affected if I accept a foreclosure prevention option?**
While the effect on your credit will depend on your individual credit history, credit scoring companies generally would consider entering into a plan with reduced payments as increasing your credit risk. As a result, entering into a plan with reduced payments may adversely affect your credit score, particularly if you are current on your mortgage or otherwise have a good credit score.

**13. Will my credit report be pulled during a loss mitigation evaluation?**
Yes. Shellpoint Mortgage Servicing will pull a credit report to verify information in the course of your evaluation for a foreclosure alternative. Shellpoint Mortgage Servicing will do this in the form of a "soft pull" or "soft inquiry". This has no impact on your scores. Upon request, Shellpoint Mortgage Servicing will provide you with the name and address of the consumer reporting agency that furnished the report. Everyone should check their reports at least annually. It's part of good credit management and completely free from AnnualCreditReport.com.

**14. Is foreclosure prevention counseling available?**
Yes, HUD-approved counselors are available to provide you with the information and assistance you may need to avoid foreclosure. You can use the search tool at http://www.hud.gov/offices/hsg/sfh/hcc/fc/ to find a counselor near you or by calling 1(888)995-HOPE (4673).

**15. I have seen ads and flyers from companies offering to help me avoid foreclosure for a fee. Can these companies really help?**
Foreclosure prevention has become a target for scam artists. We suggest using the HUD website referenced in question 14 to locate a counselor near you. Also, please refer to the attached document called "Beware of Foreclosure Rescue Scams" for more information.

**16. What if I acquired an ownership interest in the property, such as through death, divorce, or legal separation?** You should contact us as soon as possible. We are here to help you adjust to these events and provide you with information on where to send the mortgage payments. Please contact us to obtain a list of documentation that is needed to confirm your identity and ownership interest in the property, and to discuss next steps.

## Frequently Asked Questions
## For Your Information Only - Do Not Return with Your Borrower Response Package

**1. Why did I receive this package?**
You received this package because you requested information regarding your loss mitigation options. We are sending this information to you now so that we can work with you to quickly resolve any temporary or long-term financial challenge you face with making all of your late mortgage payments.

**2. What if I don't want to stay in my home anymore?**
You may have good reasons for needing to leave your property, such as a job relocation, a divorce, financial hardship due to the death of a borrower, or some other reason preventing you from keeping your property. If you intend to transition out of your home, please indicate that you want to sell or vacate the property on page 1 of the attached Mortgage Assistance Application, and we may first evaluate you for a short sale or Mortgage Release (deed-in-lieu of foreclosure). Even if you are approved for one of those workout solutions, we may consider you for a mortgage loan modification.

**3. Will It cost money to get help?**
There should never be a fee from your servicer or qualified counselor to obtain assistance or information about foreclosure prevention options. However, foreclosure prevention has become a target for scam artists. Be wary of companies or individuals offering to help you for a fee, and never send a mortgage payment to any company other than the one listed on your monthly mortgage statement or one designated to receive your payments under a state assistance program.

**4. What is foreclosure?**
Foreclosure is the forfeiture of your home through a legal process where your mortgage company repossesses the property and you will have to move. This process may involve an eviction, you may remain liable for your first lien mortgage debt, and it may be as long as seven years before you are eligible for another loan.

**5. What happens once I have sent the Borrower Response Package to you?**
We will contact you within five business days of our receipt of your Borrower Response Package to confirm that we have received your package and will review it to determine whether it is complete. We will send you a notice of incompleteness in the event there is any missing information or documentation that you must still submit. We cannot guarantee that you will receive any (or a particular type of) assistance.

Within 30 days of receipt of a complete Borrower Response Package, we will let you know which foreclosure alternatives, if any, are available to you and will inform you of your next steps to accept our offer. However, if you submit your complete Borrower Response Package fewer than 37 days prior to a scheduled foreclosure sale date, we will strive to process your request as quickly as possible, but you may not receive a notice of incompleteness or a decision on your request prior to sale. **Please submit your Borrower Response Package as soon as possible.**

**6. What happens to my mortgage while you are evaluating my Borrower Response Package?**
You remain obligated to make all mortgage payments as they come due, even while we are evaluating the types of assistance that may be available.

**7. Will the foreclosure process begin if I do not respond to this letter?**
If you are delinquent on your mortgage payments and you do not respond to our notices, we may refer your loan to foreclosure in accordance with your mortgage loan documents and applicable law.

**8. Should I still contact you if I have waited too long and my property has been referred to an attorney for foreclosure?**
Yes, the sooner the better!

# Information on Avoiding Foreclosure

**Learn More About Options to Avoid Foreclosure**
The variety of options summarized below may help you keep your home. For example, you may be eligible to modify your mortgage, lowering your monthly payment to make it more affordable. Contact us to determine if you qualify.

Depending on your circumstances, staying in your home may not be possible. In this case, a short sale or deed-in-lieu of foreclosure may be a better choice than foreclosure – see the table below for more information.

**If You Are Behind on Your Mortgage Payments**
We want to advise you of the seriousness of the delinquency and the importance of taking prompt action to resolve the default. Don't delay, as failure to take action may result in foreclosure proceedings being initiated on your mortgage.

| OPTIONS TO STAY IN YOUR HOME | OVERVIEW | BENEFIT |
|---|---|---|
| **Reinstatement** | Pay the total delinquent amount you owe, both in a lump sum payment and by a specific date, or pay less than the total amount owed followed by a forbearance plan as described below. | Allows you to avoid foreclosure by bringing your mortgage current if you can show you have funds that will become available at a specific date in the future. |
| **Repayment Plan** | Pay back your past-due payments together with your regular payments over an extended period of time. | Allows you time to catch up on late payments without having to come up with a lump sum. |
| **Forbearance Plan** | Make reduced mortgage payments or no mortgage payments for a specific period of time. | Gives you time to improve your financial situation and possibly qualify for a better option than would be available right now. |
| **Payment Deferral** | Delay repayment of two to six months of past-due principal and interest payments, and certain other amounts into a non-interest bearing balance, due and payable at the maturity of the Mortgage or earlier upon the sale or transfer of the property, refinance of the Mortgage, or payoff of the interest-bearing unpaid principal balance. | Allow you to bring your mortgage current by delaying repayment of past-due principal and interest and certain other amount without changing other terms of your mortgage. Interest is not charged on those amounts. |
| **Modification** | Receive modified mortgage terms to make it more affordable or manageable after successfully making payments during a "trial period" (e.g., completing a three-month trial period plan) that requires payment of the approximate amount of the modified payment. | Permanently modifies your mortgage so that your payments or terms are more manageable as a permanent solution to a long-term or permanent hardship. |
| **OPTIONS TO LEAVE YOUR HOME** | **OVERVIEW** | **BENEFIT** |
| **Traditional Sale (selling with equity)** | Proceeds from the sale are used to pay off the mortgage debt and any other debts secured by the property. | Keeps the excess proceeds from the sale once all debts and closing costs are paid. Allows you to transition out of your home to avoid foreclosure. |
| **Short Sale** | Sell your home and pay off a portion of your mortgage balance when you owe more on the home than it is worth. | Allows you to transition out of your home without going through foreclosure. In some cases, relocation assistance may be available. |
| **Deed-in-Lieu of Foreclosure** | Transfer the ownership of your property to us. | Allows you to transition out of your home without going through foreclosure. In some cases, relocation assistance may be available. |

**We Want to Help**
Take action to gain peace of mind and control of your housing situation. Call us at 800-365-7107 and we'll talk about available options and help you understand the forms and documents we need from you to determine if you qualify for an option to avoid foreclosure.

# Homeowner Checklist

## For Your Information Only – Do Not Return with Your Borrower Response Package

**GET STARTED** – use this checklist to ensure you have completed all required forms and have the right information.

| | |
|---|---|
| **Step 1** | ❑ **Review the information provided** to help you understand your options, responsibilities, and next steps:<br>❑ Avoiding Foreclosure ❑ Frequent Asked Questions ❑ Beware of Foreclosure Rescue Scams |
| **Step 2** | ❑ **Complete and sign the enclosed Mortgage Assistance Application.** Must be signed by all borrowers on the mortgage (notarization is not required) and must include:<br>❑ All income, expenses, and assets for each borrower<br>❑ An explanation of financial hardship that makes it difficult to pay the mortgage<br>❑ Your acknowledgment and agreement that all information that you provide is true and accurate |
| **Step 3** | ❑ **Provide required hardship documentation. This documentation will be used to verify your hardship.**<br>❑ Follow the instructions set forth on the Mortgage Assistance Application (attached) |
| **Step 4** | ❑ **Provide required income documentation. This documentation will be used to verify your hardship and all of your income (Notice: alimony, child support or separate maintenance income need not be revealed if you do not choose to have it considered for repaying this loan).**<br>❑ Follow the instructions set forth on the Mortgage Assistance Application (attached)<br>❑ You may also disclose any income from a household member who is not on the promissory note (non-borrower), such as a relative, spouse, domestic partner, or fiancé who occupies the property as a primary residence. If you elect to disclose and rely upon this income to qualify, the required income documentation is the same as the income documentation required for a borrower. See Page 3 of the Mortgage Assistance Application for specific details on income documentation<br>❑ For all borrowers, please include two most recent bank statements for all open accounts |
| **Step 5** | ❑ **Complete and sign a dated copy of the enclosed IRS Form 4506-C**<br>❑ For each borrower, please submit a signed, dated copy of IRS Form 4506-C<br>❑ Borrowers who filed their tax returns jointly may send in one IRS Form 4506-C signed and dated by both joint filers. The form must be fully completed, cannot have any alterations, and the signatory box above signature needs to be checked |
| **Step 6** | ❑ **Gather and send completed documents—your Borrower Response Package.** You must send in all required documentation listed in steps 2-4 above and summarized below:<br>• Mortgage Assistance Application (attached)<br>• Form 4506-C (attached)<br>• Income documentation as outlined on Page 3 of the Mortgage Assistance Application (attached)<br>• Hardship documentation as outlined on Page 2 of the Mortgage Assistance Application (attached)<br>• Current HOA statements within 60 days (if property is in a Homeowners Association)<br>• Bank statements (Provide your 2 most recent statements for all banking and investment accounts. Include all statement pages even if they are blank)<br>• Letter of explanation for any deposit or transfer of funds over $1,000.00<br>• Paystubs, if a wage earner (Provide at least two paystubs covering a minimum 30-day timeframe. Paystubs cannot be older than 90 days)<br>• Profit and Loss, if self-employed (Provide at least the most recent two consecutive years and 2 most recent consecutive business tax returns)<br>**Please mail all documents above to us:** Shellpoint Mortgage Servicing<br>P.O. Box 10826<br>Greenville, SC 29603-0826 |

**IMPORTANT REMINDERS:**

❑ If you cannot provide the documentation within the time frame provided, have other types of income not specified on Page 3 of the Mortgage Assistance Application, cannot locate some or all of the required documents, or have any questions, please contact us at 800-365-7107.

❑ Keep a copy of all documents and proof of mailing/emailing for your records. **Don't send original income or hardship documents. Copies are acceptable.**

**Questions? Contact us at 800-365-7107**

Loan number : 0691968135

# Mortgage Assistance Application

If you are having mortgage payment challenges, please complete and submit this application, along with the required documentation, to Shellpoint Mortgage Servicing via mail: P.O. Box 10826 Greenville, SC 29603-0826, fax: 866-467-1187, or online: lossmitigation@shellpointmtg.com. We will contact you within five business days to acknowledge receipt and let you know if you need to send additional information or documents.

We will use the information you provide to help us identify the assistance you may be eligible to receive. If you need help completing this application, please contact Shellpoint Mortgage Servicing at 800-365-7107.

If you are experiencing a financial hardship you may be eligible for mortgage assistance from your state's housing finance agency or other state or local government agency.

For a list of HUD-approved housing counseling agencies that can provide foreclosure prevention information, contact one of the following federal government agencies:

- The U.S. Department of Housing and Urban Development (HUD) at (800) 569-4287 or www.hud.gov/counseling
- The Consumer Financial Protection Bureau (CFPB) at (855) 411-2372 or www.consumerfinance.gov/mortgagehelp

If you need assistance with translation or other language assistance, HUD-approved housing counseling agencies may be able to assist you. These services are provided without charge.

## Borrower Information

**Borrower's name:** ____________________

Social Security Number (last 4 digits): __________

E-mail address: ____________________

Primary phone number: ____________________ ☐ Cell ☐ Home ☐ Work ☐ Other

Alternate phone number: ____________________ ☐ Cell ☐ Home ☐ Work ☐ Other

**Co-borrower's name:** ____________________

Social Security Number (last 4 digits): __________

E-mail address: ____________________

Primary phone number: ____________________ ☐ Cell ☐ Home ☐ Work ☐ Other

Alternate phone number: ____________________ ☐ Cell ☐ Home ☐ Work ☐ Other

Preferred contact method (choose all that apply): ☐ Cell phone ☐ Home phone ☐ Work phone ☐ Email ☐ Text—checking this box indicates your consent for text messaging

Is either borrower on active duty with the military (including the National Guard and Reserves), the dependent of a borrower on active duty, or the surviving spouse of a member of the military who was on active duty at the time of death? ☐ Yes ☐ No

## Property Information

Property Address: ____________________

Mailing address (if different from property address): ____________________

- The property is currently: ☐ A primary residence ☐ A second home ☐ An investment property
- The property is (select all that apply): ☐ Owner occupied ☐ Renter occupied ☐ Vacant
- I want to: ☐ Keep the property ☐ Sell the property ☐ Transfer ownership of the property to my servicer ☐ Undecided

Is the property listed for sale? ☐ Yes ☐ No – If yes, provide the listing agent's name and phone number—or indicate "for sale by owner" if applicable: ____________________

Is the property subject to condominium or homeowners' association (HOA) fees ☐ Yes ☐ No – If yes, indicate monthly dues: $__________

Loan number : 0691968135

## Hardship Information

The hardship causing mortgage payment challenges began on approximately (date) ________________ and is believed to be:

☐ Short-term (up to 6 months)

☐ Long-term or permanent (greater than 6 months)

☐ Resolved as of (date) ______________________

| TYPE OF HARDSHIP (CHECK ALL THAT APPLY) | REQUIRED HARDSHIP DOCUMENTATION |
|---|---|
| ☐ Unemployment | ▪ Not required |
| ☐ Reduction in income: a hardship that has caused a decrease in your income due to circumstances outside your control (e.g., elimination of overtime, reduction in regular working hours, a reduction in base pay) | ▪ Not required |
| ☐ Increase in housing-related expenses: a hardship that has caused an increase in your housing expenses due to circumstances outside your control (e.g., uninsured losses, increased property taxes, HOA special assessment) | ▪ Not required |
| ☐ Disaster (natural or man-made) impacting the property or borrower's place of employment | ▪ Not required |
| ☐ Long-term or permanent disability, or serious illness of a borrower/co-borrower or dependent family member | ▪ Written statement from the borrower, or other documentation verifying disability or illness<br>**Note:** Detailed medical information is not required, and information from a medical provider is not required |
| ☐ Divorce or legal separation | ▪ Final divorce decree or final separation agreement **OR**<br>▪ Recorded quitclaim deed |
| ☐ Separation of borrowers unrelated by marriage, civil union, or similar domestic partnership under applicable law | ▪ Recorded quitclaim deed **OR**<br>▪ Legally binding agreement evidencing that the non-occupying borrower or co-borrower has relinquished all rights to the property |
| ☐ Death of borrower or death of either the primary or secondary wage earner | ▪ Death certificate **OR**<br>▪ Obituary or newspaper article reporting the death |
| ☐ Distant employment transfer/relocation | ▪ **For active duty service members:** Permanent Change of Station (PCS) orders or letter showing transfer.<br>▪ **For employment transfers/new employment:** Copy of signed offer letter or notice from employer showing transfer to a new location or written explanation if employer documentation not applicable, **AND**<br>▪ Documentation that reflects the amount of any relocation assistance provided (not required for those with PCS orders) |
| ☐ Other – hardship that is not covered above:<br>____________________<br>____________________<br>____________________<br>____________________<br>____________________ | ▪ Written explanation describing the details of the hardship and any relevant documentation |

Loan number : 0691968135

## Borrower Income

Please enter all borrower income amounts in middle column.

| MONTHLY TOTAL BORROWER INCOME TYPE & AMOUNT | | REQUIRED INCOME DOCUMENTATION |
|---|---|---|
| Gross (pre-tax) wages, salaries and overtime pay, commissions, tips, and bonuses | $ | ▪ Most recent pay stub and documentation of year-to-date earnings if not on pay stub **OR**<br>▪ Two most recent bank statements showing income deposit amounts |
| Self-employment income | $ | ▪ Two most recent bank statements showing self-employed income deposit amounts **OR**<br>▪ Most recent signed and dated quarterly or year-to-date profit/loss statement **OR**<br>▪ Most recent complete and signed business tax return **OR**<br>▪ Most recent complete and signed individual federal income tax return |
| Unemployment benefit income | $ | ▪ No documentation required |
| Taxable Social Security, pension, disability, death benefits, adoption assistance, housing allowance, and other public assistance | $ | ▪ Two most recent bank statements showing deposit amounts **OR**<br>▪ Award letters or other documentation showing the amount and frequency of the benefits |
| Non-taxable Social Security or disability income | $ | ▪ Two most recent bank statements showing deposit amounts **OR**<br>▪ Award letters or other documentation showing the amount and frequency of the benefits |
| Rental income (rents received, less expenses other than mortgage expense) | $ | ▪ Two most recent bank statements demonstrating receipt of rent **OR**<br>▪ Two most recent deposited rent checks |
| Investment or insurance income | $ | ▪ Two most recent investment statements **OR**<br>▪ Two most recent bank statements supporting receipt of the income |
| Other types of income not listed above (Note: Only include alimony, child support, or separate maintenance income if you choose to have it considered for repaying this loan) | $ | ▪ Two most recent bank statements showing receipt of income **OR**<br>▪ Other documentation showing the amount and frequency of the income |

## Current Borrower Assets

Exclude retirement funds such as a 401(k) or Individual Retirement Account (IRA), and college savings accounts such as a 529 plan.

| | |
|---|---|
| Checking account(s) and cash on hand | $ |
| Savings, money market funds, and Certificates of Deposit (CDs) | $ |
| Stocks and bonds (non-retirement accounts) | $ |
| Other: | $ |

Loan number : 0691968135

## Borrower Certification and Agreement

1. I certify and acknowledge that all of the information in this Mortgage Assistance Application is truthful, and the hardship I identified contributed to my need for mortgage relief. Knowingly submitting false information may violate Federal and other applicable law.
2. I agree to provide my servicer with all required documents, including any additional supporting documentation as requested, and will respond in a timely manner to all servicer or authorized third party* communications.
3. I acknowledge and agree that my servicer is not obligated to offer me assistance based solely on the representations in this document or other documentation submitted in connection with my request.
4. I consent to the servicer or authorized third party* obtaining a current credit report for the borrower and co-borrower.
5. I consent to the disclosure by my servicer, authorized third party,* or any investor/guarantor of my mortgage loan(s), of any personal information collected during the mortgage assistance process and of any information about any relief I receive, to any third party that deals with my first lien or subordinate lien (if applicable) mortgage loan(s), including Fannie Mae, Freddie Mac, or any investor, insurer, guarantor, or servicer of my mortgage loan(s) or any companies that provide support services to them, for purposes permitted by applicable law, including but not limited to providing mortgage assistance, verifying any data or information contained in this application, and performing audit and quality control reviews. Personal information may include, but is not limited to: (a) my name, address, telephone number, (b) my Social Security number, (c) my credit score, (d) my income, (e) my payment history and information about my account balances and activity, and (f) my tax return and the information contained therein.
6. I agree that the terms of this borrower certification and agreement will apply to any modification trial period plan, repayment plan, or forbearance plan that I may be offered based on this application. If I receive an offer for a modification trial period plan or repayment plan, I agree that my first timely payment under the plan will serve as acceptance of the plan.
7. I consent to being contacted concerning this application for mortgage assistance at any telephone number, including mobile telephone number, or email address I have provided to the lender, servicer, or authorized third party.*

   * An authorized third party may include, but is not limited to, a housing counseling agency, Housing Finance Agency (HFA) or other similar entity that is assisting me in obtaining a foreclosure prevention alternative.

Borrower signature: ______________________________ Date: ________________

Co-Borrower signature: ______________________________ Date: ________________

**Please submit your completed application, together with the required documentation, to Shellpoint Mortgage Servicing via mail: P.O. Box 10826 Greenville, SC 29603-0826, fax: 866-467-1187, or online: lossmitigation@shellpointmtg.com. We will contact you within five business days to acknowledge receipt and let you know if you need to send additional information or documents.**

**We will use the information you provided to help us identify the assistance you may be eligible to receive.**

shellpoint®

# Homeowner Financial Worksheet

**Daniel Giordano**

**Loan Number: 0691968135**

| | MONTHLY PAYMENT | BALANCE | NAME OF CREDITOR |
|---|---|---|---|
| Home Mortgage | | | |
| 2nd Home Mortgage | | | |
| Auto Loan | | | |
| Auto Loan | | | |
| Creditor | | | |
| Creditor | | | |
| Creditor | | | |
| Creditor | | | |
| Creditor | | | |
| Creditor | | | |
| Creditor | | | |
| Student Loan | | | |
| Alimony / Support | | | |
| Child Care | | | |
| IRS | | | |
| Chapter 13 | | | |
| Electricity | | | |
| Heating Fuel | | | Oil or Natural Gas |
| Water & Sewer | | | |
| Telephone | | | |
| Cable TV | | | |
| Auto Insurance | | | |
| Health Insurance | | | Paid directly (not by employer) |
| Life Insurance | | | Paid directly (not by employer) |
| Medical/Dental Expenses | | | |
| Homeowner's Insurance | | | Only list here if not in Mortgage |
| Real Estate Tax | | | Only list here if not in Mortgage |
| Personal Property Tax | | | |
| Groceries | | | |
| School Lunches | | | |
| Transportation, Parking, Tolls | | | |
| Clothing | | | |
| Dry Cleaning/Laundry | | | |
| Cell Phone | | | |
| Internet Service | | | |
| Homeowner's Association Dues | | | |
| Recreation / Spending Money | | | |
| Charitable Donations | | | |
| Other Expenses | | | |
| TOTAL MONTHLY EXPENSES | | | |



PO3Z1000200103 I001056 S-SFRECS20 L-1038 A-0691968135

**How to Complete IRS Form 4506-C**

Please refer to this checklist as you complete the IRS Form 4506C (Request for Transcript of Tax Return)

- Enter the borrower's name on line 1a.
- Enter the borrower's Social Security number on line 1b.
- Enter the Spouse's name on line 2a if a joint tax return was filed.
- Enter the spouse's Social Security number on line 2b if a joint tax return was filed.
- Enter the borrower's current name and address on line 3.
- Enter the borrower's previous address as listed on the last tax return filed on line 4 if different from the address entered on line 3.
- Enter the following information on line 5:

  Shellpoint Mortgage Servicing
  C/O CoreLogic, 4 First American Way, Santa Ana, CA 92707
  866.418.4596 Participant # 300429 Mailbox ID: CoreLogic

- Enter 1040 on line 6 and check off the box for 6a.
- Enter the ending date of the year for the two most recent tax years filed, using the mm/dd/yyyy format, on line 8.
- Please read the signature disclosure and check the signatory attest box that is located above the signature line.
- Sign, date and enter a telephone number on the first signature line for the borrower.
- Skip the title line unless a/an corporation, partnership, estate, or trust.
- Spouse should sign and date on the second signature line if a joint tax return was filed.

Please note that this document will not be accepted by the IRS if there are alterations such as strikethrough, white outs initials, etc.

The IRS Form 4506-C may also be found online at http://www.irs.gov by entering "4506C" into the search box.

Form **4506-C** (October 2022)

Department of the Treasury - Internal Revenue Service

# IVES Request for Transcript of Tax Return

OMB Number 1545-1872

**Do not sign this form unless all applicable lines have been completed.**
**Request may be rejected if the form is incomplete or illegible.**
**For more information about Form 4506-C, visit *www.irs.gov* and search IVES.**

| | | | | | |
|---|---|---|---|---|---|
| **1a.** Current name | | | **2a.** Spouse's current name *(if joint return and transcripts are requested for both taxpayers)* | | |
| **i.** First name | **ii.** Middle initial | **iii.** Last name/BMF company name | **i.** Spouse's first name | **ii.** Middle initial | **iii.** Spouse's last name |
| **1b.** First taxpayer identification number *(see instructions)* | | | **2b.** Spouse's taxpayer identification number *(if joint return and transcripts are requested for both taxpayers)* | | |
| **1c.** Previous name shown on the last return filed if different from line 1a | | | **2c.** Spouse's previous name shown on he last return filed if different from line 2a | | |
| **i.** First name | **ii.** Middle initial | **iii.** Last name | **i.** First name | **ii.** Middle initial | **iii.** Last name |
| **3.** Current address *(including apt., room, or suite no )*, city, state, and ZIP code *(see instructions)* | | | | | |
| **a.** Street address *(including apt., room, or suite no )* | | | **b.** City | **c.** State | **d.** ZIP code |
| **4.** Previous address shown on the last return filed if different from line 3 *(see instructions)* | | | | | |
| **a.** Street address *(including apt., room, or suite no )* | | | **b.** City | **c.** State | **d.** ZIP code |
| **5a.** IVES participant name, ID number, SOR mailbox ID, and address | | | | | |
| **i.** IVES participant name | | | **ii.** IVES participant ID number | **iii.** SOR mailbox ID | |
| **iv.** Street address *(including apt., room, or suite no )* | | | **v.** City | **vi.** State | **vii.** ZIP code |
| **5b.** Customer file number *(if applicable) (see instructions)* | | | **5c.** Unique identifier *(if applicable) (see instructions)* | | |
| **5d.** Client name, telephone number, and address *(this field cannot be blank or not applicable (NA))* | | | | | |
| **i.** Client name | | | | | **ii.** Telephone number |
| **iii.** Street address *(including apt., room, or suite no )* | | | **iv.** City | **v.** State | **vi.** ZIP code |

**Caution:** This tax transcript is being sent to the third party entered on Line 5a and/or 5d. Ensure that lines 5 through 8 are completed before signing. *(see instructions)*

**6. Transcript requested.** Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request for line 6 transcripts

**a.** Return Transcript ☐ **b.** Account Transcript ☐ **c.** Record of Account ☐

**7. Wage and Income transcript** *(W-2, 1098-E, 1099-G, etc )* ☐

**a.** Enter a max of three form numbers here; if no entry is made, all forms will be sent.

**b.** Mark the checkbox for taxpayer(s) reques ing the wage and income transcripts. If no box is checked, transcripts will be provided for all listed taxpayers

Line 1a ☐ Line 2a ☐

**8.** Year or period requested. Enter the ending date of the tax year or period using the mm dd yyyy format *(see instructions)*

/ /    / /    / /    / /

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or, if applicable, line 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, at least one spouse must sign; however, if both spouses' names and TINs are listed in lines 1a-1b and 2a-2b, both spouses must sign the request. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-C on behalf of the taxpayer. **Note:** This form must be received by IRS within 120 days of the signature date.

☐ **Signatory attests that he/she has read the above attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506-C. See instructions.**

**Sign Here**

| | | |
|---|---|---|
| **Signature for Line 1a** *(see instructions)* | Date | Phone number of taxpayer on line 1a or 2a |
| ☐ Form 4506-C was signed by an Authorized Representative | ☐ Signatory confirms document was electronically signed | |
| **Print/Type name** | | |
| **Title** *(if line 1a above is a corporation, partnership, estate, or trust)* | | |
| **Spouse's signature** *(required if listed on Line 2a)* | | Date |
| ☐ Form 4506-C was signed by an Authorized Representative | ☐ Signatory confirms document was electronically signed | |
| **Print/Type name** | | |

# Instructions for Form 4506-C, IVES Request for Transcript of Tax Return

Section references are to the Intemal Revenue Code unless otherwise noted.

## Future Developments

For the latest information about Form 4506-C and its instructions, go to *www.irs.gov* and search IVES. Information about any recent developments affecting Form 4506-C (such as legislation enacted after we released it) will be posted on that page.

**What's New.** Form 4506-C includes the Client company requesting transcripts and increased the number of Wage and Income transcripts requests.

## General Instructions

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Designated Recipient Notification.** Section 6103(c) limits disclosure and use of return information received pursuant to the taxpayer's consent and holds the recipient subject to penalties for any unauthorized access, other use, or redisclosure without the taxpayer's express permission or request.

**Taxpayer Notification.** Section 6103(c) limits disclosure and use of return information provided pursuant to your consent and holds the recipient subject to penalties, brought by private right of action, for any unauthorized access, other use, or redisclosure without your express permission or request.

**Purpose of form.** Use Form 4506-C to request tax retum information through an authorized IVES participant. You will designate an IVES participant to receive the information on line 5a.

**Note:** If you are unsure of which type of transcript you need, check with the party requesting your tax information.

**Where to file.** The IVES par icipant will fax Form 4506-C with the approved IVES cover sheet to their assigned Service Center.

## Chart for ordering transcripts

| If your assigned Service Center is: | Fax the requests with the approved coversheet to: |
|---|---|
| Austin Submission Processing Center | Austin IVES Team 844-249-6238 |
| Kansas City Submission Processing Center | Kansas City IVES Team 844-249-8128 |
| Ogden Submission Processing Center | Ogden IVES Team 844-249-8129 |

## Specific Instructions

**Line 1a/2a** *(if spouse is also requested)*. For IMF Requests: Enter the First, Middle Intial, and Last Name in the indicated fields. If all characters will not fit, please enter up to 12 for First name and 22 for Last name. For BMF Requests: Enter the company name in the Last Name field. If all characters will not fit, please enter up to 22.

**Line 1b/2b** *(if spouse is also requested)*. Enter the social security number (SSN) or individual taxpayer identification number (ITIN) for the individual listed on line 1a including the dashes in the correct format, or enter the employer identification number (EIN) for he business listed on line 1a including the dashes in the correct format.

**Line 1c/2c** *(if spouse is also requested)*. Enter your previous name as shown on your last filed tax return if different than line 1a.

**Line 3.** Enter your current address in the indicated fields. If you use a P.O. Box, include it and the number in the Current Address field.

**Line 4.** Enter the address shown on the last retum filed if different from the address entered on line 3.

**Note:** If the addresses on lines 3 and 4 are different and you have not changed your address with the IRS, file Form 8822, Change of Address, or Form 8822-B, Change of Address or Responsible Party — Business, with Form 4506-C.

**Line 5b.** Enter up to 10 numeric characters to create a unique customer file number that will appear on the transcript. The customer file number cannot contain an SSN, ITIN or EIN. Completion of this line is not required.

**Line 5c.** Enter up to 10 alpha-numeric characters to create a unique identifier that will show in he mailbox file information. The unique identifier cannot contain an SSN, ITIN or EIN. Completion of this line is not required.

**Note.** If you use an SSN, we will not input the information and the customer file number or unique identifier will reflect a generic entry of "9999999999".

**Line 5d.** Enter the Client company name, address, and phone number in the indicated fields. A Client company receives the requested tax transcripts from the IVES participant. If the IVES participant is also the Client company, the IVES participant information should be entered on Line 5a and 5d. These fields cannot be blank or Not Applicable (NA).

**Line 6.** Enter only one tax form number (1040, 1065, 1120, etc.) per request for all line 6 transcripts request types.

**Line 6a.** Return Transcript includes most of he line items of a tax return as filed with the IRS. A tax return transcript does not reflect changes made to the account after he retum is processed. Transcripts are only available for the following returns: Form 1040 series, Form 1065, Form 1120, Form 1120-H, Form 1120-L, and Form 1120-S. Return transcripts are available for the current year and retums processed during the prior 3 processing years.

**Line 6b.** Account Transcript contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns.

**Line 6c.** Record of Account provides the most detailed information as it is a combination of the Retum Transcript and the Account Transcript. Available for current year and 3 prior tax years.

**Line 7.** The IRS can provide a transcript that includes data from hese information returns: Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript. Enter up to three information return types. If no specific type is requested, all forms will be provided. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, Form W-2 information for 2016, filed in 2017, will likely not be available from he IRS until 2018. If you need Form W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213.

**Line 8.** Enter the end date of the tax year or period requested in mm dd yyyy format. This may be a calendar year, fiscal year or quarter. Enter each quarter requested for quarterly returns. Example: Enter 12 31 2018 for a calendar year 2018 Form 1040 transcript.

CAUTION *You must check the box in the signature area to acknowledge you have the authority to sign and request the information. The form will not be processed if unchecked.*

**Signature and date.** Form 4506-C must be signed and dated by the taxpayer listed on line 1a and, if listed, 2a. The IRS must receive Form 4506-C within 120 days of the date signed by the taxpayer or it will be rejected. Ensure that all applicable lines, including lines 5a through 8, are completed before signing.

**Authorized Representative:** A representative can sign Form 4506-C for a taxpayer if the taxpayer has specifically delegated this authority to the representative on Form 2848, line 5a, and Form 2848 is attached to the Form 4506-C request. If you are Heir at Law, Next of Kin, or Beneficiary, you must be able to establish a material interest in the estate or trust. If Form 4506-C is signed by a representative, the Authorized Representative check box must be marked.

**Electronic Signature:** Only IVES participants that opt in to the Electronic Signature usage can accept electronic signatures. Contact the IVES participant for approval and guidance for electronic signatures. If the Form 4506-C is signed electronically, the Electronic Signature check box must be marked.

**Individuals.** Transcripts listed on line 6 may be furnished to either spouse if jointly filed. Signatures are required for all taxpayers listed on Line 1a and 2a.

**Corporations.** Generally, Form 4506-C can be signed by:

(1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer. A bona fide shareholder of record owning 1 percent or more of the outstanding stock of the corporation may submit a Form 4506-C but must provide documentation to support the requester's right to receive the information.

**Partnerships.** Generally, Form 4506-C can be signed by any person who was a member of the partnership during any part of the tax period requested on line 8.

**All others.** See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Documentation.** For entities other than individuals, you must attach he authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the letters testamentary authorizing an individual to act for an estate.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested tax information under the Internal Revenue Code. We need this information to properly identify the tax information and respond to your request. You are not required to request any transcript; if you do request a transcript, sections 6103 and 6109 and their regulations require you to provide this information, including your SSN or EIN. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Intemal Revenue law. Generally, tax retums and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506-C will vary depending on individual circumstances. The estimated average time is:

**Learning about the law or the form** . . . . . . 10 min.
**Preparing the form** . . . . . . . . . . . . . . . 12 min.
**Copying, assembling, and sending the form to the IRS** . . . . . . . . . . . . . . . 20 min.

If you have comments conceming the accuracy of these time estimates or suggestions for making Form 4506-C simpler, we would be happy to hear from you. You can write to:

Internal Revenue Service
Tax Forms and Publications Division
1111 Constitution Ave. NW, IR-6526
Washington, DC 20224

Do not send the form to this address. Instead, see Where to file on this page.

**shellpoint**®

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED

S-SFRECS20 L-1031 R-106
PMOV8100I00418 - 844681521 I09454
DANIEL GIORDANO
2128 BELLCREST CT
ROYAL PALM BEACH FL 33411-6115

| CONTACT INFORMATION | |
|---|---|
| **Correspondence:** | P.O. Box 10826<br>Greenville, SC 29603-0826 |
| **Business Hours:** | Monday - Friday: 8:00AM-9:00PM<br>Saturday: 8:00AM-1:00PM |
| **Phone Number:** | 866-825-2174 |
| **Fax:** | 866-467-1187 |
| **Email:** | lossmitigation@shellpointmtg.com |
| **Website:** | www.shellpointmtg.com |

Loan Number: 0691968135
Property Address: 2128 BELLCREST CT
ROYAL PALM BEACH, FL 33411

11/10/2025

Dear Homeowner,

We understand that financial circumstances may change from time to time, which can affect your ability to meet your obligations. We're concerned about your recently missed mortgage payment(s) and want to offer our assistance in case you are unable to catch up.

This is a regulatory notice. We are sending this notice to you because you are behind on your mortgage payment(s). As of the date of this letter, the total amount due is $3,077.26. Because interest, late charges, and other fees vary from day to day, the amount you owe may change. We want to notify you of possible ways to avoid losing your home. We have a right to invoke foreclosure based on the terms of your mortgage contract. Please read this letter carefully.

**Important note:** We have assigned a Single Point of Contact (SPOC) to assist you through the loss mitigation process concerning your mortgage loan. We will perform an evaluation of your financial condition and determine your qualifications for all alternatives that may be applicable for this account. Should you have any questions, you can visit our Borrower Web Portal at www.shellpointmtg.com to apply for assistance, upload application documents, or contact us through our Secure Message Center. You can also contact our SPOC department at 866-825-2174. Documents can also be faxed to us at 866-467-1187. Please reference your loan number when contacting us regarding this request.

If your loan was transferred from another servicer and you have entered into an approved loss mitigation plan with your prior loan servicer or if you had a loss mitigation application in process with your prior servicer, please contact us to confirm that the loss mitigation plan information, or application and documentation, were properly transferred to Shellpoint Mortgage Servicing. We will follow up with your prior servicer to receive the documents you provided them or they provided you in response.

We have informed credit bureaus about a late payment, missed payment or other default on your account. This information may be reflected in your credit report.

We may order an appraisal to determine the property's value and charge you for this appraisal. We will promptly give you a copy of any appraisal, even if you are not approved for a foreclosure alternative. You can pay for an additional appraisal for your own use at your own cost.

**We Are Here to Help—Call Us at 866-825-2174**

Let us work with you to understand the issues affecting your mortgage payments. We'll explore what assistance may be available to you and discuss the forms and documentation needed to determine if you qualify for an option to avoid foreclosure.
**Consulte la página siguiente para obtener más información importante sobre cómo comunicarse con nosotros, las opciones disponibles y la información del consejero de vivienda en español.**

**Options May Be Available**

The right option for you depends on your individual circumstances. When you provide the required information and documentation about your situation, we can determine if you qualify for temporary or long-term relief, including mortgage options that may allow you to stay in your home or leave your home while avoiding foreclosure.

If you need help, the following options may be possible (most are subject to lender approval):

- Refinance your loan with us or another lender;
- Modify your loan terms with us;
- Payment forbearance temporarily gives you more time to pay your monthly payment; or
- If you are not able to continue paying your mortgage, your best option may be to find more affordable housing. As an alternative to foreclosure, you may be able to sell your home and use the proceeds to pay off your current loan.

Review the **Information on Avoiding Foreclosure** page for an overview of these options.

**Call us today at 866-825-2174 to learn more about your options and instructions for how to apply. The longer you wait, or the further you fall behind on your payments, the harder it will be to find a solution. The sooner you respond, the quicker we can determine whether you qualify for an option to avoid foreclosure.**

## Getting Started

**Remember, you need to take action by calling us at 866-825-2174 right away or get started by completing and returning the attached Mortgage Assistance Application along with other required documents by 12/10/2025. Please note that packages received within 37 days of a foreclosure sale may not be evaluated.**

### Additional Resources

**For additional information about preventing foreclosure, avoiding fraud scams, and accessing approved counseling at no cost to you**

- Visit Shellpoint Mortgage Servicing's website at www.shellpointmtg.com.
- For help exploring your options, the Federal government provides contact information for housing counselors. Contact HUD-approved counselors who are available to provide you with the information and assistance you may need. You can use the search tool at https://www.hud.gov/stat/sfh/housing-counseling and https://www.consumerfinance.gov/find-a-housing-counselor/ or call 1-800-569-4287 (TTY: 202-708-1455) to find a counseling agency in your area. Additionally, the Homeowner's HOPE™ Hotline offers free HUD-certified counseling services and is available 24/7 in English and Spanish. Other languages are available by appointment. Certified counselors can be reached by calling 888-995-HOPE ™ (4673) or 800-877-8339 with TTY device.
- Contact the Consumer Financial Protection Bureau (CFPB) at (855) 411-2372 or www.consumerfinance.gov/mortgagehelp
- Your state may have Homeowner Assistance funds to assist you in curing your delinquency. More information about your state's housing finance agency and available options can be found at https://www.ncsha.org/housing-help/

Sincerely,
Loss Mitigation Department
Shellpoint Mortgage Servicing

Llámenos hoy para obtener más información sobre sus opciones e instrucciones sobre cómo presentar una solicitud. Cuanto más espere o más se atrase en sus pagos, más difícil será encontrar una solución.

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826
Número de teléfono: 866-825-2174

Para más información, visite www.shellpointmtg.com.

Si necesita ayuda, las siguientes opciones pueden ser posibles (la mayoría están sujetas a la aprobación del prestamista):

- Refinanciar su préstamo con nosotros o otro prestamista;
- Modificar los términos de su préstamo con nosotros;
- El aplazamiento de pagos le da más tiempo para pagar su pago mensual; o
- Si no puede seguir pagando su hipoteca, es posible que su mejor opción sea buscar una vivienda más asequible. Como alternativa a la ejecución hipotecaria, es posible que pueda vender su casa y utilizar las ganancias para pagar su préstamo actual.

Este es un aviso legalmente requerido. Le enviamos este aviso porque usted está atrasado en el pago de su hipoteca. Queremos informarle sobras las posibles maneras de evitar perder su vivienda. Tenemos el derecho a invocar una ejecución hipotecaria según los términos de su contrato hipotecario. Lea esta carta con atención.

Para ayudarle a explorar sus opciones, el gobierno federal proporciona la información de contacto de asesores de vivienda. Puede acceder a esta información comunicándose con la Oficina para la Protección Financiera del Consumidor al www.consumerfinance.gov/find-a-housing-counselor/ o El Departamento de Vivienda y Desarrollo Urbano en https://www.hud.gov/stat/sfh/housing-counseling o llamando al 1-(800)-569-4287 (TTY: 202-708-1455).

Si prefiere recibir las comunicaciones en otro idioma que no sea el inglés, por favor, contáctenos en el 866-316-1840 para hablar con un traductor en el idioma de su preferencia sobre la gestión de su préstamo o cualquier documento que haya recibido.

The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is: Federal Trade Commission, Consumer Response Center, 600 Pennsylvania Avenue, NW, Washington, DC 20580.

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED

S-SFRECS20 L-1031 R-106
PMOV8100I00418 - 844681521 I09456
DANIEL GIORDANO
2128 BELLCREST CT
ROYAL PALM BEACH FL 33411-6115

shellpoint®

| CONTACT INFORMATION | |
|---|---|
| **Correspondence:** | P.O. Box 10826<br>Greenville, SC 29603-0826 |
| **Business Hours:** | Monday - Friday: 8:00AM-9:00PM<br>Saturday: 8:00AM-1:00PM |
| **Phone Number:** | 866-825-2174 |
| **Fax:** | 866-467-1187 |
| **Email:** | lossmitigation@shellpointmtg.com |
| **Website:** | www.shellpointmtg.com |

Loan Number: 0691968135
Property Address: 2128 BELLCREST CT
ROYAL PALM BEACH, FL 33411

11/10/2025

In accordance with the Taxpayer First Act, as your loan servicer, we are required to obtain your consent to be able to share your tax information with another party. Such sharing would extend to actual or potential owners of the loan or any other loan participant. Please sign and date this Taxpayer Consent Form and return it to us.

## TAXPAYER CONSENT FORM

I understand, acknowledge, and agree that Shellpoint Mortgage Servicing and Other Loan Participants can obtain, use and share tax return information for purposes of (i) providing an offer; (ii) originating, maintaining, managing, monitoring, servicing, selling, insuring, and securitizing a loan; (iii) marketing; or (iv) as otherwise permitted by applicable laws, including state and federal privacy and data security laws. Shellpoint Mortgage Servicing includes Shellpoint Mortgage Servicing's affiliates, agents, service providers and any of aforementioned parties' successors and assigns. The Other Loan Participants includes any actual or potential owners of a loan resulting from your loan application, or acquirers of any beneficial or other interest in the loan, any mortgage insurer, guarantor, any servicers or service providers for these parties and any of aforementioned parties' successors and assigns.

______________________________
Daniel Giordano

______________________________
Date

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826



PMOV8100I00418 I009456 S-SFRECS20 L-1031 A-0691968135

Enroll in paperless billing statements by visiting our website at www.shellpointmtg.com.
Statements can be viewed, saved, and printed on demand!
✓Convenient ✓Secure ✓Fast ✓Eco-Friendly

**Please read the following important notices as they may affect your rights.**

Newrez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Newrez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code.

**Attention Servicemembers and Dependents: The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.**

**Notice of Error or Information Request Address:** You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us. Additionally, if you believe we have furnished inaccurate information to credit reporting agencies, please write to us with specific details regarding those errors and any supporting documentation that you have and we will assist you. Error Resolution, including concerns of inaccurate information sent to credit reporting agencies, or requests for information should be sent to the following address: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

**Our system of record has your preferred language as English.**

**If you prefer to receive communication in a language other than English, please contact us at 866-825-2174 to speak with a translator in your preferred language about the servicing of your loan or a document you received.**

**Si prefiere recibir las comunicaciones en otro idioma que no sea el inglés, por favor, contáctenos en el 866-825-2174 para hablar con un traductor en el idioma de su preferencia sobre la gestión de su préstamo o cualquier documento que haya recibido.**

**如果您要使用英语以外的其他语言进行交流，请致电 866-825-2174，我们将根据您首选的语言安排相应的译员，与您就贷款服务事项或您所接收的文件进行商讨。**

Please note that we operate as Newrez Mortgage LLC dba Shellpoint Mortgage Servicing in Arkansas and Texas.

## Homeowner Checklist
## For Your Information Only - Do Not Return with Your Borrower Response Package

**GET STARTED** – use this checklist to ensure you have completed all required forms and have the right information.

| | |
|---|---|
| **Step 1** | ❑ **Review the information provided** to help you understand your options, responsibilities, and next steps:<br>❑ Avoiding Foreclosure ❑ Frequent Asked Questions ❑ Beware of Foreclosure Rescue Scams |
| **Step 2** | ❑ **Complete and sign the enclosed Mortgage Assistance Application.** Must be signed by all borrowers on the mortgage (notarization is not required) and must include: |
| | ❑ All income, expenses, and assets for each borrower<br>❑ An explanation of financial hardship that makes it difficult to pay the mortgage<br>❑ Your acknowledgment and agreement that all information that you provide is true and accurate |
| **Step 3** | ❑ **Provide required hardship documentation. This documentation will be used to verify your hardship.**<br>❑ Follow the instructions set forth on the Mortgage Assistance Application (attached) |
| **Step 4** | ❑ **Provide required income documentation. This documentation will be used to verify your hardship and all of your income (Notice: alimony, child support or separate maintenance income need not be revealed if you do not choose to have it considered for repaying this loan).**<br>❑ Follow the instructions set forth on the Mortgage Assistance Application (attached)<br>❑ You may also disclose any income from a household member who is not on the promissory note (non-borrower), such as a relative, spouse, domestic partner, or fiancé who occupies the property as a primary residence. If you elect to disclose and rely upon this income to qualify, the required income documentation is the same as the income documentation required for a borrower. See Page 3 of the Mortgage Assistance Application for specific details on income documentation<br>❑ For all borrowers, please include two most recent bank statements for all open accounts |
| **Step 5** | ❑ **Complete and sign a dated copy of the enclosed IRS Form 4506-C**<br>❑ For each borrower, please submit a signed, dated copy of IRS Form 4506-C<br>❑ Borrowers who filed their tax returns jointly may send in one IRS Form 4506-C signed and dated by both joint filers. The form must be fully completed, cannot have any alterations, and the signatory box above signature needs to be checked |
| **Step 6** | ❑ **Gather and send completed documents—your Borrower Response Package.** You must send in all required documentation listed in steps 2-4 above and summarized below:<br>• Mortgage Assistance Application (attached)<br>• Form 4506-C (attached)<br>• Income documentation as outlined on Page 3 of the Mortgage Assistance Application (attached)<br>• Hardship documentation as outlined on Page 2 of the Mortgage Assistance Application (attached)<br>• Current HOA statements within 60 days (if property is in a Homeowners Association)<br>• Bank statements (Provide your 2 most recent statements for all banking and investment accounts. Include all statement pages even if they are blank)<br>• Letter of explanation for any deposit or transfer of funds over $1,000.00<br>• Paystubs, if a wage earner (Provide at least two paystubs covering a minimum 30-day timeframe. Paystubs cannot be older than 90 days)<br>• Profit and Loss, if self-employed (Provide at least the most recent two consecutive years and 2 most recent consecutive business tax returns)<br>**Please mail all documents above to us:** Shellpoint Mortgage Servicing<br>P.O. Box 10826<br>Greenville, SC 29603-0826 |

**IMPORTANT REMINDERS:**

❑ If you cannot provide the documentation within the time frame provided, have other types of income not specified on Page 3 of the Mortgage Assistance Application, cannot locate some or all of the required documents, or have any questions, please contact us at 866-825-2174.

❑ Keep a copy of all documents and proof of mailing/emailing for your records. **Don't send original income or hardship documents. Copies are acceptable.**

**Questions? Contact us at 866-825-2174**

# Information on Avoiding Foreclosure

**Learn More About Options to Avoid Foreclosure**
The variety of options summarized below may help you keep your home. For example, you may be eligible to modify your mortgage, lowering your monthly payment to make it more affordable. Contact us to determine if you qualify.

Depending on your circumstances, staying in your home may not be possible. In this case, a short sale or deed-in-lieu of foreclosure may be a better choice than foreclosure – see the table below for more information.

**If You Are Behind on Your Mortgage Payments**
We want to advise you of the seriousness of the delinquency and the importance of taking prompt action to resolve the default. Don't delay, as failure to take action may result in foreclosure proceedings being initiated on your mortgage.

| OPTIONS TO STAY IN YOUR HOME | OVERVIEW | BENEFIT |
|---|---|---|
| **Reinstatement** | Pay the total delinquent amount you owe, both in a lump sum payment and by a specific date, or pay less than the total amount owed followed by a forbearance plan as described below. | Allows you to avoid foreclosure by bringing your mortgage current if you can show you have funds that will become available at a specific date in the future. |
| **Repayment Plan** | Pay back your past-due payments together with your regular payments over an extended period of time. | Allows you time to catch up on late payments without having to come up with a lump sum. |
| **Forbearance Plan** | Make reduced mortgage payments or no mortgage payments for a specific period of time. | Gives you time to improve your financial situation and possibly qualify for a better option than would be available right now. |
| **Payment Deferral** | Delay repayment of two to six months of past-due principal and interest payments, and certain other amounts into a non-interest bearing balance, due and payable at the maturity of the Mortgage or earlier upon the sale or transfer of the property, refinance of the Mortgage, or payoff of the interest-bearing unpaid principal balance. | Allow you to bring your mortgage current by delaying repayment of past-due principal and interest and certain other amount without changing other terms of your mortgage. Interest is not charged on those amounts. |
| **Modification** | Receive modified mortgage terms to make it more affordable or manageable after successfully making payments during a "trial period" (e.g., completing a three-month trial period plan) that requires payment of the approximate amount of the modified payment. | Permanently modifies your mortgage so that your payments or terms are more manageable as a permanent solution to a long-term or permanent hardship. |
| **OPTIONS TO LEAVE YOUR HOME** | **OVERVIEW** | **BENEFIT** |
| **Traditional Sale (selling with equity)** | Proceeds from the sale are used to pay off the mortgage debt and any other debts secured by the property. | Keep the excess proceeds from the sale once all debts and closing costs are paid. Allows you to transition out of your home to avoid foreclosure. |
| **Short Sale** | Sell your home and pay off a portion of your mortgage balance when you owe more on the home than it is worth. | Allows you to transition out of your home without going through foreclosure. In some cases, relocation assistance may be available. |
| **Deed-in-Lieu of Foreclosure** | Transfer the ownership of your property to us. | Allows you to transition out of your home without going through foreclosure. In some cases, relocation assistance may be available. |

**We Want to Help**
Take action to gain peace of mind and control of your housing situation. Call us at 866-825-2174 and we'll talk about available options and help you understand the forms and documents we need from you to determine if you qualify for an option to avoid foreclosure.

## Frequently Asked Questions
## For Your Information Only - Do Not Return with Your Borrower Response Package

**1. Why did I receive this package?**
You received this package because we have not received one or more of your monthly mortgage payments and want to help you keep your home, if at all possible. We are sending this information to you now so that we can work with you to quickly resolve any temporary or long-term financial challenge you face with making all of your late mortgage payments.

**2. What if I don't want to stay in my home anymore?**
You may have good reasons for needing to leave your property, such as a job relocation, a divorce, financial hardship due to the death of a borrower, or some other reason preventing you from keeping your property. If you intend to transition out of your home, please indicate that you want to sell or vacate the property on page 1 of the attached Mortgage Assistance Application, and we may first evaluate you for a short sale or Mortgage Release (deed-in-lieu of foreclosure). Even if you are approved for one of those workout solutions, we may consider you for a mortgage loan modification.

**3. Will It cost money to get help?**
There should never be a fee from your servicer or qualified counselor to obtain assistance or information about foreclosure prevention options. However, foreclosure prevention has become a target for scam artists. Be wary of companies or individuals offering to help you for a fee, and never send a mortgage payment to any company other than the one listed on your monthly mortgage statement or one designated to receive your payments under a state assistance program.

**4. What is foreclosure?**
Foreclosure is the forfeiture of your home through a legal process where your mortgage company repossesses the property and you will have to move. This process may involve an eviction, you may remain liable for your first lien mortgage debt, and it may be as long as seven years before you are eligible for another loan.

**5. What happens once I have sent the Borrower Response Package to you?**
We will contact you within five business days of our receipt of your Borrower Response Package to confirm that we have received your package and will review it to determine whether it is complete. We will send you a notice of incompleteness in the event there is any missing information or documentation that you must still submit. We cannot guarantee that you will receive any (or a particular type of) assistance.

Within 30 days of receipt of a complete Borrower Response Package, we will let you know which foreclosure alternatives, if any, are available to you and will inform you of your next steps to accept our offer. However, if you submit your complete Borrower Response Package fewer than 37 days prior to a scheduled foreclosure sale date, we will strive to process your request as quickly as possible, but you may not receive a notice of incompleteness or a decision on your request prior to sale. **Please submit your Borrower Response Package as soon as possible.**

**6. What happens to my mortgage while you are evaluating my Borrower Response Package?**
You remain obligated to make all mortgage payments as they come due, even while we are evaluating the types of assistance that may be available.

**7. Will the foreclosure process begin if I do not respond to this letter?**
If you are delinquent on your mortgage payments and you do not respond to our notices, we may refer your loan to foreclosure in accordance with your mortgage loan documents and applicable law.

**8. Should I still contact you if I have waited too long and my property has been referred to an attorney for foreclosure?**
Yes, the sooner the better!

**FREQUENTLY ASKED QUESTIONS continued**

**9. What if my property is scheduled for a foreclosure sale in the future?**
If you submit a complete Borrower Response Package and the supporting documents it requires in fewer than 37 calendar days before a scheduled foreclosure sale, there is no guarantee we can evaluate you for a foreclosure alternative in time to stop the foreclosure sale. Even if we are able to approve you for a foreclosure alternative prior to a sale, a court with jurisdiction over the foreclosure proceeding (if any) or public official charged with carrying out the sale may not halt the scheduled sale.

**10. Will my property be sold at a foreclosure sale if I accept a foreclosure alternative?**
No. The property will not be sold at a foreclosure sale once you accept a foreclosure alternative, and comply with all requirements.

**11. Will my credit score be affected by my late payments or being in default?**
The delinquency status of your loan will be reported to credit reporting agencies as well as your entry into a repayment plan, forbearance plan, or trial period plan in accordance with the requirements of the Fair Credit Reporting Act and the Consumer Data Industry Association requirements.

**12. Will my credit score be affected if I accept a foreclosure prevention option?**
While the effect on your credit will depend on your individual credit history, credit scoring companies generally would consider entering into a plan with reduced payments as increasing your credit risk. As a result, entering into a plan with reduced payments may adversely affect your credit score, particularly if you are current on your mortgage or otherwise have a good credit score.

**13. Will my credit report be pulled during a loss mitigation evaluation?**
Yes. Shellpoint Mortgage Servicing will pull a credit report to verify information in the course of your evaluation for a foreclosure alternative. Shellpoint Mortgage Servicing will do this in the form of a “soft pull” or “soft inquiry”. This has no impact on your scores. Upon request, Shellpoint Mortgage Servicing will provide you with the name and address of the consumer reporting agency that furnished the report. Everyone should check their reports at least annually. It's part of good credit management and completely free from AnnualCreditReport.com.

**14. Is foreclosure prevention counseling available?**
Yes, HUD-approved counselors are available to provide you with the information and assistance you may need to avoid foreclosure. You can use the search tool at http://www.hud.gov/offices/hsg/sfh/hcc/fc/ to find a counselor near you or by calling 1(888)995-HOPE (4673).

**15. I have seen ads and flyers from companies offering to help me avoid foreclosure for a fee. Can these companies really help?**
Foreclosure prevention has become a target for scam artists. We suggest using the HUD website referenced in question 14 to locate a counselor near you. Also, please refer to the attached document called “Beware of Foreclosure Rescue Scams” for more information.

**16. What if I acquired an ownership interest in the property, such as through death, divorce, or legal separation?** You should contact us as soon as possible. We are here to help you adjust to these events and provide you with information on where to send the mortgage payments. Please contact us to obtain a list of documentation that is needed to confirm your identity and ownership interest in the property, and to discuss next steps.

## BEWARE OF FORECLOSURE RESCUE SCAMS - TIPS & WARNING SIGNS
## For Your Information Only - Do Not Return with Your Borrower Response Package

Scam artists have stolen millions of dollars from distressed homeowners by promising immediate relief from foreclosure, or demanding cash for counseling services when HUD-approved counseling agencies provide the same services for FREE. If you receive an offer, information or advice that sounds too good to be true, it probably is. Don't let them take advantage of you, your situation, your house or your money. **Remember, help is FREE.**

**How to Spot a Scam** - beware of a company or person who:

- ☐ Asks for a fee in advance to work with your lender to modify, refinance or reinstate your mortgage.
- ☐ Guarantees they can stop a foreclosure or get your loan modified.
- ☐ Advises you to stop paying your mortgage company and pay them instead.
- ☐ Pressures you to sign over the deed to your home or sign any paperwork that you haven't had a chance to read, and you don't fully understand.
- ☐ Claims to offer "government-approved" or "official government" loan modifications.
- ☐ Asks you to release personal financial information online or over the phone and you have not been working with this person and/or do not know them.

**How to Report a Scam** - do one of the following:

- ☐ Go to www.preventloanscams.org and fill out the Loan Modification Scam Prevention Network's (LMSPN) complaint form online and get more information on how to fight back. Note: you can also fill out this form and send to the fax number/e-mail/address (your choice!) on the back of the form.
- ☐ Call 1(888)995-HOPE (4673) and tell the counselor about your situation and that you believe you got scammed or know of a scam.

**Appendix A - Beware of Scams**

*The Loan Modification Scam Prevention Network is a national coalition of governmental and private organizations led by Fannie Mae, Freddie Mac, NeighborWorksAmerica™ and the Lawyers' Committee for Civil Rights Under Law*

Loan number : 0691968135

# Mortgage Assistance Application

If you are having mortgage payment challenges, please complete and submit this application, along with the required documentation, to Shellpoint Mortgage Servicing via mail: P.O. Box 10826 Greenville, SC 29603-0826, fax: 866-467-1187, or online: lossmitigation@shellpointmtg.com. We will contact you within five business days to acknowledge receipt and let you know if you need to send additional information or documents.

We will use the information you provide to help us identify the assistance you may be eligible to receive. If you need help completing this application, please contact Shellpoint Mortgage Servicing at 866-825-2174.

If you are experiencing a financial hardship you may be eligible for mortgage assistance from your state's housing finance agency or other state or local government agency.

For a list of HUD-approved housing counseling agencies that can provide foreclosure prevention information, contact one of the following federal government agencies:

- The U.S. Department of Housing and Urban Development (HUD) at (800) 569-4287 or www.hud.gov/counseling
- The Consumer Financial Protection Bureau (CFPB) at (855) 411-2372 or www.consumerfinance.gov/mortgagehelp

If you need assistance with translation or other language assistance, HUD-approved housing counseling agencies may be able to assist you. These services are provided without charge.

## Borrower Information

**Borrower's name:** ______________________________

Social Security Number (last 4 digits): ______________

E-mail address: ______________________________

Primary phone number: ______________________ ☐ Cell ☐ Home ☐ Work ☐ Other

Alternate phone number: ______________________ ☐ Cell ☐ Home ☐ Work ☐ Other

**Co-borrower's name:** ______________________________

Social Security Number (last 4 digits): ______________

E-mail address: ______________________________

Primary phone number: ______________________ ☐ Cell ☐ Home ☐ Work ☐ Other

Alternate phone number: ______________________ ☐ Cell ☐ Home ☐ Work ☐ Other

Preferred contact method (choose all that apply): ☐ Cell phone ☐ Home phone ☐ Work phone ☐ Email ☐ Text—checking this box indicates your consent for text messaging

Is either borrower on active duty with the military (including the National Guard and Reserves), the dependent of a borrower on active duty, or the surviving spouse of a member of the military who was on active duty at the time of death? ☐ Yes ☐ No

## Property Information

Property Address: ______________________________

Mailing address (if different from property address): ______________________________

- The property is currently: ☐ A primary residence ☐ A second home ☐ An investment property
- The property is (select all that apply): ☐ Owner occupied ☐ Renter occupied ☐ Vacant
- I want to: ☐ Keep the property ☐ Sell the property ☐ Transfer ownership of the property to my servicer ☐ Undecided

Is the property listed for sale? ☐ Yes ☐ No – If yes, provide the listing agent's name and phone number—or indicate "for sale by owner" if applicable: ______________________________

Is the property subject to condominium or homeowners' association (HOA) fees ☐ Yes ☐ No – If yes, indicate monthly dues: $__________

Loan number : 0691968135

## Hardship Information

The hardship causing mortgage payment challenges began on approximately (date) ________________ and is believed to be:

☐ Short-term (up to 6 months)

☐ Long-term or permanent (greater than 6 months)

☐ Resolved as of (date) ____________________

| TYPE OF HARDSHIP (CHECK ALL THAT APPLY) | REQUIRED HARDSHIP DOCUMENTATION |
|---|---|
| ☐ Unemployment | ▪ Not required |
| ☐ Reduction in income: a hardship that has caused a decrease in your income due to circumstances outside your control (e.g., elimination of overtime, reduction in regular working hours, a reduction in base pay) | ▪ Not required |
| ☐ Increase in housing-related expenses: a hardship that has caused an increase in your housing expenses due to circumstances outside your control (e.g., uninsured losses, increased property taxes, HOA special assessment) | ▪ Not required |
| ☐ Disaster (natural or man-made) impacting the property or borrower's place of employment | ▪ Not required |
| ☐ Long-term or permanent disability, or serious illness of a borrower/co-borrower or dependent family member | ▪ Written statement from the borrower, or other documentation verifying disability or illness<br>**Note:** Detailed medical information is not required, and information from a medical provider is not required |
| ☐ Divorce or legal separation | ▪ Final divorce decree or final separation agreement **OR**<br>▪ Recorded quitclaim deed |
| ☐ Separation of borrowers unrelated by marriage, civil union, or similar domestic partnership under applicable law | ▪ Recorded quitclaim deed **OR**<br>▪ Legally binding agreement evidencing that the non-occupying borrower or co-borrower has relinquished all rights to the property |
| ☐ Death of borrower or death of either the primary or secondary wage earner | ▪ Death certificate **OR**<br>▪ Obituary or newspaper article reporting the death |
| ☐ Distant employment transfer/relocation | ▪ **For active duty service members:** Permanent Change of Station (PCS) orders or letter showing transfer.<br>▪ **For employment transfers/new employment:** Copy of signed offer letter or notice from employer showing transfer to a new location or written explanation if employer documentation not applicable, **AND**<br>▪ Documentation that reflects the amount of any relocation assistance provided (not required for those with PCS orders) |
| ☐ Other – hardship that is not covered above:<br>____________________<br>____________________<br>____________________<br>____________________<br>____________________ | ▪ Written explanation describing the details of the hardship and any relevant documentation |

Loan number : 0691968135

## Borrower Income

Please enter all borrower income amounts in middle column.

| MONTHLY TOTAL BORROWER INCOME TYPE & AMOUNT | | REQUIRED INCOME DOCUMENTATION |
|---|---|---|
| Gross (pre-tax) wages, salaries and overtime pay, commissions, tips, and bonuses | $ | ▪ Most recent pay stub and documentation of year-to-date earnings if not on pay stub **OR**<br>▪ Two most recent bank statements showing income deposit amounts |
| Self-employment income | $ | ▪ Two most recent bank statements showing self-employed income deposit amounts **OR**<br>▪ Most recent signed and dated quarterly or year-to-date profit/loss statement **OR**<br>▪ Most recent complete and signed business tax return **OR**<br>▪ Most recent complete and signed individual federal income tax return |
| Unemployment benefit income | $ | ▪ No documentation required |
| Taxable Social Security, pension, disability, death benefits, adoption assistance, housing allowance, and other public assistance | $ | ▪ Two most recent bank statements showing deposit amounts **OR**<br>▪ Award letters or other documentation showing the amount and frequency of the benefits |
| Non-taxable Social Security or disability income | $ | ▪ Two most recent bank statements showing deposit amounts **OR**<br>▪ Award letters or other documentation showing the amount and frequency of the benefits |
| Rental income (rents received, less expenses other than mortgage expense) | $ | ▪ Two most recent bank statements demonstrating receipt of rent **OR**<br>▪ Two most recent deposited rent checks |
| Investment or insurance income | $ | ▪ Two most recent investment statements **OR**<br>▪ Two most recent bank statements supporting receipt of the income |
| Other types of income not listed above (Note: Only include alimony, child support, or separate maintenance income if you choose to have it considered for repaying this loan) | $ | ▪ Two most recent bank statements showing receipt of income **OR**<br>▪ Other documentation showing the amount and frequency of the income |

## Current Borrower Assets

Exclude retirement funds such as a 401(k) or Individual Retirement Account (IRA), and college savings accounts such as a 529 plan.

| | |
|---|---|
| Checking account(s) and cash on hand | $ |
| Savings, money market funds, and Certificates of Deposit (CDs) | $ |
| Stocks and bonds (non-retirement accounts) | $ |
| Other: | $ |

Loan number : 0691968135

## Borrower Certification and Agreement

1. I certify and acknowledge that all of the information in this Mortgage Assistance Application is truthful, and the hardship I identified contributed to my need for mortgage relief. Knowingly submitting false information may violate Federal and other applicable law.
2. I agree to provide my servicer with all required documents, including any additional supporting documentation as requested, and will respond in a timely manner to all servicer or authorized third party* communications.
3. I acknowledge and agree that my servicer is not obligated to offer me assistance based solely on the representations in this document or other documentation submitted in connection with my request.
4. I consent to the servicer or authorized third party* obtaining a current credit report for the borrower and co-borrower.
5. I consent to the disclosure by my servicer, authorized third party,* or any investor/guarantor of my mortgage loan(s), of any personal information collected during the mortgage assistance process and of any information about any relief I receive, to any third party that deals with my first lien or subordinate lien (if applicable) mortgage loan(s), including Fannie Mae, Freddie Mac, or any investor, insurer, guarantor, or servicer of my mortgage loan(s) or any companies that provide support services to them, for purposes permitted by applicable law, including but not limited to providing mortgage assistance, verifying any data or information contained in this application, and performing audit and quality control reviews. Personal information may include, but is not limited to: (a) my name, address, telephone number, (b) my Social Security number, (c) my credit score, (d) my income, (e) my payment history and information about my account balances and activity, and (f) my tax return and the information contained therein.
6. I agree that the terms of this borrower certification and agreement will apply to any modification trial period plan, repayment plan, or forbearance plan that I may be offered based on this application. If I receive an offer for a modification trial period plan or repayment plan, I agree that my first timely payment under the plan will serve as acceptance of the plan.
7. I consent to being contacted concerning this application for mortgage assistance at any telephone number, including mobile telephone number, or email address I have provided to the lender, servicer, or authorized third party.*

   * An authorized third party may include, but is not limited to, a housing counseling agency, Housing Finance Agency (HFA) or other similar entity that is assisting me in obtaining a foreclosure prevention alternative.

Borrower signature: ______________________________ Date: ______________

Co-Borrower signature: ______________________________ Date: ______________

**Please submit your completed application, together with the required documentation, to Shellpoint Mortgage Servicing via mail: P.O. Box 10826 Greenville, SC 29603-0826, fax: 866-467-1187, or online: lossmitigation@shellpointmtg.com. We will contact you within five business days to acknowledge receipt and let you know if you need to send additional information or documents.**

**We will use the information you provided to help us identify the assistance you may be eligible to receive.**

shellpoint®

# Homeowner Financial Worksheet

**Daniel Giordano**

**Loan Number: 0691968135**

| | MONTHLY PAYMENT | BALANCE | NAME OF CREDITOR |
|---|---|---|---|
| Home Mortgage | | | |
| 2nd Home Mortgage | | | |
| Auto Loan | | | |
| Auto Loan | | | |
| Creditor | | | |
| Creditor | | | |
| Creditor | | | |
| Creditor | | | |
| Creditor | | | |
| Creditor | | | |
| Creditor | | | |
| Student Loan | | | |
| Alimony / Support | | | |
| Child Care | | | |
| IRS | | | |
| Chapter 13 | | | |
| Electricity | | | |
| Heating Fuel | | | Oil or Natural Gas |
| Water & Sewer | | | |
| Telephone | | | |
| Cable TV | | | |
| Auto Insurance | | | |
| Health Insurance | | | Paid directly (not by employer) |
| Life Insurance | | | Paid directly (not by employer) |
| Medical/Dental Expenses | | | |
| Homeowner's Insurance | | | Only list here if not in Mortgage |
| Real Estate Tax | | | Only list here if not in Mortgage |
| Personal Property Tax | | | |
| Groceries | | | |
| School Lunches | | | |
| Transportation, Parking, Tolls | | | |
| Clothing | | | |
| Dry Cleaning/Laundry | | | |
| Cell Phone | | | |
| Internet Service | | | |
| Homeowner's Association Dues | | | |
| Recreation / Spending Money | | | |
| Charitable Donations | | | |
| Other Expenses | | | |
| TOTAL MONTHLY EXPENSES | | | |



PMOV8100I00418 I009469 S-SFRECS20 L-1031 A-0691968135

HELP FOR AMERICA'S HOMEOWNERS. MAKING HOME AFFORDABLE

# Dodd-Frank Certification

The following information is requested by the federal government in accordance with the Dodd-Frank Wall Street Reform and Consumer Protection Act (Pub. L. 111-203). **You are required to furnish this information.** The law provides that no person shall be eligible to begin receiving assistance from the Making Home Affordable Program, authorized under the Emergency Economic Stabilization Act of 2008 (12 U.S.C. 5201 et seq.), or any other mortgage assistance program authorized or funded by that Act, if such person, in connection with a mortgage or real estate transaction, has been convicted, within the last 10 years, of any one of the following: (A) felony larceny, theft, fraud, or forgery, (B) money laundering or (C) tax evasion.

I/we certify under penalty of perjury that I/we have not been convicted within the last 10 years of any one of the following in connection with a mortgage or real estate transaction:

(a) felony larceny, theft, fraud, or forgery,
(b) money laundering or
(c) tax evasion.

I/we understand that the servicer, the U.S. Department of the Treasury, or their agents may investigate the accuracy of my statements by performing routine background checks, including automated searches of federal, state and county databases, to confirm that I/we have not been convicted of such crimes. I/we also understand that knowingly submitting false information may violate Federal law.

This Certificate is effective on the earlier of the date listed below or the date received by your servicer.

| Borrower Signature | Social Security Number | Date of Birth | Date |
|---|---|---|---|
| Co-Borrower Signature | Social Security Number | Date of Birth | Date |

**How to Complete IRS Form 4506-C**

Please refer to this checklist as you complete the IRS Form 4506C (Request for Transcript of Tax Return)

- Enter the borrower's name on line 1a.
- Enter the borrower's Social Security number on line 1b.
- Enter the Spouse's name on line 2a if a joint tax return was filed.
- Enter the spouse's Social Security number on line 2b if a joint tax return was filed.
- Enter the borrower's current name and address on line 3.
- Enter the borrower's previous address as listed on the last tax return filed on line 4 if different from the address entered on line 3.
- Enter the following information on line 5:

  Shellpoint Mortgage Servicing
  C/O CoreLogic, 4 First American Way, Santa Ana, CA 92707
  866.418.4596 Participant # 300429 Mailbox ID: CoreLogic

- Enter 1040 on line 6 and check off the box for 6a.
- Enter the ending date of the year for the two most recent tax years filed, using the mm/dd/yyyy format, on line 8.
- Please read the signature disclosure and check the signatory attest box that is located above the signature line.
- Sign, date and enter a telephone number on the first signature line for the borrower.
- Skip the title line unless a/an corporation, partnership, estate, or trust.
- Spouse should sign and date on the second signature line if a joint tax return was filed.

Please note that this document will not be accepted by the IRS if there are alterations such as strikethrough, white outs initials, etc.

The IRS Form 4506-C may also be found online at http://www.irs.gov by entering "4506C" into the search box.

Form **4506-C** (October 2022)

Department of the Treasury - Internal Revenue Service

# IVES Request for Transcript of Tax Return

OMB Number 1545-1872

**Do not sign this form unless all applicable lines have been completed.**
**Request may be rejected if the form is incomplete or illegible.**
**For more information about Form 4506-C, visit *www.irs.gov* and search IVES.**

**1a.** Current name
i. First name | ii. Middle initial | iii. Last name/BMF company name

**2a.** Spouse's current name *(if joint return and transcripts are requested for both taxpayers)*
i. Spouse's first name | ii. Middle initial | iii. Spouse's last name

**1b.** First taxpayer identification number *(see instructions)*

**2b.** Spouse's taxpayer identification number *(if joint return and transcripts are requested for both taxpayers)*

**1c.** Previous name shown on the last return filed if different from line 1a
i. First name | ii. Middle initial | iii. Last name

**2c.** Spouse's previous name shown on he last return filed if different from line 2a
i. First name | ii. Middle initial | iii. Last name

**3.** Current address *(including apt., room, or suite no ),* city, state, and ZIP code *(see instructions)*
**a.** Street address *(including apt., room, or suite no )* | **b.** City | **c.** State | **d.** ZIP code

**4.** Previous address shown on the last return filed if different from line 3 *(see instructions)*
**a.** Street address *(including apt., room, or suite no )* | **b.** City | **c.** State | **d.** ZIP code

**5a.** IVES participant name, ID number, SOR mailbox ID, and address
i. IVES participant name | ii. IVES participant ID number | iii. SOR mailbox ID
iv. Street address *(including apt., room, or suite no )* | v. City | vi. State | vii. ZIP code

**5b.** Customer file number *(if applicable) (see instructions)*

**5c.** Unique identifier *(if applicable) (see instructions)*

**5d.** Client name, telephone number, and address *(this field cannot be blank or not applicable (NA))*
i. Client name | ii. Telephone number
iii. Street address *(including apt., room, or suite no )* | iv. City | v. State | vi. ZIP code

**Caution:** This tax transcript is being sent to the third party entered on Line 5a and/or 5d. Ensure that lines 5 through 8 are completed before signing. *(see instructions)*

**6. Transcript requested.** Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request for line 6 transcripts

**a.** Return Transcript ☐ **b.** Account Transcript ☐ **c.** Record of Account ☐

**7. Wage and Income transcript** *(W-2, 1098-E, 1099-G, etc )* ☐

a. Enter a max of three form numbers here; if no entry is made, all forms will be sent.

b. Mark the checkbox for taxpayer(s) reques ing the wage and income transcripts. If no box is checked, transcripts will be provided for all listed taxpayers
Line 1a ☐ Line 2a ☐

8. Year or period requested. Enter the ending date of the tax year or period using the mm dd yyyy format *(see instructions)*

/ / / / / / / /

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or, if applicable, line 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, at least one spouse must sign; however, if both spouses' names and TINs are listed in lines 1a-1b and 2a-2b, both spouses must sign the request. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-C on behalf of the taxpayer. **Note:** This form must be received by IRS within 120 days of the signature date.

☐ **Signatory attests that he/she has read the above attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506-C. See instructions.**

**Sign Here**

**Signature for Line 1a** *(see instructions)* | Date | Phone number of taxpayer on line 1a or 2a

☐ Form 4506-C was signed by an Authorized Representative ☐ Signatory confirms document was electronically signed

**Print/Type name**

**Title** *(if line 1a above is a corporation, partnership, estate, or trust)*

**Spouse's signature** *(required if listed on Line 2a)* | Date

☐ Form 4506-C was signed by an Authorized Representative ☐ Signatory confirms document was electronically signed

**Print/Type name**

# Instructions for Form 4506-C, IVES Request for Transcript of Tax Return

Section references are to the Internal Revenue Code unless otherwise noted.

## Future Developments

For the latest information about Form 4506-C and its instructions, go to *www.irs.gov* and search IVES. Information about any recent developments affecting Form 4506-C (such as legislation enacted after we released it) will be posted on that page.

**What's New.** Form 4506-C includes the Client company requesting transcripts and increased the number of Wage and Income transcripts requests.

## General Instructions

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Designated Recipient Notification.** Section 6103(c) limits disclosure and use of return information received pursuant to the taxpayer's consent and holds the recipient subject to penalties for any unauthorized access, other use, or redisclosure without the taxpayer's express permission or request.

**Taxpayer Notification.** Section 6103(c) limits disclosure and use of return information provided pursuant to your consent and holds the recipient subject to penalties, brought by private right of action, for any unauthorized access, other use, or redisclosure without your express permission or request.

**Purpose of form.** Use Form 4506-C to request tax return information through an authorized IVES participant. You will designate an IVES participant to receive the information on line 5a.

**Note:** If you are unsure of which type of transcript you need, check with the party requesting your tax information.

**Where to file.** The IVES par icipant will fax Form 4506-C with the approved IVES cover sheet to their assigned Service Center.

## Chart for ordering transcripts

| If your assigned Service Center is: | Fax the requests with the approved coversheet to: |
|---|---|
| Austin Submission Processing Center | Austin IVES Team 844-249-6238 |
| Kansas City Submission Processing Center | Kansas City IVES Team 844-249-8128 |
| Ogden Submission Processing Center | Ogden IVES Team 844-249-8129 |

## Specific Instructions

**Line 1a/2a** *(if spouse is also requested)*. For IMF Requests: Enter the First, Middle Intial, and Last Name in the indicated fields. If all characters will not fit, please enter up to 12 for First name and 22 for Last name. For BMF Requests: Enter the company name in the Last Name field. If all characters will not fit, please enter up to 22.

**Line 1b/2b** *(if spouse is also requested)*. Enter the social security number (SSN) or individual taxpayer identification number (ITIN) for the individual listed on line 1a including the dashes in the correct format, or enter the employer identification number (EIN) for he business listed on line 1a including the dashes in the correct format.

**Line 1c/2c** *(if spouse is also requested)*. Enter your previous name as shown on your last filed tax return if different than line 1a.

**Line 3.** Enter your current address in the indicated fields. If you use a P.O. Box, include it and the number in the Current Address field.

**Line 4.** Enter the address shown on the last return filed if different from the address entered on line 3.

**Note:** If the addresses on lines 3 and 4 are different and you have not changed your address with the IRS, file Form 8822, Change of Address, or Form 8822-B, Change of Address or Responsible Party — Business, with Form 4506-C.

**Line 5b.** Enter up to 10 numeric characters to create a unique customer file number that will appear on the transcript. The customer file number cannot contain an SSN, ITIN or EIN. Completion of this line is not required.

**Line 5c.** Enter up to 10 alpha-numeric characters to create a unique identifier that will show in he mailbox file information. The unique identifier cannot contain an SSN, ITIN or EIN. Completion of this line is not required.

**Note.** If you use an SSN, we will not input the information and the customer file number or unique identifier will reflect a generic entry of "9999999999".

**Line 5d.** Enter the Client company name, address, and phone number in the indicated fields. A Client company receives the requested tax transcripts from the IVES participant. If the IVES participant is also the Client company, the IVES participant information should be entered on Line 5a and 5d. These fields cannot be blank or Not Applicable (NA).

**Line 6.** Enter only one tax form number (1040, 1065, 1120, etc.) per request for all line 6 transcripts request types.

**Line 6a.** Return Transcript includes most of he line items of a tax return as filed with the IRS. A tax return transcript does not reflect changes made to the account after he return is processed. Transcripts are only available for the following returns: Form 1040 series, Form 1065, Form 1120, Form 1120-H, Form 1120-L, and Form 1120-S. Return transcripts are available for the current year and returns processed during the prior 3 processing years.

**Line 6b.** Account Transcript contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns.

**Line 6c.** Record of Account provides the most detailed information as it is a combination of the Return Transcript and the Account Transcript. Available for current year and 3 prior tax years.

**Line 7.** The IRS can provide a transcript that includes data from hese information returns: Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript. Enter up to three information return types. If no specific type is requested, all forms will be provided. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, Form W-2 information for 2016, filed in 2017, will likely not be available from he IRS until 2018. If you need Form W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213.

**Line 8.** Enter the end date of the tax year or period requested in mm dd yyyy format. This may be a calendar year, fiscal year or quarter. Enter each quarter requested for quarterly returns. Example: Enter 12 31 2018 for a calendar year 2018 Form 1040 transcript.

**CAUTION** *You must check the box in the signature area to acknowledge you have the authority to sign and request the information. The form will not be processed if unchecked.*

**Signature and date.** Form 4506-C must be signed and dated by the taxpayer listed on line 1a and, if listed, 2a. The IRS must receive Form 4506-C within 120 days of the date signed by the taxpayer or it will be rejected. Ensure that all applicable lines, including lines 5a through 8, are completed before signing.

**Authorized Representative:** A representative can sign Form 4506-C for a taxpayer if the taxpayer has specifically delegated this authority to the representative on Form 2848, line 5a, and Form 2848 is attached to the Form 4506-C request. If you are Heir at Law, Next of Kin, or Beneficiary, you must be able to establish a material interest in the estate or trust. If Form 4506-C is signed by a representative, the Authorized Representative check box must be marked.

**Electronic Signature:** Only IVES participants that opt in to the Electronic Signature usage can accept electronic signatures. Contact the IVES participant for approval and guidance for electronic signatures. If the Form 4506-C is signed electronically, the Electronic Signature check box must be marked.

**Individuals.** Transcripts listed on line 6 may be furnished to either spouse if jointly filed. Signatures are required for all taxpayers listed on Line 1a and 2a.

**Corporations.** Generally, Form 4506-C can be signed by:

(1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer. A bona fide shareholder of record owning 1 percent or more of the outstanding stock of the corporation may submit a Form 4506-C but must provide documentation to support the requester's right to receive the information.

**Partnerships.** Generally, Form 4506-C can be signed by any person who was a member of the partnership during any part of the tax period requested on line 8.

**All others.** See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Documentation.** For entities other than individuals, you must attach he authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the letters testamentary authorizing an individual to act for an estate.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested tax information under the Internal Revenue Code. We need this information to properly identify the tax information and respond to your request. You are not required to request any transcript; if you do request a transcript, sections 6103 and 6109 and their regulations require you to provide this information, including your SSN or EIN. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506-C will vary depending on individual circumstances. The estimated average time is:

**Learning about the law or the form** . . . . . . 10 min.
**Preparing the form** . . . . . . . . . . . . . . . 12 min.
**Copying, assembling, and sending the form to the IRS** . . . . . . . . . . . . . . . 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506-C simpler, we would be happy to hear from you. You can write to:

Internal Revenue Service
Tax Forms and Publications Division
1111 Constitution Ave. NW, IR-6526
Washington, DC 20224

Do not send the form to this address. Instead, see Where to file on this page.

shellpoint®

| **Property Taxes and Homeowners Insurance**<br>Please indicate if you have any past due property taxes and/or homeowners insurance | | |
|---|---|---|
| ☐ | Tax | Amount Past Due:<br><br>Tax agency name: |
| ☐ | Insurance | Amount Past Due:<br><br>Company name: |

# Hardship Letter

Please use this page to explain the hardship listed on your application for loss mitigation assistance.

Daniel Giordano

Date

Loan Number: 0691968135

# Letter of Explanation

Use this page to provide additional details or explanation regarding special circumstances, such as deposits on bank statements*, tax return information, or employment, if applicable.

*If there are deposits in any of your bank accounts of $1000 or more, use this form to explain the source of the deposit and expected future frequency (this is not applicable to deposits from W-2 wage earnings, Social Security or Pension/Retirement).

Daniel Giordano

Date

Loan Number: 0691968135

# Monthly Profit & Loss Statement

***(Must cover the most recent full 3-month period)***

**For the Period:** ________________ through ________________ (Format: MM/DD/YYYY)

**Name of Business:** ____________________________________________

**Percentage of Ownership:** ______________________________

**Income:**

1. **Your Business Income** $________________
2. **Cost of Goods Sold (if applicable):** $________________
3. **Total Income:** $________________

**Business Expenses:**

4. Salary/Payroll: $________________
5. Advertising/Marketing: $________________
6. Credit/Card/Debit Card Fees: $________________
7. Equipment Rental/Lease: $________________
8. Insurance Expense: $________________
9. Licenses/Permits: $________________
10. Office Supplies Expense: $________________
11. Postage & Delivery: $________________
12. Rent Office/Storage Space, etc.: $________________
13. Supplies/Materials Expense: $________________
14. Travel/Entertainment: $________________
15. Utilities Expense: $________________
16. Vehicle Expense: $________________

**Other Business Expenses (not listed above):**

17. $________________
18. $________________
19. $________________

**Total Operating Expenses:**
*(Add Lines 4-19 = 20)*

20. $________________

**Profit or (Loss) from business:**
*(Line 3 (Total income) minus line 20 = 21)*

21. $________________

Owner Signature: ______________________________

Date: ______________________________

Loan Number: 0691968135

**shellpoint**®

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED

S-SFRECS20 L-1038 R-101
PNKPO400200021 - 855531827 I00240
DANIEL GIORDANO
2128 BELLCREST CT
ROYAL PALM BEACH FL 33411-6115

| CONTACT INFORMATION | |
|---|---|
| **Correspondence:** | P.O. Box 10826<br>Greenville, SC 29603-0826 |
| **Business Hours:** | **Monday - Friday:** 8:00AM-9:00PM |
| **Phone Number:** | 800-365-7107 |
| **Fax:** | 866-467-1187 |
| **Website:** | www.shellpointmtg.com |

06/05/2026

Loan Number: 0691968135
Property Address: 2128 BELLCREST CT
ROYAL PALM BEACH, FL 33411

Dear Homeowner,

We have received your request for a loss mitigation workout. However, because you have not provided all the documentation previously requested, your response package is considered incomplete. If we do not receive the required documents by **07/05/2026**, we may conclude that you have withdrawn your request for a loss mitigation program and may resume other means to collect any amounts due on your account. To proceed with your request for a workout, you must provide us with the documents marked with an "X" for you and any other person or entity, such as additional borrowers or non-borrowers, whose income will be used in the evaluation process. **Please note that we cannot guarantee an evaluation of your loan if the required documents are received within 37 days of a scheduled foreclosure sale date, if applicable.**

The evaluation process will begin when we receive all required documentation. During the evaluation process, your property will not be referred to foreclosure or be sold at a foreclosure sale if the foreclosure process has already been initiated. However, we may be unable to stop a sale in certain situations such as when a court with jurisdiction over the foreclosure proceeding (if any) or public official charged with carrying out the activity fails/refuses to halt a scheduled foreclosure sale or if your complete package is received within close proximity to the scheduled sale date.

It may take up to 30 days for us to review your request after all required documentation has been received. All documents must be no older than 90 days at the time the complete package is received.

**Please continue to make your monthly payments according to your loan agreement. If you are currently on an active forbearance plan, please continue following the terms of your forbearance plan agreement.**

Upon completion of the evaluation process, we will notify you of the results in writing. If you are approved for a loss mitigation program, we will notify you of the length of time you have to consider the offer before accepting. In most cases, this is between 14 and 30 days.

Should your loan not qualify for a particular loss mitigation program that you have applied for, we will review your loan for other possible workout options. If home retention options are not a possibility, you will be reviewed for additional foreclosure alternatives such as a short sale or deed-in-lieu of foreclosure. The timeline of a short sale or deed-in-lieu can vary between 30 and 120 days after the receipt of all required documentation based on the current investor. If approved for a short sale, we reserve the right to pursue a deficiency payment if such deficiency claim is permitted by applicable law. If approved for a deed-in-lieu, you and all other occupants must vacate your Property and provide clear and marketable title with a general warranty deed or local equivalent. Third party approval(s) may be required for us to evaluate and offer you a loss mitigation workout option.

You should consider contacting servicers of any other mortgage loans secured by the same property to discuss available loss mitigation options.

If you believe you have provided the requested documentation, please call us at 800-365-7107 as the received documentation may have been incomplete, needs further clarification, or was not received for all borrowers/contributors.

- ☒ Completed and signed Mortgage Assistance Application (ensure all pages are returned)
- ☒ Signed and dated IRS Form 4506-C (Request for Transcript of Tax Return), including social security numbers for all borrowers/contributors and all boxes complete
- ☒ Signed copy of your most recently filed **business** federal income tax return including all schedules and forms for all borrowers/contributors
- ☒ Copy of your **most recent** bank statement including all pages of all borrowers'/contributors' accounts (must be dated less than 90 days old at the time the complete package is received)

- ☒ Signed copy of Dodd-Frank Certification Form (must be dated less than 90 days old at the time the complete package is received and signed by all borrowers).

For each borrower/contributor who receives a salary or hourly wages:

- ☒ Copy of your **most recent** pay stub(s) showing year-to-date earnings for all jobs (must be dated less than 90 days old at the time the complete package is received).

For each borrower/contributor who is self-employed:

- ☒ Copy of the most recent quarterly or year-to-date profit/loss statement for all businesses
- ☒ Form 1099 from the most recent prior year (Contract Employee)

In addition to the documents listed above, if you are pursuing a short sale, we ask that you also send in the following documentation:

- ☒ Copy of Settlement Statement/HUD-1
- ☒ Copy of the Listing Agreement
- ☒ Copy of the MLS Listing
- ☒ Buyer's Proof of Funds
- ☒ Copy of the Purchase Contract

HUD-approved counselors are available to provide you with the information and assistance you may need to avoid foreclosure. You can use the search tool at https://www.hud.gov/stat/sfh/housing-counseling or call 1-800-569-4287 (TTY: 202-708-1455) to find a counseling agency in your area that can offer free foreclosure prevention services. Additionally, the Homeowner's HOPE™ Hotline offers free HUD-certified counseling services and is available 24/7 in English and Spanish. Other languages are available by appointment. Certified counselors can be reached by calling 888-995-HOPE ™ (4673) or 877-304-9709 with TTY device.

Please mail the required documentation to the address below using the enclosed postage-paid envelope. If we do not receive this information by **07/05/2026**, we will close your request for assistance.

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826

You may fax the information to 866-467-1187 to expedite this process.

If foreclosure action has begun, it will continue until the loan's delinquency is brought current, you qualify for and complete a loan modification or other applicable workout option, or the loan is paid in full.

Please do not delay returning the required information, as all paperwork must be submitted before a workout option may be considered. Thank you in advance for your prompt attention to this matter.

*We may order an appraisal to determine the property's value and charge you for this appraisal. We will promptly give you a copy of any appraisal, even if you are not approved for Loss Mitigation. You can pay for an additional appraisal for your own use at your own cost.*

**Questions**

For future communications regarding the status of your loan or your application for loss mitigation, you can visit our Borrower Web Portal at www.shellpointmtg.com to apply for assistance, upload application documents, or contact us through our Secure Message Center. You can also reach our Single Point of Contact ("SPOC") department by phone at 800-365-7107. Documents can also be faxed to us at 866-467-1187. Please reference your loan number when contacting us regarding this request.

**¿Hablas español?** Esta carta contiene información importante sobre su préstamo hipotecario. Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan español al numero **800-365-7107**.

Sincerely,

Loss Mitigation Department

Shellpoint Mortgage Servicing

Enclosure(s): Postage-paid envelope
Mortgage Assistance Application
Homeowner Financial Worksheet
Dodd-Frank Certification Form
Form 4506-C

**Please read the following important notices as they may affect your rights.**

Newrez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Newrez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code.

**Attention Servicemembers and Dependents: The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.**

**Notice of Error or Information Request Address:** You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us. Additionally, if you believe we have furnished inaccurate information to credit reporting agencies, please write to us with specific details regarding those errors and any supporting documentation that you have and we will assist you. Error Resolution, including concerns of inaccurate information sent to credit reporting agencies, or requests for information should be sent to the following address: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

**Our system of record has your preferred language as English.**

**If you prefer to receive communication in a language other than English, please contact us at 800-365-7107 to speak with a translator in your preferred language about the servicing of your loan or a document you received.**

**Si prefiere recibir las comunicaciones en otro idioma que no sea el inglés, por favor, contáctenos en el 800-365-7107 para hablar con un traductor en el idioma de su preferencia sobre la gestión de su préstamo o cualquier documento que haya recibido.**

**如果您要使用英语以外的其他语言进行交流，请致电 800-365-7107，我们将根据您首选的语言安排相应的译员，与您就贷款服务事项或您所接收的文件进行商讨。**

Please note that we operate as Newrez Mortgage LLC dba Shellpoint Mortgage Servicing in Arkansas and Texas.

Loan number : 0691968135

# Mortgage Assistance Application

If you are having mortgage payment challenges, please complete and submit this application, along with the required documentation, to Shellpoint Mortgage Servicing via mail: P.O. Box 10826 Greenville, SC 29603-0826, fax: 866-467-1187, or online: lossmitigation@shellpointmtg.com. We will contact you within five business days to acknowledge receipt and let you know if you need to send additional information or documents.

We will use the information you provide to help us identify the assistance you may be eligible to receive. If you need help completing this application, please contact Shellpoint Mortgage Servicing at 800-365-7107.

If you are experiencing a financial hardship you may be eligible for mortgage assistance from your state's housing finance agency or other state or local government agency.

For a list of HUD-approved housing counseling agencies that can provide foreclosure prevention information, contact one of the following federal government agencies:

- The U.S. Department of Housing and Urban Development (HUD) at (800) 569-4287 or www.hud.gov/counseling
- The Consumer Financial Protection Bureau (CFPB) at (855) 411-2372 or www.consumerfinance.gov/mortgagehelp

If you need assistance with translation or other language assistance, HUD-approved housing counseling agencies may be able to assist you. These services are provided without charge.

## Borrower Information

**Borrower's name:** ______________________________

Social Security Number (last 4 digits): ____________

E-mail address: ______________________________

Primary phone number: ______________________ ☐ Cell ☐ Home ☐ Work ☐ Other

Alternate phone number: ______________________ ☐ Cell ☐ Home ☐ Work ☐ Other

**Co-borrower's name:** ______________________________

Social Security Number (last 4 digits): ____________

E-mail address: ______________________________

Primary phone number: ______________________ ☐ Cell ☐ Home ☐ Work ☐ Other

Alternate phone number: ______________________ ☐ Cell ☐ Home ☐ Work ☐ Other

Preferred contact method (choose all that apply): ☐ Cell phone ☐ Home phone ☐ Work phone ☐ Email ☐ Text—checking this box indicates your consent for text messaging

Is either borrower on active duty with the military (including the National Guard and Reserves), the dependent of a borrower on active duty, or the surviving spouse of a member of the military who was on active duty at the time of death? ☐ Yes ☐ No

## Property Information

Property Address: ______________________________

Mailing address (if different from property address): ______________________________

- The property is currently: ☐ A primary residence ☐ A second home ☐ An investment property
- The property is (select all that apply): ☐ Owner occupied ☐ Renter occupied ☐ Vacant
- I want to: ☐ Keep the property ☐ Sell the property ☐ Transfer ownership of the property to my servicer ☐ Undecided

Is the property listed for sale? ☐ Yes ☐ No – If yes, provide the listing agent's name and phone number—or indicate "for sale by owner" if applicable: ______________________________

Is the property subject to condominium or homeowners' association (HOA) fees ☐ Yes ☐ No – If yes, indicate monthly dues: $__________

Loan number : 0691968135

## Hardship Information

The hardship causing mortgage payment challenges began on approximately (date) ________________ and is believed to be:

☐ Short-term (up to 6 months)

☐ Long-term or permanent (greater than 6 months)

☐ Resolved as of (date) ______________________

| TYPE OF HARDSHIP (CHECK ALL THAT APPLY) | REQUIRED HARDSHIP DOCUMENTATION |
|---|---|
| ☐ Unemployment | ▪ Not required |
| ☐ Reduction in income: a hardship that has caused a decrease in your income due to circumstances outside your control (e.g., elimination of overtime, reduction in regular working hours, a reduction in base pay) | ▪ Not required |
| ☐ Increase in housing-related expenses: a hardship that has caused an increase in your housing expenses due to circumstances outside your control (e.g., uninsured losses, increased property taxes, HOA special assessment) | ▪ Not required |
| ☐ Disaster (natural or man-made) impacting the property or borrower's place of employment | ▪ Not required |
| ☐ Long-term or permanent disability, or serious illness of a borrower/co-borrower or dependent family member | ▪ Written statement from the borrower, or other documentation verifying disability or illness<br>**Note:** Detailed medical information is not required, and information from a medical provider is not required |
| ☐ Divorce or legal separation | ▪ Final divorce decree or final separation agreement **OR**<br>▪ Recorded quitclaim deed |
| ☐ Separation of borrowers unrelated by marriage, civil union, or similar domestic partnership under applicable law | ▪ Recorded quitclaim deed **OR**<br>▪ Legally binding agreement evidencing that the non-occupying borrower or co-borrower has relinquished all rights to the property |
| ☐ Death of borrower or death of either the primary or secondary wage earner | ▪ Death certificate **OR**<br>▪ Obituary or newspaper article reporting the death |
| ☐ Distant employment transfer/relocation | ▪ **For active duty service members:** Permanent Change of Station (PCS) orders or letter showing transfer.<br>▪ **For employment transfers/new employment:** Copy of signed offer letter or notice from employer showing transfer to a new location or written explanation if employer documentation not applicable, **AND**<br>▪ Documentation that reflects the amount of any relocation assistance provided (not required for those with PCS orders) |
| ☐ Other – hardship that is not covered above:<br>______________________<br>______________________<br>______________________<br>______________________<br>______________________ | ▪ Written explanation describing the details of the hardship and any relevant documentation |

Loan number : 0691968135

## Borrower Income

Please enter all borrower income amounts in middle column.

| MONTHLY TOTAL BORROWER INCOME TYPE & AMOUNT | | REQUIRED INCOME DOCUMENTATION |
|---|---|---|
| Gross (pre-tax) wages, salaries and overtime pay, commissions, tips, and bonuses | $ | ▪ Most recent pay stub and documentation of year-to-date earnings if not on pay stub **OR**<br>▪ Two most recent bank statements showing income deposit amounts |
| Self-employment income | $ | ▪ Two most recent bank statements showing self-employed income deposit amounts **OR**<br>▪ Most recent signed and dated quarterly or year-to-date profit/loss statement **OR**<br>▪ Most recent complete and signed business tax return **OR**<br>▪ Most recent complete and signed individual federal income tax return |
| Unemployment benefit income | $ | ▪ No documentation required |
| Taxable Social Security, pension, disability, death benefits, adoption assistance, housing allowance, and other public assistance | $ | ▪ Two most recent bank statements showing deposit amounts **OR**<br>▪ Award letters or other documentation showing the amount and frequency of the benefits |
| Non-taxable Social Security or disability income | $ | ▪ Two most recent bank statements showing deposit amounts **OR**<br>▪ Award letters or other documentation showing the amount and frequency of the benefits |
| Rental income (rents received, less expenses other than mortgage expense) | $ | ▪ Two most recent bank statements demonstrating receipt of rent **OR**<br>▪ Two most recent deposited rent checks |
| Investment or insurance income | $ | ▪ Two most recent investment statements **OR**<br>▪ Two most recent bank statements supporting receipt of the income |
| Other types of income not listed above (Note: Only include alimony, child support, or separate maintenance income if you choose to have it considered for repaying this loan) | $ | ▪ Two most recent bank statements showing receipt of income **OR**<br>▪ Other documentation showing the amount and frequency of the income |

## Current Borrower Assets

Exclude retirement funds such as a 401(k) or Individual Retirement Account (IRA), and college savings accounts such as a 529 plan.

| | |
|---|---|
| Checking account(s) and cash on hand | $ |
| Savings, money market funds, and Certificates of Deposit (CDs) | $ |
| Stocks and bonds (non-retirement accounts) | $ |
| Other: | $ |

Loan number : 0691968135

## Borrower Certification and Agreement

1. I certify and acknowledge that all of the information in this Mortgage Assistance Application is truthful, and the hardship I identified contributed to my need for mortgage relief. Knowingly submitting false information may violate Federal and other applicable law.
2. I agree to provide my servicer with all required documents, including any additional supporting documentation as requested, and will respond in a timely manner to all servicer or authorized third party* communications.
3. I acknowledge and agree that my servicer is not obligated to offer me assistance based solely on the representations in this document or other documentation submitted in connection with my request.
4. I consent to the servicer or authorized third party* obtaining a current credit report for the borrower and co-borrower.
5. I consent to the disclosure by my servicer, authorized third party,* or any investor/guarantor of my mortgage loan(s), of any personal information collected during the mortgage assistance process and of any information about any relief I receive, to any third party that deals with my first lien or subordinate lien (if applicable) mortgage loan(s), including Fannie Mae, Freddie Mac, or any investor, insurer, guarantor, or servicer of my mortgage loan(s) or any companies that provide support services to them, for purposes permitted by applicable law, including but not limited to providing mortgage assistance, verifying any data or information contained in this application, and performing audit and quality control reviews. Personal information may include, but is not limited to: (a) my name, address, telephone number, (b) my Social Security number, (c) my credit score, (d) my income, (e) my payment history and information about my account balances and activity, and (f) my tax return and the information contained therein.
6. I agree that the terms of this borrower certification and agreement will apply to any modification trial period plan, repayment plan, or forbearance plan that I may be offered based on this application. If I receive an offer for a modification trial period plan or repayment plan, I agree that my first timely payment under the plan will serve as acceptance of the plan.
7. I consent to being contacted concerning this application for mortgage assistance at any telephone number, including mobile telephone number, or email address I have provided to the lender, servicer, or authorized third party.*

* An authorized third party may include, but is not limited to, a housing counseling agency, Housing Finance Agency (HFA) or other similar entity that is assisting me in obtaining a foreclosure prevention alternative.

Borrower signature: ______________________________ Date: ________________

Co-Borrower signature: ______________________________ Date: ________________

**Please submit your completed application, together with the required documentation, to Shellpoint Mortgage Servicing via mail: P.O. Box 10826 Greenville, SC 29603-0826, fax: 866-467-1187, or online: lossmitigation@shellpointmtg.com. We will contact you within five business days to acknowledge receipt and let you know if you need to send additional information or documents.**

**We will use the information you provided to help us identify the assistance you may be eligible to receive.**

shellpoint®

# Homeowner Financial Worksheet

**Daniel Giordano**

**Loan Number: 0691968135**

| | MONTHLY PAYMENT | BALANCE | NAME OF CREDITOR |
|---|---|---|---|
| Home Mortgage | | | |
| 2nd Home Mortgage | | | |
| Auto Loan | | | |
| Auto Loan | | | |
| Creditor | | | |
| Creditor | | | |
| Creditor | | | |
| Creditor | | | |
| Creditor | | | |
| Creditor | | | |
| Creditor | | | |
| Student Loan | | | |
| Alimony / Support | | | |
| Child Care | | | |
| IRS | | | |
| Chapter 13 | | | |
| Electricity | | | |
| Heating Fuel | | | Oil or Natural Gas |
| Water & Sewer | | | |
| Telephone | | | |
| Cable TV | | | |
| Auto Insurance | | | |
| Health Insurance | | | Paid directly (not by employer) |
| Life Insurance | | | Paid directly (not by employer) |
| Medical/Dental Expenses | | | |
| Homeowner's Insurance | | | Only list here if not in Mortgage |
| Real Estate Tax | | | Only list here if not in Mortgage |
| Personal Property Tax | | | |
| Groceries | | | |
| School Lunches | | | |
| Transportation, Parking, Tolls | | | |
| Clothing | | | |
| Dry Cleaning/Laundry | | | |
| Cell Phone | | | |
| Internet Service | | | |
| Homeowner's Association Dues | | | |
| Recreation / Spending Money | | | |
| Charitable Donations | | | |
| Other Expenses | | | |
| TOTAL MONTHLY EXPENSES | | | |

HELP FOR AMERICA'S HOMEOWNERS. MAKING HOME AFFORDABLE

# Dodd-Frank Certification

The following information is requested by the federal government in accordance with the Dodd-Frank Wall Street Reform and Consumer Protection Act (Pub. L. 111-203). **You are required to furnish this information.** The law provides that no person shall be eligible to begin receiving assistance from the Making Home Affordable Program, authorized under the Emergency Economic Stabilization Act of 2008 (12 U.S.C. 5201 et seq.), or any other mortgage assistance program authorized or funded by that Act, if such person, in connection with a mortgage or real estate transaction, has been convicted, within the last 10 years, of any one of the following: (A) felony larceny, theft, fraud, or forgery, (B) money laundering or (C) tax evasion.

I/we certify under penalty of perjury that I/we have not been convicted within the last 10 years of any one of the following in connection with a mortgage or real estate transaction:

(a) felony larceny, theft, fraud, or forgery,
(b) money laundering or
(c) tax evasion.

I/we understand that the servicer, the U.S. Department of the Treasury, or their agents may investigate the accuracy of my statements by performing routine background checks, including automated searches of federal, state and county databases, to confirm that I/we have not been convicted of such crimes. I/we also understand that knowingly submitting false information may violate Federal law.

This Certificate is effective on the earlier of the date listed below or the date received by your servicer.

| | | | |
|---|---|---|---|
| Borrower Signature | Social Security Number | Date of Birth | Date |
| Co-Borrower Signature | Social Security Number | Date of Birth | Date |

Loan ID: 0691968135

**How to Complete IRS Form 4506-C**

Please refer to this checklist as you complete the IRS Form 4506C (Request for Transcript of Tax Return)

- Enter the borrower's name on line 1a.
- Enter the borrower's Social Security number on line 1b.
- Enter the Spouse's name on line 2a if a joint tax return was filed.
- Enter the spouse's Social Security number on line 2b if a joint tax return was filed.
- Enter the borrower's current name and address on line 3.
- Enter the borrower's previous address as listed on the last tax return filed on line 4 if different from the address entered on line 3.
- Enter the following information on line 5:

  Shellpoint Mortgage Servicing
  C/O CoreLogic, 4 First American Way, Santa Ana, CA 92707
  866.418.4596 Participant # 300429 Mailbox ID: CoreLogic

- Enter 1040 on line 6 and check off the box for 6a.
- Enter the ending date of the year for the two most recent tax years filed, using the mm/dd/yyyy format, on line 8.
- Please read the signature disclosure and check the signatory attest box that is located above the signature line.
- Sign, date and enter a telephone number on the first signature line for the borrower.
- Skip the title line unless a/an corporation, partnership, estate, or trust.
- Spouse should sign and date on the second signature line if a joint tax return was filed.

Please note that this document will not be accepted by the IRS if there are alterations such as strikethrough, white outs initials, etc.

The IRS Form 4506-C may also be found online at http://www.irs.gov by entering "4506C" into the search box.

Form **4506-C** (October 2022)

Department of the Treasury - Internal Revenue Service

# IVES Request for Transcript of Tax Return

OMB Number 1545-1872

**Do not sign this form unless all applicable lines have been completed.**
**Request may be rejected if the form is incomplete or illegible.**
**For more information about Form 4506-C, visit *www.irs.gov* and search IVES.**

| | | | | | |
|---|---|---|---|---|---|
| **1a.** Current name | | | **2a.** Spouse's current name *(if joint return and transcripts are requested for both taxpayers)* | | |
| i. First name | ii. Middle initial | iii. Last name/BMF company name | i. Spouse's first name | ii. Middle initial | iii. Spouse's last name |
| **1b.** First taxpayer identification number *(see instructions)* | | | **2b.** Spouse's taxpayer identification number *(if joint return and transcripts are requested for both taxpayers)* | | |
| **1c.** Previous name shown on the last return filed if different from line 1a | | | **2c.** Spouse's previous name shown on he last return filed if different from line 2a | | |
| i. First name | ii. Middle initial | iii. Last name | i. First name | ii. Middle initial | iii. Last name |
| **3.** Current address *(including apt., room, or suite no )*, city, state, and ZIP code *(see instructions)* | | | | | |
| a. Street address *(including apt., room, or suite no )* | | | b. City | c. State | d. ZIP code |
| **4.** Previous address shown on the last return filed if different from line 3 *(see instructions)* | | | | | |
| a. Street address *(including apt., room, or suite no )* | | | b. City | c. State | d. ZIP code |
| **5a.** IVES participant name, ID number, SOR mailbox ID, and address | | | | | |
| i. IVES participant name | | | ii. IVES participant ID number | iii. SOR mailbox ID | |
| iv. Street address *(including apt., room, or suite no )* | | | v. City | vi. State | vii. ZIP code |
| **5b.** Customer file number *(if applicable) (see instructions)* | | | **5c.** Unique identifier *(if applicable) (see instructions)* | | |
| **5d.** Client name, telephone number, and address *(this field cannot be blank or not applicable (NA))* | | | | | |
| i. Client name | | | | | ii. Telephone number |
| iii. Street address *(including apt., room, or suite no )* | | | iv. City | v. State | vi. ZIP code |

**Caution:** This tax transcript is being sent to the third party entered on Line 5a and/or 5d. Ensure that lines 5 through 8 are completed before signing. *(see instructions)*

**6. Transcript requested.** Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request for line 6 transcripts

**a.** Return Transcript ☐ **b.** Account Transcript ☐ **c.** Record of Account ☐

**7. Wage and Income transcript** *(W-2, 1098-E, 1099-G, etc )* ☐

**a.** Enter a max of three form numbers here; if no entry is made, all forms will be sent.

**b.** Mark the checkbox for taxpayer(s) reques ing the wage and income transcripts. If no box is checked, transcripts will be provided for all listed taxpayers

Line 1a ☐ Line 2a ☐

**8.** Year or period requested. Enter the ending date of the tax year or period using the mm dd yyyy format *(see instructions)*

/ /    / /    / /    / /

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or, if applicable, line 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, at least one spouse must sign; however, if both spouses' names and TINs are listed in lines 1a-1b and 2a-2b, both spouses must sign the request. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-C on behalf of the taxpayer. **Note:** This form must be received by IRS within 120 days of the signature date.

☐ **Signatory attests that he/she has read the above attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506-C. See instructions.**

**Sign Here**

| | | |
|---|---|---|
| **Signature for Line 1a** *(see instructions)* | Date | Phone number of taxpayer on line 1a or 2a |
| ☐ Form 4506-C was signed by an Authorized Representative | ☐ Signatory confirms document was electronically signed | |
| **Print/Type name** | | |
| **Title** *(if line 1a above is a corporation, partnership, estate, or trust)* | | |
| **Spouse's signature** *(required if listed on Line 2a)* | Date | |
| ☐ Form 4506-C was signed by an Authorized Representative | ☐ Signatory confirms document was electronically signed | |
| **Print/Type name** | | |

# Instructions for Form 4506-C, IVES Request for Transcript of Tax Return

Section references are to the Intemal Revenue Code unless otherwise noted.

## Future Developments

For the latest information about Form 4506-C and its instructions, go to *www.irs.gov* and search IVES. Information about any recent developments affecting Form 4506-C (such as legislation enacted after we released it) will be posted on that page.

**What's New.** Form 4506-C includes the Client company requesting transcripts and increased the number of Wage and Income transcripts requests.

## General Instructions

**Caution**: Do not sign this form unless all applicable lines have been completed.

**Designated Recipient Notification.** Section 6103(c) limits disclosure and use of return information received pursuant to the taxpayer's consent and holds the recipient subject to penalties for any unauthorized access, other use, or redisclosure without the taxpayer's express permission or request.

**Taxpayer Notification.** Section 6103(c) limits disclosure and use of return information provided pursuant to your consent and holds the recipient subject to penalties, brought by private right of action, for any unauthorized access, other use, or redisclosure without your express permission or request.

**Purpose of form.** Use Form 4506-C to request tax retum information through an authorized IVES participant. You will designate an IVES participant to receive the information on line 5a.

**Note:** If you are unsure of which type of transcript you need, check with the party requesting your tax information.

**Where to file.** The IVES par icipant will fax Form 4506-C with the approved IVES cover sheet to their assigned Service Center.

## Chart for ordering transcripts

| If your assigned Service Center is: | Fax the requests with the approved coversheet to: |
|---|---|
| Austin Submission Processing Center | Austin IVES Team 844-249-6238 |
| Kansas City Submission Processing Center | Kansas City IVES Team 844-249-8128 |
| Ogden Submission Processing Center | Ogden IVES Team 844-249-8129 |

## Specific Instructions

**Line 1a/2a** *(if spouse is also requested)*. For IMF Requests: Enter the First, Middle Intial, and Last Name in the indicated fields. If all characters will not fit, please enter up to 12 for First name and 22 for Last name. For BMF Requests: Enter the company name in the Last Name field. If all characters will not fit, please enter up to 22.

**Line 1b/2b** *(if spouse is also requested)*. Enter the social security number (SSN) or individual taxpayer identification number (ITIN) for the individual listed on line 1a including the dashes in the correct format, or enter the employer identification number (EIN) for he business listed on line 1a including the dashes in the correct format.

**Line 1c/2c** *(if spouse is also requested)*. Enter your previous name as shown on your last filed tax return if different than line 1a.

**Line 3.** Enter your current address in the indicated fields. If you use a P.O. Box, include it and the number in the Current Address field.

**Line 4.** Enter the address shown on the last retum filed if different from the address entered on line 3.

**Note:** If the addresses on lines 3 and 4 are different and you have not changed your address with the IRS, file Form 8822, Change of Address, or Form 8822-B, Change of Address or Responsible Party — Business, with Form 4506-C.

**Line 5b.** Enter up to 10 numeric characters to create a unique customer file number that will appear on the transcript. The customer file number cannot contain an SSN, ITIN or EIN. Completion of this line is not required.

**Line 5c.** Enter up to 10 alpha-numeric characters to create a unique identifier that will show in he mailbox file information. The unique identifier cannot contain an SSN, ITIN or EIN. Completion of this line is not required.

**Note.** If you use an SSN, we will not input the information and the customer file number or unique identifier will reflect a generic entry of "9999999999".

**Line 5d.** Enter the Client company name, address, and phone number in the indicated fields. A Client company receives the requested tax transcripts from the IVES participant. If the IVES participant is also the Client company, the IVES participant information should be entered on Line 5a and 5d. These fields cannot be blank or Not Applicable (NA).

**Line 6.** Enter only one tax form number (1040, 1065, 1120, etc.) per request for all line 6 transcripts request types.

**Line 6a.** Return Transcript includes most of he line items of a tax return as filed with the IRS. A tax return transcript does not reflect changes made to the account after he retum is processed. Transcripts are only available for the following returns: Form 1040 series, Form 1065, Form 1120, Form 1120-H, Form 1120-L, and Form 1120-S. Return transcripts are available for the current year and retums processed during the prior 3 processing years.

**Line 6b.** Account Transcript contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns.

**Line 6c.** Record of Account provides the most detailed information as it is a combination of the Return Transcript and the Account Transcript. Available for current year and 3 prior tax years.

**Line 7.** The IRS can provide a transcript that includes data from hese information returns: Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript. Enter up to three information return types. If no specific type is requested, all forms will be provided. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, Form W-2 information for 2016, filed in 2017, will likely not be available from he IRS until 2018. If you need Form W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213.

**Line 8.** Enter the end date of the tax year or period requested in mm dd yyyy format. This may be a calendar year, fiscal year or quarter. Enter each quarter requested for quarterly returns. Example: Enter 12 31 2018 for a calendar year 2018 Form 1040 transcript.

CAUTION *You must check the box in the signature area to acknowledge you have the authority to sign and request the information. The form will not be processed if unchecked.*

**Signature and date.** Form 4506-C must be signed and dated by the taxpayer listed on line 1a and, if listed, 2a. The IRS must receive Form 4506-C within 120 days of the date signed by the taxpayer or it will be rejected. Ensure that all applicable lines, including lines 5a through 8, are completed before signing.

**Authorized Representative**: A representative can sign Form 4506-C for a taxpayer if the taxpayer has specifically delegated this authority to the representative on Form 2848, line 5a, and Form 2848 is attached to the Form 4506-C request. If you are Heir at Law, Next of Kin, or Beneficiary, you must be able to establish a material interest in the estate or trust. If Form 4506-C is signed by a representative, the Authorized Representative check box must be marked.

**Electronic Signature:** Only IVES participants that opt in to the Electronic Signature usage can accept electronic signatures. Contact the IVES participant for approval and guidance for electronic signatures. If the Form 4506-C is signed electronically, the Electronic Signature check box must be marked.

**Individuals.** Transcripts listed on line 6 may be furnished to either spouse if jointly filed. Signatures are required for all taxpayers listed on Line 1a and 2a.

**Corporations.** Generally, Form 4506-C can be signed by:

(1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer. A bona fide shareholder of record owning 1 percent or more of the outstanding stock of the corporation may submit a Form 4506-C but must provide documentation to support the requester's right to receive the information.

**Partnerships.** Generally, Form 4506-C can be signed by any person who was a member of the partnership during any part of the tax period requested on line 8.

**All others.** See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Documentation.** For entities other than individuals, you must attach he authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the letters testamentary authorizing an individual to act for an estate.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested tax information under the Internal Revenue Code. We need this information to properly identify the tax information and respond to your request. You are not required to request any transcript; if you do request a transcript, sections 6103 and 6109 and their regulations require you to provide this information, including your SSN or EIN. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Intemal Revenue law. Generally, tax retums and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506-C will vary depending on individual circumstances. The estimated average time is:

**Learning about the law or the form** . . . . . . 10 min.
**Preparing the form** . . . . . . . . . . . . . . . 12 min.
**Copying, assembling, and sending the form to the IRS** . . . . . . . . . . . . . . . 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506-C simpler, we would be happy to hear from you. You can write to:

Internal Revenue Service
Tax Forms and Publications Division
1111 Constitution Ave. NW, IR-6526
Washington, DC 20224

Do not send the form to this address. Instead, see Where to file on this page.

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED

**shellpoint®**

S-SFRECS20 L-1038 R-101
PN90IC00200020 - 852195736 I00175
DANIEL GIORDANO
2128 BELLCREST CT
ROYAL PALM BEACH FL 33411-6115

**CONTACT INFORMATION**

| | |
|---|---|
| **Correspondence:** | P.O. Box 10826<br>Greenville, SC 29603-0826 |
| **Business Hours:** | **Monday - Friday:** 8:00AM-9:00PM |
| **Phone Number:** | 800-365-7107 |
| **Fax:** | 866-467-1187 |
| **Website:** | www.shellpointmtg.com |

03/17/2026

| | |
|---|---|
| Loan Number: | 0691968135 |
| Property Address: | 2128 BELLCREST CT<br>ROYAL PALM BEACH, FL 33411 |

Dear Homeowner,

We have received your request for a loss mitigation workout. However, because you have not provided all the documentation previously requested, your response package is considered incomplete. If we do not receive the required documents by **04/16/2026**, we may conclude that you have withdrawn your request for a loss mitigation program and may resume other means to collect any amounts due on your account. To proceed with your request for a workout, you must provide us with the documents marked with an "X" for you and any other person or entity, such as additional borrowers or non-borrowers, whose income will be used in the evaluation process. **Please note that we cannot guarantee an evaluation of your loan if the required documents are received within 37 days of a scheduled foreclosure sale date, if applicable.**

The evaluation process will begin when we receive all required documentation. During the evaluation process, your property will not be referred to foreclosure or be sold at a foreclosure sale if the foreclosure process has already been initiated. However, we may be unable to stop a sale in certain situations such as when a court with jurisdiction over the foreclosure proceeding (if any) or public official charged with carrying out the activity fails/refuses to halt a scheduled foreclosure sale or if your complete package is received within close proximity to the scheduled sale date.

It may take up to 30 days for us to review your request after all required documentation has been received. All documents must be no older than 90 days at the time the complete package is received.

**Please continue to make your monthly payments according to your loan agreement. If you are currently on an active forbearance plan, please continue following the terms of your forbearance plan agreement.**

Upon completion of the evaluation process, we will notify you of the results in writing. If you are approved for a loss mitigation program, we will notify you of the length of time you have to consider the offer before accepting. In most cases, this is between 14 and 30 days.

Should your loan not qualify for a particular loss mitigation program that you have applied for, we will review your loan for other possible workout options. If home retention options are not a possibility, you will be reviewed for additional foreclosure alternatives such as a short sale or deed-in-lieu of foreclosure. The timeline of a short sale or deed-in-lieu can vary between 30 and 120 days after the receipt of all required documentation based on the current investor. If approved for a short sale, we reserve the right to pursue a deficiency payment if such deficiency claim is permitted by applicable law. If approved for a deed-in-lieu, you and all other occupants must vacate your Property and provide clear and marketable title with a general warranty deed or local equivalent. Third party approval(s) may be required for us to evaluate and offer you a loss mitigation workout option.

You should consider contacting servicers of any other mortgage loans secured by the same property to discuss available loss mitigation options.

If you believe you have provided the requested documentation, please call us at 800-365-7107 as the received documentation may have been incomplete, needs further clarification, or was not received for all borrowers/contributors.

- ☒ Completed and signed Mortgage Assistance Application (ensure all pages are returned)
- ☒ Signed and dated IRS Form 4506-C (Request for Transcript of Tax Return), including social security numbers for all borrowers/contributors
- ☒ Copy of your **most recent** bank statement including all pages of all borrowers/contributors accounts (must be dated less than 90 days old at the time the complete package is received)
- ☒ Letter of Explanation – Please contact us at 800-365-7107 for the details of the letter needed (must be dated less than 90 days old at the time the complete package is received).

**SEE REVERSE SIDE OR ATTACHED FOR AN IMPORTANT STATEMENT OF YOUR RIGHTS.**

For each borrower/contributor who receives a salary or hourly wages:

- ☒ Copy of your **most recent** pay stub(s) showing year-to-date earnings for all jobs (must be dated less than 90 days old at the time the complete package is received)

In addition to the documents listed above, if you are pursuing a short sale, we ask that you also send in the following documentation:

- ☒ Copy of Settlement Statement/HUD-1
- ☒ Copy of the Listing Agreement
- ☒ Copy of the MLS Listing
- ☒ Buyer's Proof of Funds
- ☒ Copy of the Purchase Contract

HUD-approved counselors are available to provide you with the information and assistance you may need to avoid foreclosure. You can use the search tool at https://www.hud.gov/stat/sfh/housing-counseling or call 1-800-569-4287 (TTY: 202-708-1455) to find a counseling agency in your area that can offer free foreclosure prevention services. Additionally, the Homeowner's HOPE™ Hotline offers free HUD-certified counseling services and is available 24/7 in English and Spanish. Other languages are available by appointment. Certified counselors can be reached by calling 888-995-HOPE ™ (4673) or 877-304-9709 with TTY device.

Please mail the required documentation to the address below using the enclosed postage-paid envelope. If we do not receive this information by **04/16/2026**, we will close your request for assistance.

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826

You may fax the information to 866-467-1187 to expedite this process.

If foreclosure action has begun, it will continue until the loan's delinquency is brought current, you qualify for and complete a loan modification or other applicable workout option, or the loan is paid in full.

Please do not delay returning the required information, as all paperwork must be submitted before a workout option may be considered. Thank you in advance for your prompt attention to this matter.

*We may order an appraisal to determine the property's value and charge you for this appraisal. We will promptly give you a copy of any appraisal, even if you are not approved for Loss Mitigation. You can pay for an additional appraisal for your own use at your own cost.*

**Questions**
For future communications regarding the status of your loan or your application for loss mitigation, you can visit our Borrower Web Portal at www.shellpointmtg.com to apply for assistance, upload application documents, or contact us through our Secure Message Center. You can also contact our Single Point of Contact ("SPOC") department by phone at 800-365-7107. Documents can also be faxed to us at 866-467-1187. Please reference your loan number when contacting us regarding this request.

**¿Hablas español?** Esta carta contiene información importante sobre su préstamo hipotecario. Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan español al numero **800-365-7107**.

Sincerely,

Loss Mitigation Department

Shellpoint Mortgage Servicing

Enclosure(s): Postage-paid envelope
Mortgage Assistance Application
Form 4506-C

**Please read the following important notices as they may affect your rights.**

Newrez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Newrez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code.

**Attention Servicemembers and Dependents: The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.**

**Notice of Error or Information Request Address:** You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us. Additionally, if you believe we have furnished inaccurate information to credit reporting agencies, please write to us with specific details regarding those errors and any supporting documentation that you have and we will assist you. Error Resolution, including concerns of inaccurate information sent to credit reporting agencies, or requests for information should be sent to the following address: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

**Our system of record has your preferred language as English.**

**If you prefer to receive communication in a language other than English, please contact us at 800-365-7107 to speak with a translator in your preferred language about the servicing of your loan or a document you received.**

**Si prefiere recibir las comunicaciones en otro idioma que no sea el inglés, por favor, contáctenos en el 800-365-7107 para hablar con un traductor en el idioma de su preferencia sobre la gestión de su préstamo o cualquier documento que haya recibido.**

**如果您要使用英语以外的其他语言进行交流，请致电 800-365-7107，我们将根据您首选的语言安排相应的译员，与您就贷款服务事项或您所接收的文件进行商讨。**

Please note that we operate as Newrez Mortgage LLC dba Shellpoint Mortgage Servicing in Arkansas and Texas.

Loan number : 0691968135

# Mortgage Assistance Application

If you are having mortgage payment challenges, please complete and submit this application, along with the required documentation, to Shellpoint Mortgage Servicing via mail: P.O. Box 10826 Greenville, SC 29603-0826, fax: 866-467-1187, or online: lossmitigation@shellpointmtg.com. We will contact you within five business days to acknowledge receipt and let you know if you need to send additional information or documents.

We will use the information you provide to help us identify the assistance you may be eligible to receive. If you need help completing this application, please contact Shellpoint Mortgage Servicing at 800-365-7107.

If you are experiencing a financial hardship you may be eligible for mortgage assistance from your state's housing finance agency or other state or local government agency.

For a list of HUD-approved housing counseling agencies that can provide foreclosure prevention information, contact one of the following federal government agencies:

- The U.S. Department of Housing and Urban Development (HUD) at (800) 569-4287 or www.hud.gov/counseling
- The Consumer Financial Protection Bureau (CFPB) at (855) 411-2372 or www.consumerfinance.gov/mortgagehelp

If you need assistance with translation or other language assistance, HUD-approved housing counseling agencies may be able to assist you. These services are provided without charge.

## Borrower Information

**Borrower's name:** ______________________________

Social Security Number (last 4 digits): ______________

E-mail address: ______________________________

Primary phone number: ______________________ ☐ Cell ☐ Home ☐ Work ☐ Other

Alternate phone number: ______________________ ☐ Cell ☐ Home ☐ Work ☐ Other

**Co-borrower's name:** ______________________________

Social Security Number (last 4 digits): ______________

E-mail address: ______________________________

Primary phone number: ______________________ ☐ Cell ☐ Home ☐ Work ☐ Other

Alternate phone number: ______________________ ☐ Cell ☐ Home ☐ Work ☐ Other

Preferred contact method (choose all that apply): ☐ Cell phone ☐ Home phone ☐ Work phone ☐ Email ☐ Text—checking this box indicates your consent for text messaging

Is either borrower on active duty with the military (including the National Guard and Reserves), the dependent of a borrower on active duty, or the surviving spouse of a member of the military who was on active duty at the time of death? ☐ Yes ☐ No

## Property Information

Property Address: ______________________________

Mailing address (if different from property address): ______________________________

- The property is currently: ☐ A primary residence ☐ A second home ☐ An investment property
- The property is (select all that apply): ☐ Owner occupied ☐ Renter occupied ☐ Vacant
- I want to: ☐ Keep the property ☐ Sell the property ☐ Transfer ownership of the property to my servicer ☐ Undecided

Is the property listed for sale? ☐ Yes ☐ No – If yes, provide the listing agent's name and phone number—or indicate "for sale by owner" if applicable: ______________________________

Is the property subject to condominium or homeowners' association (HOA) fees ☐ Yes ☐ No – If yes, indicate monthly dues: $__________

Loan number : 0691968135

## Hardship Information

The hardship causing mortgage payment challenges began on approximately (date) ________________ and is believed to be:

☐ Short-term (up to 6 months)

☐ Long-term or permanent (greater than 6 months)

☐ Resolved as of (date) ______________________

| TYPE OF HARDSHIP (CHECK ALL THAT APPLY) | REQUIRED HARDSHIP DOCUMENTATION |
|---|---|
| ☐ Unemployment | ▪ Not required |
| ☐ Reduction in income: a hardship that has caused a decrease in your income due to circumstances outside your control (e.g., elimination of overtime, reduction in regular working hours, a reduction in base pay) | ▪ Not required |
| ☐ Increase in housing-related expenses: a hardship that has caused an increase in your housing expenses due to circumstances outside your control (e.g., uninsured losses, increased property taxes, HOA special assessment) | ▪ Not required |
| ☐ Disaster (natural or man-made) impacting the property or borrower's place of employment | ▪ Not required |
| ☐ Long-term or permanent disability, or serious illness of a borrower/co-borrower or dependent family member | ▪ Written statement from the borrower, or other documentation verifying disability or illness<br>**Note:** Detailed medical information is not required, and information from a medical provider is not required |
| ☐ Divorce or legal separation | ▪ Final divorce decree or final separation agreement **OR**<br>▪ Recorded quitclaim deed |
| ☐ Separation of borrowers unrelated by marriage, civil union, or similar domestic partnership under applicable law | ▪ Recorded quitclaim deed **OR**<br>▪ Legally binding agreement evidencing that the non-occupying borrower or co-borrower has relinquished all rights to the property |
| ☐ Death of borrower or death of either the primary or secondary wage earner | ▪ Death certificate **OR**<br>▪ Obituary or newspaper article reporting the death |
| ☐ Distant employment transfer/relocation | ▪ **For active duty service members:** Permanent Change of Station (PCS) orders or letter showing transfer.<br>▪ **For employment transfers/new employment:** Copy of signed offer letter or notice from employer showing transfer to a new location or written explanation if employer documentation not applicable, **AND**<br>▪ Documentation that reflects the amount of any relocation assistance provided (not required for those with PCS orders) |
| ☐ Other – hardship that is not covered above:<br>______________________<br>______________________<br>______________________<br>______________________<br>______________________ | ▪ Written explanation describing the details of the hardship and any relevant documentation |

Loan number : 0691968135

## Borrower Income

Please enter all borrower income amounts in middle column.

| MONTHLY TOTAL BORROWER INCOME TYPE & AMOUNT | | REQUIRED INCOME DOCUMENTATION |
|---|---|---|
| Gross (pre-tax) wages, salaries and overtime pay, commissions, tips, and bonuses | $ | ▪ Most recent pay stub and documentation of year-to-date earnings if not on pay stub **OR**<br>▪ Two most recent bank statements showing income deposit amounts |
| Self-employment income | $ | ▪ Two most recent bank statements showing self-employed income deposit amounts **OR**<br>▪ Most recent signed and dated quarterly or year-to-date profit/loss statement **OR**<br>▪ Most recent complete and signed business tax return **OR**<br>▪ Most recent complete and signed individual federal income tax return |
| Unemployment benefit income | $ | ▪ No documentation required |
| Taxable Social Security, pension, disability, death benefits, adoption assistance, housing allowance, and other public assistance | $ | ▪ Two most recent bank statements showing deposit amounts **OR**<br>▪ Award letters or other documentation showing the amount and frequency of the benefits |
| Non-taxable Social Security or disability income | $ | ▪ Two most recent bank statements showing deposit amounts **OR**<br>▪ Award letters or other documentation showing the amount and frequency of the benefits |
| Rental income (rents received, less expenses other than mortgage expense) | $ | ▪ Two most recent bank statements demonstrating receipt of rent **OR**<br>▪ Two most recent deposited rent checks |
| Investment or insurance income | $ | ▪ Two most recent investment statements **OR**<br>▪ Two most recent bank statements supporting receipt of the income |
| Other types of income not listed above (Note: Only include alimony, child support, or separate maintenance income if you choose to have it considered for repaying this loan) | $ | ▪ Two most recent bank statements showing receipt of income **OR**<br>▪ Other documentation showing the amount and frequency of the income |

## Current Borrower Assets

Exclude retirement funds such as a 401(k) or Individual Retirement Account (IRA), and college savings accounts such as a 529 plan.

| | |
|---|---|
| Checking account(s) and cash on hand | $ |
| Savings, money market funds, and Certificates of Deposit (CDs) | $ |
| Stocks and bonds (non-retirement accounts) | $ |
| Other: | $ |

Loan number : 0691968135

## Borrower Certification and Agreement

1. I certify and acknowledge that all of the information in this Mortgage Assistance Application is truthful, and the hardship I identified contributed to my need for mortgage relief. Knowingly submitting false information may violate Federal and other applicable law.
2. I agree to provide my servicer with all required documents, including any additional supporting documentation as requested, and will respond in a timely manner to all servicer or authorized third party* communications.
3. I acknowledge and agree that my servicer is not obligated to offer me assistance based solely on the representations in this document or other documentation submitted in connection with my request.
4. I consent to the servicer or authorized third party* obtaining a current credit report for the borrower and co-borrower.
5. I consent to the disclosure by my servicer, authorized third party,* or any investor/guarantor of my mortgage loan(s), of any personal information collected during the mortgage assistance process and of any information about any relief I receive, to any third party that deals with my first lien or subordinate lien (if applicable) mortgage loan(s), including Fannie Mae, Freddie Mac, or any investor, insurer, guarantor, or servicer of my mortgage loan(s) or any companies that provide support services to them, for purposes permitted by applicable law, including but not limited to providing mortgage assistance, verifying any data or information contained in this application, and performing audit and quality control reviews. Personal information may include, but is not limited to: (a) my name, address, telephone number, (b) my Social Security number, (c) my credit score, (d) my income, (e) my payment history and information about my account balances and activity, and (f) my tax return and the information contained therein.
6. I agree that the terms of this borrower certification and agreement will apply to any modification trial period plan, repayment plan, or forbearance plan that I may be offered based on this application. If I receive an offer for a modification trial period plan or repayment plan, I agree that my first timely payment under the plan will serve as acceptance of the plan.
7. I consent to being contacted concerning this application for mortgage assistance at any telephone number, including mobile telephone number, or email address I have provided to the lender, servicer, or authorized third party.*

   * An authorized third party may include, but is not limited to, a housing counseling agency, Housing Finance Agency (HFA) or other similar entity that is assisting me in obtaining a foreclosure prevention alternative.

Borrower signature: ______________________________ Date: ________________

Co-Borrower signature: ______________________________ Date: ________________

**Please submit your completed application, together with the required documentation, to Shellpoint Mortgage Servicing via mail: P.O. Box 10826 Greenville, SC 29603-0826, fax: 866-467-1187, or online: lossmitigation@shellpointmtg.com. We will contact you within five business days to acknowledge receipt and let you know if you need to send additional information or documents.**

**We will use the information you provided to help us identify the assistance you may be eligible to receive.**

**How to Complete IRS Form 4506-C**

Please refer to this checklist as you complete the IRS Form 4506C (Request for Transcript of Tax Return)

- Enter the borrower's name on line 1a.
- Enter the borrower's Social Security number on line 1b.
- Enter the Spouse's name on line 2a if a joint tax return was filed.
- Enter the spouse's Social Security number on line 2b if a joint tax return was filed.
- Enter the borrower's current name and address on line 3.
- Enter the borrower's previous address as listed on the last tax return filed on line 4 if different from the address entered on line 3.
- Enter the following information on line 5:

  Shellpoint Mortgage Servicing
  C/O CoreLogic, 4 First American Way, Santa Ana, CA 92707
  866.418.4596 Participant # 300429 Mailbox ID: CoreLogic

- Enter 1040 on line 6 and check off the box for 6a.
- Enter the ending date of the year for the two most recent tax years filed, using the mm/dd/yyyy format, on line 8.
- Please read the signature disclosure and check the signatory attest box that is located above the signature line.
- Sign, date and enter a telephone number on the first signature line for the borrower.
- Skip the title line unless a/an corporation, partnership, estate, or trust.
- Spouse should sign and date on the second signature line if a joint tax return was filed.

Please note that this document will not be accepted by the IRS if there are alterations such as strikethrough, white outs initials, etc.

The IRS Form 4506-C may also be found online at http://www.irs.gov by entering "4506C" into the search box.

Form **4506-C** (October 2022)

Department of the Treasury - Internal Revenue Service

# IVES Request for Transcript of Tax Return

OMB Number 1545-1872

**Do not sign this form unless all applicable lines have been completed.**
**Request may be rejected if the form is incomplete or illegible.**
**For more information about Form 4506-C, visit *www.irs.gov* and search IVES.**

**1a.** Current name
i. First name | ii. Middle initial | iii. Last name/BMF company name

**2a.** Spouse's current name *(if joint return and transcripts are requested for both taxpayers)*
i. Spouse's first name | ii. Middle initial | iii. Spouse's last name

**1b.** First taxpayer identification number *(see instructions)*

**2b.** Spouse's taxpayer identification number *(if joint return and transcripts are requested for both taxpayers)*

**1c.** Previous name shown on the last return filed if different from line 1a
i. First name | ii. Middle initial | iii. Last name

**2c.** Spouse's previous name shown on he last return filed if different from line 2a
i. First name | ii. Middle initial | iii. Last name

**3.** Current address *(including apt., room, or suite no ),* city, state, and ZIP code *(see instructions)*
**a.** Street address *(including apt., room, or suite no )* | **b.** City | **c.** State | **d.** ZIP code

**4.** Previous address shown on the last return filed if different from line 3 *(see instructions)*
**a.** Street address *(including apt., room, or suite no )* | **b.** City | **c.** State | **d.** ZIP code

**5a.** IVES participant name, ID number, SOR mailbox ID, and address
i. IVES participant name | ii. IVES participant ID number | iii. SOR mailbox ID
iv. Street address *(including apt., room, or suite no )* | v. City | vi. State | vii. ZIP code

**5b.** Customer file number *(if applicable) (see instructions)*

**5c.** Unique identifier *(if applicable) (see instructions)*

**5d.** Client name, telephone number, and address *(this field cannot be blank or not applicable (NA))*
i. Client name | ii. Telephone number
iii. Street address *(including apt., room, or suite no )* | iv. City | v. State | vi. ZIP code

**Caution:** This tax transcript is being sent to the third party entered on Line 5a and/or 5d. Ensure that lines 5 through 8 are completed before signing. *(see instructions)*

**6. Transcript requested.** Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request for line 6 transcripts

**a.** Return Transcript ☐ **b.** Account Transcript ☐ **c.** Record of Account ☐

**7. Wage and Income transcript** *(W-2, 1098-E, 1099-G, etc )* ☐

**a.** Enter a max of three form numbers here; if no entry is made, all forms will be sent.

**b.** Mark the checkbox for taxpayer(s) reques ing the wage and income transcripts. If no box is checked, transcripts will be provided for all listed taxpayers
Line 1a ☐ Line 2a ☐

**8.** Year or period requested. Enter the ending date of the tax year or period using the mm dd yyyy format *(see instructions)*

/ / / / / / / /

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or, if applicable, line 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, at least one spouse must sign; however, if both spouses' names and TINs are listed in lines 1a-1b and 2a-2b, both spouses must sign the request. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-C on behalf of the taxpayer. **Note:** This form must be received by IRS within 120 days of the signature date.

☐ **Signatory attests that he/she has read the above attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506-C. See instructions.**

**Sign Here**

**Signature for Line 1a** *(see instructions)* | Date | Phone number of taxpayer on line 1a or 2a

☐ Form 4506-C was signed by an Authorized Representative ☐ Signatory confirms document was electronically signed

**Print/Type name**

**Title** *(if line 1a above is a corporation, partnership, estate, or trust)*

**Spouse's signature** *(required if listed on Line 2a)* | Date

☐ Form 4506-C was signed by an Authorized Representative ☐ Signatory confirms document was electronically signed

**Print/Type name**

# Instructions for Form 4506-C, IVES Request for Transcript of Tax Return

Section references are to the Internal Revenue Code unless otherwise noted.

## Future Developments

For the latest information about Form 4506-C and its instructions, go to *www.irs.gov* and search IVES. Information about any recent developments affecting Form 4506-C (such as legislation enacted after we released it) will be posted on that page.

**What's New.** Form 4506-C includes the Client company requesting transcripts and increased the number of Wage and Income transcripts requests.

## General Instructions

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Designated Recipient Notification.** Section 6103(c) limits disclosure and use of return information received pursuant to the taxpayer's consent and holds the recipient subject to penalties for any unauthorized access, other use, or redisclosure without the taxpayer's express permission or request.

**Taxpayer Notification.** Section 6103(c) limits disclosure and use of return information provided pursuant to your consent and holds the recipient subject to penalties, brought by private right of action, for any unauthorized access, other use, or redisclosure without your express permission or request.

**Purpose of form.** Use Form 4506-C to request tax return information through an authorized IVES participant. You will designate an IVES participant to receive the information on line 5a.

**Note:** If you are unsure of which type of transcript you need, check with the party requesting your tax information.

**Where to file.** The IVES par icipant will fax Form 4506-C with the approved IVES cover sheet to their assigned Service Center.

## Chart for ordering transcripts

| If your assigned Service Center is: | Fax the requests with the approved coversheet to: |
|---|---|
| Austin Submission Processing Center | Austin IVES Team 844-249-6238 |
| Kansas City Submission Processing Center | Kansas City IVES Team 844-249-8128 |
| Ogden Submission Processing Center | Ogden IVES Team 844-249-8129 |

## Specific Instructions

**Line 1a/2a** *(if spouse is also requested).* For IMF Requests: Enter the First, Middle Intial, and Last Name in the indicated fields. If all characters will not fit, please enter up to 12 for First name and 22 for Last name. For BMF Requests: Enter the company name in the Last Name field. If all characters will not fit, please enter up to 22.

**Line 1b/2b** *(if spouse is also requested).* Enter the social security number (SSN) or individual taxpayer identification number (ITIN) for the individual listed on line 1a including the dashes in the correct format, or enter the employer identification number (EIN) for he business listed on line 1a including the dashes in the correct format.

**Line 1c/2c** *(if spouse is also requested).* Enter your previous name as shown on your last filed tax return if different than line 1a.

**Line 3.** Enter your current address in the indicated fields. If you use a P.O. Box, include it and the number in the Current Address field.

**Line 4.** Enter the address shown on the last return filed if different from the address entered on line 3.

**Note:** If the addresses on lines 3 and 4 are different and you have not changed your address with the IRS, file Form 8822, Change of Address, or Form 8822-B, Change of Address or Responsible Party — Business, with Form 4506-C.

**Line 5b.** Enter up to 10 numeric characters to create a unique customer file number that will appear on the transcript. The customer file number cannot contain an SSN, ITIN or EIN. Completion of this line is not required.

**Line 5c.** Enter up to 10 alpha-numeric characters to create a unique identifier that will show in he mailbox file information. The unique identifier cannot contain an SSN, ITIN or EIN. Completion of this line is not required.

**Note.** If you use an SSN, we will not input the information and the customer file number or unique identifier will reflect a generic entry of "9999999999".

**Line 5d.** Enter the Client company name, address, and phone number in the indicated fields. A Client company receives the requested tax transcripts from the IVES participant. If the IVES participant is also the Client company, the IVES participant information should be entered on Line 5a and 5d. These fields cannot be blank or Not Applicable (NA).

**Line 6.** Enter only one tax form number (1040, 1065, 1120, etc.) per request for all line 6 transcripts request types.

**Line 6a.** Return Transcript includes most of he line items of a tax return as filed with the IRS. A tax return transcript does not reflect changes made to the account after he return is processed. Transcripts are only available for the following returns: Form 1040 series, Form 1065, Form 1120, Form 1120-H, Form 1120-L, and Form 1120-S. Return transcripts are available for the current year and returns processed during the prior 3 processing years.

**Line 6b.** Account Transcript contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns.

**Line 6c.** Record of Account provides the most detailed information as it is a combination of the Return Transcript and the Account Transcript. Available for current year and 3 prior tax years.

**Line 7.** The IRS can provide a transcript that includes data from hese information returns: Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript. Enter up to three information return types. If no specific type is requested, all forms will be provided. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, Form W-2 information for 2016, filed in 2017, will likely not be available from he IRS until 2018. If you need Form W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213.

**Line 8.** Enter the end date of the tax year or period requested in mm dd yyyy format. This may be a calendar year, fiscal year or quarter. Enter each quarter requested for quarterly returns. Example: Enter 12 31 2018 for a calendar year 2018 Form 1040 transcript.

**CAUTION** *You must check the box in the signature area to acknowledge you have the authority to sign and request the information. The form will not be processed if unchecked.*

**Signature and date.** Form 4506-C must be signed and dated by the taxpayer listed on line 1a and, if listed, 2a. The IRS must receive Form 4506-C within 120 days of the date signed by the taxpayer or it will be rejected. Ensure that all applicable lines, including lines 5a through 8, are completed before signing.

**Authorized Representative:** A representative can sign Form 4506-C for a taxpayer if the taxpayer has specifically delegated this authority to the representative on Form 2848, line 5a, and Form 2848 is attached to the Form 4506-C request. If you are Heir at Law, Next of Kin, or Beneficiary, you must be able to establish a material interest in the estate or trust. If Form 4506-C is signed by a representative, the Authorized Representative check box must be marked.

**Electronic Signature:** Only IVES participants that opt in to the Electronic Signature usage can accept electronic signatures. Contact the IVES participant for approval and guidance for electronic signatures. If the Form 4506-C is signed electronically, the Electronic Signature check box must be marked.

**Individuals.** Transcripts listed on line 6 may be furnished to either spouse if jointly filed. Signatures are required for all taxpayers listed on Line 1a and 2a.

**Corporations.** Generally, Form 4506-C can be signed by:

(1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer. A bona fide shareholder of record owning 1 percent or more of the outstanding stock of the corporation may submit a Form 4506-C but must provide documentation to support the requester's right to receive the information.

**Partnerships.** Generally, Form 4506-C can be signed by any person who was a member of the partnership during any part of the tax period requested on line 8.

**All others.** See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Documentation.** For entities other than individuals, you must attach he authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the letters testamentary authorizing an individual to act for an estate.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested tax information under the Internal Revenue Code. We need this information to properly identify the tax information and respond to your request. You are not required to request any transcript; if you do request a transcript, sections 6103 and 6109 and their regulations require you to provide this information, including your SSN or EIN. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506-C will vary depending on individual circumstances. The estimated average time is:

**Learning about the law or the form** . . . . . . 10 min.
**Preparing the form** . . . . . . . . . . . . . . . 12 min.
**Copying, assembling, and sending the form to the IRS** . . . . . . . . . . . . . . . 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506-C simpler, we would be happy to hear from you. You can write to:

Internal Revenue Service
Tax Forms and Publications Division
1111 Constitution Ave. NW, IR-6526
Washington, DC 20224

Do not send the form to this address. Instead, see Where to file on this page.

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED

**shellpoint**®

S-SFRECS20 L-2501 R-101
PMZMVP00202213 - 848973777 I09292
DANIEL GIORDANO
2128 BELLCREST CT
ROYAL PALM BEACH FL 33411-6115

| **CONTACT INFORMATION** | |
|---|---|
| **Correspondence:** | P.O. Box 10826<br>Greenville, SC 29603-0826 |
| **Business Hours:** | Monday - Friday: 8:00AM-9:00PM |
| **Phone:** | 800-365-7107 |
| **Fax:** | 866-467-1187 |
| **Website:** | www.shellpointmtg.com |

Loan Number: 0691968135
Property Address: 2128 BELLCREST CT
ROYAL PALM BEACH, FL 33411

01/16/2026

Dear Homeowner:

Thank you for contacting us about your mortgage. You were evaluated for mortgage payment assistance based on the eligibility requirements of MEB Loan Trust VIII, the owner of your mortgage loan.

**We evaluated you for all Loss Mitigation Home Retention programs. Based on our review of your loan, property, and financial circumstances, you are not eligible for the following Loss Mitigation programs due to the following reason(s):**

Repayment Plan
- We were unable to complete the evaluation of your loan because we did not receive all the required documentation. Please contact our office to discuss the missing documentation and to reapply for assistance.

Standard Loan Modification
- Your loan is not eligible for this program because it was modified within the last 12 months. Only one loan modification is allowed within a 12-month period.

Long-term Forbearance
- The information provided was not sufficient to verify your hardship.

Short-term Forbearance
- The information provided was not sufficient to verify your hardship.

**HAF Homeowner Assistance Fund**
There may be additional forms of assistance available to you, the Homeowner Assistance Fund (HAF) program established under the American Rescue Plan Act of 2021 may be available in your area. The goal of the HAF program is to aid homeowners in avoiding foreclosure by providing mortgage assistance for borrowers in need. If you are interested in information about the HAF program and instructions on applying for assistance, please visit **www.ncsha.org/homeowner-assistance-fund** for HAF program details and links for each state. To apply for HAF assistance you must follow the instructions provided on your state's HAF website. We do not participate in the program qualification process with the HAF state agency.

**Other potential options to avoid foreclosure.** We understand that you may be facing financial difficulties. While we are not able to approve you for a loan modification, we may have other programs available to help.

While it may be difficult to make the decision to leave your home, you may be eligible for the programs listed below. These can help provide a fresh start toward a new home by covering a portion of your relocation expenses. Please call us at 800-365-7107 to discuss further documentation required for program eligibility and approval.

- **Short Sale** – A short sale involves the sale of the home for less than the balance you owe. If the owner of your loan agrees to a short sale, you can sell your home and pay off all (or a portion of) your balance with the proceeds.
- **Deed-in-Lieu of Foreclosure** – With a Deed-in-Lieu of Foreclosure, you transfer the title of your property to the owner of your mortgage in exchange for a release from your loan and payments.

The most important thing is to avoid foreclosure, but there are other benefits to the fresh start options that may be available to you.

**Benefits may include:**
- Elimination of your remaining mortgage debt
- Avoiding the negative impact of a foreclosure

- Relocation assistance
- Earlier repair to your credit made possible by avoiding a foreclosure
- Flexible exit options let you leave the home immediately, or consider other ways to transition

**If you can, please pay in full *immediately*.** We recognize that being denied for a loan modification may be disappointing news for you. However, to avoid additional expenses resulting from late payments and foreclosure, it is important you make the full payment listed above or contact us regarding the additional options presented above as quickly as possible.

Remember, your mortgage payment was due on 10/01/2025 and has accrued late charges of $0.00.

Please send your payment to:

Shellpoint Mortgage Servicing
P.O. Box 650840
Dallas, TX 75265-0840

If your mortgage loan was reinstated and you have subsequently experienced a financial hardship, you may contact us to request reconsideration for mortgage payment assistance or other alternatives to foreclosure.

You may obtain additional documentation supporting this denial decision by sending a written request to us. If you have questions about this letter and how to reinstate your mortgage, please contact us at 800-365-7107. Should you have any questions regarding the evaluation of your mortgage for foreclosure alternatives, you can visit our Borrower Web Portal at www.shellpointmtg.com to apply for assistance, upload application documents, or contact us through our Secure Message Center. You can also contact our Single Point of Contact ("SPOC") department at 800-365-7107. Documents can also be faxed to us at 866-467-1187. Please reference your loan number when contacting us regarding this request.

Making decisions about your mortgage when you're facing financial challenges can be uncomfortable. With so much information available, it's hard to know where to turn. We are ready to assist you in exploring the best option for your individual situation!

**Additional Resources**

If you are experiencing a financial hardship, you may be eligible for mortgage assistance from your state's housing finance agency or other state or local government agency.

For a list of HUD-approved housing counseling agencies that can provide free foreclosure prevention and debt management information, as well as translation or other language assistance, contact one of the following federal government agencies.

- The U.S. Department of Housing and Urban Development (HUD) at (800) 569-4287 or www.hud.gov/counseling
- The Consumer Financial Protection Bureau (CFPB) at (855) 411-2372 or www.consumerfinance.gov/mortgagehelp

**We're here to help.** It's our privilege to be your mortgage servicer, and we're committed to providing you with the best possible service. If you have any questions or need assistance, please contact us at 800-365-7107.

**¿Hablas español?** Esta carta contiene información importante sobre su préstamo hipotecario. Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan español al número 800-365-7107.

Sincerely,

Loss Mitigation Department
Shellpoint Mortgage Servicing

## Additional Information and Legal Notices

### Right to Appeal

You have the right to appeal our determination not to offer you the loan modification Trial Period Plan(s) listed above. If you would like to appeal, you must contact us in writing at the address provided below, no later than 01/30/2026, and state that you are requesting an appeal of our decision. You must include in the appeal your name, property address, and mortgage loan number. You must also specify the reasons for your appeal, and provide any supporting documentation. Your right to appeal expires 01/30/2026. Any appeal requests or documentation received after 01/30/2026 may not be considered.

If you elect to appeal, we will provide you a written notice of our appeal decision within 30 calendar days of receiving your appeal. Any appeal decision made will be final, and not subject to further appeal.

If you elect to appeal, you do not have to make the full mortgage payment amount until resolution of the appeal. If we determine on appeal that you are eligible for a loan modification Trial Period Plan, we will send you an offer for that Trial Period Plan. In that case, you may choose to make the full mortgage payment amount (including any delinquent amounts and late charges that have accrued during the appeal process) or accept the new Trial Period Plan payment offer by contacting us at 800-365-7107 or in writing at P.O. Box 10826 Greenville, SC 29603-0826 no later than 14 calendar days from the date of the appeal decision.

If you wait to make the payment amount described above until after receiving our appeal decision, your loan will become more delinquent. Any unpaid interest, and other unpaid amounts, such as escrows for taxes and insurance, will continue to accrue on your mortgage loan during the appeal, and will be added to the total amount due to bring your loan current.

The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is: Federal Trade Commission, Consumer Response Center, 600 Pennsylvania Avenue, NW, Washington, DC 20580.

Under federal law, you have the right to obtain a free copy of your credit report from Transunion, LLC, the consumer reporting agency who provided us the credit report, within 60 days of this notice.

You have a right to dispute any inaccurate or incomplete information in your credit report. If you find mistakes on your credit report, contact the consumer reporting agency. It is a good idea to check your credit report to make sure the information it contains is accurate. Your credit score may have been obtained from TransUnion LLC as part of this evaluation. Below is their contact information:

| Obtain Credit Report | For Disputes |
|---|---|
| TransUnion LLC | TransUnion LLC |
| P.O. Box 1000 | P.O. Box 2000 |
| Chester, PA 19016-1000 | Chester, PA 19016-2000 |
| Toll-Free: 800-888-4213 | Toll-Free: 800-916-8800 |

Notice to the Applicant: The consumer reporting agency plays no part in the decision to take any action on the loan application and is unable to provide you with specific reasons for the decision on a loan application. If you have questions concerning the decision, contact the lender.

Under federal law, you have the right to obtain a free copy of your credit report from each of the nationwide consumer reporting agencies once a year.

To order your free annual credit report—
By telephone: Call toll-free: 1-877-322-8228
On the web: Visit www.annualcreditreport.com
By mail: Mail your completed Annual Credit Report Request Form (which you can obtain from the Federal Trade Commission's web site at https://www.consumer.ftc.gov/articles/pdf-0093-annual-report-request-form.pdf) to:

Annual Credit Report Request Service
P.O. Box 105281
Atlanta, GA 30348-5281

**Please read the following important notices as they may affect your rights.**

Newrez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Newrez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code.

**Attention Servicemembers and Dependents: The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.**

**Notice of Error or Information Request Address:** You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us. Additionally, if you believe we have furnished inaccurate information to credit reporting agencies, please write to us with specific details regarding those errors and any supporting documentation that you have and we will assist you. Error Resolution, including concerns of inaccurate information sent to credit reporting agencies, or requests for information should be sent to the following address: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

**Our system of record has your preferred language as English.**

**If you prefer to receive communication in a language other than English, please contact us at 800-365-7107 to speak with a translator in your preferred language about the servicing of your loan or a document you received.**

**Si prefiere recibir las comunicaciones en otro idioma que no sea el inglés, por favor, contáctenos en el 800-365-7107 para hablar con un traductor en el idioma de su preferencia sobre la gestión de su préstamo o cualquier documento que haya recibido.**

**如果您要使用英语以外的其他语言进行交流，请致电 800-365-7107，我们将根据您首选的语言安排相应的译员，与您就贷款服务事项或您所接收的文件进行商讨。**

Please note that we operate as Newrez Mortgage LLC dba Shellpoint Mortgage Servicing in Arkansas and Texas.

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED

S-SFRECS20 L-1016 R-106
PM8L6H00200052 - 835930652 I00206
DANIEL GIORDANO
2128 BELLCREST CT
ROYAL PALM BEACH FL 33411-6115

**shellpoint®**

| CONTACT INFORMATION | |
|---|---|
| **Correspondence:** | P.O. Box 10826<br>Greenville, SC 29603-0826 |
| **Business Hours:** | **Monday - Friday:** 8:00AM-9:00PM<br>**Saturday:** 8:00AM-1:00PM |
| **Phone Number:** | 866-825-2174 |
| **Fax:** | 866-467-1187 |
| **Email:** | lossmitigation@shellpointmtg.com |
| **Website:** | www.shellpointmtg.com |

Loan Number: 0691968135
Principal Balance: $134,676.67
Property Address: 2128 BELLCREST CT
ROYAL PALM BEACH, FL 33411

08/07/2025

RE: 2128 BELLCREST CT ROYAL PALM BEACH, FL 33411

Dear Daniel Giordano:

Congratulations! Shellpoint Mortgage Servicing ("Shellpoint") has received and processed your loan modification agreement, and your loan has been modified per the signed agreement.

Shellpoint will begin mailing you monthly Billing Statements reflecting the new payment amount in the next 45 days. Your next payment of $1,538.63 is due 08/01/2025. This amount is subject to change due to future escrow analyses.

Should you have questions, please contact our Loss Mitigation Department at 866-825-2174 or visit our website at www.shellpointmtg.com.

Sincerely,

Loss Mitigation Department
Shellpoint Mortgage Servicing

**Enroll in paperless billing statements by visiting our website at www.shellpointmtg.com.**
**Statements can be viewed, saved, and printed on demand!**
**✓Convenient ✓Secure ✓Fast ✓Eco-Friendly**

**Please read the following important notices as they may affect your rights.**

Newrez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Newrez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code.

**Attention Servicemembers and Dependents: The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.**

**Notice of Error or Information Request Address:** You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us. Additionally, if you believe we have furnished inaccurate information to credit reporting agencies, please write to us with specific details regarding those errors and any supporting documentation that you have and we will assist you. Error Resolution, including concerns of inaccurate information sent to credit reporting agencies, or requests for information should be sent to the following address: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

**Our system of record has your preferred language as English.**

**If you prefer to receive communication in a language other than English, please contact us at 866-825-2174 to speak with a translator in your preferred language about the servicing of your loan or a document you received.**

**Si prefiere recibir las comunicaciones en otro idioma que no sea el inglés, por favor, contáctenos en el 866-825-2174 para hablar con un traductor en el idioma de su preferencia sobre la gestión de su préstamo o cualquier documento que haya recibido.**

**如果您要使用英语以外的其他语言进行交流，请致电 866-825-2174，我们将根据您首选的语言安排相应的译员，与您就贷款服务事项或您所接收的文件进行商讨。**

Please note that we operate as Newrez Mortgage LLC dba Shellpoint Mortgage Servicing in Arkansas and Texas.

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED

**shellpoint**®

S-SFRECS20 L-2306 R-106
PLN2XE00204978 - 821055405 I17745
DANIEL GIORDANO
2128 BELLCREST CT
ROYAL PALM BEACH FL 33411-6115

| **CONTACT INFORMATION** | |
|---|---|
| **Correspondence:** | P.O. Box 10826<br>Greenville, SC 29603-0826 |
| **Business Hours:** | Monday - Friday: 8:00AM-9:00PM<br>Saturday: 8:00AM-1:00PM |
| **Phone:** | 866-825-2174 |
| **Fax:** | 866-467-1187 |
| **Email:** | lossmitigation@shellpointmtg.com |
| **Website:** | www.shellpointmtg.com |

Loan Number: 0691968135
Property Address: 2128 BELLCREST CT
ROYAL PALM BEACH, FL 33411

04/04/2025

Dear Homeowner:

Thank you for contacting us about your mortgage. Based on a careful review of the information you provided, you are approved to enter into a Trial Period Plan for a mortgage modification. This is the first step toward qualifying for more affordable mortgage payments or more manageable terms. It is important that you read this information in its entirety so that you completely understand the actions you need to take to successfully complete the trial period to permanently modify your mortgage.

**Step 1: Accept This Offer**

You must make your first trial period payment by 05/01/2025. If you fail to make the first trial period payment by 05/01/2025 and we do not receive the payment by the last day of the month in which it is due, this offer will be revoked, and we may refer your mortgage to foreclosure. If your mortgage has already been referred to foreclosure, foreclosure proceedings may continue, and a foreclosure sale may occur.

**Step 2: Make Your Trial Period Payments**
To successfully complete the trial period, you must make the trial period payments below.

| Trial Period Plan Payment | Amount Due | Due Date |
|---|---|---|
| First | $1,591.73 | 05/01/2025 |
| Second | $1,591.73 | 06/01/2025 |
| Third | $1,591.73 | 07/01/2025 |

*If you submit your first trial period plan payment by 05/01/2025, follow this schedule for your second and third trial period plan payments only.

If you cannot afford the trial period plan payments described above but want to remain in your home, or if you have decided to leave your home, please contact us immediately at 866-825-2174 to discuss alternatives to foreclosure.

**Step 3: Sign and Return the Loan Modification Agreement**
Your modified terms will take effect only after:

- You have signed and submitted your loan modification agreement (which we will send you near the completion of the trial period plan);
- We have signed the loan modification agreement and returned a copy to you upon completion of the trial period plan; **AND**
- The modification effective date set forth in the loan modification agreement has occurred.

**TIME IS OF THE ESSENCE.**

**For your convenience, we offer several ways to pay:**

- **Website.** Log onto our secure website at http://www.shellpointmtg.com and select the "Log Into Your Account" option to make your trial payment. If you haven't yet created an online account, click on the "Register New Account" option and follow the on-screen instructions and prompts to set up your account.
- **Phone.** Dial 866-825-2174 and follow the voice prompts to make your payment anytime, "24/7".
- **Mail.** Write your loan number on your check or money order, make it payable to *Shellpoint Mortgage Servicing*, and mail it to:

Shellpoint Mortgage Servicing
P.O. Box 650840
Dallas, TX 75265-0840

As a part of your approved Trial Modification, if you were set up for ACH automatic payment, we have cancelled your ACH automatic draft. You will need to request the ACH to be set up again for future use.

After successfully completing the trial plan, you must continue making trial payments until your permanent modification is complete.

In the event that an assumption is needed, or all required signors will not be available, eligibility for this program may be impacted.

If you are a successor in interest, then in order to complete the Modification, we will need one of the following sets of documents – Death Certificate and Executed Will or Court Order; Recorded Instrument proving Tenancy by the Entirety or Joint-Tenancy (so long as the jurisdiction does not require a Probate Court to establish a successor); an Affidavit of Heirship and a Death Certificate (so long as the jurisdiction does not require a Probate Court to establish a successor); a Property Agreement filed incident to a divorce proceeding (so long as the jurisdiction does not require a Deed conveying the interest in the property); or Evidence of a Quit Claim Deed transferred from living spouse or parent.

**What Else Do You Need to Know?**

- It is important that you thoroughly review the *Frequently Asked Questions* and *Additional Trial Period Plan and Legal Notices* information attached.
- This Trial Period Plan offer is contingent on you having provided accurate and complete information. We reserve the right to revoke this offer or terminate the plan following your acceptance if we learn of information that would make you ineligible for the Trial Period Plan.
- Please note that, except for your monthly mortgage payment amount during the trial period, the terms of your existing note and all mortgage requirements remain in effect and unchanged during the trial period.
- **The completion of a modification may involve debt forgiveness and have tax consequences. You are strongly encouraged to consult with your legal and/or tax advisor(s) prior to accepting this offer.**
- If you make your new trial period payments timely, **we will not conduct a foreclosure sale.**
- You will not be charged any fees for this Trial Period Plan or a permanent modification.
- If your loan is modified, we will waive all unpaid late charges.

For future communications regarding the status of your loan or your application for loss mitigation, you can visit our Borrower Web Portal at www.shellpointmtg.com to apply for assistance, upload application documents, or contact us through our Secure Message Center. You can also contact our Single Point of Contact ("SPOC") department by phone at 866-825-2174. Documents can also be faxed to us at 866-467-1187. Please reference your loan number when contacting us regarding this request.

**We're here to help.** It's our privilege to be your mortgage servicer, and we're committed to providing you with the best possible service. If you have any questions or need assistance, please contact our Customer Care Team at 866-825-2174.

**¿Hablas español?** Esta carta contiene información importante sobre su préstamo hipotecario. Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan español al número 866-825-2174.

Sincerely,
Loss Mitigation Department
Shellpoint Mortgage Servicing

**FREQUENTLY ASKED QUESTIONS** | Get the answers you need to some of the most common questions.

**Q1: What is a trial period plan?**

- A trial period plan is a temporary payment relief period that offers you immediate payment relief and gives you time to demonstrate that you can consistently manage the estimated modified mortgage payments.

**Q2: How does the modification work and when will I know if my loan can be modified permanently?**

- A loan modification changes some of the terms of your mortgage, such as monthly payment, interest rate, and maturity date, which may make your payment more affordable.
- You will repay the new interest-bearing mortgage balance in equal monthly payments over the modified term.
- Once you make all your trial period payments on time and return to us two copies of the modification agreement with your signature, we will sign one copy and send it back to you so that you will have a fully executed modification agreement detailing the terms of the modified loan.
- Any difference between the amount of the trial period payments and your regular mortgage payments will be added to the balance of your loan along with any other past due amounts as permitted by your loan documents. While this will increase the total amount that you owe, it should not significantly change the amount of your modified mortgage payment.

**Q3: Do I have to modify my loan into a 480-month (40-year) fixed rate term?**

- Yes. A 480-month repayment term results in a lower modified monthly payment than would be available under a shorter term. The modified mortgage does not have any penalty if you pay off your mortgage earlier than the new maturity date. If you would like more information on options for paying off your mortgage early, please contact us for additional details at 866-825-2174.

**Q4: How will a trial period plan and loan modification impact my credit?**

- A trial period plan and loan modification may result in your credit score being adversely affected. Credit reporting agencies generally consider the entry into a trial period plan and loan modification as an increased credit risk, particularly if you are current on your mortgage or otherwise have a good credit score. Please note, however, that continued delinquency, including a foreclosure, would have a more negative impact to your credit score.
- We will continue to report the delinquency status of your loan to credit reporting agencies as well as your entry into a trial period plan in accordance with applicable law.
- Once your loan is modified, you will be considered current on your mortgage and your credit score may improve so long as you make your payments on time.
- For more information about your credit score, go to: ftc.gov/bcp/edu/pubs/consumer/credit/cre24.shtm.

**Q5: Can I still receive a modification if I do not contact you or send the first trial period plan payment within 14 days?**

- Yes, except in the limited circumstances where a foreclosure sale occurs before the due date of the first trial period plan payment. However, you must make each of the trial period plan payments on time and then sign the final modification agreement as required in Steps 2 and 3.

**Additional Resources**

If you are experiencing a financial hardship, you may be eligible for mortgage assistance from your state's housing finance agency or other state or local government agency.

For a list of HUD-approved housing counseling agencies that can provide free foreclosure prevention and debt management information, as well as translation or other language assistance, contact one of the following federal government agencies.

- The U.S. Department of Housing and Urban Development (HUD) at (800) 569-4287 or www.hud.gov/counseling
- The Consumer Financial Protection Bureau (CFPB) at (855) 411-2372 or www.consumerfinance.gov/mortgagehelp

Please contact us anytime at 866-825-2174, especially if you experience another event that may prevent you from making your mortgage payment.

## Additional Trial Period Plan Information and Legal Notices

**We will not proceed to foreclosure sale during the trial period, provided you are complying with the terms of the Trial Period Plan.**

- Any pending foreclosure action or proceeding that has been suspended may be resumed if you fail to comply with the terms of the plan or do not qualify for a permanent modification.
- You agree that the servicer will hold the trial period payments in an account until sufficient funds are in the account to pay your oldest delinquent monthly payment. You also agree that the servicer will not pay you interest on the amounts held in the account. If any money is left in this account at the end of the Trial Period Plan and you qualify for a loan modification, those funds will be deducted from amounts that would otherwise be added to your modified principal balance.
- The servicer's acceptance and posting of your payment during the trial period will not be deemed a waiver of the acceleration of your loan (or foreclosure actions) and related activities, and shall not constitute a cure of your default under your loan unless such payments are sufficient to completely cure your entire default under your loan.

**If your monthly payment did not include escrows for taxes and insurance, you are now required to do so:**

- You agree that any prior waiver that allowed you to pay directly for taxes and insurance is revoked. You agree to establish an escrow account and to pay required escrows into that account.

**Your current loan documents remain in effect; however, you may make the trial period payment instead of the payment required under your loan documents:**

- You agree that all terms and provisions of your current mortgage note and mortgage security instrument remain in full force and effect and you will comply with those terms; and that nothing in the Trial Period Plan shall be understood or construed to be a satisfaction or release in whole or in part of the obligations contained in the loan documents.

**We reserve the right to revoke this offer or terminate the trial period plan following your acceptance if we learn of information that would make you ineligible for the trial period plan or loan modification.**

- In this event, we may exercise any of the rights and remedies provided by the loan documents and applicable law.

**Your mortgage will not be modified if you sold or transferred any interest in the property in violation of your mortgage loan documents.**

**Modification Program Review**

You were evaluated for mortgage payment assistance based on the eligibility requirements of MEB Loan Trust VIII, the owner of your mortgage loan. Borrowers must meet their eligibility requirements to be eligible for a loan modification Trial Period Plan.

Based on our review of your financial circumstances, you are approved for a Standard Modification Trial Period Plan.

You are conditionally approved for the programs listed below. Please call us at 866-825-2174 to discuss further documentation required for these programs.

- Short Sale
- Deed in Lieu of Foreclosure

The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is: Federal Trade Commission, Consumer Response Center, 600 Pennsylvania Avenue, NW, Washington, DC 20580.

Under federal law, you have the right to obtain a free copy of your credit report from Transunion LLC, the consumer reporting agency who provided us the credit report, within 60 days of this notice.

You have a right to dispute any inaccurate information in your credit report. If you find mistakes on your credit report, contact the consumer reporting agency. It is a good idea to check your credit report to make sure the information it contains is accurate. Your credit score was obtained with your permission from TransUnion LLC on 03/18/2025. Below is their contact information:

| Obtain Credit Report | For Disputes |
|---|---|
| TransUnion LLC | TransUnion LLC |
| P.O. Box 1000 | P.O. Box 2000 |
| Chester, PA 19016-1000 | Chester, PA 19016-2000 |
| Toll-Free: 800-888-4213 | Toll-Free: 800-916-8800 |

**Your credit score was 488 when it was obtained in part of your evaluation on 04/04/2025. How your score compares to the scores of other consumers:**
Very Bad Credit: credit scores below 600
Bad Credit: credit scores between 600 and 650
Fair Credit: credit scores between 650 and 700
Good Credit: credit scores between 700 and 750
Very Good Credit: credit scores between 750 and 800

Shellpoint Mortgage Servicing ("Shellpoint") does not receive key factors that have affected your credit score. The below are key factors that could have affected your credit score.

- The amount on your accounts is too high, delinquent, or you have too many accounts opened with balances.
- There is either a lack of revolving account information or a low average age of revolving accounts.
- Your FICO® Score considers how recently you opened a new credit account. Your FICO® Score takes into account missed and late payments in a few ways. These include the number of late payments, how late they were and how recently they occurred. Most collections, public records and delinquencies stay on your report for no more than seven years – though bankruptcies may remain for up to 10 years.
- The presence of a derogatory public record or collection is a powerful predictor of future credit repayment behavior.
- Each time you apply for credit a credit inquiry is added to your credit report. People who are actively seeking credit pose more of a risk to lenders than those who are not.
- Your FICO® Score was lowered due to the number of credit inquiries within the last 12 months.

Under federal law, you have the right to obtain a free copy of your credit report from each of the nationwide consumer reporting agencies once a year.

To order your free annual credit report—
By telephone: Call toll-free: 1-877-322-8228
On the web: Visit www.annualcreditreport.com
By mail: Mail your completed Annual Credit Report Request Form (which you can obtain from the Federal Trade Commission's web site at https://www.consumer.ftc.gov/articles/pdf-0093-annual-report-request-form.pdf) to:

Annual Credit Report Request Service
P.O. Box 105281
Atlanta, GA 30348-5281

**Notice to the Loan Modification Applicant**

In connection with your application for a loan modification, the lender must disclose to you the score that a consumer reporting agency distributed to users and the lender used in connection with your home loan, and the key factors affecting your credit scores. The credit score is a computer-generated summary calculated at the time of the request and based on information that a consumer reporting agency or lender has on file. The scores are based on data about your credit history and payment patterns. Credit scores are important because they are used to assist the lender in determining whether you will obtain a loan. They may also be used to determine what interest rate you may be offered on the mortgage. Credit scores can change over time, depending on your conduct, how your credit history and payment patterns change, and how credit scoring technologies change. Because the score is based on information in your credit history, it is very important that you review the credit-related information that is being furnished to make sure it is accurate. Credit records may vary from one company to another. If you have questions about your credit score or the credit information that is furnished to you, contact the consumer reporting agency at the address and telephone number provided with this notice, or contact the lender, if the lender developed or generated the credit score. The consumer reporting agency plays no part in the decision to take any action on the loan application and is unable to provide you with specific reasons for the decision on a loan application. If you have questions concerning the terms of the loan modification, contact the lender.

**Please read the following important notices as they may affect your rights.**

Newrez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Newrez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code.

**Attention Servicemembers and Dependents: The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.**

**Notice of Error or Information Request Address:** You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us. Additionally, if you believe we have furnished inaccurate information to credit reporting agencies, please write to us with specific details regarding those errors and any supporting documentation that you have and we will assist you. Error Resolution, including concerns of inaccurate information sent to credit reporting agencies, or requests for information should be sent to the following address: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

**Our system of record has your preferred language as English.**

**If you prefer to receive communication in a language other than English, please contact us at 866-825-2174 to speak with a translator in your preferred language about the servicing of your loan or a document you received.**

**Si prefiere recibir las comunicaciones en otro idioma que no sea el inglés, por favor, contáctenos en el 866-825-2174 para hablar con un traductor en el idioma de su preferencia sobre la gestión de su préstamo o cualquier documento que haya recibido.**

**如果您要使用英语以外的其他语言进行交流，请致电 866-825-2174，我们将根据您首选的语言安排相应的译员，与您就贷款服务事项或您所接收的文件进行商讨。**

Please note that we operate as Newrez Mortgage LLC dba Shellpoint Mortgage Servicing in Arkansas and Texas.

**CFN 20250292449**
**OR BK 35942 PG 1748**
RECORDED 8/15/2025 9:04 AM
AMT$4,942.78
MTG DOC $17.50
INTANGIBLE $9.89
Palm Beach County, Florida
Joseph Abruzzo, Clerk
Pgs: 1748 - 1760; (13pgs)

**After recording please return to:**
**ServiceLink**
**Attn: Loan Modification Solutions**
**3220 El Camino Real**
**Irvine, CA 92602**

**This document prepared by:**
**Shellpoint Mortgage Servicing**
**Meredith Prickett**
**55 Beattie Place Suite 110 (MS 157)**
**Greenville, SC 29601**

Tax Parcel ID No.: **72-41-43-15-09-007-0430**

*[Space Above This Line For Recording Data]*

**Original Principal Amount $134,542.00**
**Unpaid Principal Amount $129,733.89**
**New Principal Amount $134,676.67**
**Total Cap Amount $4,942.78**

**Investor Loan No: 1221461499**
**Loan No: 0691968135**
*250260139-SP

# LOAN MODIFICATION AGREEMENT

This Loan Modification Agreement ("Agreement"), made this **9th** day of **June, 2025**, between **DANIEL M GIORDANO AKA DANIEL GIORDANO II AND MARIDES GIORDANO** ("Borrower") and **NewRez LLC d/b/a Shellpoint Mortgage Servicing as Servicer and authorized agent of MEB Loan Trust VIII** ("Lender"), amends and supplements (1) the Mortgage, Deed of Trust, or Security Deed (the "Security Instrument"), and Timely Payment Rewards Rider, if any, dated **May 26, 2022,** in the amount of **$134,542.00** and recorded on **June 3, 2022** in Book, Volume, or Liber No. **33610,** at Page **1050** (or as Instrument No. **20220241372**) , of the **Official** (Name of Records) Records of **PALM BEACH, FLORIDA** (County and State, or other jurisdiction) and (2) the Note, bearing the same date as, and secured by, the Security Instrument, which covers the real and personal property described in the Security Instrument and defined therein as the "Property", located at

**2128 BELLCREST CT, ROYAL PALM BEACH, FL 33411**
(Property Address)

the real property described being set forth as follows:
**SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF:**

**ADDITIONAL ATTACHMENTS ATTACHED HERETO AND MADE A PART HEREOF**
- **LOAN MODIFICATION AGREEMENT RIDER**

In consideration of the mutual promises and agreements exchanged, the parties hereto agree as follows (notwithstanding anything to the contrary contained in the Note or Security Instrument):

1. As of **August 1, 2025**, the amount payable under the Note and the Security Instrument (the "New Principal Balance") is U.S. **$134,676.67**, consisting of the unpaid amount(s) loaned to Borrower by Lender plus any interest and other amounts capitalized. As a result of this modification, the due date has been moved from the **2nd** of the month to the 1st of the month.

2. Borrower promises to pay the New Principal Balance, plus interest, to the order of Lender. Interest will be charged on the New Principal Balance at the yearly rate of **9.000%** from **July 1, 2025**. Borrower promises to pay monthly payments of principal and interest of **$1,538.63** beginning on the **1st** day of **August, 2025**, and continuing thereafter on the same day of each succeeding month until principal and interest are paid in full. The new Maturity Date will be **June 1, 2032**. Borrower's payment schedule for the modified Loan is as follows:

| No. of Months | Interest Rate | Interest Rate Change Date | Monthly Principal and Interest Payment Amount | Estimated Monthly Escrow Payment Amount* | Total Monthly Payment* | Payment Begin Date |
|---|---|---|---|---|---|---|
| **12** | **9.000%** | **07/01/2025** | **$1,538.63** | **$0.00** May adjust periodically | **$1,538.63** May adjust periodically | **08/01/2025** |
| **12** | **10.000%** | **07/01/2026** | **$1,610.11** | May adjust periodically | May adjust periodically | **08/01/2026** |
| **12** | **11.000%** | **07/01/2027** | **$1,677.87** | May adjust periodically | May adjust periodically | **08/01/2027** |
| **47** | **12.000%** | **07/01/2028** | **$1,741.44** | May adjust periodically | May adjust periodically | **08/01/2028** |

*The escrow payment may be adjusted periodically in accordance with applicable law; Therefore, my total monthly payment may change accordingly.

3. Borrower's Loan Modification Agreement contains a Balloon Payment.

   A) THE BALLOON PAYMENT IS IN THE AMOUNT OF **$78,286.65**, AND WILL BE DUE ON **JUNE 1, 2032** (MATURITY) OR UPON SALE OF THE MORTGAGED PROPERTY IF SOLD PRIOR TO MATURITY.
   B) THE ABOVE BALLOON PAYMENT AMOUNT IS BASED ON ALL OTHER MONTHLY PAYMENTS BEING PAID AS SCHEDULED. HOWEVER, IF BORROWER IS STILL OBLIGATED UNDER THE TERMS OF THE AGREEMENT AT MATURITY, OR UPON SALE, ANY UNPAID BALANCE INCLUDING INTEREST ON THE LOAN SHALL BE PAID TO THE LENDER AT THAT TIME.
   C) NOTHING CONTAINED HEREIN SHALL BE CONSTRUED TO BE A WAIVER OF THE BORROWER'S DISCHARGE, AN ATTEMPT TO COLLECT AGAINST THE BORROWER PERSONALLY, OR AN ATTEMPT TO REVIVE PERSONAL LIABILITY. THE LENDER IS UNDER NO OBLIGATION TO REFINANCE THE LOAN AT THE TIME OF MATURITY. BORROWER WILL, THEREFORE, BE REQUIRED TO MAKE PAYMENT OUT OF OTHER ASSETS THAT THEY MAY OWN, OR WILL HAVE TO FIND A LENDER, WILLING TO LEND THEM THE MONEY. IF BORROWER REFINANCES THIS LOAN AT MATURITY, BORROWER MAY HAVE TO PAY SOME

OR ALL OF THE CLOSING COSTS NORMALLY ASSOCIATED WITH A NEW LOAN, EVEN IF BORROWER OBTAINS REFINANCING FROM THE SAME LENDER.

4. If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument.

   If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is delivered or mailed within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

5. Borrower also will comply with all other covenants, agreements, and requirements of the Security Instrument, including without limitation, Borrower's covenants and agreements to make all payments of taxes, insurance premiums, assessments, escrow items, impounds, and all other payments that Borrower is obligated to make under the Security Instrument; however, the following terms and provisions are forever canceled, null and void, as of the date specified in paragraph No. 1 above:

   a) all terms and provisions of the Note and Security Instrument (if any) providing for, implementing, or relating to, any change or adjustment in the rate of interest payable under the Note, including, where applicable, the Timely Payment Rewards rate reduction, as described in paragraph 1 of the Timely Payment Rewards Addendum to Note and paragraph A.1. of the Timely Payment Rewards Rider. By executing this Agreement, Borrower waives any Timely Payment Rewards rate reduction to which Borrower may have otherwise been entitled; and

   b) all terms and provisions of any adjustable rate rider, or Timely Payment Rewards Rider, where applicable, or other instrument or document that is affixed to, wholly or partially incorporated into, or is part of, the Note or Security Instrument and that contains any such terms and provisions as those referred to in (a) above.

6. Borrower understands and agrees that:

   a) In order to accept the offer set forth herein, Borrower must sign and return this Agreement to Lender no later than **June 23, 2025**. Failure to return by **June 23, 2025**, may be considered non-acceptance and result in the offer being void and withdrawn.

   b) This Agreement shall supersede the terms of any modification, forbearance, trial period plan or other workout plan that I previously entered into with Lender.

   c) As of the Modification Effective Date, the Lender will only allow the transfer and assumption of the Loan, including this Agreement, to a transferee of my property as permitted under the Garn St. Germain Act, 12 U.S.C. Section 1701j-3. A buyer or transferee of the Property will not be permitted, under any other circumstance, to assume the Loan. Except as noted herein, this Agreement may not be assigned to, or assumed by, a buyer or transferee of the Property.

d) Borrower will cooperate fully with Lender in obtaining any title endorsement(s), or similar title insurance product(s), and/or subordination agreement(s) that are necessary or required by the Lender's procedures to ensure that the modified mortgage Loan is in first lien position and/or is fully enforceable upon modification and that if, under any circumstance and not withstanding anything else to the contrary in this Agreement, the Lender does not receive such title endorsement(s), title insurance product(s) and/or subordination agreement(s), then the terms of this Agreement will not become effective on the Modification Effective Date and the Agreement will be null and void.

e) Borrower will execute such other documents as may be reasonably necessary to either (i) consummate the terms and conditions of this Agreement; or (ii) correct the terms and conditions of this Agreement if an error is detected after execution of this Agreement. Borrower understands that either a corrected Agreement or a letter agreement containing the correction will be provided to the borrower for signature. At Lender's option, this Agreement will be void and of no legal effect upon notice of such error. If borrower elects not to sign any such corrective documentation, the terms of the original Loan Documents shall continue in full force and effect, such terms will not be modified by this Agreement, and borrower will not be eligible for a modification under the Modification Program.

f) If any document related to the Loan Documents and/or this Agreement is lost, misplaced, misstated, inaccurately reflects the true and correct terms and conditions of the Loan as modified, or is otherwise missing, borrower will comply with the Lender's request to execute, acknowledge, initial and deliver to the Lender any documentation the Lender deems necessary. If the Note is replaced, the Lender hereby indemnifies borrower against any loss associated with a demand on the Note. Borrower agrees to deliver the Documents within ten (10) days after received by the Lender's written request for such replacement.

g) All the rights and remedies, stipulations, and conditions contained in the Security Instrument relating to default in the making of payments under the Security Instrument shall also apply to default in the making of the modified payments hereunder.

h) All covenants, agreements, stipulations, and conditions in the Note and Security Instrument shall be and remain in full force and effect, except as herein modified, and none of the Borrower's obligations or liabilities under the Note and Security Instrument shall be diminished or released by any provisions hereof, nor shall this Agreement in any way impair, diminish, or affect any of Lender's rights under or remedies on the Note and Security Instrument, whether such rights or remedies arise thereunder or by operation of law. Also, all rights of recourse to which Lender is presently entitled against any property or any other persons in any way obligated for, or liable on, the Note and Security Instrument are expressly reserved by Lender.

i) Nothing in this Agreement shall be understood or construed to be a satisfaction or release in whole or in part of the Note and Security Instrument.

j) All costs and expenses incurred by Lender in connection with this Agreement, including recording fees, title examination, and attorney's fees, shall be paid by the Borrower and shall be secured by the Security Instrument, unless stipulated otherwise by Lender.

k) Borrower agrees to make and execute such other documents or papers as may be necessary or required to effectuate the terms and conditions of this Agreement which, if approved and accepted by Lender, shall bind and inure to the heirs, executors, administrators, and assigns of the Borrower.

l) Borrower authorizes Lender, and Lender's successors and assigns, to share Borrower information including, but not limited to (i) name, address, and telephone number, (ii) Social Security Number, (iii) credit score, (iv) income, (v) payment history, (vi) account balances and activity, including information about any modification or foreclosure relief programs, with Third Parties that can assist Lender and Borrower in obtaining a foreclosure prevention alternative, or otherwise provide support services related to Borrower's loan. For purposes of this section, Third Parties include a counseling agency, state or local Housing Finance Agency or similar entity, any insurer, guarantor, or servicer that insures, guarantees, or services Borrower's loan or any other mortgage loan secured by the Property on which Borrower is obligated, or to any companies that perform support services to them in connection with Borrower's loan.

Borrower consents to being contacted by Lender or Third Parties concerning mortgage assistance relating to Borrower's loan including the trial period plan to modify Borrower's loan, at any telephone number, including mobile telephone number, or email address Borrower has provided to Lender or Third Parties.

By checking this box, Borrower also consents to being contacted by text messaging ☐.

7. By this paragraph, Lender is notifying Borrower that any prior waiver by Lender of Borrower's obligation to pay to Lender Funds for any or all Escrow Items is hereby revoked, and Borrower has been advised of the amount needed to fully fund the Escrow Items.

8. Borrower will pay to Lender on the day payments are due under the Loan Documents as amended by this Agreement, until the Loan is paid in full, a sum (the "Funds") to provide for payment of amounts due for: (a) taxes and assessments and other items which can attain priority over the Mortgage as a lien or encumbrance on the Property; (b) leasehold payments or ground rents on the Property, if any; (c) premiums for any and all insurance required by Lender under the Loan Documents; (d) mortgage insurance premiums, if any, or any sums payable to Lender in lieu of the payment of mortgage insurance premiums in accordance with the Loan Documents; and (e) any community association dues, fees, and assessments that Lender requires to be escrowed. These items are called "Escrow Items." Borrower shall promptly furnish to Lender all notices of amounts to be paid under this paragraph. Borrower shall pay Lender the Funds for Escrow Items unless Lender waives Borrower's obligation to pay the Funds for any or all Escrow Items. Lender may waive Borrower's obligation to pay to Lender Funds for any or all Escrow Items at any time. Any such waiver may only be in writing. In the event of such waiver, Borrower shall pay directly, when and where payable, the amounts due for any Escrow Items for which payment of Funds has been waived by Lender and, if Lender requires, shall furnish to Lender receipts evidencing such payment within such time period as Lender may require. Borrower's obligation to make such payments and to provide receipts shall for all purposes be deemed to be a covenant and agreement contained in the Loan Documents, as the phrase "covenant and agreement" is used in the Loan Documents. If Borrower is obligated to pay Escrow Items directly, pursuant to a waiver, and Borrower fails to pay the amount due for an Escrow Item, Lender may exercise its rights under the Loan Documents and this Agreement and pay such amount and Borrower shall then be obligated to repay to Lender any such amount. Lender may revoke the waiver as to any or all Escrow Items

CFN 20250292449
OR BK 35942 PG 1753
Pg: 6 of 13

at any time by a notice given in accordance with the Loan Documents, and, upon such revocation, Borrower shall pay to Lender all Funds, and in such amounts, that are then required under this paragraph.

Lender may, at any time, collect and hold Funds in an amount (a) sufficient to permit Lender to apply the Funds at the time specified under the Real Estate Settlement Procedures Act ("RESPA"), and (b) not to exceed the maximum amount a lender can require under RESPA. Lender shall estimate the amount of Funds due on the basis of current data and reasonable estimates of expenditures of future Escrow Items or otherwise in accordance with applicable law.

The Funds shall be held in an institution whose deposits are insured by a federal agency, instrumentality, or entity (including Lender, if Lender is an institution whose deposits are so insured) or in any Federal Home Loan Bank. Lender shall apply the Funds to pay the Escrow Items no later than the time specified under RESPA. Lender shall not charge Borrower for holding and applying the Funds, annually analyzing the escrow account, or verifying the Escrow Items, unless Lender pays Borrower interest on the Funds and applicable law permits Lender to make such a charge. Unless an agreement is made in writing or applicable law requires interest to be paid on the Funds, Lender shall not be required to pay Borrower any interest or earnings on the Funds. Lender and Borrower can agree in writing, however, that interest shall be paid on the Funds. Lender shall provide Borrower, without charge, an annual accounting of the Funds as required by RESPA.

If there is a surplus of Funds held in escrow, as defined under RESPA, Lender shall account to Borrower for the excess funds in accordance with RESPA. If there is a shortage of Funds held in escrow, as defined under RESPA, Lender shall notify Borrower as required by RESPA, and Borrower shall pay to Lender the amount necessary to make up the shortage in accordance with RESPA, but in no more than 12 monthly payments. If there is a deficiency of Funds held in escrow, as defined under RESPA, Lender shall notify Borrower as required by RESPA, and Borrower shall pay to Lender the amount necessary to make up the deficiency in accordance with RESPA, but in no more than 12 monthly payments.

Upon payment in full of all sums secured by the Loan Documents, Lender shall promptly refund to Borrower any Funds held by Lender.

## BORROWER'S RIGHT OF CANCELLATION

YOU MAY CANCEL THIS AGREEMENT FOR LOAN MODIFICATION SERVICES WITHOUT ANY PENALTY OR OBLIGATION WITHIN 3 BUSINESS DAYS AFTER THE DATE THIS AGREEMENT IS SIGNED BY YOU.

THE LOAN ORIGINATOR, MORTGAGE BROKER, OR MORTGAGE LENDER IS PROHIBITED BY LAW FROM ACCEPTING ANY MONEY, PROPERTY, OR OTHER FORM OF PAYMENT FROM YOU UNTIL ALL PROMISED SERVICES HAVE BEEN COMPLETED. IF FOR ANY REASON YOU HAVE PAID THE CONSULTANT BEFORE CANCELLATION, YOUR PAYMENT MUST BE RETURNED TO YOU WITHIN 10

BUSINESS DAYS AFTER THE CONSULTANT RECEIVES YOUR CANCELLATION NOTICE.

TO CANCEL THIS AGREEMENT, A SIGNED AND DATED COPY OF A STATEMENT THAT YOU ARE CANCELING THE AGREEMENT SHOULD BE MAILED (POSTMARKED) OR DELIVERED TO NewRez LLC d/b/a Shellpoint Mortgage Servicing as Servicer and authorized agent of MEB Loan Trust VIII AT C/O US Bank Trust National Assoc 1101 Centre Road, Suite 203, Wilmington, DE 19805 NO LATER THAN MIDNIGHT ON THE THIRD BUSINESS DAY AFTER SIGNING.

IMPORTANT: IT IS RECOMMENDED THAT YOU CONTACT YOUR MORTGAGE LENDER OR MORTGAGE SERVICER BEFORE SIGNING THIS AGREEMENT. YOUR LENDER OR SERVICER MAY BE WILLING TO NEGOTIATE A PAYMENT PLAN OR A RESTRUCTURING WITH YOU FREE OF CHARGE.

Borrower - **DANIEL M GIORDANO AKA DANIEL GIORDANO II** Date: 6/20/25
Mailing Address: **2128 BELLCREST CT, ROYAL PALM BEACH, FL 33411**

Borrower - **MARIDES GIORDANO *SIGNING SOLELY TO ACKNOWLEDGE THIS AGREEMENT, BUT NOT TO INCUR ANY PERSONAL LIABILITY FOR THE DEBT** Date: 6/20/25
Mailing Address: **2128 BELLCREST CT, ROYAL PALM BEACH, FL 33411**

CFN 20250292449
OR BK 35942 PG 1755
Pg: 8 of 13

**ACKNOWLEDGMENT**

State of FL §
§
County of Palm Beach §

The foregoing instrument was acknowledged before me by means of ☑ physical presence or ☐ online notarization, this 6/20/2025 by **DANIEL M GIORDANO AKA DANIEL GIORDANO II AND MARIDES GIORDANO** who is personally known to me or who has produced FLDL, as identification.

Notary Public State of Florida
Luke Wooldridge
My Commission
HH 233885
Exp. 2/27/2026

Signature of Person Taking Acknowledgment

Luke Wooldridge
Name Typed, Printed or Stamped

Notary
Title or Rank

Serial Number, if any: HH233885

(Seal)

My Commission Expires: 2/27/26

ACCEPTED AND AGREED TO BY THE OWNER AND HOLDER OF SAID NOTE
**NewRez LLC d/b/a Shellpoint Mortgage Servicing as Servicer and authorized agent of MEB Loan Trust VIII**

By: ______________________ -Lender    AUG 0 5 2025 Date of Lender's Signature

Benjamin Bailey,Team Lead

Signed, sealed and delivered in the presence of:

______________________ AUG 0 5 2025
Witness Signature (Date)

Kimberly Hudson

Printed Name ______________________

**ACKNOWLEDGMENT**

State of South Carolina §
§
County of Greenville §

The foregoing instrument was acknowledged before me this AUG 0 5 2025 by Benjamin Bailey,Team Lead of **NewRez LLC d/b/a Shellpoint Mortgage Servicing as Servicer and authorized agent of MEB Loan Trust VIII a South Carolina** Corporation, on behalf of the Corporation.

______________________
Signature of Person Taking Acknowledgment

TAMEKA WELLMAKER, My Commission Expires, NOTARY PUBLIC, June 19, 2033, STATE OF SOUTH CAROLINA

(Seal)

Printed Name TAMEKA WELLMAKER
Notary Public
State of South Carolina
Title or Rank My Commission Expires June 19, 2033

Serial Number, if any: ______

My Commission Expires: ______

**LEGAL DESCRIPTION SEE EXHIBIT "A"**

**EXHIBIT A**

**BORROWER(S): DANIEL M GIORDANO AKA DANIEL GIORDANO II AND MARIDES GIORDANO**

**LOAN NUMBER: 0691968135**

**LEGAL DESCRIPTION:**

**STATE OF FLORIDA, COUNTY OF PALM BEACH, AND DESCRIBED AS FOLLOWS:**

**LOT 43, BLOCK G, MADISON GREEN - PLAT NO. 1, PARCEL "F", PARCEL "G" AND PARCEL "I" REPLAT, ACCORDING TO THE MAP OR PLAT THEREOF, AS RECORDED IN PLAT BOOK 91, PAGE(S) 33 THROUGH 42, INCLUSIVE, OF THE PUBLIC RECORDS OF PALM BEACH COUNTY, FLORIDA PROPERTY ADDRESS: 2128 BELLCREST CT, ROYAL PALM BEACH FL 33411**

Tax Parcel ID No.: **72-41-43-15-09-007-0430**

**ALSO KNOWN AS: 2128 BELLCREST CT, ROYAL PALM BEACH, FL 33411**

Loan No. **0691968135**
Borrowers ("Borrower"): **DANIEL M GIORDANO AKA DANIEL GIORDANO II and MARIDES GIORDANO**

# LOAN MODIFICATION AGREEMENT RIDER

THIS LOAN MODIFICATION AGREEMENT RIDER is made this **9th** day of, **June, 2025**, by and between the undersigned borrower (the "Borrower") and **NewRez LLC d/b/a Shellpoint Mortgage Servicing as Servicer and authorized agent of MEB Loan Trust VIII**, (the "Lender") and is incorporated into and shall be deemed to amend and supplement that certain LOAN MODIFICATION AGREEMENT (the "Agreement") of the same date executed by the Borrower and Lender as of the date above.

ADDITIONAL COVENANTS. In addition to the covenants and agreements made in the Agreement, Borrower and Lender further covenant and agree as follows:

**1. Errors and Omissions**

("Borrower") agrees, upon request of Lender, its successors or assigns ("Note Holder"), or upon request of any person acting on behalf of Note Holder, to fully cooperate with Note Holder or such person to correct any inaccurate term or provision of, mistake in, or omission from any document associated with the Modification. Borrower further agrees to execute such documents or take such action as Note Holder or such person acting on behalf of Note Holder reasonably may deem necessary (including without limitation the correction of any such inaccuracy, mistake, or omission) as will enable Note Holder to sell, convey, seek guaranty of, or market the Modification to any entity, including without limitation an investor, the Federal National Mortgage Association, the Government National Mortgage Association, the Federal Home Loan Mortgage Corporation, the Department of Housing and Urban Development, the Department of Veterans Affairs, or any bonding authority.

Borrower further agrees to comply with any such request within a reasonable period of time as specified by Note Holder or by such person acting on behalf of Note Holder. Failure to comply shall constitute default under the Note and Security Instrument underlying the Modification and Note Holder may pursue its available remedies.

CFN 20250292449
OR BK 35942 PG 1760
Pg: 13 of 13

BY SIGNING BELOW, Borrower accepts and agrees to the terms and conditions contained in this LOAN MODIFICATION AGREEMENT RIDER.

| | | | |
|---|---|---|---|
| Borrower | - DANIEL M GIORDANO AKA DANIEL GIORDANO II | Date: | 6, 29 25 |
| Borrower | - MARIDES GIORDANO *SIGNING SOLELY TO ACKNOWLEDGE THIS AGREEMENT, BUT NOT TO INCUR ANY PERSONAL LIABILITY FOR THE DEBT | Date: | 6, 29 25 |

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED

**shellpoint**®

S-SFRECS20 L-2214 R-106
PMSPY900207723 - 846245013 I28776
DANIEL GIORDANO
2128 BELLCREST CT
ROYAL PALM BEACH FL 33411-6115

| **CONTACT INFORMATION** | |
|---|---|
| **Correspondence:** | P.O. Box 10826<br>Greenville, SC 29603-0826 |
| **Business Hours:** | Monday - Friday: 8:00AM-9:00PM<br>Saturday: 8:00AM-1:00PM |
| **Phone:** | 866-825-2174 |
| **Fax:** | 866-467-1187 |
| **Email:** | lossmitigation@shellpointmtg.com |
| **Website:** | www.shellpointmtg.com |

Loan Number: 0691968135
Property Address: 2128 BELLCREST CT
ROYAL PALM BEACH, FL 33411

12/03/2025

Dear Homeowner:

Thank you for being a valued homeowner at Shellpoint Mortgage Servicing. The information below is being provided to you pertaining to your outstanding balance on your mortgage and the amount needed to reinstate your account. A reinstatement means you will bring your mortgage current by paying all past due amounts, including any amounts that we paid on your behalf. **To reinstate your mortgage, you must pay $4,615.89 no later than 01/01/2026.** You must make the full payment by 01/01/2026.

This reinstatement quote does not stop foreclosure proceedings or prevent a foreclosure sale from being held. To ensure a foreclosure sale has not been held, you should contact Shellpoint Mortgage Servicing before sending funds to reinstate your mortgage.

Reinstatement Balance: $4,615.89 Good Through Date: 01/01/2026

- Due Date: 10/01/2025
- Total PITI (Principal, Interest, Taxes and Insurance) Payments Due: $4,615.89
- Unapplied Corporate Advance/Late/NSF/Attorney Fees: $0.00*
- Unapplied Funds: $0.00
- Outstanding Foreclosure Fees/Costs: $0.00

*This amount may also include property preservation expenses, inspection fees, and/or other expenses authorized by your mortgage documents.

**If you wish to reinstate prior to 01/01/2026, the reinstatement amount will be $4,615.89. Reinstatement funds are accepted Monday through Friday, excluding federal holidays, and will be effective the same day if received by 3pm EST.**

It is very important that you **call our office on the day you intend to reinstate your account** to make sure the amount you are paying will cover all outstanding fees and costs that may have been assessed on the account since the date of this letter. Please note that attorney fees may continue to accrue until the account is reinstated. Any fees and costs assessed on the loan after the creation of this quote and prior to the loan being brought current will remain outstanding and due on the loan.

Funds should be sent in one of the following forms:

**Cashier's Check**

Standard Mail Address:
Shellpoint Mortgage Servicing
P.O. Box 650840
Dallas, TX 75265-0840

Overnight Mail Address:
Shellpoint Mortgage Servicing
Attn: Loss Mitigation / 866-825-2174
75 Beattie Place
Suite LL202
Greenville, SC 29601

**Wire Transfer**

Bank Name: Citibank N.A.
Bank Address: 388 Greenwich St.
Bank City, State: New York, NY 10013
Bank ABA Routing Number: 021000089
Bank Account Number: 31354717
Reference: 0691968135
Contact Information: SMSWires@shellpointmtg.com

If you reinstate your loan and experience a financial hardship afterward, please contact us to request reconsideration for mortgage payment assistance or other foreclosure prevention alternatives.

**Additional Resources**

If you are experiencing a financial hardship, you may be eligible for mortgage assistance from your state's housing finance agency or other state or local government agency.

For a list of HUD-approved housing counseling agencies that can provide free foreclosure prevention and debt management information, as well as translation or other language assistance, contact one of the following federal government agencies.

- The U.S. Department of Housing and Urban Development (HUD) at (800) 569-4287 or www.hud.gov/counseling
- The Consumer Financial Protection Bureau (CFPB) at (855) 411-2372 or www.consumerfinance.gov/mortgagehelp

**We're here to help.** It's our privilege to be your mortgage servicer, and we're committed to providing you with the best possible service. If you have any questions or need assistance, please contact us at 866-825-2174.

**¿Hablas español?** Esta carta contiene información importante sobre su préstamo hipotecario. Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan español al número 866-825-2174.

Sincerely,

Loss Mitigation Department

Shellpoint Mortgage Servicing

**Please read the following important notices as they may affect your rights.**

Newrez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Newrez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code.

**Attention Servicemembers and Dependents: The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.**

**Notice of Error or Information Request Address:** You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us. Additionally, if you believe we have furnished inaccurate information to credit reporting agencies, please write to us with specific details regarding those errors and any supporting documentation that you have and we will assist you. Error Resolution, including concerns of inaccurate information sent to credit reporting agencies, or requests for information should be sent to the following address: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

**Our system of record has your preferred language as English.**

**If you prefer to receive communication in a language other than English, please contact us at 866-825-2174 to speak with a translator in your preferred language about the servicing of your loan or a document you received.**

**Si prefiere recibir las comunicaciones en otro idioma que no sea el inglés, por favor, contáctenos en el 866-825-2174 para hablar con un traductor en el idioma de su preferencia sobre la gestión de su préstamo o cualquier documento que haya recibido.**

如果您要使用英语以外的其他语言进行交流，请致电 866-825-2174，我们将根据您首选的语言安排相应的译员，与您就贷款服务事项或您所接收的文件进行商讨。

Please note that we operate as Newrez Mortgage LLC dba Shellpoint Mortgage Servicing in Arkansas and Texas.

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED

**shellpoint**®

S-SFRECS20 L-1031-R R-101
PMYCDI00300337 - 848507767 I07501
DANIEL GIORDANO
2128 BELLCREST CT
ROYAL PALM BEACH FL 33411-6115

| CONTACT INFORMATION | |
|---|---|
| **Correspondence:** | P.O. Box 10826<br>Greenville, SC 29603-0826 |
| **Business Hours:** | Monday - Friday: 8:00AM-9:00PM |
| **Phone Number:** | 800-365-7107 |
| **Fax:** | 866-467-1187 |
| **Website:** | www.shellpointmtg.com |

01/08/2026

Loan Number: 0691968135
Property Address: 2128 BELLCREST CT
ROYAL PALM BEACH, FL 33411

Dear Homeowner,

You recently requested information regarding mortgage assistance options that may be available to you. We pride ourselves in working with homeowners just like you. By filling out the attached forms, we will be able to explore all the options that are available to you regarding this mortgage.

This is a regulatory notice. We are sending this notice to you because you are behind on your mortgage payment(s). As of the date of this letter, the total amount due is $6,154.52. Because interest, late charges, and other fees vary from day to day, the amount you owe may change. We want to notify you of possible ways to avoid losing your home. We have a right to invoke foreclosure based on the terms of your mortgage contract. Please read this letter carefully.

**Important note:** We have assigned a Single Point of Contact (SPOC) to assist you through the loss mitigation process concerning your mortgage loan. We will perform an evaluation of your financial condition and determine your qualifications for all alternatives that may be applicable for this account. Should you have any questions, you can visit our Borrower Web Portal at www.shellpointmtg.com to apply for assistance, upload application documents, or contact us through our Secure Message Center. You can also contact our SPOC department at 800-365-7107. Documents can also be faxed to us at 866-467-1187. Please reference your loan number when contacting us regarding this request.

If your loan was transferred from another servicer and you have entered into an approved loss mitigation plan with your prior loan servicer or if you had a loss mitigation application in process with your prior servicer, please contact us to confirm that the loss mitigation plan information, or application and documentation, were properly transferred to Shellpoint Mortgage Servicing. We will follow up with your prior servicer to receive the documents you provided them or they provided you in response.
We have informed credit bureaus about a late payment, missed payment or other default on your account. This information may be reflected in your credit report.

We may order an appraisal to determine the property's value and charge you for this appraisal. We will promptly give you a copy of any appraisal, even if you are not approved for a foreclosure alternative. You can pay for an additional appraisal for your own use at your own cost.

**We Are Here to Help—Call Us at 800-365-7107**

Let us work with you to understand the issues affecting your mortgage payments. We'll explore what assistance may be available to you and discuss the forms and documentation needed to determine if you qualify for an option to avoid foreclosure.
**Consulte la página siguiente para obtener más información importante sobre cómo comunicarse con nosotros, las opciones disponibles y la información del consejero de vivienda en español.**

**Options May Be Available**

The right option for you depends on your individual circumstances. When you provide the required information and documentation about your situation, we can determine if you qualify for temporary or long-term relief, including mortgage options that may allow you to stay in your home or leave your home while avoiding foreclosure.

If you need help, the following options may be possible (most are subject to lender approval):

- Refinance your loan with us or another lender
- Modify your loan terms with us
- Payment forbearance temporarily gives you more time to pay your monthly payment; or
- If you are not able to continue paying your mortgage, your best option may be to find more affordable housing. As an alternative to foreclosure, you may be able to sell your home and use the proceeds to pay off your current loan.

Review the **Information on Avoiding Foreclosure** page for an overview of these options.

**Call us today at 800-365-7107 to learn more about your options and instructions for how to apply. The longer you wait, or the further you fall behind on your payments, the harder it will be to find a solution. The sooner you respond, the quicker we can determine whether you qualify for an option to avoid foreclosure.**

## Getting Started

**Remember, you need to take action by calling us at 800-365-7107 right away or get started by completing and returning the attached Mortgage Assistance Application along with other required documents by 2/7/2026. Please note that packages received within 37 days of a foreclosure sale may not be evaluated.**

### Additional Resources

**For additional information about preventing foreclosure, avoiding fraud scams, and accessing approved counseling at no cost to you**

- Visit Shellpoint Mortgage Servicing's website at www.shellpointmtg.com.
- For help exploring your options, the Federal government provides contact information for housing counselors. Contact HUD-approved counselors who are available to provide you with the information and assistance you may need. You can use the search tool at https://www.hud.gov/stat/sfh/housing-counseling and https://www.consumerfinance.gov/find-a-housing-counselor/ or call 1-800-569-4287 (TTY: 202-708-1455) to find a counseling agency in your area. Additionally, the Homeowner's HOPE™ Hotline offers free HUD-certified counseling services and is available 24/7 in English and Spanish. Other languages are available by appointment. Certified counselors can be reached by calling 888-995-HOPE ™ (4673) or 800-877-8339 with TTY device.
- Contact the Consumer Financial Protection Bureau (CFPB) at (855) 411-2372 or www.consumerfinance.gov/mortgagehelp
- Your state may have Homeowner Assistance funds to assist you in curing your delinquency. More information about your state's housing finance agency and available options can be found at https://www.ncsha.org/housing-help/

Sincerely,
Loss Mitigation Department
Shellpoint Mortgage Servicing

Llámenos hoy para obtener más información sobre sus opciones e instrucciones sobre cómo presentar una solicitud. Cuanto más espere o más se atrase en sus pagos, más difícil será encontrar una solución.

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826
Número de teléfono: 800-365-7107

Para más información, visite www.shellpointmtg.com.

Si necesita ayuda, las siguientes opciones pueden ser posibles (la mayoría están sujetas a la aprobación del prestamista):

- Refinanciar su préstamo con nosotros o otro prestamista;
- Modificar los términos de su préstamo con nosotros;
- El aplazamiento de pagos le da más tiempo para pagar su pago mensual; o
- Si no puede seguir pagando su hipoteca, es posible que su mejor opción sea buscar una vivienda más asequible. Como alternativa a la ejecución hipotecaria, es posible que pueda vender su casa y utilizar las ganancias para pagar su préstamo actual.

Este es un aviso legalmente requerido. Le enviamos este aviso porque usted está atrasado en el pago de su hipoteca. Queremos informarle sobras las posibles maneras de evitar perder su vivienda. Tenemos el derecho a invocar una ejecución hipotecaria según los términos de su contrato hipotecario. Lea esta carta con atención.

Para ayudarle a explorar sus opciones, el gobierno federal proporciona la información de contacto de asesores de vivienda. Puede acceder a esta información comunicándose con la Oficina para la Protección Financiera del Consumidor al www.consumerfinance.gov/find-a-housing-counselor/ o El Departamento de Vivienda y Desarrollo Urbano en https://www.hud.gov/stat/sfh/housing-counseling o llamando al 1-(800)-569-4287 (TTY: 202-708-1455).

Si prefiere recibir las comunicaciones en otro idioma que no sea el inglés, por favor, contáctenos en el 866-316-1840 para hablar con un traductor en el idioma de su preferencia sobre la gestión de su préstamo o cualquier documento que haya recibido.

The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is: Federal Trade Commission, Consumer Response Center, 600 Pennsylvania Avenue, NW, Washington, DC 20580.

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED

shellpoint®

S-SFRECS20 L-1031-R R-101
PMYCDI00300337 - 848507767 I07503
DANIEL GIORDANO
2128 BELLCREST CT
ROYAL PALM BEACH FL 33411-6115

**CONTACT INFORMATION**

| | |
|---|---|
| **Correspondence:** | P.O. Box 10826<br>Greenville, SC 29603-0826 |
| **Business Hours:** | Monday - Friday: 8:00AM-9:00PM |
| **Phone Number:** | 800-365-7107 |
| **Fax:** | 866-467-1187 |
| **Website:** | www.shellpointmtg.com |

Loan Number: 0691968135
Property Address: 2128 BELLCREST CT
ROYAL PALM BEACH, FL 33411

01/08/2026

In accordance with the Taxpayer First Act, as your loan servicer, we are required to obtain your consent to be able to share your tax information with another party. Such sharing would extend to actual or potential owners of the loan or any other loan participant. Please sign and date this Taxpayer Consent Form and return it to us.

## TAXPAYER CONSENT FORM

I understand, acknowledge, and agree that Shellpoint Mortgage Servicing and Other Loan Participants can obtain, use and share tax return information for purposes of (i) providing an offer; (ii) originating, maintaining, managing, monitoring, servicing, selling, insuring, and securitizing a loan; (iii) marketing; or (iv) as otherwise permitted by applicable laws, including state and federal privacy and data security laws. Shellpoint Mortgage Servicing includes Shellpoint Mortgage Servicing's affiliates, agents, service providers and any of aforementioned parties' successors and assigns. The Other Loan Participants includes any actual or potential owners of a loan resulting from your loan application, or acquirers of any beneficial or other interest in the loan, any mortgage insurer, guarantor, any servicers or service providers for these parties and any of aforementioned parties' successors and assigns.

______________________________ ____________________
Daniel Giordano Date

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826

**Please read the following important notices as they may affect your rights.**

Newrez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Newrez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code.

**Attention Servicemembers and Dependents: The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.**

**Notice of Error or Information Request Address:** You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us. Additionally, if you believe we have furnished inaccurate information to credit reporting agencies, please write to us with specific details regarding those errors and any supporting documentation that you have and we will assist you. Error Resolution, including concerns of inaccurate information sent to credit reporting agencies, or requests for information should be sent to the following address: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

**Our system of record has your preferred language as English.**

**If you prefer to receive communication in a language other than English, please contact us at 800-365-7107 to speak with a translator in your preferred language about the servicing of your loan or a document you received.**

**Si prefiere recibir las comunicaciones en otro idioma que no sea el inglés, por favor, contáctenos en el 800-365-7107 para hablar con un traductor en el idioma de su preferencia sobre la gestión de su préstamo o cualquier documento que haya recibido.**

**如果您要使用英语以外的其他语言进行交流，请致电 800-365-7107，我们将根据您首选的语言安排相应的译员，与您就贷款服务事项或您所接收的文件进行商讨。**

Please note that we operate as Newrez Mortgage LLC dba Shellpoint Mortgage Servicing in Arkansas and Texas.

Form **4506-C** (October 2022)

Department of the Treasury - Internal Revenue Service

# IVES Request for Transcript of Tax Return

OMB Number 1545-1872

**Do not sign this form unless all applicable lines have been completed.**
**Request may be rejected if the form is incomplete or illegible.**
**For more information about Form 4506-C, visit *www.irs.gov* and search IVES.**

**1a.** Current name
i. First name | ii. Middle initial | iii. Last name/BMF company name

**2a.** Spouse's current name *(if joint return and transcripts are requested for both taxpayers)*
i. Spouse's first name | ii. Middle initial | iii. Spouse's last name

**1b.** First taxpayer identification number *(see instructions)*

**2b.** Spouse's taxpayer identification number *(if joint return and transcripts are requested for both taxpayers)*

**1c.** Previous name shown on the last return filed if different from line 1a
i. First name | ii. Middle initial | iii. Last name

**2c.** Spouse's previous name shown on he last return filed if different from line 2a
i. First name | ii. Middle initial | iii. Last name

**3.** Current address *(including apt., room, or suite no ),* city, state, and ZIP code *(see instructions)*
a. Street address *(including apt., room, or suite no )* | b. City | c. State | d. ZIP code

**4.** Previous address shown on the last return filed if different from line 3 *(see instructions)*
a. Street address *(including apt., room, or suite no )* | b. City | c. State | d. ZIP code

**5a.** IVES participant name, ID number, SOR mailbox ID, and address
i. IVES participant name | ii. IVES participant ID number | iii. SOR mailbox ID
iv. Street address *(including apt., room, or suite no )* | v. City | vi. State | vii. ZIP code

**5b.** Customer file number *(if applicable) (see instructions)*

**5c.** Unique identifier *(if applicable) (see instructions)*

**5d.** Client name, telephone number, and address *(this field cannot be blank or not applicable (NA))*
i. Client name | ii. Telephone number
iii. Street address *(including apt., room, or suite no )* | iv. City | v. State | vi. ZIP code

**Caution:** This tax transcript is being sent to the third party entered on Line 5a and/or 5d. Ensure that lines 5 through 8 are completed before signing. *(see instructions)*

**6. Transcript requested.** Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request for line 6 transcripts

**a.** Return Transcript ☐ **b.** Account Transcript ☐ **c.** Record of Account ☐

**7. Wage and Income transcript** *(W-2, 1098-E, 1099-G, etc )* ☐

a. Enter a max of three form numbers here; if no entry is made, all forms will be sent.

b. Mark the checkbox for taxpayer(s) reques ing the wage and income transcripts. If no box is checked, transcripts will be provided for all listed taxpayers
Line 1a ☐ Line 2a ☐

8. Year or period requested. Enter the ending date of the tax year or period using the mm dd yyyy format *(see instructions)*

/ /    / /    / /    / /

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or, if applicable, line 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, at least one spouse must sign; however, if both spouses' names and TINs are listed in lines 1a-1b and 2a-2b, both spouses must sign the request. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-C on behalf of the taxpayer. **Note:** This form must be received by IRS within 120 days of the signature date.

☐ **Signatory attests that he/she has read the above attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506-C. See instructions.**

**Sign Here**

**Signature for Line 1a** *(see instructions)* | Date | Phone number of taxpayer on line 1a or 2a

☐ Form 4506-C was signed by an Authorized Representative ☐ Signatory confirms document was electronically signed

**Print/Type name**

**Title** *(if line 1a above is a corporation, partnership, estate, or trust)*

**Spouse's signature** *(required if listed on Line 2a)* | Date

☐ Form 4506-C was signed by an Authorized Representative ☐ Signatory confirms document was electronically signed

**Print/Type name**

# Instructions for Form 4506-C, IVES Request for Transcript of Tax Return

Section references are to the Intemal Revenue Code unless otherwise noted.

## Future Developments

For the latest information about Form 4506-C and its instructions, go to *www.irs.gov* and search IVES. Information about any recent developments affecting Form 4506-C (such as legislation enacted after we released it) will be posted on that page.

**What's New**. Form 4506-C includes the Client company requesting transcripts and increased the number of Wage and Income transcripts requests.

## General Instructions

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Designated Recipient Notification.** Section 6103(c) limits disclosure and use of return information received pursuant to the taxpayer's consent and holds the recipient subject to penalties for any unauthorized access, other use, or redisclosure without the taxpayer's express permission or request.

**Taxpayer Notification**. Section 6103(c) limits disclosure and use of return information provided pursuant to your consent and holds the recipient subject to penalties, brought by private right of action, for any unauthorized access, other use, or redisclosure without your express permission or request.

**Purpose of form.** Use Form 4506-C to request tax retum information through an authorized IVES participant. You will designate an IVES participant to receive the information on line 5a.

**Note:** If you are unsure of which type of transcript you need, check with the party requesting your tax information.

**Where to file.** The IVES par icipant will fax Form 4506-C with the approved IVES cover sheet to their assigned Service Center.

## Chart for ordering transcripts

| If your assigned Service Center is: | Fax the requests with the approved coversheet to: |
|---|---|
| Austin Submission Processing Center | Austin IVES Team<br>844-249-6238 |
| Kansas City Submission Processing Center | Kansas City IVES Team<br>844-249-8128 |
| Ogden Submission Processing Center | Ogden IVES Team<br>844-249-8129 |

## Specific Instructions

**Line 1a/2a** *(if spouse is also requested).* For IMF Requests: Enter the First, Middle Intial, and Last Name in the indicated fields. If all characters will not fit, please enter up to 12 for First name and 22 for Last name. For BMF Requests: Enter the company name in the Last Name field. If all characters will not fit, please enter up to 22.

**Line 1b/2b** *(if spouse is also requested).* Enter the social security number (SSN) or individual taxpayer identification number (ITIN) for the individual listed on line 1a including the dashes in the correct format, or enter the employer identification number (EIN) for he business listed on line 1a including the dashes in the correct format.

**Line 1c/2c** *(if spouse is also requested).* Enter your previous name as shown on your last filed tax return if different than line 1a.

**Line 3.** Enter your current address in the indicated fields. If you use a P.O. Box, include it and the number in the Current Address field.

**Line 4.** Enter the address shown on the last retum filed if different from the address entered on line 3.

**Note:** If the addresses on lines 3 and 4 are different and you have not changed your address with the IRS, file Form 8822, Change of Address, or Form 8822-B, Change of Address or Responsible Party — Business, with Form 4506-C.

**Line 5b.** Enter up to 10 numeric characters to create a unique customer file number that will appear on the transcript. The customer file number cannot contain an SSN, ITIN or EIN. Completion of this line is not required.

**Line 5c.** Enter up to 10 alpha-numeric characters to create a unique identifier that will show in he mailbox file information. The unique identifier cannot contain an SSN, ITIN or EIN. Completion of this line is not required.

**Note.** If you use an SSN, we will not input the information and the customer file number or unique identifier will reflect a generic entry of "9999999999".

**Line 5d.** Enter the Client company name, address, and phone number in the indicated fields. A Client company receives the requested tax transcripts from the IVES participant. If the IVES participant is also the Client company, the IVES participant information should be entered on Line 5a and 5d. These fields cannot be blank or Not Applicable (NA).

**Line 6.** Enter only one tax form number (1040, 1065, 1120, etc.) per request for all line 6 transcripts request types.

**Line 6a.** Return Transcript includes most of he line items of a tax return as filed with the IRS. A tax return transcript does not reflect changes made to the account after he retum is processed. Transcripts are only available for the following returns: Form 1040 series, Form 1065, Form 1120, Form 1120-H, Form 1120-L, and Form 1120-S. Return transcripts are available for the current year and retums processed during the prior 3 processing years.

**Line 6b.** Account Transcript contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns.

**Line 6c.** Record of Account provides the most detailed information as it is a combination of the Return Transcript and the Account Transcript. Available for current year and 3 prior tax years.

**Line 7.** The IRS can provide a transcript that includes data from hese information returns: Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript. Enter up to three information return types. If no specific type is requested, all forms will be provided. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, Form W-2 information for 2016, filed in 2017, will likely not be available from he IRS until 2018. If you need Form W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213.

**Line 8.** Enter the end date of the tax year or period requested in mm dd yyyy format. This may be a calendar year, fiscal year or quarter. Enter each quarter requested for quarterly returns. Example: Enter 12 31 2018 for a calendar year 2018 Form 1040 transcript.

CAUTION *You must check the box in the signature area to acknowledge you have the authority to sign and request the information. The form will not be processed if unchecked.*

**Signature and date.** Form 4506-C must be signed and dated by the taxpayer listed on line 1a and, if listed, 2a. The IRS must receive Form 4506-C within 120 days of the date signed by the taxpayer or it will be rejected. Ensure that all applicable lines, including lines 5a through 8, are completed before signing.

**Authorized Representative:** A representative can sign Form 4506-C for a taxpayer if the taxpayer has specifically delegated this authority to the representative on Form 2848, line 5a, and Form 2848 is attached to the Form 4506-C request. If you are Heir at Law, Next of Kin, or Beneficiary, you must be able to establish a material interest in the estate or trust. If Form 4506-C is signed by a representative, the Authorized Representative check box must be marked.

**Electronic Signature:** Only IVES participants that opt in to the Electronic Signature usage can accept electronic signatures. Contact the IVES participant for approval and guidance for electronic signatures. If the Form 4506-C is signed electronically, the Electronic Signature check box must be marked.

**Individuals.** Transcripts listed on line 6 may be furnished to either spouse if jointly filed. Signatures are required for all taxpayers listed on Line 1a and 2a.

**Corporations.** Generally, Form 4506-C can be signed by:

(1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer. A bona fide shareholder of record owning 1 percent or more of the outstanding stock of the corporation may submit a Form 4506-C but must provide documentation to support the requester's right to receive the information.

**Partnerships.** Generally, Form 4506-C can be signed by any person who was a member of the partnership during any part of the tax period requested on line 8.

**All others.** See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Documentation.** For entities other than individuals, you must attach he authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the letters testamentary authorizing an individual to act for an estate.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested tax information under the Internal Revenue Code. We need this information to properly identify the tax information and respond to your request. You are not required to request any transcript; if you do request a transcript, sections 6103 and 6109 and their regulations require you to provide this information, including your SSN or EIN. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Intemal Revenue law. Generally, tax retums and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506-C will vary depending on individual circumstances. The estimated average time is:

**Learning about the law or the form** . . . . . . 10 min.
**Preparing the form** . . . . . . . . . . . . . . . 12 min.
**Copying, assembling, and sending the form to the IRS** . . . . . . . . . . . . . . . 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506-C simpler, we would be happy to hear from you. You can write to:

Internal Revenue Service
Tax Forms and Publications Division
1111 Constitution Ave. NW, IR-6526
Washington, DC 20224

Do not send the form to this address. Instead, see Where to file on this page.

shellpoint®

| **Property Taxes and Homeowners Insurance**<br>Please indicate if you have any past due property taxes and/or homeowners insurance | | |
|---|---|---|
| ☐ | Tax | Amount Past Due:<br><br>Tax agency name: |
| ☐ | Insurance | Amount Past Due:<br><br>Company name: |

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED

**shellpoint**®

S-SFRECS20 L-2150 R-101
PO4S0C00200439 - 860930741 I09826
DANIEL GIORDANO
3400 LAKESIDE DR STE 100
MIRAMAR FL 33027-3261

| CONTACT INFORMATION | |
|---|---|
| **Correspondence:** | P.O. Box 10826<br>Greenville, SC 29603-0826 |
| **Business Hours:** | Monday - Friday: 8:00AM-9:00PM |
| **Phone Number:** | 800-365-7107 |
| **Fax:** | 866-467-1187 |
| **Website:** | www.shellpointmtg.com |

Loan Number: 0691968135
Property Address: 2128 BELLCREST CT
ROYAL PALM BEACH, FL 33411

10/21/2026

## ATTORNEY CONSENT FORM

In my capacity as counsel for the above-referenced Debtor(s) in the below-referenced bankruptcy case, I hereby authorize Shellpoint Mortgage Servicing and its agents to communicate directly with Debtor(s), with such communications restricted to the subject matter of a workout or loss mitigation alternative with respect to the above-referenced account number. In authorizing the same, it is understood that Shellpoint Mortgage Servicing shall not communicate with the Debtor(s) on any other issue.

**CONSENTED TO:**

________________________________
Attorney Signature

________________________________
Attorney Name

________________________________
Date

________________________________
Bankruptcy Case Number

# Hardship Letter

Please use this page to explain the hardship listed on your application for loss mitigation assistance.

Daniel Giordano

Date

Loan Number: 0691968135

# Letter of Explanation

Use this page to provide additional details or explanation regarding special circumstances, such as deposits on bank statements*, tax return information, or employment, if applicable.

*If there are deposits in any of your bank accounts of $1000 or more, use this form to explain the source of the deposit and expected future frequency (this is not applicable to deposits from W-2 wage earnings, Social Security or Pension/Retirement).

Daniel Giordano

Date

Loan Number: 0691968135

# Monthly Profit & Loss Statement

***(Must cover the most recent full 3-month period)***

**For the Period:** ____________________ through ___________________ (Format: MM/DD/YYYY)

**Name of Business:** ________________________________________________________________

**Percentage of Ownership:** ______________________________________________

**Income:**

1. **Your Business Income** $____________________
2. **Cost of Goods Sold (if applicable):** $____________________
3. **Total Income:** $____________________

**Business Expenses:**

4. Salary/Payroll: $____________________
5. Advertising/Marketing: $____________________
6. Credit/Card/Debit Card Fees: $____________________
7. Equipment Rental/Lease: $____________________
8. Insurance Expense: $____________________
9. Licenses/Permits: $____________________
10. Office Supplies Expense: $____________________
11. Postage & Delivery: $____________________
12. Rent Office/Storage Space, etc.: $____________________
13. Supplies/Materials Expense: $____________________
14. Travel/Entertainment: $____________________
15. Utilities Expense: $____________________
16. Vehicle Expense: $____________________

**Other Business Expenses (not listed above):**

17. $____________________
18. $____________________
19. $____________________

**Total Operating Expenses:**
*(Add Lines 4-19 = 20)*

20. $____________________

**Profit or (Loss) from business:**
*(Line 3 (Total income) minus line 20 = 21)*

21. $____________________

Owner Signature: ________________________________

Date: ________________________________

Loan Number: 0691968135

Shellpoint Mortgage Servicing
P.O. Box 9103
Temecula, CA 92589-9103

2397862014

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

Send Payments to:
Shellpoint Mortgage Servicing
P.O. Box 650840
Dallas, TX 75265-0840

20250130-354

Send Correspondence to:
Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603

Daniel Giordano
2128 BELLCREST CT
ROYAL PALM BEACH, FL 33411-6115

W_FL_DEMAND

**shellpoint**

Sent Via First-Class Mail®

P.O. Box 10826
Greenville, SC 29603
**Phone:** 866-825-2174
**Fax:** 866-467-1187
www.shellpointmtg.com

01/30/2025

Daniel Giordano
2128 BELLCREST CT
ROYAL PALM BEACH, FL 33411-6115

Loan Number: 0691968135
Property Address: 2128 BELLCREST CT
ROYAL PALM BEACH, FL 33411

Dear Daniel Giordano:

This letter is formal notice by Shellpoint Mortgage Servicing, the Servicer of the above-referenced loan, on behalf of Teachers Federal Credit Union, that you are in default under the terms of the documents creating and securing your Loan described above, including the Note and Deed of Trust/Mortgage/Security Deed ("Security Instrument"), for failure to pay amounts due.

You have a right to cure your default. To cure the default, you must pay the full amount of the default on this loan by 03/06/2025 (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter). Failure to cure the default on or before this date may result in acceleration of the sums secured by the Security Instrument, foreclosure by judicial proceeding and sale of the property. FORECLOSURE PROCEEDINGS WILL NOT BE COMMENCED UNLESS AND UNTIL ALLOWED BY APPLICABLE LAW.

As of the date of this notice, the total amount required to cure the default is $7,666.72, which consists of the following:

| | | | |
|---|---|---|---|
| Next Payment Due Date: | | | 10/02/2024 |
| Total Monthly Payments Due: | | | $7,666.72 |
| 10/02/2024 | at | $1,992.06 | |
| 11/02/2024 | at | $1,992.06 | |
| 12/02/2024 | at | $1,992.06 | |
| 01/02/2025 | at | $1,690.54 | |
| Late Charges: | | | $0.00 |
| Unapplied Balance: | | | ($0.00) |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | | | **$7,666.72** |

You can cure this default by making a payment of $7,666.72 by 03/06/2025. Please note any additional monthly payments, late charges and other charges that may be due under the Note, Security Instrument and applicable law after the date of this notice must also be paid to bring your account current. You may contact our Loss Mitigation Department at 866-825-2174 to obtain updated payment information. This letter is in no way intended as a payoff statement for your mortgage, it merely states an amount necessary to cure the current default. Please include your loan number and property address with your payment and send to:

Shellpoint Mortgage Servicing

P.O. Box 650840
Dallas, TX 75265-0840

Overnight:
Shellpoint Mortgage Servicing
75 Beattie Place
Suite LL202
Greenville, SC 29601

If you wish to dispute the delinquency, or if you dispute the calculation of amount of the delinquency and reinstatement amount, you may contact us by calling 866-825-2174.

IF YOU ARE UNABLE TO BRING YOUR ACCOUNT CURRENT, Shellpoint Mortgage Servicing offers consumer assistance programs designed to help resolve delinquencies and avoid foreclosure. These services are provided without cost to our customers. You may be eligible for a loan workout plan or other similar alternatives to foreclosure. If you would like to learn more about these programs, you may contact Niku Khatami at 8668252174, Monday - Friday 8:00AM to 9:00PM and Saturday 8:00AM to 1:00PM to discuss possible options. You may also visit our website www.shellpointmtg.com. WE ARE VERY INTERESTED IN ASSISTING YOU.

You have the right to reinstate the loan after acceleration and the right to assert in the foreclosure proceeding the non-existence of a default or any other defense to acceleration and foreclosure. If foreclosure proceedings are undertaken, we may pursue a deficiency judgment, if permitted by applicable law. Failure to respond to this letter may result in the loss of your property.

**To the extent your obligation has been discharged or is subject to the automatic stay in a bankruptcy case, this notice is for informational purposes only and does not constitute a demand for payment or an attempt to collect a debt as your personal obligation. If you are represented by an attorney, please provide us with the attorney's name, address, and telephone number.**

You are notified that this default and any other legal action that may occur as a result thereof may be reported to one or more local and national credit reporting agencies by Shellpoint Mortgage Servicing.

**Attention Servicemembers and Dependents:** Servicemembers on active duty, or a spouse or dependent of such a servicemember, may be entitled to certain protections under the Servicemembers Civil Relief Act ("SCRA") regarding the servicemember's interest rate and the risk of foreclosure. SCRA and certain state laws provide important protections for you, including prohibiting foreclosure under most circumstances. If you are currently in the military service, or have been within the last twelve (12) months, **AND** joined after signing the Note and Security Instrument now in default, please notify Shellpoint Mortgage Servicing immediately. When contacting Shellpoint Mortgage Servicing as to your military service, you must provide positive proof as to your military status. Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. Homeowner counseling is also available at agencies such as Military OneSource (www.militaryonesource.mil, 1-800-342-9647) and Armed Forces Legal Assistance (http://legalassistance.law.af.mil), and through HUD-certified housing counselors (https://www.hud.gov/counseling). You can also contact Niku Khatami toll-free at 8668252174 if you have questions about your rights under SCRA.

For your benefit and assistance, there are government approved homeownership counseling agencies designed to help homeowners avoid losing their homes. To obtain a list of approved counseling agencies, please call 1-800-569-4287 or visit https://www.hud.gov/counseling. You may also contact the Homeownership Preservation Foundation's Hope hotline at 1-888-995-HOPE (4673).

This matter is very important. Please give it your immediate attention.

Shellpoint Mortgage Servicing
P.O. Box 9103
Temecula, CA 92589-9103

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

Send Payments to:
Shellpoint Mortgage Servicing
P.O. Box 650840
Dallas, TX 75265-0840

Daniel Giordano
2128 BELLCREST CT
ROYAL PALM BEACH, FL 33411-6115

Send Correspondence to:
Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603

2406312328-001-663-3997

Sincerely,

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603
866-825-2174

# shellpoint

P.O. Box 10826
Greenville, SC 29603
Phone: 866-825-2174
Fax: 866-467-1187
www.shellpointmtg.com

Sent Via First-Class Mail®

11/17/2025

Daniel Giordano
2128 BELLCREST CT
ROYAL PALM BEACH, FL 33411-6115

Loan Number: 0691968135
Property Address: 2128 BELLCREST CT
ROYAL PALM BEACH, FL 33411

Dear Daniel Giordano:

This letter is formal notice by Shellpoint Mortgage Servicing, the Servicer of the above-referenced loan, on behalf of MEB Loan Trust VIII, that you are in default under the terms of the documents creating and securing your Loan described above, including the Note and Deed of Trust/Mortgage/Security Deed ("Security Instrument"), for failure to pay amounts due.

You have a right to cure your default. To cure the default, you must pay the full amount of the default on this loan by 12/22/2025 (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter). Failure to cure the default on or before this date may result in acceleration of the sums secured by the Security Instrument, foreclosure by judicial proceeding and sale of the property. FORECLOSURE PROCEEDINGS WILL NOT BE COMMENCED UNLESS AND UNTIL ALLOWED BY APPLICABLE LAW.

As of the date of this notice, the total amount required to cure the default is $3,077.26, which consists of the following:

| | | | |
|---|---|---|---|
| Next Payment Due Date: | | | 10/01/2025 |
| Total Monthly Payments Due: | | | $3,077.26 |
| 10/01/2025 | at | $1,538.63 | |
| 11/01/2025 | at | $1,538.63 | |
| Late Charges: | | | $0.00 |
| Unapplied Balance: | | | ($0.00) |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | | | **$3,077.26** |

You can cure this default by making a payment of $3,077.26 by 12/22/2025. Please note any additional monthly payments, late charges and other charges that may be due under the Note, Security Instrument and applicable law after the date of this notice must also be paid to bring your account current. You may contact our Loss Mitigation Department at 866-825-2174 to obtain updated payment information. This letter is in no way intended as a payoff statement for your mortgage, it merely states an amount necessary to cure the current default. Please include your loan number and property address with your payment and send to:

Shellpoint Mortgage Servicing
P.O. Box 650840
Dallas, TX 75265-0840

Overnight:
Shellpoint Mortgage Servicing
75 Beattie Place
Suite LL202
Greenville, SC 29601

If you wish to dispute the delinquency, or if you dispute the calculation of amount of the delinquency and reinstatement amount, you may contact us by calling 866-825-2174.

IF YOU ARE UNABLE TO BRING YOUR ACCOUNT CURRENT, Shellpoint Mortgage Servicing offers consumer assistance programs designed to help resolve delinquencies and avoid foreclosure. These services are provided without cost to our customers. You may be eligible for a loan workout plan or other similar alternatives to foreclosure. If you would like to learn more about these programs, you may contact Gloria Figueroa Martinez at (866) 825-2174, Monday - Friday 8:00AM to 9:00PM and Saturday 8:00AM to 1:00PM to discuss possible options. You may also visit our website www.shellpointmtg.com. WE ARE VERY INTERESTED IN ASSISTING YOU.

You have the right to reinstate the loan after acceleration and the right to assert in the foreclosure proceeding the non-existence of a default or any other defense to acceleration and foreclosure. If foreclosure proceedings are undertaken, we may pursue a deficiency judgment, if permitted by applicable law. Failure to respond to this letter may result in the loss of your property.

**To the extent your obligation has been discharged or is subject to the automatic stay in a bankruptcy case, this notice is for informational purposes only and does not constitute a demand for payment or an attempt to collect a debt as your personal obligation. If you are represented by an attorney, please provide us with the attorney's name, address, and telephone number.**

**Newrez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Newrez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.**

You are notified that this default and any other legal action that may occur as a result thereof may be reported to one or more local and national credit reporting agencies by Shellpoint Mortgage Servicing.

**Attention Servicemembers and Dependents:** Servicemembers on active duty, or a spouse or dependent of such a servicemember, may be entitled to certain protections under the Servicemembers Civil Relief Act ("SCRA") regarding the servicemember's interest rate and the risk of foreclosure. SCRA and certain state laws provide important protections for you, including prohibiting foreclosure under most circumstances. If you are currently in the military service, or have been within the last twelve (12) months, **AND** joined after signing the Note and Security Instrument now in default, please notify Shellpoint Mortgage Servicing immediately. When contacting Shellpoint Mortgage Servicing as to your military service, you must provide positive proof as to your military status. Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. Homeowner counseling is also available at agencies such as Military OneSource (www.militaryonesource.mil, 1-800-342-9647) and Armed Forces Legal Assistance (http://legalassistance.law.af.mil), and through HUD-certified housing counselors (https://www.hud.gov/counseling). You can also contact Gloria Figueroa Martinez toll-free at (866) 825-2174 if you have questions about your rights under SCRA.

For your benefit and assistance, there are government approved homeownership counseling agencies designed to help homeowners avoid losing their homes. To obtain a list of approved counseling agencies, please call 1-800-569-4287 or visit https://www.hud.gov/counseling. You may also contact the Homeownership Preservation Foundation's Hope hotline at 1-888-995-HOPE (4673).

This matter is very important. Please give it your immediate attention.

Sincerely,

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603
866-825-2174

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED

shellpoint®

S-SFRECS20 L-1033 R-106
PLGKIL00303250 - 816532496 I11670
DANIEL GIORDANO
2128 BELLCREST CT
ROYAL PALM BEACH FL 33411-6115

| **CONTACT INFORMATION** | |
|---|---|
| **Correspondence:** | P.O. Box 10826<br>Greenville, SC 29603-0826 |
| **Business Hours:** | **Monday - Friday:** 8:00AM-9:00PM<br>**Saturday:** 8:00AM-1:00PM |
| **Phone Number:** | 866-825-2174 |
| **Fax:** | 866-467-1187 |
| **Website:** | www.shellpointmtg.com |

Loan Number: 0691968135
Property Address: 2128 BELLCREST CT
ROYAL PALM BEACH, FL 33411

02/26/2025

Dear Homeowner:

This notice is to confirm that we have recently received an application and/or document(s) in support of loss mitigation assistance for the above-referenced account. We have determined that your application is complete as of 02/17/2025 and additional documents or information is not required at this time. We will contact you if we need additional information or, if during the evaluation process, we determine that documentation or clarification is required. The evaluation process may be delayed until we receive the required information **or foreclosure protection could be terminated.** Within 30 days of the application completion date, you will receive a written communication describing our decision and next steps.

The completion of your application has granted you protection from foreclosure while we evaluate the application. If the foreclosure process has not been initiated, we will not refer your property for foreclosure during the evaluation process. If the foreclosure process has already been initiated, we will not commence a foreclosure sale. If the foreclosure sale has been scheduled, we may be unable to stop a sale where a court with jurisdiction over the foreclosure proceeding (if any) or public official charged with carrying out the activity could fail or refuse to halt a scheduled sale.

Please continue to make your monthly payments according to your loan agreement.

Upon completion of the evaluation process, we will notify you of the results in writing. If you are approved for a loss mitigation program, we will notify you of the length of time you have to consider the offer before accepting. In most cases, this is between fourteen (14) and thirty (30) days.

Should your loan not qualify for a particular loss mitigation program such as a modification, we will review your loan for other possible workout options or foreclosure alternatives such as a short sale or deed-in-lieu. The timeline of a short sale or deed-in-lieu can vary between thirty (30) and one hundred twenty (120) days after the receipt of all required documentation based on the current investor. If approved for a short sale, we reserve the right to pursue a deficiency payment if such deficiency claim is permitted by applicable law. If approved for a deed-in-lieu, you and all other occupants must vacate your property and provide clear and marketable title with a general warranty deed or local equivalent.

We may order an appraisal to determine the property's value and charge you for this appraisal. We will promptly give you a copy of any appraisal, even if you are not approved for a foreclosure alternative. You can pay for an additional appraisal for your own use at your own cost.

You should consider contacting servicers of any other mortgage loans secured by the same property to discuss available loss mitigation options.

**ADDITIONAL RESOURCES**

- For help exploring your options, the Federal government provides contact information for housing counselors. Contact HUD-approved counselors who are available to provide you with the information and assistance you may need. You can use the search tool at http://www.hud.gov/offices/hsg/sfh/hcc/fc/ and https://www.consumerfinance.gov/find-a-housing-counselor/ or call 1-800-569-4287 to find a counseling agency in your area. Additionally, the Homeowner's HOPE™ Hotline offers free HUD-certified counseling services and is available 24/7 in English and Spanish. Other languages are available by appointment. Certified counselors can be reached by calling 888-995-HOPE ™ (4673) or 800-877-8339 with TTY device.
- Contact the Consumer Financial Protection Bureau (CFPB) at (855) 411-2372 or www.consumerfinance.gov/mortgagehelp
- Your state may have Homeowner Assistance funds to assist you in curing your delinquency. More information about your states housing finance agency and available options can be found at https://www.ncsha.org/housing-help/

You may be entitled to additional protections under State or Federal law.

Should you have any questions regarding the status of your loan or your application for loss mitigation assistance, you can visit our Borrower Web Portal at www.shellpointmtg.com to apply for assistance, upload application documents, or contact us through our Secure Message Center. You can also reach our Single Point of Contact ("SPOC") department at 866-825-2174. Documents can also be faxed to us at 866-467-1187. Please reference your loan number when contacting us regarding this request.

**We're here to help.** It's our privilege to be your mortgage servicer, and we're committed to providing you with the best possible service. If you have any questions or need assistance, please contact us at 866-825-2174.

**¿Hablas español?** Esta carta contiene información importante sobre su préstamo hipotecario. Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan español al número 866-825-2174.

Sincerely,

Loss Mitigation Department
Shellpoint Mortgage Servicing

**Please read the following important notices as they may affect your rights.**

Newrez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Newrez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code.

**Attention Servicemembers and Dependents: The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.**

**Notice of Error or Information Request Address:** You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us. Additionally, if you believe we have furnished inaccurate information to credit reporting agencies, please write to us with specific details regarding those errors and any supporting documentation that you have and we will assist you. Error Resolution, including concerns of inaccurate information sent to credit reporting agencies, or requests for information should be sent to the following address: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

**Our system of record has your preferred language as English.**

**If you prefer to receive communication in a language other than English, please contact us at 866-825-2174 to speak with a translator in your preferred language about the servicing of your loan or a document you received.**

**Si prefiere recibir las comunicaciones en otro idioma que no sea el inglés, por favor, contáctenos en el 866-825-2174 para hablar con un traductor en el idioma de su preferencia sobre la gestión de su préstamo o cualquier documento que haya recibido.**

**如果您要使用英语以外的其他语言进行交流，请致电 866-825-2174，我们将根据您首选的语言安排相应的译员，与您就贷款服务事项或您所接收的文件进行商讨。**

Please note that we operate as Newrez Mortgage LLC dba Shellpoint Mortgage Servicing in Arkansas and Texas.

shellpoint®

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED

S-SFRECS20 L-1040 R-101
PNPKMV00200033 - 857071961 I00130
DANIEL GIORDANO
2128 BELLCREST CT
ROYAL PALM BEACH FL 33411-6115

| CONTACT INFORMATION | |
|---|---|
| **Correspondence:** | P.O. Box 10826<br>Greenville, SC 29603-0826 |
| **Business Hours:** | Monday - Friday: 8:00AM-9:00PM |
| **Phone Number:** | 800-365-7107 |
| **Fax:** | 866-467-1187 |
| **Website:** | www.shellpointmtg.com |

07/08/2026

Loan Number: 0691968135
Property Address: 2128 BELLCREST CT
ROYAL PALM BEACH, FL 33411

Dear Homeowner:

Shellpoint Mortgage Servicing has reviewed your request for loss mitigation options.

We were unable to complete the evaluation of your loan because we did not receive all of the required documentation. Please contact our office to discuss the missing documentation and to reapply for assistance.

If you have questions about this letter and how to reinstate your mortgage, please contact us at 800-365-7107. Once you reinstate your loan, if you subsequently experience a financial hardship, please contact us to request reconsideration for mortgage payment assistance or other foreclosure prevention alternative.

Sincerely,
Shellpoint Mortgage Servicing

**Please read the following important notices as they may affect your rights.**

Newrez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Newrez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code.

**Attention Servicemembers and Dependents: The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.**

**Notice of Error or Information Request Address:** You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us. Additionally, if you believe we have furnished inaccurate information to credit reporting agencies, please write to us with specific details regarding those errors and any supporting documentation that you have and we will assist you. Error Resolution, including concerns of inaccurate information sent to credit reporting agencies, or requests for information should be sent to the following address: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

**Our system of record has your preferred language as English.**

**If you prefer to receive communication in a language other than English, please contact us at 800-365-7107 to speak with a translator in your preferred language about the servicing of your loan or a document you received.**

**Si prefiere recibir las comunicaciones en otro idioma que no sea el inglés, por favor, contáctenos en el 800-365-7107 para hablar con un traductor en el idioma de su preferencia sobre la gestión de su préstamo o cualquier documento que haya recibido.**

**如果您要使用英语以外的其他语言进行交流，请致电 800-365-7107，我们将根据您首选的语言安排相应的译员，与您就贷款服务事项或您所接收的文件进行商讨。**

Please note that we operate as Newrez Mortgage LLC dba Shellpoint Mortgage Servicing in Arkansas and Texas.

shellpoint®

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED

S-SFRECS20 L-1434 R-106
PLNHF400201647 - 821290514 I05110
DANIEL GIORDANO
2128 BELLCREST CT
ROYAL PALM BEACH FL 33411-6115

| | |
|---|---|
| **CONTACT INFORMATION** | |
| **Correspondence:** | P.O. Box 10826<br>Greenville, SC 29603-0826 |
| **Business Hours:** | Monday - Friday: 8:00AM-9:00PM<br>Saturday: 8:00AM-1:00PM |
| **Phone Number:** | 866-825-2174 |
| **Fax:** | 866-467-1187 |
| **Website:** | www.shellpointmtg.com |

Loan Number: 0691968135
Property Address: 2128 BELLCREST CT
ROYAL PALM BEACH, FL 33411

04/07/2025

Dear Homeowner:

As part of our review of your request for loss mitigation assistance, the estimated market value of your property was completed, and we are providing the information to you as required by law. The estimated value of your property is provided below:

**Estimated Property Value - Subject Property**
**Property Address:** 2128 BELLCREST CT ROYAL PALM BEACH, FL 33411

**Valuation Results**
**Estimated Value:** $900274.00
**Completed On:** 03/07/2025

This Estimated Property Value was created by a statistical model called an automated valuation model. The model uses real estate information such as, but not limited to, property characteristics, sales prices and regional trends applicable to a specific property. This estimate is designed and intended to be used with the evaluation of your loss mitigation request. The estimated market value of the subject property in this information was not obtained from a person licensed or certified under applicable law to perform appraisals and is not based on a physical inspection of the property. A traditional or short form appraisal of the property has not been performed in order to obtain this estimated market value.

**We're here to help.** It's our privilege to be your mortgage servicer, and we're committed to providing you with the best possible service. If you have any questions or need assistance, please contact our Customer Care Team at 866-825-2174.

**¿Hablas español?** Esta carta contiene información importante sobre su préstamo hipotecario. Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan español al número 866-825-2174.

Sincerely,

Customer Care Team

Shellpoint Mortgage Servicing

**Please read the following important notices as they may affect your rights.**

Newrez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Newrez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code.

**Attention Servicemembers and Dependents: The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.**

**Notice of Error or Information Request Address:** You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us. Additionally, if you believe we have furnished inaccurate information to credit reporting agencies, please write to us with specific details regarding those errors and any supporting documentation that you have and we will assist you. Error Resolution, including concerns of inaccurate information sent to credit reporting agencies, or requests for information should be sent to the following address: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

**Our system of record has your preferred language as English.**

**If you prefer to receive communication in a language other than English, please contact us at 866-825-2174 to speak with a translator in your preferred language about the servicing of your loan or a document you received.**

**Si prefiere recibir las comunicaciones en otro idioma que no sea el inglés, por favor, contáctenos en el 866-825-2174 para hablar con un traductor en el idioma de su preferencia sobre la gestión de su préstamo o cualquier documento que haya recibido.**

**如果您要使用英语以外的其他语言进行交流，请致电 866-825-2174，我们将根据您首选的语言安排相应的译员，与您就贷款服务事项或您所接收的文件进行商讨。**

Please note that we operate as Newrez Mortgage LLC dba Shellpoint Mortgage Servicing in Arkansas and Texas.

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED

**shellpoint**®

S-SFRECS20 L-1038 R-101
PO3Z1000200103 - 860752212 I01048
DANIEL GIORDANO
3400 LAKESIDE DR STE 100
MIRAMAR FL 33027-3261

| CONTACT INFORMATION | |
|---|---|
| **Correspondence:** | P.O. Box 10826<br>Greenville, SC 29603-0826 |
| **Business Hours:** | **Monday - Friday:** 8:00AM-9:00PM |
| **Phone Number:** | 800-365-7107 |
| **Fax:** | 866-467-1187 |
| **Website:** | www.shellpointmtg.com |

10/15/2026

| | |
|---|---|
| Loan Number: | 0691968135 |
| Property Address: | 2128 BELLCREST CT<br>ROYAL PALM BEACH, FL 33411 |

Dear Homeowner,

We have received your request for a loss mitigation workout. However, because you have not provided all the documentation previously requested, your response package is considered incomplete. If we do not receive the required documents by **11/14/2026**, we may conclude that you have withdrawn your request for a loss mitigation program and may resume other means to collect any amounts due on your account. To proceed with your request for a workout, you must provide us with the documents marked with an "X" for you and any other person or entity, such as additional borrowers or non-borrowers, whose income will be used in the evaluation process. **Please note that we cannot guarantee an evaluation of your loan if the required documents are received within 37 days of a scheduled foreclosure sale date, if applicable.**

The evaluation process will begin when we receive all required documentation. During the evaluation process, your property will not be referred to foreclosure or be sold at a foreclosure sale if the foreclosure process has already been initiated. However, we may be unable to stop a sale in certain situations such as when a court with jurisdiction over the foreclosure proceeding (if any) or public official charged with carrying out the activity fails/refuses to halt a scheduled foreclosure sale or if your complete package is received within close proximity to the scheduled sale date.

It may take up to 30 days for us to review your request after all required documentation has been received. All documents must be no older than 90 days at the time the complete package is received.

**Please continue to make your monthly payments according to your loan agreement. If you are currently on an active forbearance plan, please continue following the terms of your forbearance plan agreement.**

Upon completion of the evaluation process, we will notify you of the results in writing. If you are approved for a loss mitigation program, we will notify you of the length of time you have to consider the offer before accepting. In most cases, this is between 14 and 30 days.

Should your loan not qualify for a particular loss mitigation program that you have applied for, we will review your loan for other possible workout options. If home retention options are not a possibility, you will be reviewed for additional foreclosure alternatives such as a short sale or deed-in-lieu of foreclosure. The timeline of a short sale or deed-in-lieu can vary between 30 and 120 days after the receipt of all required documentation based on the current investor. If approved for a short sale, we reserve the right to pursue a deficiency payment if such deficiency claim is permitted by applicable law. If approved for a deed-in-lieu, you and all other occupants must vacate your Property and provide clear and marketable title with a general warranty deed or local equivalent. Third party approval(s) may be required for us to evaluate and offer you a loss mitigation workout option.

You should consider contacting servicers of any other mortgage loans secured by the same property to discuss available loss mitigation options.

If you believe you have provided the requested documentation, please call us at 800-365-7107 as the received documentation may have been incomplete, needs further clarification, or was not received for all borrowers/contributors.

- ☒ Completed and signed Mortgage Assistance Application (ensure all pages are returned)
- ☒ Signed and dated IRS Form 4506-C (Request for Transcript of Tax Return), including social security numbers for all borrowers/contributors and all boxes complete
- ☒ Copy of your **most recent** bank statement including all pages of all borrowers'/contributors' accounts (must be dated less than 90 days old at the time the complete package is received)
- ☒ Copy of homeowners association dues for the current year

In addition to the documents listed above, if you are pursuing a short sale, we ask that you also send in the following documentation:

- ☒ Copy of Settlement Statement/HUD-1
- ☒ Copy of the Listing Agreement
- ☒ Copy of the MLS Listing
- ☒ Buyer's Proof of Funds
- ☒ Copy of the Purchase Contract

HUD-approved counselors are available to provide you with the information and assistance you may need to avoid foreclosure. You can use the search tool at https://www.hud.gov/stat/sfh/housing-counseling or call 1-800-569-4287 (TTY: 202-708-1455) to find a counseling agency in your area that can offer free foreclosure prevention services. Additionally, the Homeowner's HOPE™ Hotline offers free HUD-certified counseling services and is available 24/7 in English and Spanish. Other languages are available by appointment. Certified counselors can be reached by calling 888-995-HOPE ™ (4673) or 877-304-9709 with TTY device.

Please mail the required documentation to the address below using the enclosed postage-paid envelope. If we do not receive this information by **11/14/2026**, we will close your request for assistance.

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826

You may fax the information to 866-467-1187 to expedite this process.

If foreclosure action has begun, it will continue until the loan's delinquency is brought current, you qualify for and complete a loan modification or other applicable workout option, or the loan is paid in full.

Please do not delay returning the required information, as all paperwork must be submitted before a workout option may be considered. Thank you in advance for your prompt attention to this matter.

*We may order an appraisal to determine the property's value and charge you for this appraisal. We will promptly give you a copy of any appraisal, even if you are not approved for Loss Mitigation. You can pay for an additional appraisal for your own use at your own cost.*

**Questions**

For future communications regarding the status of your loan or your application for loss mitigation, you can visit our Borrower Web Portal at www.shellpointmtg.com to apply for assistance, upload application documents, or contact us through our Secure Message Center. You can also reach our Single Point of Contact ("SPOC") department by phone at 800-365-7107. Documents can also be faxed to us at 866-467-1187. Please reference your loan number when contacting us regarding this request.

**¿Hablas español?** Esta carta contiene información importante sobre su préstamo hipotecario. Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan español al numero **800-365-7107**.

Sincerely,

Loss Mitigation Department

Shellpoint Mortgage Servicing

Enclosure(s): Postage-paid envelope
Mortgage Assistance Application
Homeowner Financial Worksheet
Form 4506-C

**Please read the following important notices as they may affect your rights.**

Newrez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Newrez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code.

**Attention Servicemembers and Dependents: The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.**

**Notice of Error or Information Request Address:** You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us. Additionally, if you believe we have furnished inaccurate information to credit reporting agencies, please write to us with specific details regarding those errors and any supporting documentation that you have and we will assist you. Error Resolution, including concerns of inaccurate information sent to credit reporting agencies, or requests for information should be sent to the following address: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

**Our system of record has your preferred language as English.**

**If you prefer to receive communication in a language other than English, please contact us at 800-365-7107 to speak with a translator in your preferred language about the servicing of your loan or a document you received.**

**Si prefiere recibir las comunicaciones en otro idioma que no sea el inglés, por favor, contáctenos en el 800-365-7107 para hablar con un traductor en el idioma de su preferencia sobre la gestión de su préstamo o cualquier documento que haya recibido.**

**如果您要使用英语以外的其他语言进行交流，请致电 800-365-7107，我们将根据您首选的语言安排相应的译员，与您就贷款服务事项或您所接收的文件进行商讨。**

Please note that we operate as Newrez Mortgage LLC dba Shellpoint Mortgage Servicing in Arkansas and Texas.

ORIGIN ID:GDCA (864) 312-4328
SARAH RANK
NEWREZ LLC
75 BEATTIE PLACE
SUITE 300
GREENVILLE, SC 29601
UNITED STATES US

SHIP DATE: 10NOV26
ACTWGT: 2.00 LB
CAD: 106365675/INET4535

BILL SENDER

TO SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
701 CLEMATIS ST #453

WEST PALM BEACH FL 33401
(999) 999-9999
INV:
PO: 1181
REF: 93170691968135l397
DEPT: NRS95148

58KJ7/80FA/4B4B

FedEx Express

E

TRK# 0201 8799 3604 8819

WED - 11 NOV 5:00P
STANDARD OVERNIGHT

XS PBIA

33401
FL-US DJT

4335 WED 11/11 08:02 ... WEST PALM BEACH,FL 33401-5112-03

4335 THU 11/12 07:49
701 CLEMATIS ST
WEST PALM BEACH,FL 33401-5112-03
337-8008
ETP:1 SP PD 100 Y

This envelope is only for FedEx Express®
You can help us get your package safely to ... Need help? Go to fedex.co...

Insert shipping document here.